**SMILEY WANG-EKVALL, LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Robert S. Marticello, State Bar No. 244256
rmarticello@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445-1000
Facsimile:    714 445-1002

Special Counsel to Richard A. Marshack,
Chapter 7 Trustee



**FILED & ENTERED**

**JUN 14 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY nbolte     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LUMINANCE RECOVERY CENTER, LLC, a California limited liability company,<br><br>                    Debtor.<br><br>☐  Affects LUMINANCE RECOVERY CENTER, LLC<br><br>☒  Affects LUMINANCE HEALTH GROUP, INC., a California corporation<br><br>☐  Affects All Debtors | Case No. 8:18-bk-10969-SC<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO AUTHORIZE CHAPTER 7 TRUSTEE TO ENTER INTO STIPULATION WITH V&G ASSOCIATES COV, INC. AND LUMINANCE YUBA, LLC, REGARDING NOTE SECURED BY REAL PROPERTY IN YUBA CITY, CALIFORNIA OWNED BY LUMINANCE YUBA, LLC, PURSUANT TO 11 U.S.C. § 363(b) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>**Hearing Information:**<br>DATE:    June 13, 2018<br>TIME:     10:30 a.m.<br>CTRM:    5C, 411 West Fourth St.<br>                Santa Ana, CA |

    At the above date and time, the Court held a hearing on shortened notice on the

*Motion to Authorize Chapter 7 Trustee to Enter Into Stipulation with V&G Associates*

*COV, Inc., and Luminance Yuba, LLC, Regarding Note Secured by Real Property in Yuba City, California Owned by Luminance Yuba, LLC Pursuant to 11 U.S.C. § 363(b) and Federal Rule of Bankruptcy Procedure 9019* (the "Motion").  Appearances were as noted on the record.  For the reasons set forth in the Motion and on the record, and the Court having found that notice of the Motion was proper,

**IT IS HEREBY ORDERED AS FOLLOWS:**

(1)    The Motion is granted, and Richard A. Marshack, the chapter 7 trustee for the above-captioned bankruptcy estates, is authorized to enter into the *Stipulation with V&G Associates COV, Inc. and Luminance Yuba, LLC, Regarding Note Secured by Real Property in Yuba City, California Owned by Luminance Yuba, LLC* (the "Stipulation") pursuant to 11 U.S.C. § 363(b) and Federal Rule of Bankruptcy Procedure 9019;

(2)    The terms and conditions of the Stipulation are approved, although if V&G Associates, COV, Inc. ("V&G") or an affiliate do not purchase the Loan, as that term is defined in the Stipulation, then paragraphs A, B. and the portion of paragraph C regarding the Forbearance Date in the Stipulation shall have no binding effect;

(3)    Except as set forth in Paragraphs A and B of the Stipulation with respect to the Loan and without limiting the scope of Paragraph E of the Stipulation, neither this Order nor the Stipulation have any effect on any claims, including fraudulent transfer claims, that the bankruptcy estate may hold against V&G or Luminance Yuba, LLC, regarding the acquisition by Luminance Health Group, Inc. (the "Debtor") of its interest in Luminance Yuba, LLC, or the Debtor's entry into the lease for the real property owned by Luminance Yuba, LLC; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

(4)    The lease between the Debtor and Luminance Yuba, LLC, is rejected, although the issue of whether rejection occurs upon entry of this order or was effective at some earlier point in time is not yet adjudicated;

###

Date: June 14, 2018

Scott C. Clarkson
United States Bankruptcy Judge