D. EDWARD HAYS, #162507
ehays@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LUMINANCE RECOVERY CENTER, LLC<br>A California limited liability company, et al.,<br><br>Debtors,<br><br>Affects:<br><br>☒   ALL DEBTORS<br><br>☐   Luminance Recovery Center, LLC, ONLY<br><br>☐   Luminance Health Group, Inc., a California corporation, ONLY | Case No. 8:18-bk-10969-SC<br><br>Chapter 7<br><br>FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS BY MARSHACK HAYS LLP AS TRUSTEE'S GENERAL COUNSEL; MEMORANDUM OF POINTS AND AUTHORITES; DECLARATION OF D. EDWARD HAYS IN SUPPORT<br><br>Hearing:<br>Date:      May 1, 2019<br>Time:     11:00 a.m.<br>Ctrm:     5C |

TO THE HONORABLE SCOTT C. CLARKSON UNITED STATES BANKRUPTCY COURT

JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED

PARTIES:

　　　　Marshack Hays LLP ("Firm") respectfully submits this first interim application for allowance

of fees and costs ("Application")[1]. The Firm represents Richard A. Marshack, in his capacity as

---

[1] As this Court is aware, the Court has previously approved the joint administration of Luminance Health Group, Inc. ("LHG"), and Luminance Recovery Center, LLC ("LRC"). A true and correct copy of the joint administration motion filed on March 21, 2018, as Dk. No. 6 ("Joint Administration Motion") is attached to the declaration of David A. Wood ("Wood Declaration") as Exhibit "17."

1  Chapter 7 Trustee ("Trustee") of the jointly administered bankruptcy estates ("Estates") of

2  Luminance Recovery Center, LLC ("LRC") and Luminance Health Group, Inc. ("LHG," and

3  collectively with LRC, "Debtors"), as the Trustee's general counsel in this bankruptcy proceeding.

4          This Application encompasses services rendered and expenses paid or incurred for the

5  approximately one-year period April 5, 2018, through and including February 28, 2019 ("Reporting

6  Period"). Through this Application, the Firm seeks allowance of $149,998.00 in fees and $7,624.28

7  for reimbursement of expenses under 11 U.S.C. §§ 330 and 331 related to Luminance Recovery

8  Center, LLC.  Additionally, the Firm seeks allowance of $8,357.00 in fees and $309.84 for

9  reimbursement of expenses under 11 U.S.C. §§ 330 and 331 related to Luminance Health Group,

10  Inc.

11          Applicant submits that its requested combined compensation of approximately $166,289.12

12  [2]is reasonable and that Applicant's services provided significant benefit to the Estate. The Firm

13  requests that the Court approve all the requested fees and costs and submits that the requested

14  compensation and reimbursement of costs is reasonable and warranted in light of the services

15  performed and the results obtained.

16  **1.      Rule 2016-1 of the Local Bankruptcy Rule Requirements**

17          Pursuant to Rule 2016-1 of the Local Bankruptcy Rules ("LBR"), a brief history and report

18  concerning the status of the case is provided below. Should any additional information be requested

19  by the Office of the United States Trustee, the Court, or any party in interest, the Firm will provide a

---

Pursuant to the Joint Administration Motion, the Debtors requested "[t]he joint and several liability
of the estates for allowed professional fees and costs and the consolidated billing of professional fees
and expenses."  Wood Decl., Ex. 17, pg. 226:16-17. On March 22, 2018, as Dk. No. 8, the Court
entered an order granting the Joint Administration Motion ("Joint Administration Order"). A true
and correct copy of the Joint Administration Order is attached to the Wood Declaration as Exhibit
"18."  Admittedly, a majority of the costs incurred by the Firm were associated to LRC. But, there
were some costs associated to LHG, so the Firm kept two different billing numbers. To minimize
fees and costs associated with preparing two separate fee applications, particularly in light of the *de
minimus* amount ($8,666.84) of fees provided in connection with LHG, the Firm is filing a single
application addressing **all services** provided in connection with both LRC and LHG. If the Court
deems it necessary for the Firm to file a separate application for LHG, then the Firm will do so.
Attached as Exhibits "8" and "9" to the Declaration of David A. Wood are true and correct copies of
the Firm's Fees and Costs in connection with LHG.
[2] This amount reflects the combined totals for both LRC and LHG.

supplemental declaration prior to any hearing on this Application.

## A.    Background Information – LBR 2016-1(A)(1)(A) and the Firm's services

### i.   Debtor's pre-petition operations

The Debtors were founded by Mr. Michael Castanon ("Mr. Castanon") in 2015. Pre-petition, the Debtors operated as a substance abuse and recovery center, including, but not limited to, providing patients detoxification, residential treatment, and extended care services. Debtors operated in residential locations throughout Southern California, and had a treatment center in San Juan Capistrano. The Debtors appear to have ceased business operations in March 2018.

### ii.   Bankruptcy Background

On March 21, 2018, the Debtors filed two (2) separate voluntary petitions under Chapter 11 of Title 11 of the United States Code ("Petition Date"). True and correct copies of this Court's webPACER Docket for Cases No. 8:18-bk-10969-SC and 8:18-bk-10972-SC as of April 9, 2019, are attached to the declaration of David A. Wood ("Wood Declaration") as Exhibits "1" and "2."

On March 21, 2018, as Dk. No. 6, the Debtors filed the Joint Administration Motion. Wood Decl., Ex. 17, pgs. 221-239. On March 22, 2018, as Dk. No. 8, the Court the Joint Administration Order. Wood Decl., Ex. 18, pgs. 240-241. On March 23, 2018, the Debtors filed their various "first day" motions, including a motion to approve use of cash collateral ("Cash Collateral Motion") and a motion for an order authorizing maintenance of existing bank accounts ("Cash Management Motion"). On March 30, 2018, as Dk. No. 39, the Court entered an order granting the Cash Management Motion, allowing the Debtors to use their pre-petition bank accounts through and including May 7, 2018. *Id.*, pg. 40.

After the filing of the "first day" motions, Mr. Castanon essentially disappeared. Thereafter, the Debtors promptly filed an emergency motion to convert the cases from a Chapter 11 to Chapter 7 ("Conversion Motion"). *Id.*, pg. 41. On April 5, 2018, as Dk. No. 59, the Court entered an order granting the Conversion Motion. Shortly thereafter, the Office of the United States Trustee ("UST") appointed Richard A. Marshack as the Chapter 7 trustee. *Id.*, pg. 43.

/ / /

FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

4846-3490-7282, v. 2

## B.    The Firm's efforts

### i.  Initial activities

At the time of his appointment, the Debtors had not filed their Schedules and SOFA. The Trustee was informed by the UST and Debtors' former officers that the most valuable asset in the Estates was Debtors' outstanding accounts receivables (collectively, "AR"). According to the Debtors' officers, based on historical realization rates, the Debtors were hopeful that the Trustee would collect approximately $5.5 million of the AR. The AR was encumbered by a variety of liens, with the first-priority lien being held by Alleon Capital Partners LLC ("Alleon").

Immediately upon his appointment, the Trustee retained the Firm. The Firm mobilized and contacted all financial institutions where the Debtor held either pre- or post-petition accounts (SNB Bank, Comerica, and California Bank and Trust, etc.), and instructed these financial institutions to immediately remove Mr. Castanon as a signatory and/or restrict his access to any of the accounts. The Firm also assisted the Trustee in ensuring that the banks made him the sole signatory on all of Debtors' accounts.

The Firm and the Trustee then had several lengthy meetings with Debtors' counsel, Mr. Anthony Arnaudy ("Mr. Arnaudy"), the Debtors' former Chief Financial Officer, counsel for Alleon, and the UST. These meetings resulted in various agreements to allow the Trustee to collect and pursue the AR.

### ii.  Cash Collateral and Operate Orders

In light of the Trustee's and the Firm's efforts, on April 18, 2018 as Dk. No. 88, the Trustee filed an emergency motion for order authorizing: (1) operation of the Debtors' business pursuant to 11 U.S.C. § 721; (2) use of cash collateral pursuant to 11 U.S.C. § 363; (3) maintenance of existing bank accounts for a limited pursuant to 11 U.S.C. §§ 105, 345, and 363; (4) payment of operating expenses; and (5) retention and payment of certain employees to facilitate the collection of outstanding accounts receivable ("Operate Motion"). *See* Wood Decl., Ex. 1, pg. 48.

The Operate Motion requested that the Trustee have continued use of Debtors' pre-petition bank accounts through and until June 7, 2018. The Operate Motion also disclosed the retention of

FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

4846-3490-7282, v. 2

1   Optimal Behavioral Health Billing Solution, LLC ("Optimal") to assist the Trustee in collecting the

2   outstanding AR.

3         On May 7, 2018 as Dk. No. 127, the Court entered an order granting the Operate Motion

4   ("Operate Order"). A true and correct copy of the Operate Order is attached as Exhibit "3" to the

5   Wood Declaration. Pursuant to the Operate Order, the Trustee was authorized to lodge a separate

6   cash management order extending the time to use the Bank Accounts through and including June 7,

7   2018 ("Second Cash Management Order"). *Id.*, pgS. 118-123. On May 11, 2018, as Dk. No. 137, the

8   Court entered the Second Cash Management Order. *Id.*, Ex. 1, pg. 60.

9         On June 6, 2018, as Dk. No. 188, the Trustee filed a second motion to extend the use of

10  Debtors' pre-petition cash management system through and including August 31, 2018 ("June Cash

11  Management Motion"). On June 8, 2018, as Dk. No. 203, the Court entered an order granting the

12  June Cash Management Motion ("Third Cash Management Order").

13        After the entry of the Third Cash Management Order, the Trustee continued to work with

14  Alleon and Optimal in order to maximize the Estate's realization of the AR. To that end, Alleon and

15  the Trustee entered into several stipulations to continue the use of cash collateral. On November 26,

16  2018, as Dk. No. 342, the Court entered an order approving a stipulation between the Trustee and

17  Alleon, which allows the Trustee to use cash collateral through and until February 28, 2019

18  ("November Cash Collateral Order"). *Id.*, Ex. 1, pg. 98.

19        Finally, on January 25, 2019, as Dk. No. 361, the Court entered an order granting the

20  continued use of pre-existing bank accounts through and until July 31, 2019, and authorized the

21  Trustee to continue to operate via the collection of AR through and including July 31, 2019

22  ("January 2019 Operate Order"). A true and correct copy of the January 2019 Operate Order is

23  attached as Exhibit "4" to the Wood Declaration. As a result of the Firm's efforts, the Trustee has

24  collected approximately $901,780 in AR, and has made approximately $800,751 in payments to

25  Alleon on account of their secured line.

26        Recently, Optimal informed both the Trustee and Alleon that Debtors' initial analysis of the

27  collectability of the outstanding AR was inflated. Currently, the Firm is negotiating a relief from stay

28  stipulation with Alleon, which will permit Alleon to foreclose on its collateral (i.e., the AR).

FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

4846-3490-7282, v. 2

1  Nonetheless, if Alleon is more successful than Optimal and collects more on the AR then it is owed,

2  then Alleon will remit the excess back to the Estates for distribution. Additionally, the Trustee is

3  requesting that Alleon hold and maintain the Estates' medical records in compliance with HIPPA,

4  HITECH, and 11 U.S.C. § 351. Thus, the Estates will no longer be burdened with maintaining

5  patient care records. The Trustee believes that the motion to approve the stipulation for relief from

6  stay will be filed prior to the hearing on this instant Application.

7  ### iii.  Retention of Optimal Behavioral Health Billing Solution, LLC

8  At the recommendation of Alleon, the Trustee employed Optimal to assist the Estates in the

9  processing, billing, and collection of the AR. On behalf of the Estates, the Firm negotiated an

10 employment agreement with Optimal. On August 1, 2018, as Dk. No. 273, the Court entered an

11 order approving Optimal's employment application. *See* Wood Decl., Ex. 1, pg. 86.

12 ### iv.  Rejection of the Debtors unexpired leases

13 Although Debtor ceased its operations approximately one month before the Petition Date, at

14 the time of the conversion, the Debtors had approximately fourteen (14) unexpired leases in which

15 the Debtors were a named party to the lease. The Firm discovered an additional five (5) leases that

16 the Debtors operated under, but had either expired pre-petition and/or the Debtors were not listed as

17 the lessee. Given that the Debtors historical business was as a drug rehabilitation center, the Trustee

18 was concerned that there may be drug related paraphernalia at any of the resident locations.

19 Accordingly, the Firm analyzed each lease and a plethora of other documents, and on April

20 18, 2018, as Dk. No. 87, the Firm filed a motion for an order: (1) authorizing the Trustee to reject

21 certain unexpired leases and executory contracts pursuant to 11 U.S.C. § 365(a); (2) authorizing the

22 Trustee to turnover possession of properties that the Debtor is not a lessee or the terms of the lease

23 expired pre-petition; (3) abandonment of personal property with a cumulative net value of $5,000 or

24 less at each location and (4) approval of agreements with certain landlords to vacate properties and

25 release of claims pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure ("Lease

26 Motion").

27 On April 27, 2018, as Dk. No. 112, entered an order granting the Lease Motion ("Lease

28 Order"). A true and correct copy of the Lease Order is attached as Exhibit "5" to the Wood

Declaration. As a result of the Firm's efforts, the Estates were able to immediately remove all valuable property from the various residences and terminate unexpired leases as of the Petition Date.

### v. Abandonment of the Estates interest in various vehicles

The Trustee and the Firm discovered that Estates possessed approximately fifteen (15) motor vehicles, some of which Debtors leased and the others Debtors purchased. The Firm assisted the Trustee and his financial advisors—Force 10 Partners ("Force 10")—in evaluating if the vehicles could be liquidated for the benefit of Estates creditors. Ultimately, the Firm, the Trustee, and Force 10 concluded that there was no equity available in the various vehicles. On April 18, 2018, as Dk. No. 86, the Firm filed an emergency motion order authorizing abandonment of vehicles ("Vehicle Abandonment Motion"). On April 27, 2018, as Dk. No. 113, the Court entered an order granting the Vehicle Abandonment Motion ("Vehicle Abandonment Order"). A true and correct copy of the Vehicle Abandonment Order is attached as Exhibit "6" to the Wood Declaration.

### vi. Litigation matters

After the Firm helped the Trustee essentially revive and stabilize operations (in terms of collection of the AR), the Firm assisted the Trustee in evaluating the Estates' other assets, including, but not limited to, (a) the Estates' interest in Luminance Yuba, LLC; (b) preferential and fraudulent transfer claims; (c) claims for relief against Mr. Castanon, including, but not limited the avoidance of a transfer of a residence in San Clemente, and (d) possible claims against directors and officers for which insurance proceeds might be available. Once the initial review was completed, the Trustee retained special litigation counsel to pursue various matters. Such litigation is ongoing.

In sum, a majority of the Firm's fees were incurred in the first few months of the case as the Firm assisted the Trustee in understanding the Estates' assets, reviving and stabilizing AR collection efforts, performing an initial assessment of the case, and evaluating litigation. *See* Wood Decl., Ex. 10, pgs. 190-192. The Firm believes that its efforts were vital in allowing the Estates to correct certain pre-petition management decisions by Mr. Castanon.

### C. Status of Administration– LBR 2016-1(a)(1)(A)(ii)

Pursuant to LBR 2016-1(a)(1)(A)(ii), "applicant must report the status of administration of the estate, discussing the actions taken to liquidate property of the estate, the property remaining to

1    be administered, the reasons the estate is not in a position to be closed, and whether it is feasible to

2    pay an interim dividend to creditors."

3        Administration of this case is ongoing. The Trustee is currently prosecuting several litigation

4    matters, and continues to collect the AR.

5    ### D.    Funds on Hand in the Estate – LBR 2016-1(a)(1)(A)(iii)

6        Pursuant to LBR 2016-1(a)(1)(A)(iii), "applicant must disclose the amount of money on hand

7    in the estate and the estimated amount of other accrued expenses of administration." As of the filing

8    of this Application, the Estate has $479,734.52 in unencumbered cash on hand.

9        The estimated amount of accrued but unpaid expenses of administration other than the Firm's

10   fees and costs as set forth in this Application is approximately $93,000, comprising the Trustee's

11   expenses and fees pursuant to 11 U.S.C. § 326.

12   ### E.    Employment of the Firm – LBR 2016-1(a)(1)(B)

13       Pursuant to LBR 2016-1(a)(1)(B), the Application must include "the date of entry of the

14   order approving the employment of the individual or firm for whom payment of fees or expenses is

15   sought, and the date of the last fee application for the professional."

16       On May 30, 2018, as Dk. No. 170, the Court entered an order approving the Firm's

17   employment by the Trustee ("Firm Employment Order"). A true and correct copy of the Firm

18   Employment Order is attached to the Wood Declaration as Exhibit "7" The Firm has not made any

19   previous request for fees.

20   ### F.    Previous Fees and Expenses – LBR 2016-1(a)(1)(C)

21       Pursuant to LBR 2016-1(a)(1)(C), the Application must include "a listing of the amount of

22   fees and expenses previously requested, those approved by the court, and how much has been

23   received."  The Firm has not previously requested fees or expenses.

24   ### G.    Description of Services Rendered – LBR 2016-1(a)(1)(D)

25       Pursuant to LBR 2016-1(a)(1)(C), the Application must include "a brief narrative statement

26   of the services rendered and the time expended during the period covered by the application."

27       The Firm has represented the Trustee from April 5, 2018, through and including February 28,

28   2019, without being paid any compensation or being reimbursed for any expenses. Descriptions of

the types of services rendered by the Firm are set forth below pursuant to the categories recommended by the Office of the United States Trustee. The blended hourly rate for all services provided to the Estate as set forth below is $373.00.[3]

### i.    Asset Analysis and Recovery

During the Reporting Period, the Firm spent approximately 102.90 hours performing services in connection with Asset Analysis and Recovery. The Firm's fees charged for these services are $38,591.00, which represents 26% of the total fees sought by this Application. The blended hourly rate for services performed in this regard is approximately $375 per hour. Services performed in this category include:

- Review and analyze multiple issues relating to A/R and cash collateral, conference call with U.S. Trustee, conference call with Jeff Golden and Beth Gaschen;

- Analyze bank records from Capital Bank re: principals' post-petition withdrawals;

- Review and responds to multiple email correspondence from Adam Meslik: re preserving records and data cloud, post-petition withdrawal of funds, conference with CFO;

- Review and respond to multiple email correspondence from Valerie Peo re: possible settlement with United Healthcare for outstanding AR;

- Multiple conferences with Valerie Peo re: cash collateral negotiations;

- Review and analyze email correspondence from Taylor Sterling re: California Bank and Trust agreement to exclude principal from the account;

- Review and analyze lengthy email correspondence from Patrick Huffstickler counsel for SNB re: lockbox account;

- Draft and revise demand letter to Comerica re: freezing accounts;

- Review and analyze U.S. Trustee initial debtor examination notes;

---

[3] The breakdown of blended rate, percentage of time spent, and hours spent set forth below is a calculation of the fees incurred in LRC only. Again, as the time incurred in LGH is *de minimis* compared to LRC, in light of the Joint Administration Motion and Order, the Trustee requested, and the Firm agreed to submit a single application. If the Court requests, the Firm will file a separate application for LHG.

FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

4846-3490-7282, v. 2

1          •       Analyze issues relating to various accounts needed for collection of A/R and

2   removal of M. Castanon from relevant accounts;

3          •       Initial meeting with the CFO of Debtor;

4          •       Lengthy conference with Trustee to analyze assets and potential strategy;

5          •       Review appraisal of Yuba City property;

6          •       Research information on property listing and sales price;

7          •       Summarize information for lease review;

8          •       Conference call with Eric Goldstein counsel for United Healthcare;

9          •       Review and analyze Operating Agreement and First Amendment;

10         •       Review and analyze proposed cash collateral budget;

11         •       Meeting and conference with Trustee, David Wood, Anthony Arnaud and

12  Adam Meislik re: assets, mail, leases, vehicles, bank accounts, claims management software, and

13  retention of certain employees to continue AR collections;

14         •       Review and revise cash collateral motion;

15         •       Multiple inter-office conferences regarding Yuba deal and proposes;

16         •       Telephone conference with Jay Geller regarding Luminance Yuba LLC;

17         •       Review and analyze Debtor's schedules and statements of financial affairs;

18         •       Review and analyze multiple e-mail correspondence from Ellen Sprague and

19  Keith Butler counsel for landlord in Ladera re: meeting at the property and changing the locks;

20         •       Review and revise agreement with Optimal for collection of the AR;

21         •       Draft letter to Intuit re: release of levy;

22         •       Review and respond to multiple correspondence from Caroline Djang re: her

23  client's interest in being retained by the Estate for collection the AR;

24         •       Preparation of spreadsheet of abandoned/not abandoned vehicles and compare

25  to list re: scheduled turnover;

26         •       Prepare for and attend conference with Trustee and Debtor's former principal

27  Michael Castanon;

28

10

4846-3490-7282, v. 2

- Conference call with Latonia Williams re: United Healthcare and termination of insurance polices and outstanding AR;

- Multiple telephone calls with Comerica Bank re: turnover of funds;

- Review and respond to multiple email correspondence from David Klein re: North Valley's interest in the Yuba City property;

- Meeting with Anthony, Yoel Posner of Optimal and Adam re: continued collections;

- Draft and revise emergency motion for turnover from Comerica;

- Review and revise emergency motion re extension of cash management order;

- Review and revise cash collateral stipulation;

- Research liens filed with Sutter County;

- Review documents from recorder and email correspondence with recorder regarding incorrect documents;

- Prepare for and meeting with Kyra Andrassy and Trustee regarding demand to V&G, case analysis, and potential mediation;

- Review and revise motion to continue existing bank accounts;

- Review multiple emails with Position of VGA in preparation for telephone conference;

- Review and analyze motion filed by Smiley Wang re: sale and settlement of Luminance Yuba shares; and

- Review and analyze motion to approve compromise with Alleon on the Yuba City shares.

### ii.    Litigation

During the Reporting Period, the Firm spent approximately 85.70 hours performing services in connection with Litigation. The Firm's fees charged for these services are $33,926.00, which represents 23% of the total fees sought by this Application. The blended hourly rate for services performed in this regard is approximately $396 per hour. Services performed in this category include:

FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

4846-3490-7282, v. 2

- Conference with the U.S. Trustee re: case status and possible 548/549 actions against principals;

- Conference call with Alleon partners, Alex and Leon, Valerio Peo, and Trustee re: collections of accounts receivable, cash collateral, and case issues;

- Review and analyze Yuba City operating agreement;

- Review and analyze client documents to prepare for calls with Valerie and trustee;

- Review and respond to multiple e-mail correspondence from U.S. Trustee office and Trustee re: attached article regarding the Debtor in the Orange County Register;

- Review and analyze D&O policy extension information;

- Review and analyze materials provided by the U.S. Trustee to the trustee i.e., bank statements, American Express statements, principals personal bankruptcy petition, etc.;

- Meeting with Trustee re: overall case status and strategy moving forward;

- Draft and revise motion to reject leases, abandon property;

- Multiple conference calls with Trustee re: potential claims for litigation;

- Conference call with Reed and Smith re: possible D&O claims;

- Review, revise, and finalize motion to reject leases with updated amendment information and pin point bates stamp citations;

- Review and analyze the CA Billing state court complaint;

- Review and revise billing services agreement;

- Review Summit Letter of Intent;

- Review proposed Forbearance Agreement;

- E-mail correspondence from Jay Geller (multiple) regarding waterfall and CUP and review and analysis of CUP;

- Review and analyze potential preference actions against the MCA lenders;

- Draft and revise stipulation with CA Billing to allow them to prosecute claims

FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

4846-3490-7282, v. 2

against Michael Castanon;

- Telephone conference with David Wood and Kyra Andrassy regarding Yuba City and outline of issues with V&G;

- Review and analyze e-mail correspondence from Kyra Andrassy regarding lease rejection and operating agreement, including analysis of potential state court causes of action;

- Conference call with Reed Smith attorneys and Trustee re: D&O Complaint;

- Review and analyze answer to complaint filed by Michael Castanon

- Prepare for initial bankruptcy review hearing in state court in Baygrape Technology v. Luminance et al and review, docket, status report etc.

- Attend initial bankruptcy review hearing in state court in Baygrape Technology v. Luminance;

- Review and respond to multiple e-mail correspondence from Force 10 and Grobstein Teeple re: analysis of the insider compensation for amended tax returns; and

- Attend hearing in State Court in the Lillard v. Luminance matter.

### iii.    Meeting of Creditors

During the Reporting Period, the Firm spent approximately 7.30 hours performing services in connection with Meeting of Creditors. The Firm's fees charged for these services are $2,993.00, which represents 2% of the total fees sought by this Application. The blended hourly rate for services performed in this regard is approximately $410 per hour. Services performed in this category include:

- Prepare for 341(a) meeting of creditors;

- Prepare for, travel, and attend 341(a) hearing; and

- Review and respond to email correspondence from Anthony Aranaudy re: upcoming 341(a) meeting and possible continuance.

### iv.    Relief from Stay Proceedings

During the Reporting Period, the Firm spent approximately 5.20 hours performing services in connection with Relief from Stay Proceedings. The Firm's fees charged for these services are

13

4846-3490-7282, v. 2

$2,258.00, which represents 2% of the total fees sought by this Application. The blended hourly rate for services performed in this regard is approximately $434 per hour. Services performed in this category include:

- Review and analyze multiple relief from stay motions filed by Mercedes and Ford as to vehicles;

- Review and analyze relief from stay filed by Ronald Joseph Burrows;

- Review and analyze order entered by the Court granting relief from stay for the 2015 Mercedes Sprinter van, the Honda Civic, and the 2016 Ford Transit Vans;

- Conference with Scott Foley re: stipulation for relief from stay with any excess proceeds going to the Estate; and

- Review correspondence from Marc Lieberman re relief from stay stipulation.

### v.    Asset Disposition

During the Reporting Period, the Firm spent approximately 27.40 hours performing services in connection with Asset Disposition. The Firm's fees charged for these services are $10,323.00, which represents 7% of the total fees sought by this Application. The blended hourly rate for services performed in this regard is approximately $377 per hour. Services performed in this category include:

- Draft Trustee's emergency motion to abandon estate's interest in vehicles;

- Review and revise motion to reject leases;

- Draft Trustee's emergency motion to abandon estate's interest in vehicles;

- Conference with Keith Butler counsel for the Ladera Ranch landlord re: turnover of the property;

- Conference with Luce at Dr. Robert Biondi's medical office landlord for the Dana Point property re: notice of the emergency motion to reject lease as required by the Court

- Review and respond to multiple e-mail correspondence from Keith Butler counsel for the Lennox landlord and Adam M re: scheduling the removal of personal property and

changing the locks at the property

- Review and respond to multiple e-mail correspondence from Ellen Sprague re: arrangements with the landlord for corporate offices to turnover possession and remove existing furniture;

- Review and respond to lengthy e-mail correspondence from Martha Moser counsel for Chet Gates landlord re: disposition of the personal property;

- Draft and revise order granting motion to reject;

- Review and analyze lengthy e-mail correspondence from landlord representative on the Lennox property;

- Review and analyze multiple e-mail correspondences from Ellen Sprague and Pam Kraus;

- E-mail to Maureen Nash, property manager at office suites, re: turnover of several suites and provide copy of abandonment order;

- Review and analyze offer of V&G;

- Exchange e-mails with Adam Meislik re: removal of assets by the Fergusons;

- Review and revise stipulation re approval of payment of bank fees and costs for lockbox accounts; and

- Review and revise stipulation between Trustee and First Insurance Funding and order approving stipulation.

### vi.    Business Operations

During the Reporting Period, the Firm spent approximately 133.40 hours performing services in connection with Case Administration. The Firm's fees charged for these services are $49,542.00, which represents 33% of the total fees sought by this Application. The blended hourly rate for services performed in this regard is approximately $371 per hour. Services performed in this category include:

- Multiple conferences with Karen Conley landlord for the San Clemente property re: rejection of the San Clemente lease;

15

4846-3490-7282, v. 2

- Review and respond to multiple e-mail correspondence from Valerie Peo and Jeff Garfinkle re: keeping the Collaborate files open;

- Review and analyze proposed cash collateral budget negotiated by the parties in the Chapter 11 case;

- Analyze issues relating to cash collateral or 506(c) surcharge stipulation;

- Attend conference with Anthony Arnaudy, Trustee, and Adam Meislik and Trustee re: cash collateral budget and business operations;

- Prepare for meeting with Debtor's former CFO;

- Review and respond to multiple e-mail correspondence from Adam and Chad re: carve out for admin fees in the proposed budget;

- Draft Trustee's motion to operate business and collect AR;

- Review and respond to e-mail correspondence from Valerie Peo re: Alleon's consent to the Conley settlement and D&O expenditure;

- Review and respond to e-mail correspondence from Adam M re: ongoing negotiations with Optimal;

- Draft and send follow up e-mail correspondence to Valerie Peo counsel for Alleon re: the proposed budget for cash collateral;

- Finalize emergency motions for filing with pin point bates stamp citations and last-minute revisions;

- Draft and revise the order granting the cash collateral motion; order;

- Conference with Latonia Williams counsel for United Healthcare;

- Review and respond to multiple e-mail correspondence from Anthony and Pam Kraus re: continued business operations and possible insurance benefits to the employees;

- Conference with U.S. Trustee re: the emergency motions set for Thursday, April 16, 2018;

- Review and analyze edits to the cash collateral order made by Valerie Peo counsel for Alleon;

16

4846-3490-7282, v. 2

- Review Debtor's schedules and compare with the motion to reject for leases;

Conference with Pam Kraus re: cash in hand in Trustee account and balance of the DIP accounts;

- Review, revise, and finalize the notice of proposed cash collateral budget and the Court's FRBP 4001 form for filing;

- Review and respond to multiple e-mail correspondence from Latonia Williams counsel for United Healthcare;

- Conference with Beth Gaschen counsel for the Debtor re: Estates assets and updated Schedules and SOFA;

- Prepare for tomorrow's emergency hearings

- Review and respond to multiple e-mail correspondence from Anthony, Adam, and Pam Kraus re: pre-petition wages;

- Review and analyze multiple e-mail correspondence from Pam Kraus and California Bank and Trust re: access to the DIP accounts;

- Review and analyze multiple e-mail correspondence from Viji and Chad Kurtz re: payment to ADP to start collecting credit card AR payments;

- Meeting with Morgan Foster, Viji, Anthony Aranudy, Pam Kraus, and Chad Kurtz re: getting operations started;

- Draft and send e-mail correspondence to Kevin Horbatuik counsel for Cigna re: transfer of the AR payments from the DIP account to the Trustee's accounts;

- Prepare for and attend conference call with David Wood, Anthony Arnaudy, Viji Sundaram, Chad Kurtz re: banking, payroll, taxes, accounting;

- Conference with Chad Kurtz re: variance payments and Optimal's contract;

- Review and analyze order entered by the Court granting the cash collateral motion;

FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

4846-3490-7282, v. 2

1    • Telephone call and e-mail with Comerica Bank;

2    • Conference call with Valerie Peo counsel for Alleon re: today's meeting

3 with Michael Castanon and payments to the bank;

4    • Review and analyze cash variance report for updated projections;

5    • Conference with Valerie Peo counsel for Alleon re: status of the case

6 and collections;

7    • Draft Trustee's motion to continue use of Debtors' existing bank

8 accounts and declaration of Trustee in support;

9    • Draft and revise emergency motion for continue use of cash

10 management order;

11    • Draft and revise stipulation for continued use of cash collateral through

12 and including August 8, 2018;

13    • Prepare for conference call with Optimal re: analysis of outstanding AR

14 and collectability in the future

15    • Eight separate conference calls with Valerie Peo counsel for Alleon re:

16 negotiations on continued use of cash collateral;

17    • Multiple conference calls with the Trustee re: ongoing negotiations on

18 the use of cash collateral;

19    • Analyze issues of use of cash collateral based on ongoing negotiations

20 with Alleon;

21    • Review, analyze, and revise proposed budget for next three weeks;

22    • Review and respond to multiple lengthy e-mail correspondence from

23 Optimal re: mistakes made in their projected AR calculations;

24    • Multiple conferences with the Trustee re: Alleon's counter for

25 administrative carve out;

26    • Review and revise motion to approve use of cash collateral;

27    • Review and respond to multiple e-mail correspondence from Larry Gill

28 and Rosa Shirley from Nelson Hardiman re: ongoing AR collection;

18

FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

4846-3490-7282, v. 2

- Conference with Valerie Peo re: cash collateral issues as February 28, 2019; and

- Conference with Adam Meislik re: Optimal issues and collection of AR.

### vii. Case Administration

During the Reporting Period, the Firm spent approximately 29.80 hours performing services in connection with Case Administration. The Firm's fees charged for these services are $8,722.00, which represents 6% of the total fees sought by this Application. The blended hourly rate for services performed in this regard is approximately $293 per hour. Services performed in this category include:

- Conference call with Michael Hauser and David A. Wood re: case issues;

- Review and analyze pleadings filed including motion to excuse compliance with DIP requirements;

- Perform UCC searches for both Debtors Draft letter to Bank SNB re: maintaining account for lockbox deposits;

- Review and analysis of e-mail from Beth Billstein re: renewal of D&O insurance;

- Conference with U.S. Trustee's Office;

- Draft motion to limit notice;

- Review and revise statement regarding cash collateral;

- Review and respond to email correspondence from Adam Mesilik re: medical. records notice;

- Review and revise motion for continued use of existing bank accounts;

- Review and analyze declaration of non-opposition granting the motion to limit notice;

- Draft declaration of non-opposition and order granting Trustee's motion to limit notice;

- Draft notice to defendants re: compliance with Rule 7026;

FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

- Conference with David A. Wood re: preparation of stipulation for payment of bank fees; and

- Draft stipulation extending use of cash collateral.

### viii.   Claims Administration and Objections

During the Reporting Period, the Firm spent approximately 1.60 hours performing services in connection with Claims Administration and Objections. The Firm's fees charged for these services are $656.00, which represents less than 1% of the total fees sought by this Application. The blended hourly rate for services performed in this regard is approximately $410 per hour. Services performed in this category include:

- Review and analyze claims filed by Robert Matza, Jessica Mathon, Va Shaun Richmond, Dreamscape Marketing, Top Notch Services, and Anthony Arnaudy; and

- Conference with former employee of company re: potential distributions.

### ix.   Employment and Fee Applications

During the Reporting Period, the Firm spent approximately 8.90 hours performing services in connection with Employment and Fee Applications. The Firm's fees charged for these services are $2,987.00, which represents 2% of the total fees sought by this Application. The blended hourly rate for services performed in this regard is approximately $336 per hour. Services performed in this category include:

- Review and respond to multiple e-mail correspondence from Garret Pyblo at ZfatyBurns re: their post-petition bills representing the Estates;

- Review and analyze Weiland Golden's employment application;

- Draft Trustee's application to employ general counsel;

- Draft declaration of non-opposition and order granting Trustee's application to employ general counsel; and

- Review and revise amendment to Optimal agreement.

### H.   Descriptive and Detailed Statement of Services Performed – LBR 2016-1(a)(1)(E)

FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

4846-3490-7282, v. 2

1       Pursuant to LBR 2016-1(a)(1)(E), "the application must contain a detailed listing of all time

2   spent by the professional on matters for which compensation is sought" including date service was

3   rendered, detailed description of service, amount of time spent, and identification of person who

4   rendered service.

5       Attached to the Wood Declaration as Exhibit "8" is a photocopy reduction of the Firm's

6   computer billing printout and consists of the summation of the Firm's time records as kept in the

7   ordinary course of business during the Reporting Period.[4] The detail set forth in Exhibit "8"

8   is believed by the Firm to be sufficient to demonstrate the services performed by the Firm during the

9   period covered by this Application. Attached to the Wood Declaration as Exhibit "10" is a summary

10  schedule of the fees requested as recommended in the U.S. Trustee Guidelines.[5]

11      The persons who rendered services in connection with the Firm's representation of the Estate

12  are identified in the billing detail by their initials. Those persons are:

|       | Timekeeper          |
|-------|---------------------|
| DEH   | D. Edward Hays      |
| DAW   | David A. Wood       |
| KAT   | Kristine A. Thagard |
| MWG   | Matthew W. Grimshaw |
| LM    | Laila Masud         |
| TM    | Tinho Mang          |
| PK    | Pamela Kraus        |
| LB    | Layla Buchanan      |
| CB    | Cynthia Bastida     |

20      There have been intra-office conferences billed by attorneys and paralegals. The Firm

21  believes that, at times, intra-office conferencing is a necessary part of its ability to efficiently and

22  effectively represent the Debtor by assembling a "team" of lawyers to work on the case. This team

23  consists of a supervising partner or senior attorney, an associate, and a paralegal. As a part of this

24  team approach to representing the Debtor, the supervising attorney analyzes the needs of the client

---

[4] Attached as Exhibit "9" to the Wood Declaration is a photocopy reduction of the Firm's computer billing printout and consists of the summation of the Firm's time records as kept in the ordinary course of business during the Reporting Period related to LHG.

[5] Attached as Exhibit "11" to the Wood Declaration is a summary of schedules of the fees requested as recommended in the U.S. Trustee's Guidelines related to LHG.

FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

4846-3490-7282, v. 2

and assigns to the associates or paralegal tasks based upon the level of expertise and experience needed to complete the task. A key to the team concept is communication among the members of the team. While it may not be necessary for all team members to be aware of all of the intricacies of the case, the supervising partner must be informed of all aspects of the case. Moreover, from time to time, it is essential for the partner supervising the case to provide to junior members of the team advice on matters which arise in the course of the representation of the Debtor.

## I.      Descriptive and Detailed Statement of Costs Incurred – LBR 2016-1(a)(1)(F)

Pursuant to LBR 2016-1(a)(1)(F), "an application that seeks reimbursement of actual and necessary expenses must include a summary listing of all expenses by category (i.e., long distance telephone, photocopy costs, facsimile charges, travel, messenger and computer research). As to each unusual or costly expense item, the application must state: (i) the date the expense was incurred; (ii) a description of the expense; (iii) the amount of the expense; and (iv) an explanation of the expense."

Attached to the Wood Declaration as Exhibit "12" is a summary schedule of costs as recommended by the Office of the United States Trustee.[6] The Firm believes and represents that the costs and expenses are reasonable under the circumstances of this case and the various pleadings filed by the Debtor. Attached to the Wood Declaration as Exhibit "14" is a schedule of costs and expenses incurred or paid by the Firm during the relevant time period but not yet reimbursed.[7]

During the Reporting Period, the Firm incurred unreimbursed expenses of $7,624.28 on behalf of the Debtor for which the Firm seeks reimbursement. These expenses were actual expenses incurred in connection with the services rendered on behalf of the Debtor. Expenses of this type are billed to and paid by the Firm's clients who pay monthly without contingency as to payment. The Firm has not included such expenses in its overhead and such expenses are not encompassed by its billing rates.

---

[6] Attached as Exhibit "13" to the Wood Declaration is a summary schedule of costs for LHG as recommended by the Office of the United States Trustee.
[7] Attached as Exhibit "15" to the Wood Declaration is a schedule of costs and expenses incurred or paid by the Firm for LHG during the Reporting Period.

FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

4846-3490-7282, v. 2

### i.      Document Reproduction

The Firm incurred the sum of $1,479.76 document reproduction expenses during the Reporting Period. In ordinary course of the Firm's operations, each time a document is copied, staff records the number of pages and the case information into a ledger. All of the Firm's clients are charged $0.20 per page for copies.

### ii.      Outside Printing Services

The Firm incurred the sum of $2,292.85 outside printing expenses during the Reporting Period.

### iii.      Facsimile

The Firm incurred the sum of $2.00 facsimile expenses during the Reporting Period.

### iv.      Telephone

The Firm incurred the sum of $86.00 related to telephone expenses during the Reporting Period.

### v.      Online Research

The Firm incurred $508.91 in costs related to online computer research including Westlaw, Lexis, and Pacer. The Firm does not use online services without first utilizing its own library and other resources.

### vi.      Delivery

The Firm incurred $2,609.33 in costs related to delivery charges.

### vii.      Postage

Postage is usually charged to clients when multiple envelopes are being mailed at a single time. A cost recovery system in the mail room records the client and amount to be charged. These charges are then recorded on the client account. The Firm incurred the sum of $613.25 in postage charges for mailing during the Reporting Period.

FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

4846-3490-7282, v. 2

### viii.   Local Travel

The Firm incurred $32.18 in costs related to parking fees at the Court

## J.   Hourly Rates – LBR 2016-1(a)(1)(G)[8]

Pursuant to LBR 2016-1(a)(1)(G), "unless employment has been approved on a fixed fee, percentage fee, or contingent fee basis, the application must contain a listing of the hourly rates charged by each person whose services form a basis for the fees requested in the application. The application must contain a summary indicating for each attorney by name: (i) The hourly rate and the periods each rate was in effect; (ii) The total hours in the application for which compensation is sought; and (iii) The total fee requested in the application."

| **Timekeeper** | **Rate/Period** | **Total Hours** | **Total Fee** |
|---|---|---:|---:|
| D. Edward Hays | $630<br>Entire Period | 8.8 | $5,544.00 |
| D. Edward Hays | No charge time during period | .3 | $0.00 |
| David A. Wood | $410<br>Entire Period | 239.1 | $98,031.00 |
| David A. Wood | No charge time during period | 32.1 | $0.00 |
| Kristine A. Thagard | $500<br>Entire Period | 37.9 | $18,950.00 |
| Matthew W. Grimshaw | $500<br>Entire Period | 24.2 | $12,100.00 |
| Matthew W. Grimshaw | No charge time during period | .1 | $0.00 |
| Laila Masud | $330<br>Entire Period | 1.3 | $429.00 |
| Tinho Mang | $290<br>Entire Period | .4 | $116.00 |
| Pam Kraus | $270<br>Entire Period | 37.2 | $10,044.00 |
| Layla Buchanan | $230<br>Entire Period | 19.2 | $4,416.00 |
| Cynthia Bastida | $230<br>Entire Period | 1.6 | $368.00 |
| | **TOTALS** | **402.20** | **$149,998.00** |

---

[8] Again, this chart represents the fees incurred in the LRC case.

4846-3490-7282, v. 2

### K.    Professional Education and Experience – LBR 2016-1(a)(1)(H)

Pursuant to LBR 2016-1(a)(1)(H), the Application must include "a description of the professional education and experience of each of the individuals rendering services, including identification of the professional school attended, year of graduation, year admitted to practice, publications or other achievements, and explanation of any specialized background or expertise in bankruptcy-related matters."

A brief biographical description of the attorneys who rendered services for which compensation is sought by this Application is attached to the Wood Declaration as Exhibit "16." The Firm believes and represents that the services rendered during the Reporting Period have been beneficial to the estate and that this request for allowance of compensation is fair and reasonable.

### L.    Change in Professional Rates – LBR 2016-1(a)(1)(I)

Pursuant to LBR 2016-1(a)(1)(I), "if the hourly rate has changed during the period covered by the application, the application must specify the rate that applies to the particular hours for which compensation is sought." The hourly rates of the Firm's professionals did change during the Reporting Period, and the rates that apply to the particular hours for which compensation is sought are set forth both in the chart above at Section L and in the billing details attached as Exhibits "8" and "9" to the Wood Declaration.

### M.    Statement of Compliance– LBR 2016-1(a)(1)(K)

Pursuant to LBR 2016-1(a)(1)(J), the Application must include "a statement that the applicant has reviewed the requirements of this rule and that the application complies with this rule."

The Wood Declaration includes at ¶27 a statement that Mr. Wood has reviewed the requirements of this rule and that the application complies with this rule.

## 2.    LEGAL ARGUMENT

### A. The Court Has Authority to and Should Approve the Application in its Entirety

#### i.    Amount of Current Request for Compensation and Reimbursement

As set forth above and in the attached exhibits, during the Reporting Period the Firm incurred

4846-3490-7282, v. 2

fees in the amount of $158,355 and expenses in the amount of $7,934.12, a total of $166,289.12 on

behalf of the Debtor, for which the Firm requests Court approval.[9]

### ii.    Legal Points and Authorities

The Bankruptcy Code provides that the Court can authorize payment of reasonable and

necessary compensation and reimbursement of expenses.

> (a)(1) After notice to the parties in interest and the United States
> Trustee and a hearing, and subject to sections 326, 328, and 329, the
> court may award to a trustee, an examiner, a professional person
> employed under section 327 or 1103 –
> (A) reasonable compensation for actual, necessary services rendered
> by the trustee, examiner, professional person, or attorney and by any
> paraprofessional person employed by any such person; and
> (B) reimbursement for actual, necessary expenses.

11 U.S.C. §330.

In the Ninth Circuit, the test for calculating a reasonable attorney's fee under 11 U.S.C. § 330

is the lodestar method. "The primary method used to determine a reasonable attorney fee in a

bankruptcy case is to multiply the number of hours expended by an hourly rate." *Id*. at 1471. *In re*

*Yermakov*, 718 F.2d 1465, 1471 (9th Cir. 1983). This lodestar or basic fee, if warranted, can then be

adjusted upward or downward. *In re Powerine Oil* Co., 71 B.R. 767 (9th Cir. BAP 1986).

Based upon these points and authorities and the declaration and exhibits submitted in support

of this Application, the Firm believes that its requested fees and costs are reasonable given the

benefit conferred on the Estate.

/ / /

/ / /

/ / /

---

[9] Luminance Recovery Center, LLC - $149,998.00 in fees and $7,624.28 in expenses; and
Luminance Health Group, Inc. - $8,357.00 in fees and $309.84 in expenses.

FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

4846-3490-7282, v. 2

**3.     Conclusion**

The Firm requests that this Court enter its Order as follows:

1.     Approving compensation in the amount of $158,355 and reimbursement of expenses paid or incurred in the amount of $7,934.12; [10]

2.     Authorizing the Trustee to immediately pay all allowed fees and expenses; and

3.     For such other and further relief as the Court deems proper.


Dated:  April 10, 2019                                MARSHACK HAYS LLP

                                                      By:   /s/  David A. Wood
                                                          D. EDWARD HAYS
                                                          MATTHEW W. GRIMSHAW
                                                          DAVID A. WOOD
                                                          General Counsel for Chapter 7 Trustee,
                                                          RICHARD A. MARSHACK

---

[10] This amount reflects the combined totals for both LRC and LHG

FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

4846-3490-7282, v. 2

# Declaration of David A. Wood

I, DAVID A. WOOD, declare:

1.      I am an individual over 18 years of age and competent to make this Declaration. I am an attorney at law licensed to practice in this state and admitted to practice in this Court.

2.      I am a partner with the law firm Marshack Hays LLP ("Firm"), which maintain offices at 870 Roosevelt, Irvine, California, 92620.

3.      I make this Declaration in support of the Firm's First Interim Application for Allowance of Fees and Costs for services rendered (the "Application").

4.      The Firm represents Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the jointly administered bankruptcy estates ("Estates") of Luminance Recovery Center, LLC ("LRC") and Luminance Health Group, Inc. ("LHG" and collectively with LRC, "Debtors"), as the Debtor's special counsel in this bankruptcy proceeding.

5.      If called as a witness, I could and would competently testify to the facts set forth in this declaration of my own personal knowledge, information, and belief.

6.      I have reviewed the court's webPACER docket and electronic case files for this case to refresh my memory as to the specific filing and entry dates of the documents referenced below. The information referenced in this Application from the pleadings filed in this case is true and accurate.

7.      All terms not otherwise defined herein are used as they are defined above in the Application.

8.      True and correct copies of this Court's webPACER Docket for Cases No. 8:18-bk-10969-SC and 8:18-bk-10972-SC as of April 9, 2019, are attached here as Exhibits "1" and "2."

9.      A true and correct copy of the Operate Order is attached here as Exhibit "3."

10.      A true and correct copy of the January 2019 Operate Order is attached here as Exhibit "4."

11.      A true and correct copy of the Lease Order is attached here as Exhibit "5."

FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

4846-3490-7282, v. 2

12.     A true and correct copy of the Vehicle Abandonment Order is attached here as Exhibit "6."

13.     A true and correct copy of the Firm Employment Order is attached here as Exhibit "7."

14.     I am the designated professional responsible for overseeing the billing in this matter and for assuring compliance with the Guidelines for the United States Trustee related to billing.

15.     With the exception of the general sharing of compensation between members and employees of the Firm, no agreement or understanding exists between Applicant and any other individual or entity for the sharing of compensation to be received for services rendered or the reimbursement of costs incurred in or in connection with this case.

16.     A true and correct copy of attorney time records for services rendered by professionals in this firm on behalf of the Trustee in the LRC matter during the period of April 5, 2018, through and including February 28, 2019, is attached here as Exhibit "8."

17.     A true and correct copy of the summary schedule of fees requested for the LRC matter as recommended by the U.S. Trustee Guidelines is attached here as Exhibit "10."

18.     A true and correct copy of the summary schedule of costs for the LRC matter as recommended by the U.S. Trustee Guidelines is here as Exhibit "12."

19.     A true and correct copy of the schedule of costs and expenses incurred or paid by the Firm for the LRC matter during the relevant time period but not yet reimbursed is attached here as Exhibit "14."

20.     A true and correct copy of attorney time records for services rendered by professionals in this firm on behalf of the Trustee in the LHG matter during the period of April 5, 2018, through and including February 28, 2019, is attached here as Exhibit "9."

21.     A true and correct copy of the summary schedule of fees requested for the LHG matter as recommended by the U.S. Trustee Guidelines is attached here as Exhibit "11."

22.     A true and correct copy of the summary schedule of costs for the LHG matter as recommended by the U.S. Trustee Guidelines is here as Exhibit "13."

FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

4846-3490-7282, v. 2

23.     A true and correct copy of the schedule of costs and expenses incurred or paid by the Firm for the LHG matter during the relevant time period but not yet reimbursed is attached here as Exhibit "15."

24.     A true and correct copy of the Firm's resume, containing a brief biographical description of the attorneys who rendered services for which compensation is sought by this Application, is attached here as Exhibit "16."

25.     A true and correct copy of the Joint Administration Motion is attached here Exhibit "17."

26.     A true and correct copy of the Joint Administration Order is attached as Exhibit "18."

27.     I have reviewed the requirements of Local Bankruptcy Rule 2016-1 and have reviewed the Application in light of those requirements, and believe that the application complies with the requirements of the Local Bankruptcy Rule 2016-1.

28.     I believe that the fee application submitted herein covering the Reporting Period complies with the United States Trustee Guide for Applications for Professional Fee Compensation.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 10, 2019, at Irvine, California.

_/s/  David A. Wood_
DAVID A. WOOD

FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

4846-3490-7282, v. 2

EXHIBIT  1

**DEFER, JNTADMN, LEAD, CONVERTED**

## U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:18-bk-10969-SC

|  |  |
|---|---|
| | *Date filed:* 03/21/2018 |
| *Assigned to:* Scott C Clarkson | *Date converted:* 04/05/2018 |
| Chapter 7 | *341 meeting:* 04/30/2019 |
| Previous chapter 11 | *Deadline for filing claims:* 07/20/2018 |
| Original chapter 11 | *Deadline for filing claims (govt.):* 09/17/2018 |
| Voluntary | *Deadline for objecting to discharge:* 07/16/2018 |
| Asset | *Deadline for financial mgmt. course:* 07/16/2018 |

*Debtor*
**Luminance Recovery Center, LLC,** *a*
*California limited liability company*
27131 Calle Arroyo, Ste 1703
San Juan Capistrano, CA 92675
ORANGE-CA
Tax ID / EIN: 47-3207062

represented by **Beth Gaschen**
Weiland Golden Goodrich LLP
650 Town Center Dr Ste 600
Costa Mesa, CA 92626
714-966-1000
Fax : 714-966-1002
Email: bgaschen@wgllp.com

**Jeffrey I Golden**
Weiland Golden Goodrich LLP
650 Town Center Dr Ste 600
Costa Mesa, CA 92626
714-966-1000
Email: jgolden@wgllp.com

*Trustee*
**Richard A Marshack (TR)**
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620
949-333-7777

represented by **Kyra E Andrassy**
Smiley Wang-Ekvall, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
714-445-1000
Fax : 714-445-1002
Email: kandrassy@swelawfirm.com

**Beth Gaschen**
(See above for address)

**Jeffrey I Golden**
(See above for address)

**Matthew Grimshaw**
Marshack Hays LLP
870 Roosevelt Avenue

EXHIBIT 1, PAGE 31

Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: mgrimshaw@marshackhays.com

**D Edward Hays**
Marshack Hays LLP
870 Roosevelt Ave
Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: ehays@marshackhays.com

**David Wood**
Marshack Hays LLP
870 Roosevelt Ave
Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: dwood@marshackhays.com

| | | |
|---|---|---|
| ***U.S. Trustee*** **United States Trustee (SA)** 411 W Fourth St., Suite 7160 Santa Ana, CA 92701-4593 (714) 338-3400 | represented by | **Michael J Hauser** 411 W Fourth St Suite 7160 Santa Ana, CA 92701-4593 714-338-3417 Fax : 714-338-3421 Email: michael.hauser@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 03/21/2018 | 1 (10 pgs; 4 docs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1717 Filed by LUMINANCE RECOVERY CENTER, LLC, a California limited liability company List of Equity Security Holders due 04/4/2018. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 04/4/2018. Schedule A/B: Property (Form 106A/B or 206A/B) due 04/4/2018. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 04/4/2018. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 04/4/2018. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 04/4/2018. Schedule H: Your Codebtors (Form 106H or 206H) due 04/4/2018. Declaration About an Individual Debtors Schedules (Form 106Dec) due 04/4/2018. Statement of Financial Affairs (Form 107 or 207) due 04/4/2018. Signature of |

EXHIBIT 1, PAGE 32

| | | |
|---|---|---|
| | | Attorney on Petition (Form 101 or 201) due 04/4/2018. Corporate Resolution Authorizing Filing of Petition due 04/4/2018. Corporate Ownership Statement (LBR Form F1007-4) due by 04/4/2018. Statement of Related Cases (LBR Form F1015-2) due 04/4/2018. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 04/4/2018. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 04/4/2018. Incomplete Filings due by 04/4/2018. (Golden, Jeffrey) WARNING: See docket entry no 2 for correction. Case deficient re Declaration About Non Individual Debtors Schedules (Form 202) due 4/4/2018. Master List of Creditors due in 72 hours deadline due on 3/24/2018. Modified on 3/21/2018 (Nguyen, Vi). (Entered: 03/21/2018) |
| 03/21/2018 | | Receipt of Voluntary Petition (Chapter 11)(8:18-bk-10969) [misc,volp11] (1717.00) Filing Fee. Receipt number 46673876. Fee amount 1717.00. (re: Doc# 1) (U.S. Treasury) (Entered: 03/21/2018) |
| 03/21/2018 | 2 (1 pg) | Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (BNC) . (Nguyen, Vi) (Entered: 03/21/2018) |
| 03/21/2018 | 3 | Notice to Filer of Error and/or Deficient Document **Master Mailing List of Creditors due within 72 Hours.** (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Luminance Recovery Center, LLC) (Roque, Jewell) (Entered: 03/21/2018) |
| 03/21/2018 | 4 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Gaschen, Beth. (Gaschen, Beth) (Entered: 03/21/2018) |
| 03/21/2018 | 5 (22 pgs) | List of Creditors (Master Mailing List of Creditors) Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Golden, Jeffrey) (Entered: 03/21/2018) |
| 03/21/2018 | 6 (19 pgs) | Motion for Joint Administration *Notice of Ex Parte Motion and Ex Parte Motion for Joint Administration Pursuant to 11 U.S.C. section 105 (a), Federal Rule of Bankruptcy Procedure 1015, and Local Bankruptcy Rule 1015-1 with Proof of* |

EXHIBIT 1, PAGE 33

| | | |
|---|---|---|
| | | *Service* Filed by Debtor Luminance Recovery Center, LLC (Gaschen, Beth) (Entered: 03/21/2018) |
| 03/22/2018 | 7 (2 pgs) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Segretti, Donald. (Segretti, Donald) (Entered: 03/22/2018) |
| 03/22/2018 | 8 (2 pgs) | ORDER Granting Motion To Approve Joint Administration Of Cases. Lead Case: Luminance Recovery Center, LLC, a California limited liability company, (8:18-bk-10969-SC) Jointly Administered With Member Case: Luminance Health Group, Inc. a California corporation (8:18-bk-10972-SC) (SEE ORDER FOR FURTHER RULING) (BNC-PDF) Signed on 3/22/2018. (Bolte, Nickie) - THIS ORDER IS AMENDED AND SUPERSEDED BY DOCKET NO. 35 - Modified on 3/29/2018 (Bolte, Nickie). (Entered: 03/22/2018) |
| 03/23/2018 | 9 (16 pgs) | Emergency motion *for an order Authorizing Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345, and 363; Memorandum of Points and Authorities; and Declaration of Anthony Arnaudy in Support Thereof With Proof of Service* Filed by Debtor Luminance Recovery Center, LLC (Gaschen, Beth) (Entered: 03/23/2018) |
| 03/23/2018 | 10 (26 pgs) | Emergency motion *For order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c) Through the Final Hearing Date; Memorandum of Points and Authorities; and Declaration of Anthony Arnaudy Filed in Support Thereof With Proof of Service* Filed by Debtor Luminance Recovery Center, LLC (Golden, Jeffrey) (Entered: 03/23/2018) |
| 03/23/2018 | 11 (4 pgs) | Errata *Notice of Errata to Emergency motion For order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c) Through the Final Hearing Date With Proof of Service* Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)10 Emergency motion *For order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c) Through the Final Hearing Date; Memorandum of Points and* |

EXHIBIT 1, PAGE 34

| | | |
|---|---|---|
| | | *Authorities; and Declaration of Anthony Arnaudy Filed in Support Thereof With Proof of Ser). (Golden, Jeffrey) (Entered: 03/23/2018)* |
| 03/23/2018 | [12](#) (4 pgs) | Notice of Hearing *(s) on (1) Emergency Motion for an order Authorizing Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345, and 363; and Emergency motion For order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c) Through the Final Hearing Date With Proof of Service* Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)[9](#) Emergency motion *for an order Authorizing Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345, and 363; Memorandum of Points and Authorities; and Declaration of Anthony Arnaudy in Support Thereof With Proof of Service* Filed by Debtor Luminance Recovery Center, LLC, [10](#) Emergency motion *For order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c) Through the Final Hearing Date; Memorandum of Points and Authorities; and Declaration of Anthony Arnaudy Filed in Support Thereof With Proof of Service* Filed by Debtor Luminance Recovery Center, LLC). (Gaschen, Beth) (Entered: 03/23/2018) |
| 03/23/2018 | 13 | Hearing Set (RE: related document(s)[9](#) Emergency Motion For An Order Authorizing Maintenance Of Existing Bank Accounts For A Limited Period Pursuant To 11 U.S.C. Sections 105, 345, And 363. filed by Debtor Luminance Recovery Center, LLC) The Hearing date is set for 3/28/2018 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 03/23/2018) |
| 03/23/2018 | 14 | Hearing Set (RE: related document(s)[10](#) Emergency Motion For An Order Authorizing The Use Of Cash Collateral Pursuant To 11 U.S.C. Section 363(c) Through The Final Hearing Date - filed by Debtor Luminance Recovery Center, LLC) The Hearing date is set for 3/28/2018 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 03/23/2018) |

EXHIBIT 1, PAGE 35

| 03/23/2018 | [15](#) (8 pgs) | Exhibit *"A" (Amended) to Emergency motion For order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c) Through the Final Hearing Date; Memorandum of Points and Authorities; and Declaration of Anthony Arnaudy Filed in Support Thereof With Proof of Service* Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)[10](#) Emergency motion *For order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c) Through the Final Hearing Date; Memorandum of Points and Authorities; and Declaration of Anthony Arnaudy Filed in Support Thereof With Proof of Ser).* (Gaschen, Beth) (Entered: 03/23/2018) |
| 03/23/2018 | [16](#) (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) *on behalf of Creditor Alleon Capital Partners LLC* Filed by Peo, Valerie. (Peo, Valerie) (Entered: 03/23/2018) |
| 03/23/2018 | [17](#) (8 pgs) | Declaration re: *Declarations of Kelly Adele, Jeffrey I. Golden and Beth E. Gaschen Regarding Telephonic Notice of Hearings on (1)Emergency motion for an order Authorizing Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345, and 363 (2) Emergency motion For order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c) Through the Final Hearing Date With Proof of Service* Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)[9](#) Emergency motion *for an order Authorizing Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345, and 363; Memorandum of Points and Authorities; and Declaration of Anthony Arnaudy in Support Thereof With Pr,* [10](#) Emergency motion *For order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c) Through the Final Hearing Date; Memorandum of Points and Authorities; and Declaration of Anthony Arnaudy Filed in Support Thereof With Proof of Ser,* [12](#) *Notice of Hearing). (Golden, Jeffrey) (Entered: 03/23/2018)* |
| 03/23/2018 | [18](#) (2 pgs) | BNC Certificate of Notice (RE: related document (s)[1](#) Voluntary Petition (Chapter 11) filed by Debtor Luminance Recovery Center, LLC) No. of |

| | | |
|---|---|---|
| | | Notices: 1. Notice Date 03/23/2018. (Admin.) (Entered: 03/23/2018) |
| 03/23/2018 | [19](#) (2 pgs) | BNC Certificate of Notice (RE: related document(s)[1](#) Voluntary Petition (Chapter 11) filed by Debtor Luminance Recovery Center, LLC) No. of Notices: 1. Notice Date 03/23/2018. (Admin.) (Entered: 03/23/2018) |
| 03/23/2018 | [20](#) (2 pgs) | BNC Certificate of Notice (RE: related document(s)[2](#) Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC)) No. of Notices: 1. Notice Date 03/23/2018. (Admin.) (Entered: 03/23/2018) |
| 03/24/2018 | [21](#) (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[8](#) ORDER for joint administration (BNC-PDF)) No. of Notices: 1. Notice Date 03/24/2018. (Admin.) (Entered: 03/24/2018) |
| 03/26/2018 | [22](#) (4 pgs) | Order (1) Setting Scheduling Hearing And Case Management Conference And (2) Requiring Status Report. The Status Conference hearing is set for May 31, 2018 at 11:00 a.m. in Courtroom 5C, located at 411 West Fourth Street, Santa Ana, CA 92701 (BNC-PDF) (Related Doc # [1](#) ) Signed on 3/26/2018 (Bolte, Nickie) (Entered: 03/26/2018) |
| 03/26/2018 | 23 | Hearing Set (RE: related document(s)[22](#) Order (1) Setting Scheduling Hearing And Case Management Conference And (2) Requiring Status Report. Status Conference hearing to be held on 5/31/2018 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 03/26/2018) |
| 03/26/2018 | [24](#) (6 pgs) | Proof of service *of "Entered" Order (1) Setting Scheduling Hearing and Case Management Conference and (2) Requiring Status Report* Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)[22](#) Order (Generic) (BNC-PDF)). (Gaschen, Beth) (Entered: 03/26/2018) |
| 03/26/2018 | [25](#) (12 pgs) | Notice *Notice of Joint Administration of Cases and Requirements for Filing Documents (with Proof of Service)* Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)[8](#) ORDER |

|  |  |  |
|---|---|---|
|  |  | Granting Motion To Approve Joint Administration Of Cases. Lead Case: Luminance Recovery Center, LLC, a California limited liability company, (8:18-bk-10969-SC) Jointly Administered With Member Case: Luminance Health Group, Inc. a California corporation (8:18-bk-10972-SC) (SEE ORDER FOR FURTHER RULING) (BNC-PDF) Signed on 3/22/2018.). (Gaschen, Beth) (Entered: 03/26/2018) |
| 03/26/2018 | 26 (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 4/27/2018 at 11:00 AM at RM 1-154, 411 W Fourth St., Santa Ana, CA 92701. (Beezer, Cynthia) (Entered: 03/26/2018) |
| 03/27/2018 | 27 (6 pgs) | Proof of service Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)9 Emergency motion *for an order Authorizing Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345, and 363; Memorandum of Points and Authorities; and Declaration of Anthony Arnaudy in Support Thereof With Pr, 10 Emergency motion For order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c) Through the Final Hearing Date; Memorandum of Points and Authorities; and Declaration of Anthony Arnaudy Filed in Support Thereof With Proof of Ser, 12 Notice of Hearing, 15 Exhibit, 17 Declaration).* (Gaschen, Beth) (Entered: 03/27/2018) |
| 03/27/2018 | 28 (5 pgs) | Response to (related document(s): 10 Emergency motion *For order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c) Through the Final Hearing Date; Memorandum of Points and Authorities; and Declaration of Anthony Arnaudy Filed in Support Thereof With Proof of Ser filed by Debtor Luminance Recovery Center, LLC) Alleon capital Partners, LLCs Reservation of Rights Regarding Debtors and Debtors-in-Possessions Emergency Motion for Order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. §363(C) Through the Final Hearing Date Filed by Creditor Alleon Capital Partners, LLC* (Peo, Valerie) (Entered: 03/27/2018) |
| 03/27/2018 | 29 (4 pgs) | Declaration re: *of Kelly Adele Regarding Written Notice of Hearings on (1) Emergency Motion for an order Authorizing Maintenance of Existing Bank* |

| | | |
|---|---|---|
| | | *Accounts for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345, and 363; and Emergency motion For order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c) Through the Final Hearing Date With Proof of Service* Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)12 Notice of Hearing). (Gaschen, Beth) (Entered: 03/27/2018) |
| 03/28/2018 | 30 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Djang, Caroline. (Djang, Caroline) (Entered: 03/28/2018) |
| 03/28/2018 | 31 | Hearing Held (RE: related document(s)9 Hearing RE: Emergency Motion For An Order Authorizing Maintenance Of Existing Bank Accounts For A Limited Period Pursuant To 11 U.S.C. Sections 105, 345, and 363 filed by Debtor Luminance Recovery Center, LLC) MOTION GRANTED (Le, James) (Entered: 03/28/2018) |
| 03/28/2018 | 32 | Hearing Continued (RE: related document(s)10 Hearing RE: Emergency Motion For Order Authorizing The Use Of Cash Collateral Pursuant To 11 U.S.C. Section 363(c) Through The Final Hearing Date filed by Debtor Luminance Recovery Center, LLC) HEARING CONTINUED TO 3/30/2018 at 01:30 PM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Le, James) (Entered: 03/28/2018) |
| 03/28/2018 | 33 (6 pgs) | BNC Certificate of Notice (RE: related document (s)26 Meeting of Creditors Chapter 11) No. of Notices: 148. Notice Date 03/28/2018. (Admin.) (Entered: 03/28/2018) |
| 03/28/2018 | 34 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)22 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 03/28/2018. (Admin.) (Entered: 03/28/2018) |
| 03/29/2018 | 35 (2 pgs) | Amended Order Granting Motion To Approve Joint Administration Of Cases. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) Signed on 3/29/2018. (Bolte, Nickie) (Entered: 03/29/2018) |
| 03/29/2018 | 36 (2 pgs) | Notice To Creditors Of Amended Order Granting Motion To Approve Joint Administration Of Cases |

EXHIBIT 1, PAGE 39

| | | |
|---|---|---|
| | | (RE: related document 35)(BNC-PDF) (Bolte, Nickie) (Entered: 03/29/2018) |
| 03/30/2018 | 37 (2 pgs) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Kennedy, Gerald. (Kennedy, Gerald) (Entered: 03/30/2018) |
| 03/30/2018 | 38 (6 pgs) | Motion to Appear pro hac vice *For Attorney Jay S. Geller* Filed by Creditor V&G Associates COV Inc. (Hollander, Garrick) (Entered: 03/30/2018) |
| 03/30/2018 | 39 (3 pgs) | Order Granting Emergency Motion For An Order Authorizing Maintenance Of Existing Bank Accounts For A Limited Period Pursuant To 11 U.S.C. Sections 105, 345, And 363. (BNC-PDF) (Related Doc # 9 ) Signed on 3/30/2018 (Bolte, Nickie) (Entered: 03/30/2018) |
| 03/30/2018 | 40 (21 pgs) | Notice *of Proposed Agreed Order Authorizing Interim Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c) Through the Final Hearing Date* Filed by Debtor Luminance Recovery Center, LLC. (Gaschen, Beth) (Entered: 03/30/2018) |
| 03/30/2018 | 41 (299 pgs) | Declaration re: *of Beth E. Gaschen Regarding Documents Referenced in Agreed Order Authorizing Interim Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c) Through the Final Hearing Date* Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)40 Notice). (Gaschen, Beth) (Entered: 03/30/2018) |
| 03/30/2018 | 42 (2 pgs) | Statement *Regarding Cash Collateral or Debtor in Possession Financing* Filed by Debtor Luminance Recovery Center, LLC. (Gaschen, Beth) (Entered: 03/30/2018) |
| 03/30/2018 | 46 | Hearing Continued (RE: related document(s)10 CONT'D Hearing RE: Emergency Motion For Order Authorizing The Use Of Cash Collateral Pursuant To 11 U.S.C. Section 363(c) Through The Final Hearing Date filed by Debtor Luminance Recovery Center, LLC) HEARING CONTINUED TO 5/3/2018 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Le, James) (Entered: 04/02/2018) |
| 03/31/2018 | | |

| | | |
|---|---|---|
| | 43<br>(6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)36 Notice to creditors (BNC-PDF)) No. of Notices: 153. Notice Date 03/31/2018. (Admin.) (Entered: 03/31/2018) |
| 03/31/2018 | 44<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)35 Amended Order (BNC-PDF)) No. of Notices: 1. Notice Date 03/31/2018. (Admin.) (Entered: 03/31/2018) |
| 04/01/2018 | 45<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)39 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 04/01/2018. (Admin.) (Entered: 04/01/2018) |
| 04/02/2018 | 47<br>(6 pgs) | Declaration re: *Payment of Fees [Pro Hac Vice Application of Jay S. Geller]* Filed by Creditor V&G Associates COV Inc. (RE: related document (s)38 Motion to Appear pro hac vice *For Attorney Jay S. Geller*). (Hollander, Garrick) (Entered: 04/02/2018) |
| 04/03/2018 | 48<br>(1 pg) | Order Granting Application Of Non-Resident Attorney Jay S. Geller To Appear In The Above-Entitled Case (Local Bankruptcy Rule 2090-1(b)]. (BNC-PDF) (Related Doc # 38 ) Signed on 4/3/2018 (Bolte, Nickie) (Entered: 04/03/2018) |
| 04/03/2018 | 49<br>(15 pgs) | Emergency motion *to Convert Cases from Chapter 11 to Cases Under Chapter 7 Pursuant to 11 U.S.C. Section 1112(b) or to Appoint a Chapter 11 Trustee; Memorandum of Points and Authorities; and Declaration of Jeffrey I. Golden With Proof of Service* Filed by Debtor Luminance Recovery Center, LLC (Golden, Jeffrey) (Entered: 04/03/2018) |
| 04/03/2018 | 50<br>(10 pgs) | Notice of Hearing *on Emergency motion to Convert Cases from Chapter 11 to Cases Under Chapter 7 Pursuant to 11 U.S.C. Section 1112(b) or to Appoint a Chapter 11 Trustee With Proof of Service* Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)49 Emergency motion *to Convert Cases from Chapter 11 to Cases Under Chapter 7 Pursuant to 11 U.S.C. Section 1112(b) or to Appoint a Chapter 11 Trustee; Memorandum of Points and Authorities; and Declaration of Jeffrey I. Golden With Proof of Service* Filed by Debtor |

EXHIBIT 1, PAGE 41

|  |  | Luminance Recovery Center, LLC). (Golden, Jeffrey) (Entered: 04/03/2018) |
|---|---|---|
| 04/03/2018 | 51 (5 pgs) | Adversary case 8:18-ap-01064. Complaint by Luminance Health Group, Inc. against Michael Castanon. (Charge To Estate). *Complaint: For Declaratory Relief Regarding Property of the Estate Pursuant to 11 U.S.C. § 541* Nature of Suit: (91 (Declaratory judgment)) (Rasch, Faye) (Entered: 04/03/2018) |
| 04/03/2018 | 52 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Garfinkle, Jeffrey. (Garfinkle, Jeffrey) (Entered: 04/03/2018) |
| 04/03/2018 | 53 (6 pgs) | Declaration re: *of Kelly Adele and Jeffrey I. Golden Regarding Telephonic Notice of Hearing on Emergency Motion to Convert Case from Chapter 11 to a Case Under Chapter 7 Pursuant to 11 U.S.C. Section 1112(b) or to Appoint a Chapter 11 Trustee With Proof of Service* Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)50 Notice of Hearing). (Golden, Jeffrey) (Entered: 04/03/2018) |
| 04/03/2018 | 54 (3 pgs) | Proof of service *of "Entered" Order Granting Emergency Motion for an Order Authorizing Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345 and 363* Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)39 Order on Generic Motion (BNC-PDF)). (Gaschen, Beth) (Entered: 04/03/2018) |
| 04/03/2018 | 55 (15 pgs) | Ex parte application *Notice of Ex Parte Motion and Ex Parte Motion for an Order Extending Time Within Which Debtors Must File Schedules of Assets and Liabilities and Statements of Financial Affairs and Other Required Documents as Listed in the Court's Deficiency Notice Pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and Local Bankruptcy Rule 1007-1(b) ; and Memorandum of Points and Authorities; and Declaration of Beth E. Gaschen With Proof of Service* Filed by Debtor Luminance Recovery Center, LLC (Gaschen, Beth) (Entered: 04/03/2018) |
| 04/03/2018 | 56 |  |

EXHIBIT 1, PAGE 42

|  |  |  |
|---|---|---|
|  |  | Hearing Set (RE: related document(s)49 Emergency Motion To Convert Cases From Chapter 11 To Cases Under Chapter 7 Pursuant To 11 U.S.C. Section 1112(b) Or To Appoint A Chapter 11 Trustee - filed by Debtor Luminance Recovery Center, LLC) The Hearing date is set for 4/5/2018 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 04/04/2018) |
| 04/04/2018 | 57 (2 pgs) | Order Extending Time Within Which Debtors Must File Schedules Of Assets And Liabilities And Statements Of Financial Affairs And Other Required Documents As Listed In The Court's Deficiency Notice Pursuant To Federal Rule Of Bankruptcy Procedure 1007(c) And Local Bankruptcy Rule 1007-1(b) To Through And Including April 18, 2018. (BNC-PDF) (Related Doc # 55 ) Signed on 4/4/2018 (Bolte, Nickie) (Entered: 04/04/2018) |
| 04/04/2018 | 58 (2 pgs) | Notice *of Appearance and Request for Notices* Filed by Creditor Nelson Hardiman, LLP. (Hardiman, Mark) (Entered: 04/04/2018) |
| 04/05/2018 | 59 (2 pgs) | Order Granting Emergency Motion To Convert Cases From Chapter 11 To Cases Under Chapter 7 Pursuant To 11 U.S.C. Section 1112(b) Or To Appoint A Chapter 11 Trustee. IT IS ORDERED: The Motion is granted. These cases are hereby converted to one under chapter 7. The Office of the United States Trustee is hereby directed to appoint a chapter 7 trustee in these cases. [ORDER AFFECTS ALL DEBTORS] [A(BNC-PDF) Signed on 4/5/2018 (RE: related document(s) 49) (Bolte, Nickie) (Entered: 04/05/2018) |
| 04/05/2018 | 60 (1 pg) | Transcript Order Form, regarding Hearing Date 03/28/18 Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)9 Emergency motion *for an order Authorizing Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345, and 363; Memorandum of Points and Authorities; and Declaration of Anthony Arnaudy in Support Thereof With Pr, 10 Emergency motion For order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c) Through the Final* |

|  |  |  |
|---|---|---|
|  |  | *Hearing Date; Memorandum of Points and Authorities; and Declaration of Anthony Arnaudy Filed in Support Thereof With Proof of Ser).* (Golden, Jeffrey) (Entered: 04/05/2018) |
| 04/05/2018 | [61](#)<br>(1 pg) | Transcript Order Form, regarding Hearing Date 03/30/18 Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)[10](#) Emergency motion *For order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c) Through the Final Hearing Date; Memorandum of Points and Authorities; and Declaration of Anthony Arnaudy Filed in Support Thereof With Proof of Ser).* (Golden, Jeffrey) (Entered: 04/05/2018) |
| 04/05/2018 | [62](#)<br>(1 pg) | Transcript Order Form, regarding Hearing Date 04/05/18 Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)[49](#) Emergency motion *to Convert Cases from Chapter 11 to Cases Under Chapter 7 Pursuant to 11 U.S.C. Section 1112(b) or to Appoint a Chapter 11 Trustee; Memorandum of Points and Authorities; and Declaration of Jeffrey I. Golden With Proof of Service).* (Golden, Jeffrey) (Entered: 04/05/2018) |
| 04/05/2018 | [63](#)<br>(1 pg) | Notice of appointment and acceptance of trustee Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 04/05/2018) |
| 04/05/2018 | [64](#)<br>(10 pgs) | Proof of service *for "Entered" Order Extending Time Within Which Debtors Must File Schedules of Assets and Liabilities and Statements of Financial Affairs and Other Required Documents as Listed in the Court's Deficiency Notice Pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and Local Bankruptcy Rule 1007- 1(b)* Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)[57](#) Order on Generic Motion (BNC-PDF)). (Golden, Jeffrey) (Entered: 04/05/2018) |
| 04/05/2018 | 65 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 18-SC-05. RE Hearing Date: 3/28/18, [TRANSCRIPTION SERVICE PROVIDER: BEN HYATT CERTIFIED DEPOSITION REPORTERS, Telephone number Ph: (888) 272-0022, ext. 201 or ext. 206.] (RE: related document |

EXHIBIT 1, PAGE 44

| | | |
|---|---|---|
| | | (s)60 Transcript Order Form (Public Request) filed by Debtor Luminance Recovery Center, LLC) (Le, James) (Entered: 04/05/2018) |
| 04/05/2018 | 66 | Meeting of Creditors 341(a) meeting to be held on 5/15/2018 at 09:00 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Cert. of Financial Management due by 7/16/2018. Last day to oppose discharge or dischargeability is 7/16/2018. (Bolte, Nickie). NOTICE NOT GENERATED. Modified on 4/6/2018 (Corona, Heidi). (Entered: 04/05/2018) |
| 04/05/2018 | 67 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 18-SC-06. RE Hearing Date: 03/30/18, [TRANSCRIPTION SERVICE PROVIDER: BEN HYATT CERTIFIED DEPOSITION REPORTERS, Telephone number Ph: (888) 272-0022, ext. 201 or ext. 206.] (RE: related document (s)61 Transcript Order Form (Public Request) filed by Debtor Luminance Recovery Center, LLC) (Le, James) (Entered: 04/05/2018) |
| 04/05/2018 | 68 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 18-SC-07. RE Hearing Date: 04/05/18, [TRANSCRIPTION SERVICE PROVIDER: BEN HYATT CERTIFIED DEPOSITION REPORTERS, Telephone number Ph: (888) 272-0022, ext. 201 or ext. 206.] (RE: related document (s)62 Transcript Order Form (Public Request) filed by Debtor Luminance Recovery Center, LLC) (Le, James) (Entered: 04/05/2018) |
| 04/05/2018 | 69 (2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)48 Order on Motion to Appear pro hac vice (BNC-PDF)) No. of Notices: 1. Notice Date 04/05/2018. (Admin.) (Entered: 04/05/2018) |
| 04/05/2018 | 70 | Hearing Held (RE: related document(s)49 Hearing RE: Emergency Motion To Convert Cases From Chapter 11 To Cases Under Chapter 7 Pursuant To 11 U.S.C. Section 1112(b) Or To Appoint A Chapter 11 Trustee filed by Debtor Luminance Recovery Center, LLC) MOTION GRANTED - CONVERTED TO CHAPTER 7 (Le, James) (Entered: 04/06/2018) |
| | | |

| | | |
|---|---|---|
| 04/06/2018 | <u>71</u><br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Wood, David. (Wood, David) (Entered: 04/06/2018) |
| 04/06/2018 | <u>72</u><br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Hays, D. (Hays, D) (Entered: 04/06/2018) |
| 04/06/2018 | <u>73</u><br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Wood, David. (Wood, David) (Entered: 04/06/2018) |
| 04/06/2018 | <u>74</u><br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Hays, D. (Hays, D) (Entered: 04/06/2018) |
| 04/06/2018 | <u>75</u><br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>57</u> Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 04/06/2018. (Admin.) (Entered: 04/06/2018) |
| 04/07/2018 | <u>76</u><br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>59</u> Order Converting Case to Chapter 7 (BNC-PDF)) No. of Notices: 1. Notice Date 04/07/2018. (Admin.) (Entered: 04/07/2018) |
| 04/09/2018 | <u>77</u><br>(2 pgs) | Meeting of Creditors 341(a) meeting to be held on 5/15/2018 at 09:00 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Corona, Heidi) (Entered: 04/09/2018) |
| 04/11/2018 | <u>78</u><br>(62 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 5165 Estrella Road, Paso Robles, CA 93446-8328 *with proof of service*. Fee Amount $181, Filed by Creditor Estrella Land Company LLC (Pagter, R) (Entered: 04/11/2018) |
| 04/11/2018 | | Receipt of Motion for Relief from Stay - Unlawful Detainer(8:18-bk-10969-SC) [motion,nmud] ( 181.00) Filing Fee. Receipt number 46801159. Fee amount 181.00. (re: Doc# <u>78</u>) (U.S. Treasury) (Entered: 04/11/2018) |
| 04/11/2018 | | Receipt of Certification Fee - $11.00 by 16. Receipt Number 80071139. (admin) (Entered: 04/11/2018) |
| 04/11/2018 | | |

EXHIBIT 1, PAGE 46

| | | |
|---|---|---|
| | | Receipt of Photocopies Fee - $0.50 by 16. Receipt Number 80071139. (admin) (Entered: 04/11/2018) |
| 04/11/2018 | [79](#) (7 pgs) | BNC Certificate of Notice (RE: related document (s)77 Meeting of Creditors Chapter 7 No Asset) No. of Notices: 153. Notice Date 04/11/2018. (Admin.) (Entered: 04/11/2018) |
| 04/11/2018 | 82 | Hearing Set (RE: related document(s)78 Motion for Relief from Stay - Unlawful Detainer - RE: 5165 Estrella Road, Paso Robles, CA 93446-8328 - filed by Creditor Estrella Land Company LLC) The Hearing date is set for 5/3/2018 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 04/13/2018) |
| 04/12/2018 | [80](#) (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) *for Attorney Jay S. Geller* Filed by Geller, Jay. (Geller, Jay) (Entered: 04/12/2018) |
| 04/12/2018 | [81](#) (3 pgs) | Notice of Change of Address *of Attorney Garrick A. Hollander of Winthrop Couchot Golubow Hollander, LLP.* (Hollander, Garrick) (Entered: 04/12/2018) |
| 04/16/2018 | [83](#) (2 pgs; 2 docs) | Notice of Assets filed by trustee and court's notice of possible dividend (BNC) Filed by Trustee Richard A Marshack (TR). Proofs of Claims due by 7/20/2018. Government Proof of Claim due by 9/17/2018. (Marshack (TR), Richard) (Entered: 04/16/2018) |
| 04/16/2018 | [84](#) (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Shirley, Rosa. (Shirley, Rosa) (Entered: 04/16/2018) |
| 04/17/2018 | [85](#) (1 pg) | Notice of Change of Address Filed by Creditor CE Learning Systems LLC . (Le, James) (Entered: 04/18/2018) |
| 04/18/2018 | [86](#) (39 pgs) | Motion to Abandon *Trustee's Motion for Order Authorizing Abandonment of Vehicles; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support; with Proof of Service [Hrg. 04/26/18 at 11:00 a.m., Ctrm 5C].* Fee Amount $181 Filed by Trustee |

EXHIBIT 1, PAGE 47

| | | Richard A Marshack (TR) (Hays, D) (Entered: 04/18/2018) |
|---|---|---|
| 04/18/2018 | | Receipt of Motion to Abandon(8:18-bk-10969-SC) [motion,mabn] ( 181.00) Filing Fee. Receipt number 46844487. Fee amount 181.00. (re: Doc# 86) (U.S. Treasury) (Entered: 04/18/2018) |
| 04/18/2018 | 87 (412 pgs; 9 docs) | Motion to Reject Lease or Executory Contract *The Chapter 7 Trustee's Motion for Order: (1) Authorizing Trustee to Reject Certain Unexpired Leases and Executory Contracts Pursuant to 11 USC Section 365(a); (2) Authorizing Trustee to Turnover Possession of Properties that Debtor is Not a Lessee or the Terms of the Lease Expired Pre-Petition; (3) Abandonment of Personal Property with a Culmulative Net Value of $5k or less at each location; and (4) Approval of Agreement with Certain Landlords to Vacate Properties and a Release of Claims Pursuant to Rule 9019 of the FRBP; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support; with Proof of Service [Hrg. 04/26/18 at 11:00 a.m., Ctrm 5C]* Filed by Trustee Richard A Marshack (TR) (Attachments: # 1 Part 2 # 2 Part 3 # 3 Part 4 # 4 Part 5 # 5 Part 6 # 6 Part 7 # 7 Part 8 # 8 Part 9) (Hays, D) (Entered: 04/18/2018) |
| 04/18/2018 | 88 (55 pgs) | Motion to Use Cash Collateral *Chapter 7 Trustee's Emergency Motion for Order: (1) Authorizing Operation of the Debtors' Business Pursuant to 11 USC Section 721; (2) Retain and Pay Certain Employees to Facilitate the Collection of Outstanding Account Receivables; (3) Pay Operating Expenses; (4) Authorizing Use of Cash Collateral Pursuant to 11 USC Section 363; and (5) Authorizing Continued Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 USC Sections 105, 345 and 363; Memorandum of Points and Authorities and Declaration of Richard A. Marshack in Support; with Proof of Service [Hrg. 4/26/18 at 11:00 a.m., Ctrm 5C]* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 04/18/2018) |
| 04/18/2018 | 89 | Hearing Set (RE: related document(s)86 Trustee's Motion For Order Authorizing Abandonment Of |

EXHIBIT 1, PAGE 48

| | | Vehicles - filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 4/26/2018 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 04/18/2018) |
|---|---|---|
| 04/18/2018 | 90 | Hearing Set (RE: related document(s)87 The Chapter 7 Trustee's Motion For Order: (1) Authorizing The Trustee To Reject Certain Unexpired Leases And Executory Contracts Pursuant To 11 U.S.C. Section 365(a); (2) Authorizing Trustee To Turnover Possession Of Properties That The Debtor Is Not A Lessee Or The Terms Of The Lease Expired Pre-Petition; (3) Abandonment Of Personal Property With A Culmulative Net Value Of $5,000 Or Less At Each Location; And (4) Approval Of Agreements With Certain Landlords To Vacate Properties And A Release Of Claims Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure - filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 4/26/2018 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 04/18/2018) |
| 04/18/2018 | 91 | Hearing Set (RE: related document(s)88 Chapter 7 Trustee's Emergency Motion For Order: (1) Authorizing Operation Of The Debtors' Business Pursuant To 11 U.S.C. Section 721; (2) Retain And Pay Certain Employees To Facilitate The Collection Of Outstanding Account Receivables; (3) Pay Operating Expenses; (4) Authorizing Use Of Cash Collateral Pursuant To 11 U.S.C. Section 363; And (5) Authorizing Continued Maintenance Of Existing Bank Accounts For A Limited Period Pursuant To 11 U.S.C. Sections 105, 345 And 363 - filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 4/26/2018 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 04/18/2018) |
| 04/18/2018 | 92 (81 pgs) | Schedule A/B Non-Individual: Property (Official Form 106A/B or 206A/B) , Schedule D Non-Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Non-Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , |

EXHIBIT 1, PAGE 49

| | | |
|---|---|---|
| | | Schedule H Non-Individual: Your Codebtors (Official Form 106H or 206H) , Summary of Assets and Liabilities for Non-Individual (Official Form 106Sum or 206Sum) , Statement of Related Cases (LBR Form 1015-2.1) , Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) , Verification of Master Mailing List of Creditors (LBR Form F1007-1) , Statement of Corporate Ownership filed. Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Golden, Jeffrey) WARNING: See docket entry #94 for corrections. Additional Creditors not added. Fee not paid. Modified on 4/19/2018 (Law, Tamika). (Entered: 04/18/2018) |
| 04/18/2018 | 93 (6 pgs) | BNC Certificate of Notice (RE: related document (s)83 Notice of Assets filed by trustee and court's notice of possible dividend (BNC) filed by Trustee Richard A Marshack (TR)) No. of Notices: 160. Notice Date 04/18/2018. (Admin.) (Entered: 04/18/2018) |
| 04/19/2018 | 94 (1 pg) | Notice of Deficiency of Filing Fees Required to Add Additional Creditors (BNC) (RE: related document(s)92 Schedule A/B: Property (Official Form 106A/B or 206A/B) filed by Debtor Luminance Recovery Center, LLC, Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D), Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106F or 206F), Schedule H: Your Codebtors (Official Form 106H or 206H), Summary of Assets and Liabilities (Official Form 106Sum or 206Sum), Statement of Related Cases (LBR Form 1015-2.1), Statement of Financial Affairs (Official Form 107 or 207) (Official Form 107 or 207), Disclosure of Compensation of Atty for Debtor (Official Form 2030), Verification of Master Mailing List of Creditors (LBR F1007-1), Corporate Ownership Statement) (Law, Tamika) (Entered: 04/19/2018) |
| 04/19/2018 | 95 (6 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)86 Motion to Abandon *Trustee's Motion for Order Authorizing Abandonment of Vehicles; Memorandum of Points and Authorities;* |

| | | |
|---|---|---|
| | | *Declaration of Richard A. Marshack in Support; with Proof of Service [Hrg. 04/26/18 at 11:00 a.m., Ctrm 5C]*. Fee Amount $181 Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 04/19/2018) |
| 04/19/2018 | [96](#) (6 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[88](#) Motion to Use Cash Collateral *Chapter 7 Trustee's Emergency Motion for Order: (1) Authorizing Operation of the Debtors' Business Pursuant to 11 USC Section 721; (2) Retain and Pay Certain Employees to Facilitate the Collection of Outstanding Account Receivables; (3) Pay Operating Expenses; (4) Authorizing Use of Cash Collateral Pursuant to 11 USC Section 363; and (5) Authorizing Continued Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 USC Sections 105, 345 and 363; Memorandum of Points and Authorities and Declaration of Richard A. Marshack in Support; with Proof of Service [Hrg. 4/26/18 at 11:00 a.m., Ctrm 5C]* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 04/19/2018) |
| 04/19/2018 | [97](#) (7 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[87](#) Motion to Reject Lease or Executory Contract *The Chapter 7 Trustee's Motion for Order: (1) Authorizing Trustee to Reject Certain Unexpired Leases and Executory Contracts Pursuant to 11 USC Section 365(a); (2) Authorizing Trustee to Turnover Possession of Properties that Debtor is Not a Lessee or the Terms of the Lease Expired Pre-Petition; (3) Abandonment of Personal Property with a Cumulative Net Value of $5k or less at each location; and (4) Approval of Agreement with Certain Landlords to Vacate Properties and a Release of Claims Pursuant to Rule 9019 of the FRBP; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support; with Proof of Service [Hrg. 04/26/18 at 11:00 a.m., Ctrm 5C]* Filed by Trustee Richard A Marshack (TR) (Attachments: # 1 Part 2 # 2 Part 3 # 3 Part 4 # 4 Part 5 # 5 Part 6 # 6 Part 7 # 7 Part 8 # 8 Part 9)). (Wood, David) (Entered: 04/19/2018) |
| 04/19/2018 | [98](#) (4 pgs) | Proof of service Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[86](#) Motion |

|  |  |  |
|---|---|---|
|  |  | to Abandon *Trustee's Motion for Order Authorizing Abandonment of Vehicles; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support; with Proof of Service [Hrg. 04/26/18 at 11:00 a.m., Ctrm 5C]*. Fee Amoun). (Wood, David) (Entered: 04/19/2018) |
| 04/19/2018 | 99 (5 pgs) | Proof of service Filed by Trustee Richard A Marshack (TR) (RE: related document(s)87 Motion to Reject Lease or Executory Contract *The Chapter 7 Trustee's Motion for Order: (1) Authorizing Trustee to Reject Certain Unexpired Leases and Executory Contracts Pursuant to 11 USC Section 365(a); (2) Authorizing Trustee to Turnover Poss). (Wood, David) (Entered: 04/19/2018)* |
| 04/19/2018 | 100 (4 pgs) | Proof of service Filed by Trustee Richard A Marshack (TR) (RE: related document(s)88 Motion to Use Cash Collateral *Chapter 7 Trustee's Emergency Motion for Order: (1) Authorizing Operation of the Debtors' Business Pursuant to 11 USC Section 721; (2) Retain and Pay Certain Employees to Facilitate the Collection of Outstandin). (Wood, David) (Entered: 04/19/2018)* |
| 04/20/2018 | 101 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Fasel, Thomas. (Fasel, Thomas) (Entered: 04/20/2018) |
| 04/20/2018 |  | Receipt of Amendment Filing Fee - $31.00 by 02. Receipt Number 80071204. (admin) (Entered: 04/20/2018) |
| 04/21/2018 | 102 (3 pgs) | BNC Certificate of Notice (RE: related document(s) 94 Notice of Deficiency of Filing Fees Required to Add Additional Creditors (BNC)) No. of Notices: 1. Notice Date 04/21/2018. (Admin.) (Entered: 04/21/2018) |
| 04/23/2018 | 103 (14 pgs) | Declaration re: *Declarations of David A. Wood, Layla Buchanan and Kathleen Frederick Regarding Telephonic Notice of Hearings on the (A)Trustee's Motion for Order Authorizing Abandonment of Vehicles; (B)Emergency Motion for Order: (1) Authorizing Operation of the Debtors' Business Pursuant to 11 USC Section 721; and (C) Motion to Reject Lease or Executory Contracts* Filed by Trustee Richard A Marshack (TR) (RE: related |

EXHIBIT 1, PAGE 52

| | | | |
|---|---|---|---|
| | | | document(s)86 Motion to Abandon *Trustee's Motion for Order Authorizing Abandonment of Vehicles; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support; with Proof of Service [Hrg. 04/26/18 at 11:00 a.m., Ctrm 5C].* Fee Amoun, 87 Motion to Reject Lease or Executory Contract *The Chapter 7 Trustee's Motion for Order: (1) Authorizing Trustee to Reject Certain Unexpired Leases and Executory Contracts Pursuant to 11 USC Section 365(a); (2) Authorizing Trustee to Turnover Poss,* 88 Motion to Use Cash Collateral Chapter 7 *Trustee's Emergency Motion for Order: (1) Authorizing Operation of the Debtors' Business Pursuant to 11 USC Section 721; (2) Retain and Pay Certain Employees to Facilitate the Collection of Outstandin.* (Wood, David) (Entered: 04/23/2018) |
| 04/24/2018 | | 104 (4 pgs) | Declaration re: *(Supplemental) of Gilbert Aguirre re Motion for Relief from the Automatic Stay with proof of service* Filed by Creditor Estrella Land Company LLC (RE: related document(s)78 Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 5165 Estrella Road, Paso Robles, CA 93446-8328 *with proof of service.* Fee Amount $181,). (Pagter, R) Warning: Item subsequently amended by docket entry no: 105 Modified on 4/24/2018 (Le, James). (Entered: 04/24/2018) |
| 04/24/2018 | | 105 | Notice to Filer of Correction Made/No Action Required: **Other - Incorrect hearing date on caption page. THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.** (RE: related document(s) 104 Declaration filed by Creditor Estrella Land Company LLC) (Le, James) (Entered: 04/24/2018) |
| 04/25/2018 | | 106 (6 pgs) | Statement *Regarding Cash Collateral or Debtor In Possession Financng [FRBP 4001; LBR 4001-2]; with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Wood, David) (Entered: 04/25/2018) |
| 04/25/2018 | | 107 (25 pgs) | Notice *of Proposed Order Granting the Chapter 7 Trustee's Emergency Motion for Order 1) Authorizing Operation of the Debtors' Business Pursuant to 11 USC Section 721; (2) Retain and Pay Certain Employees to Facilitate the Collection of Outstanding Account Receivables; (3) Pay* |

| | | |
|---|---|---|
| | | *Operating Expenses; (4) Authorizing Use of Cash Collateral Pursuant to 11 USC Section 363; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)88 Motion to Use Cash Collateral *Chapter 7 Trustee's Emergency Motion for Order: (1) Authorizing Operation of the Debtors' Business Pursuant to 11 USC Section 721; (2) Retain and Pay Certain Employees to Facilitate the Collection of Outstanding Account Receivables; (3) Pay Operating Expenses; (4) Authorizing Use of Cash Collateral Pursuant to 11 USC Section 363; and (5) Authorizing Continued Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 USC Sections 105, 345 and 363; Memorandum of Points and Authorities and Declaration of Richard A. Marshack in Support; with Proof of Service [Hrg. 4/26/18 at 11:00 a.m., Ctrm 5C]* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 04/25/2018) |
| 04/26/2018 | 108 (20 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2016 Ford Fusion; VIN# 3FA6P0LU9GR291084 . Fee Amount $181, Filed by Creditor Cab West LLC (Mroczynski, Randall) (Entered: 04/26/2018) |
| 04/26/2018 | 109 (20 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2016 Ford Fusion; VIN# 3FA6P0LU0GR291085 . Fee Amount $181, Filed by Creditor Cab West LLC (Mroczynski, Randall) (Entered: 04/26/2018) |
| 04/26/2018 | | Receipt of Motion for Relief from Stay - Personal Property(8:18-bk-10969-SC) [motion,nmpp] ( 181.00) Filing Fee. Receipt number 46896157. Fee amount 181.00. (re: Doc# 108) (U.S. Treasury) (Entered: 04/26/2018) |
| 04/26/2018 | | Receipt of Motion for Relief from Stay - Personal Property(8:18-bk-10969-SC) [motion,nmpp] ( 181.00) Filing Fee. Receipt number 46896157. Fee amount 181.00. (re: Doc# 109) (U.S. Treasury) (Entered: 04/26/2018) |
| 04/26/2018 | 110 | |

| | | |
|---|---|---|
| | | Hearing Set (RE: related document(s)108 Motion for Relief from Stay - Personal Property - RE: 2016 Ford Fusion; VIN No.: 3FA6P0LU9GR291084 - filed by Creditor Cab West LLC) The Hearing date is set for 5/31/2018 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 04/26/2018) |
| 04/26/2018 | 111 | Hearing Set (RE: related document(s)109 Motion for Relief from Stay - Personal Property - RE: 2016 Ford Fusion - VIN No.: 3FA6P0LU0GR291085 - filed by Creditor Cab West LLC) The Hearing date is set for 5/31/2018 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 04/26/2018) |
| 04/26/2018 | 116 | Hearing Held (RE: related document(s)86 Hearing RE: Trustee's Motion For Order Authorizing Abandonment Of Vehicles filed by Trustee Richard A Marshack (TR)) MOTION GRANTED (Le, James) (Entered: 04/30/2018) |
| 04/26/2018 | 117 | Hearing Held (RE: related document(s)87 Hearing RE: The Chapter 7 Trustee's Motion For Order: (1) Authorizing The Trustee To Reject Certain Unexpired Leases And Executory Contracts Pursuant To 11 U.S.C. Section 365(a); (2) Authorizing Trustee To Turnover Possession Of Properties That Debtor Is Not A Lessee Or The Terms Of The Lease Expired Pre-Petition; (3) Abandonment Of Personal Property With A Culmulative Net Value Of $5,000 Or Less At Each Location; And (4) Approval Of Agreements With Certain Landlords To Vacate Properties And A Release Of Claims Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure filed by Trustee Richard A Marshack (TR)) MOTION GRANTED (Le, James) (Entered: 04/30/2018) |
| 04/26/2018 | 118 | Hearing Held (RE: related document(s)88 Hearing RE: Chapter 7 Trustee's Emergency Motion For Order: (1) Authorizing Operation Of The Debtors' BusinePss Pursuant To 11 U.S.C. Section 721; (2) Retain And Pay Certain Employees To Facilitate The Collection Of Outstanding Account Receivables; (3) Pay Operating Expenses; (4) Authorizing Use Of |

EXHIBIT 1, PAGE 55

| | | |
|---|---|---|
| | | Cash Collateral Pursuant To 11 U.S.C. Section 363; And (5) Authorizing Continued Maintenance Of Existing Bank Accounts For A Limited Period Pursuant To 11 U.S.C. Sections 105, 345 And 363 filed by Trustee Richard A Marshack (TR)) MOTION GRANTED (Le, James) (Entered: 04/30/2018) |
| 04/27/2018 | 112 (6 pgs) | Order Granting The Chapter 7 Trustee's Motion For Order: (1) Authorizing The Trustee To Reject Certain Unexpired Leases And Executory Contracts Pursuant To 11 U.S.C. Section 365(a); (2) Authorizing Trustee To Turn Over Possession Of Properties That The Debtor Is Not A Lessee Or The Terms Of The Lease Expired Pre-Petition; (3) Abandonment Of Personal Property With A Cumulative Net Value Of $5,000 Or Less At Each Location; And (4) Approval Of Agreements With Certain Landlords To Vacate Properties And Release Claims Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure. (BNC-PDF) (Related Doc # 87 ) Signed on 4/27/2018 (Bolte, Nickie) (Entered: 04/27/2018) |
| 04/27/2018 | 113 (2 pgs) | Order Granting The Chapter 7 Trustee's Motion For Order Authorizing Abandonment Of Vehicles. (BNC-PDF) (Related Doc # 86 ) Signed on 4/27/2018 (Bolte, Nickie) (Entered: 04/27/2018) |
| 04/27/2018 | | Receipt of Tape Duplication Fee - $124.00 by 12. Receipt Number 80071247. (admin) (Entered: 04/27/2018) |
| 04/29/2018 | 114 (8 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)112 Order on Motion to Reject Lease or Executory Contract (BNC-PDF)) No. of Notices: 1. Notice Date 04/29/2018. (Admin.) (Entered: 04/29/2018) |
| 04/29/2018 | 115 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)113 Order on Motion to Abandon (BNC-PDF)) No. of Notices: 1. Notice Date 04/29/2018. (Admin.) (Entered: 04/29/2018) |
| 04/30/2018 | 119 (24 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2015 Mercedes-Benz Sprinter M2PV144; VIN# WDZPE7DC1FP120970 . |

| | | |
|---|---|---|
| | | Fee Amount $181, Filed by Creditor Mercedes-Benz Financial Services USA, LLC dba Daimler Trust (Kim, John) (Entered: 04/30/2018) |
| 04/30/2018 | | Receipt of Motion for Relief from Stay - Personal Property(8:18-bk-10969-SC) [motion,nmpp] ( 181.00) Filing Fee. Receipt number 46917282. Fee amount 181.00. (re: Doc# 119) (U.S. Treasury) (Entered: 04/30/2018) |
| 04/30/2018 | 120 | Hearing Set (RE: related document(s)119 Motion for Relief from Stay - Personal Property - RE: 2015 Mercedes-Benz Sprinter M2PV144; VIN No.: WDZPE7DC1FP120970 - filed by Creditor Mercedes-Benz Financial Services USA, LLC dba Daimler Trust) The Hearing date is set for 5/31/2018 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 04/30/2018) |
| 05/03/2018 | 121 (3 pgs) | Order Granting Motion for relief from stay UNLAWFUL DETAINER To Estrella Land Company LLC (RE: 5165 Estrella Road, Paso Robles, CA 93446-8328) (BNC-PDF) (Related Doc # 78 ) Signed on 5/3/2018 (Bolte, Nickie) (Entered: 05/03/2018) |
| 05/03/2018 | 129 | Hearing Held (RE: related document(s)78 Motion for Relief from Stay - Unlawful Detainer [RE: 5165 Estrella Road, Paso Robles, CA 93446-8328] filed by Creditor Estrella Land Company LLC) MOTION GRANTED BY DEFAULT (Le, James) (Entered: 05/08/2018) |
| 05/03/2018 | 130 | Hearing Held (RE: related document(s)10 CONT'D Hearing RE: Emergency Motion For Order Authorizing The Use Of Cash Collateral Pursuant To 11 U.S.C. Section 363(c) Through The Final Hearing Date filed by Debtor Luminance Recovery Center, LLC) OFF CALENDAR - ORDER GRANTING EMERGENCY MOTION TO CONVERT CASE TO CHAPTER 7 ENTERED 4-5-18 (Docket No. 59 (Le, James) (Entered: 05/08/2018) |
| 05/04/2018 | 122 (25 pgs) | Notice of lodgment Filed by Trustee Richard A Marshack (TR) (RE: related document(s)88 Motion to Use Cash Collateral *Chapter 7 Trustee's Emergency Motion for Order: (1) Authorizing* |

EXHIBIT 1, PAGE 57

| | | |
|---|---|---|
| | | *Operation of the Debtors' Business Pursuant to 11 USC Section 721; (2) Retain and Pay Certain Employees to Facilitate the Collection of Outstandin.* (Wood, David) (Entered: 05/04/2018) |
| 05/04/2018 | [123](#)<br>(50 pgs) | Application to Employ Weiland Golden Goodrich LLP as Counsel to Debtors *Application of the Debtors to Employ Counsel (Weiland Golden Goodrich LLP) Nunc Pro Tunc; Statement of Disinterestedness of Jeffrey I. Golden; and Declaration of Richard A. Marshack (with Proof of Service)* Filed by Debtor Luminance Recovery Center, LLC (Golden, Jeffrey) (Entered: 05/04/2018) |
| 05/04/2018 | [124](#)<br>(7 pgs) | Notice of motion/application *Notice of Application of the Debtors to Employ Counsel (Weiland Golden Goodrich LLP) Nunc Pro Tunc (with Proof of Service)* Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)[123](#) Application to Employ Weiland Golden Goodrich LLP as Counsel to Debtors *Application of the Debtors to Employ Counsel (Weiland Golden Goodrich LLP) Nunc Pro Tunc; Statement of Disinterestedness of Jeffrey I. Golden; and Declaration of Richard A. Marshack (with Proof of Service)* Filed by Debtor Luminance Recovery Center, LLC). (Golden, Jeffrey) (Entered: 05/04/2018) |
| 05/05/2018 | [125](#)<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[121](#) Motion for relief from stay UNLAWFUL DETAINER (BNC-PDF)) No. of Notices: 1. Notice Date 05/05/2018. (Admin.) (Entered: 05/05/2018) |
| 05/07/2018 | [126](#)<br>(8 pgs) | Stipulation By Richard A Marshack (TR) and *Creditor, CA Billing, LLC re: State Court Action Against Debtors' Principal. Michael Castanon; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 05/07/2018) |
| 05/07/2018 | [127](#)<br>(6 pgs) | Order Granting The Chapter 7 Trustee's Emergency Motion For Order: 1. Authorizing Operation Of The Debtors' Business Pursuant To 11 U.S.C. Section 721; 2. Retain And Pay Certain Employees To Facilitate The Collection Of Outstanding Account Receivables; 3. Pay Operating Expenses; 4. |

EXHIBIT 1, PAGE 58

| | | |
|---|---|---|
| | | Authorizing Use Of Cash Collateral Pursuant To 11 U.S.C. Section 363; And 5. Authorizing Continued Maintenance Of Existing Bank Accounts For A Limited Period Pursuant To 11 U.S.C. Section 105, 345, and 363 - Exhibit Attached (BNC-PDF) (Related Doc # 88 ) Signed on 5/7/2018 (Steinberg, Elizabeth) (Entered: 05/07/2018) |
| 05/08/2018 | 128 (40 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: Five (5) 2016 Ford Transit Vans, VIN# 1FBZX2CG7GKA43891, 1FBZX2CG5GKA53156, 1FMZK1CM7GKA25834, 1FMZK1CM6GKA21757 and 1FMZK1CM2GKA25756 . Fee Amount $181, Filed by Creditor Ford Motor Credit Company LLC (Mroczynski, Randall) (Entered: 05/08/2018) |
| 05/08/2018 | | Receipt of Motion for Relief from Stay - Personal Property(8:18-bk-10969-SC) [motion,nmpp] ( 181.00) Filing Fee. Receipt number 46964788. Fee amount 181.00. (re: Doc# 128) (U.S. Treasury) (Entered: 05/08/2018) |
| 05/08/2018 | 131 | Hearing Set (RE: related document(s)128 Motion for Relief from Stay - Personal Property filed by Creditor Ford Motor Credit Company LLC) The Hearing date is set for 6/7/2018 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Steinberg, Elizabeth) (Entered: 05/08/2018) |
| 05/09/2018 | 132 (68 pgs) | Amending Schedules (D) (E/F) *Amendments to Summary of Assets and Liabilities, Schedules A, B, D, E & F (with Proof of Service)* Filed by Debtor Luminance Recovery Center, LLC. (Gaschen, Beth) (Entered: 05/09/2018) |
| 05/09/2018 | 133 (1 pg) | Amendment to List of Creditors. Fee Amount $31 Filed by Debtor Luminance Recovery Center, LLC. (Gaschen, Beth) (Entered: 05/09/2018) |
| 05/09/2018 | | Receipt of Amending Schedules D and/or E/F (Official Form 106D, 106E/F, 206D, or 206E/F) (Fee)(8:18-bk-10969-SC) [misc,amdsch] ( 31.00) Filing Fee. Receipt number 46975550. Fee amount 31.00. (re: Doc# 132) (U.S. Treasury) (Entered: 05/09/2018) |

EXHIBIT 1, PAGE 59

| | | |
|---|---|---|
| 05/09/2018 | | Receipt of Amended List of Creditors (Fee)(8:18-bk-10969-SC) [misc,amdcm] ( 31.00) Filing Fee. Receipt number 46975550. Fee amount 31.00. (re: Doc# 133) (U.S. Treasury) (Entered: 05/09/2018) |
| 05/09/2018 | 134 (8 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)127 Order on Motion to Use Cash Collateral (BNC-PDF)) No. of Notices: 1. Notice Date 05/09/2018. (Admin.) (Entered: 05/09/2018) |
| 05/10/2018 | 135 (24 pgs) | Application to Employ Marshack Hays LLP as Attorney for Trustee *Declaration of D. Edward Hays in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 05/10/2018) |
| 05/10/2018 | 136 (8 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)135 Application to Employ Marshack Hays LLP as Attorney for Trustee *Declaration of D. Edward Hays in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 05/10/2018) |
| 05/10/2018 | | Receipt of Tape Duplication Fee - $31.00 by 16. Receipt Number 80071324. (admin) (Entered: 05/10/2018) |
| 05/11/2018 | 137 (2 pgs) | Order Granting Emergency Motion For An Order Authorizing Maintenance Of Existing Bank Accounts For A Limited Period Of Time Pursuant To 11 U.S.C. Sections 105, 345, And 363. IT IS ORDERED: The Trustee is authorized to maintain and utilize the Bank Accounts1 for a period of approximately forty-five (45) days, through and including June 7, 2018, pursuant to 11 U.S.C. Sections 105(a), 345, and 363. The Trustee is authorized to keep open the Chapter 11 DIP Accounts until June 7, 2018. Notwithstanding any applicability of Bankruptcy Rule 6004, the terms of this order shall be immediately effective and enforceable upon its entry by the Court. (BNC-PDF) (Related Doc # 88 ) Signed on 5/11/2018 (Bolte, Nickie) (Entered: 05/11/2018) |
| 05/11/2018 | | |

EXHIBIT 1, PAGE 60

| | | |
|---|---|---|
| | [138](#)<br>(25 pgs) | Application to Employ Smiley Wang-Ekvall, LLP as Special Litigation and Transactional Counsel *Pursuant to 11 U.S.C. Section 327(a) with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Andrassy, Kyra) (Entered: 05/11/2018) |
| 05/11/2018 | [139](#)<br>(5 pgs) | Notice of motion/application *to Employ Smiley Wang-Ekvall, LLP as Special Litigation and Transactional Counsel Pursuant to 11 U.S.C. § 327 (a) [No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)] with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[138](#) Application to Employ Smiley Wang-Ekvall, LLP as Special Litigation and Transactional Counsel *Pursuant to 11 U.S.C. Section 327(a) with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Andrassy, Kyra) (Entered: 05/11/2018) |
| 05/13/2018 | [140](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[137](#) Order on Motion to Use Cash Collateral (BNC-PDF)) No. of Notices: 1. Notice Date 05/13/2018. (Admin.) (Entered: 05/13/2018) |
| 05/14/2018 | [141](#)<br>(18 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2015 HONDA CIVIC, VIN: 19XF B2F7 5FE2 73830 . Fee Amount $181, Filed by Creditor HONDA LEASE TRUST (Frounjian, Vincent) Warning: Item subsequently amended by docket entry no: 142 Modified on 5/14/2018 (Le, James). (Entered: 05/14/2018) |
| 05/14/2018 | | Receipt of Motion for Relief from Stay - Personal Property(8:18-bk-10969-SC) [motion,nmpp] ( 181.00) Filing Fee. Receipt number 46998585. Fee amount 181.00. (re: Doc# [141](#)) (U.S. Treasury) (Entered: 05/14/2018) |
| 05/14/2018 | 142 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time was selected. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF HEARING WITH CORRECT HEARING INFORMATION OF JUNE 7, 2018 AT 10:00 AM.** (RE: related document(s)[141](#) Motion for Relief from Stay - |

| | | |
|---|---|---|
| | | Personal Property filed by Creditor HONDA LEASE TRUST) (Le, James) (Entered: 05/14/2018) |
| 05/14/2018 | 143 | Hearing Set (RE: related document(s)141 Motion for Relief from Stay - Personal Property - RE: 2015 Honda Civic - VIN No.: 19XF B2F7 5FE2 73830 - filed by Creditor Honda Lease Trust) The Hearing date is set for 6/7/2018 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 05/14/2018) |
| 05/14/2018 | 144 (26 pgs; 3 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 3001 Eminencia del sur, San Clemente, CA 92673 *with proof of service*. Fee Amount $181, Filed by Interested Party Qui Shiyang (Attachments: # 1 Exhibit 1 # 2 Supplement Declaration) (Daniels, Luke) - Warning: See docket entry no.: 146 for corrections - Modified on 5/15/2018 (Bolte, Nickie). (Entered: 05/14/2018) |
| 05/14/2018 | | Receipt of Motion for Relief from Stay - Unlawful Detainer(8:18-bk-10969-SC) [motion,nmud] ( 181.00) Filing Fee. Receipt number 47001594. Fee amount 181.00. (re: Doc# 144) (U.S. Treasury) (Entered: 05/14/2018) |
| 05/14/2018 | 147 | Hearing Set (RE: related document(s)144 Motion for Relief from Stay - Unlawful Detainer - RE: 3001 Eminencia del Sur, San Clemente, CA 92673 - filed by Interested Party Qui Shiyang) The Hearing date is set for 6/7/2018 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 05/15/2018) |
| 05/15/2018 | 145 (3 pgs) | Notice *, Amended, of Hearing Regarding Motion for Relief form the Automatic Stay* Filed by Creditor HONDA LEASE TRUST (RE: related document(s) 141 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2015 HONDA CIVIC, VIN: 19XF B2F7 5FE2 73830 . Fee Amount $181, Filed by Creditor HONDA LEASE TRUST (Frounjian, Vincent) Warning: Item subsequently amended by docket entry no: 142 Modified on 5/14/2018., 144 Notice of motion and motion for |

EXHIBIT 1, PAGE 62

| | | |
|---|---|---|
| | | relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 3001 Eminencia del sur, San Clemente, CA 92673 *with proof of service*. Fee Amount $181, Filed by Interested Party Qui Shiyang (Attachments: # 1 Exhibit 1 # 2 Supplement Declaration)). (Frounjian, Vincent) (Entered: 05/15/2018) |
| 05/15/2018 | 146 | Notice to Filer of Error and/or Deficient Document **Document filed without electronic /s/ or holographic signature and/or was not accompanied by the required Local Bankruptcy form Electronic Filing Declaration. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE PROPER SIGNATURES USING THE EVENT CODE: X - Amended Motion (Generic) (motion)** . (RE: related document(s)144 Motion for Relief from Stay - Unlawful Detainer filed by Interested Party Qui Shiyang (Bolte, Nickie) (Entered: 05/15/2018) |
| 05/15/2018 | 148 (2 pgs) | Order Approving Stipulation RE: State Court Action Against Debtors' Principal, Michael Castanon. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 126 ) Signed on 5/15/2018 (Bolte, Nickie) (Entered: 05/15/2018) |
| 05/15/2018 | 149 (23 pgs) | Application to Employ ReedSmith LLP as Special Litigation and Insurance Counsel for Trustee *Declaration of Marsha A. Houston in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 05/15/2018) |
| 05/15/2018 | 150 (6 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)149 Application to Employ ReedSmith LLP as Special Litigation and Insurance Counsel for Trustee *Declaration of Marsha A. Houston in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard)). (Marshack (TR), Richard) (Entered: 05/15/2018) |
| 05/15/2018 | 151 (28 pgs; 3 docs) | Amended Motion (related document(s): 144 Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL |

| | | DETAINER RE: 3001 Eminencia del sur, San Clemente, CA 92673 *with proof of service*. Fee Amount $181, filed by Interested Party Qui Shiyang) *with proof of service* Filed by Interested Party Qui Shiyang (Attachments: # 1 Exhibit 1 # 2 Supplement Declaration) (Daniels, Luke) (Entered: 05/15/2018) |
|---|---|---|
| 05/15/2018 | | Receipt of Tape Duplication Fee - $93.00 by 08. Receipt Number 80071347. (admin) (Entered: 05/15/2018) |
| 05/16/2018 | 152 | Continuance of Meeting of Creditors (Rule 2003(e)) Filed by Trustee Richard A Marshack (TR). 341(a) Meeting Continued to 07/10/2018 at 11:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Marshack (TR), Richard) (Entered: 05/16/2018) |
| 05/17/2018 | 153 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)148 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 05/17/2018. (Admin.) (Entered: 05/17/2018) |
| 05/22/2018 | 154 (2 pgs) | Notice of Change of Address Filed by Creditor Nicholas Gomez . (Le, James) (Entered: 05/23/2018) |
| 05/23/2018 | 155 (30 pgs; 2 docs) | Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Case No. 30-2017-00939547-CU-PO-CJC *with Proof of Service*. Fee Amount $181, Filed by Creditor Ronald Burrows (Attachments: # 1 Exhibit) (Lally, David) Warning: Item subsequently amended by docket entry no: 156 Modified on 5/23/2018 (Le, James). (Entered: 05/23/2018) |
| 05/23/2018 | | Receipt of Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM(8:18-bk-10969-SC) [motion,nman] ( 181.00) Filing Fee. Receipt number 47053210. Fee amount 181.00. (re: Doc# 155) (U.S. Treasury) (Entered: 05/23/2018) |
| 05/23/2018 | 156 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date was selected. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF HEARING WITH CORRECT HEARING INFORMATION. NEXT AVAILABLE DATE IS JULY 12, 2018 AT 10:00 AM.** (RE: related document(s)155 Motion for Relief |

| | | |
|---|---|---|
| | | from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Ronald Burrows) (Le, James) (Entered: 05/23/2018) |
| 05/23/2018 | 157 (67 pgs) | Application to Employ Force 10 Partners LLC as Field Agent and Financial Advisor *Declaration of Adam Meislik in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 05/23/2018) |
| 05/23/2018 | 158 (8 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)157 Application to Employ Force 10 Partners LLC as Field Agent and Financial Advisor *Declaration of Adam Meislik in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard)). (Marshack (TR), Richard) (Entered: 05/23/2018) |
| 05/23/2018 | 159 | Hearing Set (RE: related document(s)155 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM - RE: Case Name: Burrows v. Liu Jiadai, And Does 1 - 100; Case No. 30-2017-00939547-CU-P-CJC Pending In: Superior Court, State of California, County of Orange) - filed by Creditor Ronald Burrows) The Hearing date is set for 7/12/2018 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 05/24/2018) |
| 05/24/2018 | 160 (61 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Luminance Recovery Center, LLC (RE: related document(s)123 Application to Employ Weiland Golden Goodrich LLP as Counsel to Debtors *Application of the Debtors to Employ Counsel (Weiland Golden Goodrich LLP) Nunc Pro Tunc; Statement of Disinterestedness of Jeffrey I. Golden; and Declaration of Richard A. Marsh).* (Golden, Jeffrey) (Entered: 05/24/2018) |
| 05/24/2018 | 161 (3 pgs) | Notice of Hearing *Notice of New Hearing Date and Time For Motion For Relief From The Automatic Stay, with Proof of Service* Filed by Creditor Ronald Burrows (RE: related document(s)155 Notice of motion and motion for relief from automatic stay |

EXHIBIT 1, PAGE 65

| | | |
|---|---|---|
| | | with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Case No. 30-2017-00939547-CU-PO-CJC *with Proof of Service*. Fee Amount $181, Filed by Creditor Ronald Burrows (Attachments: # 1 Exhibit) (Lally, David) Warning: Item subsequently amended by docket entry no: 156 Modified on 5/23/2018.). (Lally, David) (Entered: 05/24/2018) |
| 05/24/2018 | [164](#) (1 pg) | Notice of Change of Address Filed by Creditor Serene Waters Adventure Therapy LLC. (Bolte, Nickie) (Entered: 05/25/2018) |
| 05/25/2018 | [162](#) (73 pgs) | Motion *to Limit Notice of Certain Matters; Declaration of Richard A. Marshack in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 05/25/2018) |
| 05/25/2018 | [163](#) (18 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[162](#) Motion *to Limit Notice of Certain Matters; Declaration of Richard A. Marshack in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 05/25/2018) |
| 05/25/2018 | [165](#) (3 pgs) | Order Granting In Part And Denying In Part Application Of Debtors To Employ Counsel (Weiland Golden Goodrich LLP) Nunc Pro Tunc. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # [123](#)) [AFFECTS ALL DEBTORS] Signed on 5/25/2018. (Bolte, Nickie) (Entered: 05/25/2018) |
| 05/27/2018 | [166](#) (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[165](#) Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 05/27/2018. (Admin.) (Entered: 05/27/2018) |
| 05/30/2018 | [167](#) (36 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *of Kyra E. Andrassy on Application to Employ Smiley Wang-Ekvall, LLP as Special Litigation and Transactional Counsel Pursuant to 11 U.S.C. Section 327(a) with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[138](#) Application to Employ Smiley Wang-Ekvall, LLP as Special Litigation and |

EXHIBIT 1, PAGE 66

| | | |
|---|---|---|
| | | Transactional Counsel *Pursuant to 11 U.S.C. Section 327(a) with Proof of Service*). (Andrassy, Kyra) (Entered: 05/30/2018) |
| 05/30/2018 | 168 (38 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)135 Application to Employ Marshack Hays LLP as Attorney for Trustee *Declaration of D. Edward Hays in support; with Proof of Service*). (Wood, David) (Entered: 05/30/2018) |
| 05/30/2018 | 169 (2 pgs) | Order Granting Application By Chapter 7 Trustee To Employ Marshack Hays LLP As General Counsel Effective April 5, 2018. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 135) Signed on 5/30/2018. (Bolte, Nickie) (Entered: 05/30/2018) |
| 05/30/2018 | 170 (2 pgs) | Order Approving Application To Employ Smiley Wang-Ekvall LLP As Special Litigation And Transactional Counsel Pursuant To 11 U.S.C. Section 327(a). (BNC-PDF) (Related Doc # 138) Signed on 5/30/2018. (Bolte, Nickie) (Entered: 05/30/2018) |
| 05/31/2018 | 171 (3 pgs) | Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY To Mercedes-Benz Financial Services USA, LLC dba Daimler Trust (RE: 2015 Mercedes-Benz Sprinter M2PV144 ( VIN No.: WDZPE7DC1FP120970) (BNC-PDF) (Related Doc # 119 ) Signed on 5/31/2018 (Bolte, Nickie) (Entered: 05/31/2018) |
| 05/31/2018 | 182 | Hearing Held (RE: related document(s)108 Motion for Relief from Stay - Personal Property [RE: 2016 Ford Fusion - VIN No.: 3FA6P0LU9GR291084] filed by Creditor Cab West LLC) MOTION GRANTED BY DEFAULT (Le, James) (Entered: 06/05/2018) |
| 05/31/2018 | 183 | Hearing Held (RE: related document(s)109 Motion for Relief from Stay - Personal Property [RE: 2016 Ford Fusion - VIN No.: 3FA6P0LU0GR291085] filed by Creditor Cab West LLC) MOTION GRANTED BY DEFAULT (Le, James) (Entered: 06/05/2018) |

EXHIBIT 1, PAGE 67

| 05/31/2018 | 184 | Hearing Held (RE: related document(s)119 Motion for Relief from Stay - Personal Property [RE: 2015 Mercedes-Benz Sprinter M2PV144 - VIN No.: WDZPE7DC1FP120970] filed by Creditor Mercedes-Benz Financial Services USA, LLC dba Daimler Trust) MOTION GRANTED BY DEFAULT (Le, James) (Entered: 06/05/2018) |
| --- | --- | --- |
| 05/31/2018 | 185 | Hearing Held (RE: related document(s)1 STATUS CONFERENCE Hearing RE: (1) Case Management Conference And (2) Requiring Status Reportfiled by Debtor Luminance Recovery Center, LLC) OFF CALENDAR - ORDER GRANTING EMERGENCY MOTION TO CONVERT CASE TO CHAPTER 7 ENTERED 4-5-18 (Docket No. 59 (Le, James) (Entered: 06/05/2018) |
| 06/01/2018 | 172 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Khodadadi, Payam. (Khodadadi, Payam) (Entered: 06/01/2018) |
| 06/01/2018 | 173 (3 pgs) | Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY To Cab West LLC (RE: 2016 Ford Fusion, Vehicle No. 3FA6P0LU9GR291084) (BNC-PDF) (Related Doc # 108 ) Signed on 6/1/2018 (Bolte, Nickie) (Entered: 06/01/2018) |
| 06/01/2018 | 174 (3 pgs) | Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY To Cab West LLC (RE: 2016 Ford Fusioin - VIN No.: 3FA6P0LU0GR291085) (BNC-PDF) (Related Doc # 109 ) Signed on 6/1/2018 (Bolte, Nickie) (Entered: 06/01/2018) |
| 06/01/2018 | 175 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)169 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 06/01/2018. (Admin.) (Entered: 06/01/2018) |
| 06/01/2018 | 176 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)170 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 06/01/2018. (Admin.) (Entered: 06/01/2018) |
| 06/02/2018 | 177 (35 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: |

EXHIBIT 1, PAGE 68

| | | |
|---|---|---|
| | | related document(s)149 Application to Employ ReedSmith LLP as Special Litigation and Insurance Counsel for Trustee *Declaration of Marsha A. Houston in support; with Proof of Service*). (Marshack (TR), Richard) (Entered: 06/02/2018) |
| 06/02/2018 | 178 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)171 Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 06/02/2018. (Admin.) (Entered: 06/02/2018) |
| 06/03/2018 | 179 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)173 Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 06/03/2018. (Admin.) (Entered: 06/03/2018) |
| 06/03/2018 | 180 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)174 Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 06/03/2018. (Admin.) (Entered: 06/03/2018) |
| 06/04/2018 | 181 (2 pgs) | Order Granting Application By Chapter 7 Trustee To Employ Reed Smith LLP As Special Litigation And Insurance Coverage Counsel Effective April 14, 2018. (BNC-PDF) (Related Doc # 149) Signed on 6/4/2018. (Bolte, Nickie) (Entered: 06/04/2018) |
| 06/05/2018 | 186 (8 pgs) | Notice *of Stipulation Regarding Relief From Stay Regarding Collateral (Retainer)* Filed by Creditor Nelson Hardiman, LLP. (Shirley, Rosa) (Entered: 06/05/2018) |
| 06/06/2018 | 187 (7 pgs) | Statement *Alleon Capital Partners LLC's Reservation of Rights Regarding Chapter 7 Trustee's Employment of Professionals and Other Use of Cash Collateral* Filed by Creditor Alleon Capital Partners, LLC. (Peo, Valerie) (Entered: 06/06/2018) |
| 06/06/2018 | 188 (95 pgs) | Emergency motion *Chapter 7 Trustee's Emergency Motion for Order Authorizing Continued Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345, and 363; Memorandum of Points and Authorities; and Declaration of Richard A. Marshack In Support; with Proof of Service [Hrg.* |

| | | |
|---|---|---|
| | | *6/11/18 at 11:00 a.m., Ctrm 5C]* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 06/06/2018) |
| 06/06/2018 | [189](#) (7 pgs) | Notice *of Chapter 7 Trustee's Emergency Motion for Order Authorizing Continued Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345, and 363; with Proof of Service [Hrg. 6/11/18 at 11:00 a.m., Ctrm 5C]* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[188](#) Emergency motion *Chapter 7 Trustee's Emergency Motion for Order Authorizing Continued Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345, and 363; Memorandum of Points and Authorities; and Declaration of Richard A. Marshack In Support; with Proof of Service [Hrg. 6/11/18 at 11:00 a.m., Ctrm 5C]* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 06/06/2018) |
| 06/06/2018 | [190](#) (148 pgs) | Emergency motion *Chapter 7 Trustee's Emergency Motion for Order to Compel Comerica Bank to Turnover Funds on Hand, to Maintain Existing Bank, and Request for Payment of Legal Fees; Memorandum of Points and Authorities and Declaration of Richard A. Marshack and Pamela Kraus in Support; with Proof of Service [Hrg. 6/11/18 at 11:00 a.m, Ctrm 5C]* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 06/06/2018) |
| 06/06/2018 | [191](#) (9 pgs) | Notice Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[190](#) Emergency motion *Chapter 7 Trustee's Emergency Motion for Order to Compel Comerica Bank to Turnover Funds on Hand, to Maintain Existing Bank, and Request for Payment of Legal Fees; Memorandum of Points and Authorities and Declaration of Richard A. Marshack and Pamela Kraus in Support; with Proof of Service [Hrg. 6/11/18 at 11:00 a.m, Ctrm 5C]* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 06/06/2018) |
| 06/06/2018 | [192](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[181](#) Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 06/06/2018. (Admin.) (Entered: 06/06/2018) |

EXHIBIT 1, PAGE 70

| | | |
|---|---|---|
| 06/06/2018 | 193 | Hearing Set (RE: related document(s)188 Chapter 7 Trustee's Emergency Motion For Order Authorizing Continued Maintenance Of Existing Bank Accounts For A Limited Period Pursuant To 11 U.S.C. Sections 105, 345, And 363 - filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 6/11/2018 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 06/07/2018) |
| 06/06/2018 | 194 | Hearing Set (RE: related document(s)190 Chapter 7 Trustee's Emergency Motion For Order To Compel Comerica Bank To Turnover Funds On Hand, To Maintain Existing Bank, And Request For Payment Of Legal Fees - filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 6/11/2018 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 06/07/2018) |
| 06/07/2018 | 195 (3 pgs) | Proof of service *Supplemental Proof of Service Re:* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)188 Emergency motion *Chapter 7 Trustee's Emergency Motion for Order Authorizing Continued Maintenance of Existing Bank Accoutns for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345, and 363; Memorandum of Points and Authorities; and Declarat,* 190 *Emergency motion Chapter 7 Trustee's Emergency Motion for Order to Compel Comerica Bank to Turnover Funds on Hand, to Maintain Existing Bank, and Request for Payment of Legal Fees; Memorandum of Points and Authorities and Declaration of Richard). (Wood, David) (Entered: 06/07/2018)* |
| 06/07/2018 | 196 (13 pgs) | Declaration re: *Declarations of David A. Wood, Layla Buchanan and Pamela Kraus Re Telephonic Notice of Hearings on the Emergency Motions* Filed by Attorney Marshack Hays LLP (RE: related document(s)188 Emergency motion *Chapter 7 Trustee's Emergency Motion for Order Authorizing Continued Maintenance of Existing Bank Accoutns for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345, and 363; Memorandum of Points and Authorities; and Declarat,* 190 *Emergency motion Chapter 7 Trustee's Emergency Motion for Order to Compel Comerica Bank to Turnover Funds on Hand, to Maintain Existing Bank, and Request for Payment* |

EXHIBIT 1, PAGE 71

| | | |
|---|---|---|
| | | *of Legal Fees; Memorandum of Points and Authorities and Declaration of Richard). (Wood, David) (Entered: 06/07/2018)* |
| 06/07/2018 | 197 (3 pgs) | Order Granting Motion For Relief From Stay Under 11 U.S.C. Section 362 (Unlawful Detainer) To Qui Shiyang (RE: 3001 Eminencia del Sur) (BNC-PDF) (Related Doc # 151 ) Signed on 6/7/2018 (Bolte, Nickie) (Entered: 06/07/2018) |
| 06/07/2018 | 198 (3 pgs) | Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY To Honda Lease Trust (RE: 2015 Honda Civic - VIN No.: 19XF B2F7 5FE2 73830) (BNC-PDF) (Related Doc # 141 ) Signed on 6/7/2018 (Bolte, Nickie) (Entered: 06/07/2018) |
| 06/07/2018 | 199 | Hearing Held (RE: related document(s)128 Motion for Relief from Stay - Personal Property [RE: Five (5) 2016 Ford Transit Vans - VIN No.: 1FBZX2CG7GKA43891, 1FBZX2CG5GKA53156, 1FMZK1CM7GKA25834, 1FMZK1CM6GKA21757, 1FMZK1CM2GKA55756] filed by Creditor Ford Motor Credit Company LLC) MOTION GRANTED BY DEFAULT (Le, James) (Entered: 06/07/2018) |
| 06/07/2018 | 200 | Hearing Held (RE: related document(s)141 Motion for Relief from Stay - Personal Property [RE: 2015 Honda Civic - VIN No.: 19XF B2F7 5FE2 73830] filed by Creditor HONDA LEASE TRUST) MOTION GRANTED BY DEFAULT (Le, James) (Entered: 06/07/2018) |
| 06/07/2018 | 201 | Hearing Held (RE: related document(s)151 Motion for relief from stay [Unlawful Detainer] [RE: 3001 Eminencia del sur, San Clemente, CA 92673]) MOTION GRANTED BY DEFAULT (Le, James) (Entered: 06/07/2018) |
| 06/08/2018 | 202 (3 pgs) | Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY To Ford Motor Credit Company LLC (RE: 2016 Ford Transit Vans - VIN Nos.: 1FBZX2CG7GKA43891; 1FBZX2CG5GKA53156; 1FMZK1CM7GKA25834; 1FMZK1CM6GKA21757; 1FMZK1CM2GKA25756) (BNC-PDF) (Related |

EXHIBIT 1, PAGE 72

| | | |
|---|---|---|
| | | Doc # 128 ) Signed on 6/8/2018 (Bolte, Nickie) (Entered: 06/08/2018) |
| 06/08/2018 | 203 (2 pgs) | Order: (1) Granting Cash Management Motion; And (2) Continuing Hearing On Motion For Turnover To July 11, 2018 AT 11:00 a.m. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701 (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 188 ) Signed on 6/8/2018 (Bolte, Nickie) (Entered: 06/08/2018) |
| 06/08/2018 | 204 (19 pgs) | Motion For Sale of Property of the Estate under Section 363(b) - No Fee *Motion To Authorize Chapter 7 Trustee To Enter Into Stipulation With V&G Associates COV, Inc. And Luminance Yuba, LLC, Regarding Note Secured By Real Property In Yuba City, California Owned By Luminance Yuba, LLC, Pursuant To 11 U.S.C. § 363(b) And Federal Rule Of Bankruptcy Procedure 9019; Declaration Of Richard A. Marshack In Support Thereof With Proof Of Service* Filed by Trustee Richard A Marshack (TR) (Andrassy, Kyra) (Entered: 06/08/2018) |
| 06/08/2018 | 205 (20 pgs) | Application shortening time *Application For Order Shortening Time For Notice Of Hearing On Motion To Authorize Chapter 7 Trustee To Enter Into Stipulation With V&G Associates COV, Inc. And Luminance Yuba, LLC, Regarding Note Secured By Real Property In Yuba City, California Owned By Luminance Yuba, LLC, Pursuant To 11 U.S.C. § 363 (b) And Federal Rule Of Bankruptcy Procedure 9019; Declarations Of Richard A. Marshack And Evan Glickman In Support Thereof With Proof Of Service* Filed by Trustee Richard A Marshack (TR) (Andrassy, Kyra) (Entered: 06/08/2018) |
| 06/09/2018 | 206 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)197 Order on Amended Motion (BNC-PDF)) No. of Notices: 1. Notice Date 06/09/2018. (Admin.) (Entered: 06/09/2018) |
| 06/09/2018 | 207 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)198 Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 06/09/2018. (Admin.) (Entered: 06/09/2018) |
| 06/10/2018 | | |

EXHIBIT 1, PAGE 73

| | 208<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)202 Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 06/10/2018. (Admin.) (Entered: 06/10/2018) |
| 06/10/2018 | 209<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)203 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 1. Notice Date 06/10/2018. (Admin.) (Entered: 06/10/2018) |
| 06/11/2018 | 210<br>(4 pgs) | Order Application and Setting Hearing on Shortened Notice RE: Motion to Authorize Chapter 7 Trustee to Enter Into Stipulation with V&G Associates COV, Inc. ande Luminance Yuba, LLC, Regarding Note Secured by Real Property in Yuba City, California Owned by Luminance Yuba, LLC, Pursuant to 11 U.S.C. Section 363(b) and Federal Rule of Bankruptcy Procedure 9019. Hearing Date: June 13, 2018 at 10:30 a.m., Courtroom 5C, 411 West Fourth Street, Santa Ana, CA 92701 (BNC-PDF) (Related Doc # 205 ) Signed on 6/11/2018 (Steinberg, Elizabeth) (Entered: 06/11/2018) |
| 06/11/2018 | 211 | Hearing Set (RE: related document(s)204 Motion to Authorize Chapter 7 Trustee to Enter Into Stipulation with V&G Associates COV, Inc. and Luminance Yuba, LLC, Regarding Note Secured by Real Property in Yuba City, California Owned by Luminance Yuba, LLC, Pursuant to 11 U.S.C. Section 363(b) and Federal Rule of Bankruptcy Procedure 9019 filed by Trustee Richard A Marshack (TR) The Hearing date is set for 6/13/2018 at 10:30 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Steinberg, Elizabeth) (Entered: 06/11/2018) |
| 06/11/2018 | 212 | Hearing Continued (RE: related document(s)190 Hearing RE: Chapter 7 Trustee's Emergency Motion For Order To Compel Comerica Bank To Turnover Funds On Hand, To Maintain Existing Bank, And Request For Payment Of Legal Fees filed by Trustee Richard A Marshack (TR)) CONTINUED TO JULY 11, 2018 AT 11:00 A.M. PER ORDER CONTINUING THE HEARING ON THE MOTION |

| | | |
|---|---|---|
| | | ENTERED 6-8-18 - (Docket No. 203) (Le, James) (Entered: 06/11/2018) |
| 06/11/2018 | 213 | Hearing Held (RE: related document(s)188 Hearing RE: Chapter 7 Trustee's Emergency Motion For Order Authorizing Continued Maintenance Of Existing Bank Accoutns For A Limited Period Pursuant To 11 U.S.C. Sections 105, 345, And 363 filed by Trustee Richard A Marshack (TR)) OFF CALENDAR - ORDER GRANTING CASH MANAGEMENT MOTION ENTERED 6-8-18 - (Docket No. [203)] (Le, James) (Entered: 06/11/2018) |
| 06/11/2018 | 214 (7 pgs) | Notice of Hearing *Continued; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)190 Emergency motion *Chapter 7 Trustee's Emergency Motion for Order to Compel Comerica Bank to Turnover Funds on Hand, to Maintain Existing Bank, and Request for Payment of Legal Fees; Memorandum of Points and Authorities and Declaration of Richard A. Marshack and Pamela Kraus in Support; with Proof of Service [Hrg. 6/11/18 at 11:00 a.m, Ctrm 5C]* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 06/11/2018) |
| 06/11/2018 | 215 (5 pgs) | Notice of Hearing *Notice Of Hearing On Motion To Authorize Chapter 7 Trustee To Enter Into Stipulation With V&G Associates COV, Inc. And Luminance Yuba, LLC, Regarding Note Secured By Real Property In Yuba City, California Owned By Luminance Yuba, LLC, Pursuant To 11 U.S.C. § 363 (b) And Federal Rule Of Bankruptcy Procedure 9019 With Proof Of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)204 Motion For Sale of Property of the Estate under Section 363 (b) - No Fee *Motion To Authorize Chapter 7 Trustee To Enter Into Stipulation With V&G Associates COV, Inc. And Luminance Yuba, LLC, Regarding Note Secured By Real Property In Yuba City, California Owned By Luminance Yuba, LLC, Pursuant To 11 U.S.C. § 363(b) And Federal Rule Of Bankruptcy Procedure 9019; Declaration Of Richard A. Marshack In Support Thereof With Proof Of Service* Filed by Trustee Richard A Marshack (TR)). (Andrassy, Kyra) (Entered: 06/11/2018) |

EXHIBIT 1, PAGE 75

| | | |
|---|---|---|
| 06/11/2018 | [216](#) <br> (2 pgs) | Proof of service *Supplemental Proof Of Service Of Motion To Authorize Chapter 7 Trustee To Enter Into Stipulation With V&G Associates COV, Inc. And Luminance Yuba, LLC, Regarding Note Secured By Real Property In Yuba City, California Owned By Luminance Yuba, LLC, Pursuant To 11 U.S.C. § 363 (b) And Federal Rule Of Bankruptcy Procedure 9019; Declaration Of Richard A. Marshack In Support Thereof* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[204](#) Motion For Sale of Property of the Estate under Section 363 (b) - No Fee *Motion To Authorize Chapter 7 Trustee To Enter Into Stipulation With V&G Associates COV, Inc. And Luminance Yuba, LLC, Regarding Note Secured By Real Property In Yuba City, Calif).* (Andrassy, Kyra) (Entered: 06/11/2018) |
| 06/11/2018 | [217](#) <br> (3 pgs) | Proof of service *Proof Of Service Of Entered Order Granting Application And Setting Hearing On Shortened Notice Re: Motion To Authorize Chapter 7 Trustee To Enter Into Stipulation With V&G Associates COV, Inc. And Luminance Yuba, LLC, Regarding Note Secured By Real Property In Yuba City, California Owned By Luminance Yuba, LLC, Pursuant To 11 U.S.C. § 363(b) And Federal Rule Of Bankruptcy Procedure 9019* Filed by Trustee Richard A Marshack (TR) (RE: related document(s) [210](#) ORDER shortening time (BNC-PDF)). (Andrassy, Kyra) (Entered: 06/11/2018) |
| 06/12/2018 | [218](#) <br> (7 pgs) | Notice of lodgment *of Order in Bankruptcy Case Re Stipulation Re Relief From Stay Re Collateral (Retainer)* Filed by Creditor Nelson Hardiman, LLP (RE: related document(s)[186](#) Notice *of Stipulation Regarding Relief From Stay Regarding Collateral (Retainer)* Filed by Creditor Nelson Hardiman, LLP.). (Shirley, Rosa) (Entered: 06/12/2018) |
| 06/12/2018 | [219](#) <br> (5 pgs) | Declaration re: *Declaration Of Kyra E. Andrassy Regarding Telephonic And Email Notice Of Hearing On Motion To Authorize Chapter 7 Trustee To Enter Into Stipulation With V&G Associates COV, Inc. And Luminance Yuba, LLC, Regarding Note Secured By Real Property In Yuba City, California Owned By Luminance Yuba, LLC, Pursuant To 11 U.S.C. § 363 (b) And Federal Rule Of Bankruptcy Procedure 9019 With Proof Of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[204](#) Motion For Sale of Property of the Estate under Section 363 |

EXHIBIT 1, PAGE 76

| | | (b) - No Fee *Motion To Authorize Chapter 7 Trustee To Enter Into Stipulation With V&G Associates COV, Inc. And Luminance Yuba, LLC, Regarding Note Secured By Real Property In Yuba City, Calif).* (Andrassy, Kyra) (Entered: 06/12/2018) |
|---|---|---|
| 06/12/2018 | [220](#) (6 pgs) | Substitution of attorney *M. Hardiman to R. Shirley* Filed by Creditor Nelson Hardiman, LLP. (Shirley, Rosa) Warning: Item subsequently amended by docket entry no: 222 Modified on 6/12/2018 (Le, James). (Entered: 06/12/2018) |
| 06/12/2018 | [221](#) (6 pgs) | Declaration re: *Declaration Of Heather Davis Regarding Telephonic Notice Of Hearing On Motion To Authorize Chapter 7 Trustee To Enter Into Stipulation With V&G Associates COV, Inc. And Luminance Yuba, LLC, Regarding Note Secured By Real Property In Yuba City, California Owned By Luminance Yuba, LLC, Pursuant To 11 U.S.C. § 363 (b) And Federal Rule Of Bankruptcy Procedure 9019 With Proof Of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[204](#) Motion For Sale of Property of the Estate under Section 363 (b) - No Fee *Motion To Authorize Chapter 7 Trustee To Enter Into Stipulation With V&G Associates COV, Inc. And Luminance Yuba, LLC, Regarding Note Secured By Real Property In Yuba City, Calif).* (Andrassy, Kyra) (Entered: 06/12/2018) |
| 06/12/2018 | 222 | Notice to Filer of Error and/or Deficient Document **PDF missing Main BK lead case number on caption page. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s)[220](#) Substitution of attorney filed by Creditor Nelson Hardiman, LLP) (Le, James) (Entered: 06/12/2018) |
| 06/12/2018 | [223](#) (97 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[162](#) Motion *to Limit Notice of Certain Matters; Declaration of Richard A. Marshack in support; with Proof of Service*). (Wood, David) (Entered: 06/12/2018) |
| 06/12/2018 | [224](#) (6 pgs) | |

| | | |
|---|---|---|
| | | Substitution of attorney *M Hardiman to R Shirley* Filed by Creditor Nelson Hardiman, LLP. (Shirley, Rosa) (Entered: 06/12/2018) |
| 06/12/2018 | 225 (81 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)157 Application to Employ Force 10 Partners LLC as Field Agent and Financial Advisor *Declaration of Adam Meislik in support; with Proof of Service*). (Marshack (TR), Richard) (Entered: 06/12/2018) |
| 06/13/2018 | 226 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)210 ORDER shortening time (BNC-PDF)) No. of Notices: 1. Notice Date 06/13/2018. (Admin.) (Entered: 06/13/2018) |
| 06/13/2018 | 227 | Hearing Held (RE: related document(s)204 Hearing RE: Motion To Authorize Chapter 7 Trustee To Enter Into Stipulation With V&G Associates COV, Inc. And Luminance Yuba, LLC, Regarding Note Secured By Real Property In Yuba City, California Owned By Luminance Yuba, LLC, Pursuant To 11 U.S.C. § 363(b) And Federal Rule Of Bankruptcy Procedure 9019 filed by Trustee Richard A Marshack (TR)) MOTION GRANTED (Le, James) (Entered: 06/14/2018) |
| 06/14/2018 | 228 (2 pgs) | Order Granting Application By Chapter 7 Trustee To Employ Force Ten Partners LLC As The Trustee's Field Agent And Financial Advisor Effective April 5, 2018. (BNC-PDF) (Related Doc # 157) Signed on 6/14/2018. (Bolte, Nickie) (Entered: 06/14/2018) |
| 06/14/2018 | 229 (2 pgs) | Order Granting Motion Chapter 7 Trustee's Motion To Limit Notice Of Certain Matters Requiring Notice To Creditors Pursuant To Rules 2002 And 9007 Of The Federal Rules Of Bankruptcy Procedure. (BNC-PDF) (Related Doc # 162 ) Signed on 6/14/2018 (Bolte, Nickie) (Entered: 06/14/2018) |
| 06/14/2018 | 230 (6 pgs) | Notice of lodgment *of Order in Bankruptcy Case re: Motion To Authorize Chapter 7 Trustee To Enter Into Stipulation With V&G Associates COV, Inc., etc. with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)204 Motion For Sale of Property of the Estate under Section 363 |

| | | |
|---|---|---|
| | | (b) - No Fee *Motion To Authorize Chapter 7 Trustee To Enter Into Stipulation With V&G Associates COV, Inc. And Luminance Yuba, LLC, Regarding Note Secured By Real Property In Yuba City, California Owned By Luminance Yuba, LLC, Pursuant To 11 U.S.C. § 363(b) And Federal Rule Of Bankruptcy Procedure 9019; Declaration Of Richard A. Marshack In Support Thereof With Proof Of Service* Filed by Trustee Richard A Marshack (TR)). (Andrassy, Kyra) (Entered: 06/14/2018) |
| 06/14/2018 | 231 (3 pgs) | Order Granting Motion To Authorize Chapter 7 Trustee To Enter Into Stipulation With V&G Associates COV, Inc. And Luminance Yuba, LLC, Regarding Note Secured By Real Property In Yuba City, California Owned By Luminance Yuba, LLC, Pursuant To 11 U.S.C. Section 363(b) And Federal Rule Of Bankruptcy Procedure 9019. - (BNC-PDF) (Related Doc # 204 ) Signed on 6/14/2018 (Bolte, Nickie) (Entered: 06/14/2018) |
| 06/15/2018 | 232 (10 pgs) | Notice of Proposed Use, Sale or Lease of Property Outside of the Normal Course of Business *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 06/15/2018) |
| 06/15/2018 | 233 (4 pgs) | Notice of sale of estate property (LBR 6004-2) Used computers and appliances Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 06/15/2018) |
| 06/16/2018 | 234 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)228 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 06/16/2018. (Admin.) (Entered: 06/16/2018) |
| 06/16/2018 | 235 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)229 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 06/16/2018. (Admin.) (Entered: 06/16/2018) |
| 06/16/2018 | 236 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)231 Order on Motion for Sale of Property under Section 363(b) (BNC-PDF)) No. of Notices: 1. Notice Date 06/16/2018. (Admin.) (Entered: 06/16/2018) |

EXHIBIT 1, PAGE 79

| | | |
|---|---|---|
| 06/20/2018 | 237<br>(2 pgs) | Order Approving Stipulation RE: Relief From Stay RE Collateral (Retainer). IT IS ORDERED: That all relief not expressly granted in this Order is denied. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 1 ) Signed on 6/20/2018 (Bolte, Nickie) (Entered: 06/20/2018) |
| 06/21/2018 | 238<br>(31 pgs) | Motion to Abandon REQUIRED FEE DEFERRED *Estate's Interest, if any, in Personal Property and Authorizing Donation; Declaration of Richard A. Marshack in support; with Proof of Service*. Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 06/21/2018) |
| 06/21/2018 | 239<br>(9 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)238 Motion to Abandon REQUIRED FEE DEFERRED *Estate's Interest, if any, in Personal Property and Authorizing Donation; Declaration of Richard A. Marshack in support; with Proof of Service*. Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard)). (Marshack (TR), Richard) (Entered: 06/21/2018) |
| 06/22/2018 | 240<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)237 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 06/22/2018. (Admin.) (Entered: 06/22/2018) |
| 06/25/2018 | 241<br>(18 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2017 Ford Transit Connect Van,VIN NM0LS7E75H1296951 . Fee Amount $181, Filed by Creditor Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services (Attachments: # 1 Exhibit) (Ith, Sheryl) (Entered: 06/25/2018) |
| 06/25/2018 | | Receipt of Motion for Relief from Stay - Personal Property(8:18-bk-10969-SC) [motion,nmpp] ( 181.00) Filing Fee. Receipt number 47240851. Fee amount 181.00. (re: Doc# 241) (U.S. Treasury) (Entered: 06/25/2018) |
| 06/25/2018 | 242 | Hearing Set (RE: related document(s)241 Motion for Relief from Stay - Personal Property - 2017 Ford Transit Connect Van - VIN No.: NM0LS7E75H1296951 - filed by Creditor Wells |

| | | |
|---|---|---|
| | | Fargo Bank, N.A. dba Wells Fargo Dealer Services) The Hearing date is set for 7/19/2018 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 06/26/2018) |
| 06/27/2018 | 243 (10 pgs) | Monthly Operating Report. Operating Report Number: 1 - LRC. For the Month Ending 4/30/18 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 06/27/2018) |
| 06/27/2018 | 244 (11 pgs) | Monthly Operating Report. Operating Report Number: 2 - LRC. For the Month Ending 5/31/18 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 06/27/2018) |
| 06/27/2018 | 245 (11 pgs) | Monthly Operating Report. Operating Report Number: 1 - LHG. For the Month Ending 4/30/18 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 06/27/2018) |
| 06/27/2018 | 246 (13 pgs) | Monthly Operating Report. Operating Report Number: 2 - LHG. For the Month Ending 5/31/18 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 06/27/2018) |
| 07/06/2018 | 247 (4 pgs) | Voluntary Dismissal of Motion *Notice of Withdrawal re: Trustee's Emergency Motion for Order to Compel Turnover of Funds on Hand; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)190 Emergency motion *Chapter 7 Trustee's Emergency Motion for Order to Compel Comerica Bank to Turnover Funds on Hand, to Maintain Existing Bank, and Request for Payment of Legal Fees; Memorandum of Points and Authorities and Declaration of Richard). (Wood, David) (Entered: 07/06/2018)* |
| 07/09/2018 | 248 (13 pgs) | Monthly Operating Report. Operating Report Number: 3 - LHG. For the Month Ending 6/30/18 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 07/09/2018) |

EXHIBIT 1, PAGE 81

| 07/09/2018 | 249<br>(10 pgs) | Monthly Operating Report. Operating Report Number: 3 - LRC. For the Month Ending 6/30/18 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 07/09/2018) |
| 07/10/2018 | 250<br>(45 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)238 Motion to Abandon REQUIRED FEE DEFERRED *Estate's Interest, if any, in Personal Property and Authorizing Donation; Declaration of Richard A. Marshack in support; with Proof of Service.*). (Marshack (TR), Richard) (Entered: 07/10/2018) |
| 07/10/2018 | 251<br>(2 pgs) | Order Granting Trustee's Motion Abandoning The Estate's Interest, If Any, In Personal Property And Authorizing Donation. (BNC-PDF) (Related Doc # 238 ) Signed on 7/10/2018 (Bolte, Nickie) (Entered: 07/10/2018) |
| 07/10/2018 | 252<br>(18 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2016 Ford Transit, VIN NM0GE9F70G1284871 . Fee Amount $181, Filed by Creditor Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services (Attachments: # 1 Exhibit) (Ith, Sheryl) (Entered: 07/10/2018) |
| 07/10/2018 | | Receipt of Motion for Relief from Stay - Personal Property(8:18-bk-10969-SC) [motion,nmpp] ( 181.00) Filing Fee. Receipt number 47324288. Fee amount 181.00. (re: Doc# 252) (U.S. Treasury) (Entered: 07/10/2018) |
| 07/10/2018 | 253 | Hearing Set (RE: related document(s)252 Motion for Relief from Stay - Personal Property filed by Creditor Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services) The Hearing date is set for 8/16/2018 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Steinberg, Elizabeth) (Entered: 07/11/2018) |
| 07/11/2018 | 254<br>(47 pgs) | Application to Employ Optimal Behavioral Health Billing Solution as Collection Agent *Declarations of Richard A. Marshack and Yoel Posner in support;* |

| | | | |
|---|---|---|---|
| | | | *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 07/11/2018) |
| 07/11/2018 | | [255](#) (9 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[254](#) Application to Employ Optimal Behavioral Health Billing Solution as Collection Agent *Declarations of Richard A. Marshack and Yoel Posner in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard)). (Marshack (TR), Richard) (Entered: 07/11/2018) |
| 07/11/2018 | | 256 | Continuance of Meeting of Creditors (Rule 2003(e)) Filed by Trustee Richard A Marshack (TR). 341(a) Meeting Continued to 08/14/2018 at 11:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Marshack (TR), Richard) (Entered: 07/11/2018) |
| 07/11/2018 | | 258 | Hearing Held (RE: related document(s)[190](#) CONT'D Hearing RE: Chapter 7 Trustee's Emergency Motion For Order To Compel Comerica Bank To Turnover Funds On Hand, To Maintain Existing Bank, And Request For Payment Of Legal Fees) OFF CALENDAR - NOTICE OF WITHDRAWAL FILED 7-6-18 - (Docket No. [247](#)) (Le, James) (Entered: 07/12/2018) |
| 07/12/2018 | | [257](#) (2 pgs) | Order Granting motion for relief from automatic stay ACTION IN NON-BANKRUPTCY FORUM To Ronald Joseph Burrows (RE: Case Name: Burrows v. Liu Jiadai, And Does 1 - 100; Case No. 30-2017-00939547-CU-PO-CJC; Pending In: State of California, Orange County Superior Court) (BNC-PDF) (Related Doc # [155](#) ) Signed on 7/12/2018 (Bolte, Nickie) (Entered: 07/12/2018) |
| 07/12/2018 | | [259](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[251](#) Order on Motion to Abandon (BNC-PDF)) No. of Notices: 1. Notice Date 07/12/2018. (Admin.) (Entered: 07/12/2018) |
| 07/12/2018 | | [260](#) (1 pg) | Notice Of Change Of Mailing Address Filed by Creditor Morgan Foster. (Bolte, Nickie) (Entered: 07/13/2018) |
| | | | |

EXHIBIT 1, PAGE 83

| | | |
|---|---|---|
| 07/12/2018 | 263 | Hearing Held (RE: related document(s)155 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM - RE: Case Name: Burrows v. Liu Jiadai, And Does 1 - 100] [Case No.: 30-2017-00939547-CU-P--CJC] [Pending In: Superior Court, State of California, Orange County] - filed by Creditor Ronald Burrows) - MOTION GRANTED BY DEFAULT - (Bolte, Nickie) (Entered: 07/16/2018) |
| 07/13/2018 | 261 (7 pgs) | Statement *of Property Sold - Electronics and Appliances; with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 07/13/2018) |
| 07/14/2018 | 262 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)257 Motion for relief from automatic stay ACTION IN NON-BANKRUPTCY FORUM (BNC-PDF)) No. of Notices: 1. Notice Date 07/14/2018. (Admin.) (Entered: 07/14/2018) |
| 07/19/2018 | 264 (3 pgs) | Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY To Wells Fargo Bank, N.A., dba Wells Fargo Dealer Services - (RE: 2017 Ford Transit Connect Van - VIN No,: NM0LS7E75H1296951) (BNC-PDF) (Related Doc # 241 ) Signed on 7/19/2018 (Bolte, Nickie) (Entered: 07/19/2018) |
| 07/19/2018 | 265 | Hearing Held (RE: related document(s)241 Motion for Relief from Stay - Personal Property [RE: 2017 Ford Transit Connect Van - VIN No.: NM0LS7E75H1296951] filed by Creditor Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services) MOTION GRANTED BY DEFAULT (Le, James) (Entered: 07/20/2018) |
| 07/21/2018 | 266 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)264 Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 07/21/2018. (Admin.) (Entered: 07/21/2018) |
| 07/24/2018 | 267 (7 pgs) | Stipulation By Richard A Marshack (TR) and *Alleon Capital Partners, LLC re: Continued Use of Cash Collateral Through and Until August 15, 2018; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 07/24/2018) |

| | | |
|---|---|---|
| 07/25/2018 | 268<br>(2 pgs) | Order Granting Stipulation RE: Continued Use Of Cash Collateral Through And Until August 15, 2018. IT IS ORDERED: The Trustee's use of cash collateral is approved through and until August 15, 2018, on the terms set forth in the Stipulation. (BNC-PDF) (Related Doc # 267 ) Signed on 7/25/2018 (Bolte, Nickie) (Entered: 07/25/2018) |
| 07/27/2018 | 269<br>(5 pgs) | Stipulation By San Juan Capistrano Self Storage, a California Limited Partnership, dba Pouch Self Storage Centers and *Richard A. Marshack, Chapter 7 Trustee for Order: Granting Relief from Stay; and Allowing Administrative Expense Claims with proof of service* Filed by Creditor San Juan Capistrano Self Storage, a California Limited Partnership, dba Pouch Self Storage Centers (Pagter, R) (Entered: 07/27/2018) |
| 07/27/2018 | 270<br>(20 pgs) | Notice of motion/application *Stipulation Between Creditor and Chapter 7 Trustee for Order; Granting Relief from Stay; and Allowing Administrative Expense Claims with proof of service* Filed by Creditor San Juan Capistrano Self Storage, a California Limited Partnership, dba Pouch Self Storage Centers (RE: related document(s)269 Stipulation By San Juan Capistrano Self Storage, a California Limited Partnership, dba Pouch Self Storage Centers and *Richard A. Marshack, Chapter 7 Trustee for Order: Granting Relief from Stay; and Allowing Administrative Expense Claims with proof of service* Filed by Creditor San Juan Capistrano Self Storage, a California Limited Partnership, dba Pouch Self Storage Centers). (Pagter, R) (Entered: 07/27/2018) |
| 07/27/2018 | 271<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)268 Order on Motion to Use Cash Collateral (BNC-PDF)) No. of Notices: 1. Notice Date 07/27/2018. (Admin.) (Entered: 07/27/2018) |
| 07/31/2018 | 272<br>(62 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)254 Application to Employ Optimal Behavioral Health Billing Solution as Collection Agent *Declarations of Richard A. Marshack and Yoel Posner in support; with Proof of* |

| | | |
|---|---|---|
| | | *Service*). (Marshack (TR), Richard) (Entered: 07/31/2018) |
| 08/01/2018 | [273](#) (2 pgs) | Order Granting Application By Chapter 7 Trustee To Employ Optimal Behavioral Health Billing Solution, LLC As Collection Agent Effective May 5, 2018. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # [254](#)) Signed on 8/1/2018. (Bolte, Nickie) (Entered: 08/01/2018) |
| 08/02/2018 | [274](#) (113 pgs) | Motion *Chapter 7 Trustee's Motion for Order Authorizing Continued Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345, and 363; Memorandum of Points and Authorities and Declaration of Richard A. Marshack in Support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 08/02/2018) |
| 08/02/2018 | [275](#) (8 pgs) | Notice of motion/application *Notice of Chapter 7 Trustee's Motion for Order Authorizing Continued Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345, and 363; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s) [274](#) Motion *Chapter 7 Trustee's Motion for Order Authorizing Continued Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345, and 363; Memorandum of Points and Authorities and Declaration of Richard A. Marshack in Support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 08/02/2018) |
| 08/03/2018 | [276](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[273](#) Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 08/03/2018. (Admin.) (Entered: 08/03/2018) |
| 08/06/2018 | [277](#) (11 pgs) | Monthly Operating Report. Operating Report Number: 4 - LRC. For the Month Ending 7/31/18 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 08/06/2018) |
| 08/06/2018 | [278](#) (12 pgs) | Monthly Operating Report. Operating Report Number: 4 - LHG. For the Month Ending 7/31/18 *with Proof of Service* Filed by Trustee Richard A |

| | | |
|---|---|---|
| | | Marshack (TR). (Marshack (TR), Richard) (Entered: 08/06/2018) |
| 08/13/2018 | [279](#) (9 pgs) | Stipulation By Richard A Marshack (TR) and *Alleon Capital Partners, re: Continued Use of Cash Collateral Through and Unitl November 16, 2018; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 08/13/2018) |
| 08/15/2018 | [280](#) (2 pgs) | Order Granting Stipulation RE: Continued Use Of Cash Collateral Through And Until November 16, 2018. (BNC-PDF) (Related Doc # [279](#) ) Signed on 8/15/2018 (Steinberg, Elizabeth) (Entered: 08/15/2018) |
| 08/15/2018 | [281](#) (34 pgs) | Application to Employ Weiland Golden Goodrich LLP as Special Litigation Counsel to Chapter 7 Trustee *Application of the Chapter 7 Trustee to Employ Special Litigation Counsel (Weiland Golden Goodrich LLP) Pursuant to 11 U.S.C. §§ 327(e) and 328(a); Statement of Disinterestedness of Jeffrey I. Golden; and Declaration of Richard A. Marshack (with Proof of Service)* Filed by Trustee Richard A Marshack (TR) (Golden, Jeffrey) (Entered: 08/15/2018) |
| 08/15/2018 | [282](#) (6 pgs) | Notice of motion/application *Notice of Application of the Chapter 7 Trustee to Employ Special Litigation Counsel (Weiland Golden Goodrich LLP) Pursuant to 11 U.S.C. §§ 327(e) and 328(a) (with Proof of Service)* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[281](#) Application to Employ Weiland Golden Goodrich LLP as Special Litigation Counsel to Chapter 7 Trustee *Application of the Chapter 7 Trustee to Employ Special Litigation Counsel (Weiland Golden Goodrich LLP) Pursuant to 11 U.S.C. §§ 327(e) and 328(a); Statement of Disinterestedness of Jeffrey I. Golden; and Declaration of Richard A. Marshack (with Proof of Service)* Filed by Trustee Richard A Marshack (TR)). (Golden, Jeffrey) (Entered: 08/15/2018) |
| 08/15/2018 | 283 | Continuance of Meeting of Creditors (Rule 2003(e)) Filed by Trustee Richard A Marshack (TR). 341(a) Meeting Continued to 09/18/2018 at 11:02 AM at |

EXHIBIT 1, PAGE 87

| | | RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Marshack (TR), Richard) (Entered: 08/15/2018) |
|---|---|---|
| 08/16/2018 | 284 (3 pgs) | Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY - MOVANT: WELLS FARGO BANK, N.A., d/b/a WELLS FARGO DEALER SERVICES RE: 2016 Ford Transit, VIN No. NM0GE9F70G1284871 (BNC-PDF) (Related Doc # 252 ) Signed on 8/16/2018 (Steinberg, Elizabeth) (Entered: 08/16/2018) |
| 08/16/2018 | 285 | Hearing Held (RE: related document(s)252 Motion for Relief from Stay - Personal Property filed by Creditor Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services) - GRANT BY DEFAULT (Steinberg, Elizabeth) (Entered: 08/17/2018) |
| 08/17/2018 | 286 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)280 Order on Motion to Use Cash Collateral (BNC-PDF)) No. of Notices: 1. Notice Date 08/17/2018. (Admin.) (Entered: 08/17/2018) |
| 08/18/2018 | 287 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)284 Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 08/18/2018. (Admin.) (Entered: 08/18/2018) |
| 08/21/2018 | 288 (127 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)274 Motion *Chapter 7 Trustee's Motion for Order Authorizing Continued Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345, and 363; Memorandum of Points and Authorities and Declaration of Richard A. Mar). (Wood, David) (Entered: 08/21/2018)* |
| 08/21/2018 | 289 (2 pgs) | Order Granting Motion authorizing continue maintenance of existing bank accounts for a limited period pursuant to 11 U.S.C. Sections 105, 345, and 363 (BNC-PDF) (Related Doc # 274 ) Signed on 8/21/2018 (Mccall, Audrey) (Entered: 08/21/2018) |
| 08/23/2018 | 290 (4 pgs) | Declaration re: *of R.Gibson Pagter, Jr., in Support of Entry of Order Approving Stipulation between* |

EXHIBIT 1, PAGE 88

| | | |
|---|---|---|
| | | *creditor and Chapter 7 Trustee for Order: Granting Relief from Stay; and Allowing Administrative Expense Claims with proof of service* Filed by Creditor San Juan Capistrano Self Storage, a California Limited Partnership, dba Pouch Self Storage Centers (RE: related document(s)269 Stipulation By San Juan Capistrano Self Storage, a California Limited Partnership, dba Pouch Self Storage Centers and *Richard A. Marshack, Chapter 7 Trustee for Order: Granting Relief from Stay; and Allowing Administrative Expense Claims with pro). (Pagter, R) (Entered: 08/23/2018)* |
| 08/23/2018 | 291 (2 pgs) | Order Approving Stipulation Between Creditor And Chapter 7 Trustee for Order: Granting Relief From Stay; And Allowing Administrative Expense Claims (BNC-PDF) (Related Doc # 269 ) Signed on 8/23/2018 (Steinberg, Elizabeth) (Entered: 08/23/2018) |
| 08/23/2018 | 292 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)289 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 08/23/2018. (Admin.) (Entered: 08/23/2018) |
| 08/25/2018 | 293 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)291 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 08/25/2018. (Admin.) (Entered: 08/25/2018) |
| 08/30/2018 | | Receipt of Tape Duplication Fee - $31.00 by 16. Receipt Number 80071987. (admin) (Entered: 08/30/2018) |
| 09/04/2018 | 294 (11 pgs) | Monthly Operating Report. Operating Report Number: 5 - LRC. For the Month Ending 8/31/18 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 09/04/2018) |
| 09/04/2018 | 295 (12 pgs) | Monthly Operating Report. Operating Report Number: 5 - LHG. For the Month Ending 8/31/18 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 09/04/2018) |
| 09/05/2018 | 296 (44 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Trustee |

EXHIBIT 1, PAGE 89

| | | |
|---|---|---|
| | | Richard A Marshack (TR) (RE: related document(s) 281 Application to Employ Weiland Golden Goodrich LLP as Special Litigation Counsel to Chapter 7 Trustee *Application of the Chapter 7 Trustee to Employ Special Litigation Counsel (Weiland Golden Goodrich LLP) Pursuant to 11 U.S.C. §§ 327(e) and). (Gaschen, Beth) (Entered: 09/05/2018)* |
| 09/05/2018 | 297 (2 pgs) | Order Approving Application Of The Chapter 7 Trustee To Employ Special Litigation Counsel (Weiland Golden Goodrich LLP) Pursuant To 11 U.S.C. Sections 327(e) And 328(a) On The Terms And Conditions Set Forth In The Application. (BNC-PDF) (Related Doc # 281) Signed on 9/5/2018. (Bolte, Nickie) (Entered: 09/05/2018) |
| 09/07/2018 | 298 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)297 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 09/07/2018. (Admin.) (Entered: 09/07/2018) |
| 09/14/2018 | 299 (23 pgs) | Adversary case 8:18-ap-01176. Complaint by Richard A Marshack, Ch 7 Trustee against Michael E Castanon. (Charge To Estate). Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (Houston, Marsha) (Entered: 09/14/2018) |
| 09/24/2018 | 300 | Continuance of Meeting of Creditors (Rule 2003(e)) Filed by Trustee Richard A Marshack (TR). 341(a) Meeting Continued to 11/06/2018 at 11:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Marshack (TR), Richard) (Entered: 09/24/2018) |
| 09/27/2018 | 301 (31 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: Pre-paid Insurance Premium *with proof of service.* Fee Amount $181, Filed by Interested Party FIRST INSURANCE FUNDING CORP. (Forsley, Alan) (Entered: 09/27/2018) |
| 09/27/2018 | | Receipt of Motion for Relief from Stay - Personal Property(8:18-bk-10969-SC) [motion,nmpp] ( 181.00) Filing Fee. Receipt number 47778524. Fee amount 181.00. (re: Doc# 301) (U.S. Treasury) (Entered: 09/27/2018) |

EXHIBIT 1, PAGE 90

| | | |
|---|---|---|
| 09/27/2018 | 302<br>(7 pgs) | Declaration re: *Supplemental Declaration of Soraya Mulero in Support of Motion for Relief from the Automatic Stay with proof of service* Filed by Interested Party FIRST INSURANCE FUNDING CORP. (RE: related document(s)301 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: Pre-paid Insurance Premium *with proof of service. Fee Amount $181,).* (Forsley, Alan) (Entered: 09/27/2018) |
| 09/27/2018 | 303 | Hearing Set (RE: related document(s)301 Motion for Relief from Stay - Personal Property - Refundable Portion Of Pre-Paid Insurance Premium Paid By Movant To Scottsdale Insurance Co. On Debtor's Behalf, As More Fully Described In The Supplemental Declaration Of Soraya Mulero - filed by Interested Party First Insurance Funding, A Division of Lake Forest Bank & Trust Company, N.A.) The Hearing date is set for 10/25/2018 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 09/27/2018) |
| 09/28/2018 | 304<br>(132 pgs) | Motion to Abandon REQUIRED FEE DEFERRED *Estate's Interest, if any, in Insurance Policy; Declaration of Richard A. Marshack in support; with Proof of Service.* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 09/28/2018) |
| 09/28/2018 | 305<br>(9 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)304 Motion to Abandon REQUIRED FEE DEFERRED *Estate's Interest, if any, in Insurance Policy; Declaration of Richard A. Marshack in support; with Proof of Service.* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard)). (Marshack (TR), Richard) (Entered: 09/28/2018) |
| 10/03/2018 | 306<br>(11 pgs) | Monthly Operating Report. Operating Report Number: 6 - LRC. For the Month Ending 9/30/18 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 10/03/2018) |
| | | |

EXHIBIT 1, PAGE 91

CM/ECF - U.S. Bankruptcy Court (v5.2.1 - LIVE)                                    Page 62 of 77

| 10/03/2018 | [307](#) (11 pgs) | Monthly Operating Report. Operating Report Number: 6 - LHG. For the Month Ending 9/30/18 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 10/03/2018) |
|---|---|---|
| 10/08/2018 | [308](#) (19 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2016 Ford Fusion, VIN 3FA6POLU5GR342354 . Fee Amount $181, Filed by Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto (Attachments: # [1](#) Exhibit) (Ith, Sheryl) (Entered: 10/08/2018) |
| 10/08/2018 | [309](#) (19 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2017 Ford Transit Wagon, VIN 1FBZX2CM3HKB21252 . Fee Amount $181, Filed by Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto (Attachments: # [1](#) Exhibit) (Ith, Sheryl) (Entered: 10/08/2018) |
| 10/08/2018 | [310](#) (19 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2017 Ford Transit Wagon, VIN 1FBZX2CM8HKA80911 . Fee Amount $181, Filed by Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto (Attachments: # [1](#) Exhibit) (Ith, Sheryl) (Entered: 10/08/2018) |
| 10/08/2018 | | Receipt of Motion for Relief from Stay - Personal Property(8:18-bk-10969-SC) [motion,nmpp] ( 181.00) Filing Fee. Receipt number 47837648. Fee amount 181.00. (re: Doc# [308](#)) (U.S. Treasury) (Entered: 10/08/2018) |
| 10/08/2018 | | Receipt of Motion for Relief from Stay - Personal Property(8:18-bk-10969-SC) [motion,nmpp] ( 181.00) Filing Fee. Receipt number 47837648. Fee amount 181.00. (re: Doc# [309](#)) (U.S. Treasury) (Entered: 10/08/2018) |
| 10/08/2018 | | Receipt of Motion for Relief from Stay - Personal Property(8:18-bk-10969-SC) [motion,nmpp] ( 181.00) Filing Fee. Receipt number 47837648. Fee amount 181.00. (re: Doc# [310](#)) (U.S. Treasury) (Entered: 10/08/2018) |

EXHIBIT 1, PAGE 92

| | | |
|---|---|---|
| 10/08/2018 | 311 | Hearing Set (RE: related document(s)308 Motion for Relief from Stay - Personal Property - RE: 2016 Ford Fusion - VIN No.: 3FA6P0LU5GR342354 - filed by Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto) The Hearing date is set for 11/8/2018 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 10/09/2018) |
| 10/08/2018 | 312 | Hearing Set (RE: related document(s)309 Motion for Relief from Stay - Personal Property - RE: 2017 Ford Transit Wagon - VIN No.: 1FBZX2CM3HKB21252 - filed by Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto) The Hearing date is set for 11/8/2018 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 10/09/2018) |
| 10/08/2018 | 313 | Hearing Set (RE: related document(s)310 Motion for Relief from Stay - Personal Property - RE: 2017 Ford Transit Wagon - VIN No.: 1FBZX2CM8HKA80911 - filed by Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto) The Hearing date is set for 11/8/2018 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 10/09/2018) |
| 10/15/2018 | 314 (7 pgs) | Stipulation By Richard A Marshack (TR) and *Alleon Capital Partners, LLC and Simmons Bank regarding payment of Bank SNB's Legal Fees and Expenses in the Ordinary Course of Business; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 10/15/2018) |
| 10/22/2018 | 315 (6 pgs) | Stipulation By Richard A Marshack (TR) and *First Insurance Funding re: Motion for Relief from Stay [Dk. No. 301] and Trustee's Motion to Abandon EPL Insurance Policy [Dk. No. 304]; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 10/22/2018) |
| 10/22/2018 | 316 (147 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)304 Motion to Abandon REQUIRED FEE DEFERRED *Estate's Interest, if* |

EXHIBIT 1, PAGE 93

| | | |
|---|---|---|
| | | *any, in Insurance Policy; Declaration of Richard A. Marshack in support; with Proof of Service*.). (Marshack (TR), Richard) (Entered: 10/22/2018) |
| 10/22/2018 | 317 (2 pgs) | Order Granting Trustee's Motion Abandoning The Estate's Interest, If Any, In The Employment Practices Liability Insurance. IT IS FURTHER ORDERED that the Estate's interest, if any, in the Policy1 is abandoned and the Policy is no longer an asset of the Estate (BNC-PDF) (Related Doc # 304 ) Signed on 10/22/2018 (Bolte, Nickie) (Entered: 10/22/2018) |
| 10/22/2018 | 318 (2 pgs) | Order Granting Stipulation RE: (I) First Insurance Funding Corps Motion For Relief From Stay And (II) Trustee's Notice To Abandon Employment Practices Liability Insurance. IT IS ORDERED: The automatic stay pursuant to 11 U.S.C. Section 362 is terminated nunc pro tunc to the Conversion Date (i.e., April 5, 2018) to permit FIRST to exercise its rights and remedies under applicable non-bankruptcy law with respect to the Finance Agreement, Policy and Collateral. The hearing on October 25, 2018 is VACATED - (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 315 ) Signed on 10/22/2018 (Bolte, Nickie) (Entered: 10/22/2018) |
| 10/23/2018 | 319 (2 pgs) | Order Granting Stipulation Regarding Payment Of Bank SNB's Legal Fees And Expenses In The Ordinary Course Of Business. IT IS ORDERED: The Trustee is authorized to make the payments contemplated by the Stipulation. (BNC-PDF) (Related Doc # 314 ) Signed on 10/23/2018 (Bolte, Nickie) (Entered: 10/23/2018) |
| 10/24/2018 | 320 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)317 Order on Motion to Abandon (BNC-PDF)) No. of Notices: 1. Notice Date 10/24/2018. (Admin.) (Entered: 10/24/2018) |
| 10/24/2018 | 321 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)318 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 10/24/2018. (Admin.) (Entered: 10/24/2018) |
| 10/25/2018 | 322 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)319 Order on Generic Motion |

EXHIBIT 1, PAGE 94

| | | |
|---|---|---|
| | | (BNC-PDF)) No. of Notices: 1. Notice Date 10/25/2018. (Admin.) (Entered: 10/25/2018) |
| 10/25/2018 | 323 | Hearing Held (RE: related document(s)301 Motion for Relief from Stay - Personal Property - RE: Refundable Portion Of Pre-Paid Insurance Premium Paid By Movant To Scottsdale Insurance Co. On Debtor's Behalf, As More Fully Described In The Supplemental Declaration Of Soraya Mulero) filed by Interested Party First Insurance Funding.) - OFF CALENDAR - ORDER GRANTING STIPULATION ENTERED 10-22-18 - (Docket No. 318) (Bolte, Nickie) (Entered: 10/26/2018) |
| 10/26/2018 | 324 (20 pgs) | Application to Employ Grobstein Teeple LLP as Accountant *Application By Chapter 7 Trustee For Authorization To Employ Grobstein Teeple LLP As Accountants Effective September 26, 2018; Statement of Disinterestedness In Support Thereof* Filed by Accountant Grobstein Teeple LLP. (Grobstein, Howard) (Entered: 10/26/2018) |
| 11/06/2018 | 325 (10 pgs) | Monthly Operating Report. Operating Report Number: 7 - LHG. For the Month Ending 10/31/18 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 11/06/2018) |
| 11/06/2018 | 326 (11 pgs) | Monthly Operating Report. Operating Report Number: 7 - LRC. For the Month Ending 10/31/18 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 11/06/2018) |
| 11/07/2018 | 327 (20 pgs) | Application to Employ Grobstein Teeple LLP as Accountant *Amended Application By Chapter 7 Trustee For Authorization To Employ Grobstein Teeple LLP As Accountants Effective September 29, 2018; Statement of Disinterestedness In Support Thereof* Filed by Accountant Grobstein Teeple LLP. (Grobstein, Howard) (Entered: 11/07/2018) |
| 11/07/2018 | 328 (22 pgs) | Notice of motion/application *Notice of Amended Application By Chapter 7 Trustee For Authorization To Employ Grobstein Teeple LLP As Accountants* Filed by Accountant Grobstein Teeple LLP (RE: related document(s)327 Application to Employ Grobstein Teeple LLP as Accountant *Amended* |

EXHIBIT 1, PAGE 95

| | | |
|---|---|---|
| | | *Application By Chapter 7 Trustee For Authorization To Employ Grobstein Teeple LLP As Accountants Effective September 29, 2018; Statement of Disinterestedness In Support Thereof* Filed by Accountant Grobstein Teeple LLP.). (Grobstein, Howard) (Entered: 11/07/2018) |
| 11/08/2018 | 329 | Continuance of Meeting of Creditors (Rule 2003(e)) Filed by Trustee Richard A Marshack (TR). 341(a) Meeting Continued to 01/15/2019 at 11:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Marshack (TR), Richard) (Entered: 11/08/2018) |
| 11/08/2018 | 330 | Hearing Held (RE: related document(s)308 Motion for Relief from Stay - Personal Property - 2016 Ford Fusion - VIN No.: 3FA6P0LU5GR342354 - filed by Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto) - MOTION GRANTED BY DEFAULT - (Bolte, Nickie) (Entered: 11/08/2018) |
| 11/08/2018 | 331 | Hearing Held (RE: related document(s)309 Motion for Relief from Stay - Personal Property - [RE: 2017 Ford Transit Wagon - VIN No.: 1FBZX2CM3HKB21252] filed by Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto) - MOTION GRANTED BY DEFAULT (Bolte, Nickie) (Entered: 11/08/2018) |
| 11/08/2018 | 332 | Hearing Held (RE: related document(s)310 Motion for Relief from Stay - Personal Property - [RE: 2017 Ford Transit Wagon - VIN No.: 1FBZX2CM8HKA80911] filed by Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto) - MOTION GRANTED BY DEFAULT (Bolte, Nickie) (Entered: 11/08/2018) |
| 11/14/2018 | 333 (3 pgs) | Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY RE: 2016 FORD FUSION, VIN #3FA6P0LU5GR342354 (BNC-PDF) (Related Doc # 308 ) Signed on 11/14/2018 (Steinberg, Elizabeth) (Entered: 11/14/2018) |
| 11/14/2018 | 334 (3 pgs) | Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY RE: 2017 FORD TRANSIT WAGON, VIN #1FBZX2CM3HKB21252 (BNC-PDF) (Related Doc # 309 ) Signed on 11/14/2018 (Steinberg, Elizabeth) (Entered: 11/14/2018) |

EXHIBIT 1, PAGE 96

| | | |
|---|---|---|
| 11/14/2018 | [335](#)<br>(3 pgs) | Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY RE: 2017 FORD TRANSIT WAGON VIN #1FBZX2CM8HKA80911 (BNC-PDF) (Related Doc # [310](#) ) Signed on 11/14/2018 (Steinberg, Elizabeth) (Entered: 11/14/2018) |
| 11/16/2018 | [336](#)<br>(9 pgs) | Stipulation By Richard A Marshack (TR) and *Alleon Capital Partners, LLC re: Continued Use of Cash Collateral Through and Until February 29, 2019; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 11/16/2018) |
| 11/16/2018 | [337](#)<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[333](#) Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 11/16/2018. (Admin.) (Entered: 11/16/2018) |
| 11/16/2018 | [338](#)<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[334](#) Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 11/16/2018. (Admin.) (Entered: 11/16/2018) |
| 11/16/2018 | [339](#)<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[335](#) Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 11/16/2018. (Admin.) (Entered: 11/16/2018) |
| 11/26/2018 | [340](#)<br>(52 pgs) | Declaration re: *Declaration That No Party Requested A Hearing On Motion LBR 9013-1(o)(3)* Filed by Accountant Grobstein Teeple LLP (RE: related document(s)[327](#) Application to Employ Grobstein Teeple LLP as Accountant *Amended Application By Chapter 7 Trustee For Authorization To Employ Grobstein Teeple LLP As Accountants Effective September 29, 2018; Statement of Disinterestedness In Support Thereof* Filed by Accountant Grobstein Teeple LLP.). (Grobstein, Howard) (Entered: 11/26/2018) |
| 11/26/2018 | [341](#)<br>(2 pgs) | Order Approving Chapter 7 Trustee's Application To Employ Grobstein Teeple LLP As Accountants Effective As Of September 29, 2018. (BNC-PDF) (Related Doc # [327](#) ) Signed on 11/26/2018. (Bolte, Nickie) (Entered: 11/26/2018) |

EXHIBIT 1, PAGE 97

| | | |
|---|---|---|
| 11/26/2018 | [342](#)<br>(2 pgs) | Order Granting Stipulation RE: Continued Use Of Cash Collateral Through And Until February 28, 2019 On The Terms Set Forth In The Stipulation. (BNC-PDF) Signed on 11/26/2018 (RE: related document(s)[336](#) Stipulation filed by Trustee Richard A Marshack (TR)). (Bolte, Nickie) (Entered: 11/26/2018) |
| 11/28/2018 | [343](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[341](#) Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 11/28/2018. (Admin.) (Entered: 11/28/2018) |
| 11/28/2018 | [344](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[342](#) Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 11/28/2018. (Admin.) (Entered: 11/28/2018) |
| 11/30/2018 | [345](#)<br>(3 pgs) | Request for Removal from Courtesy Notice of Electronic Filing (NEF) Filed by Segretti, Donald. (Segretti, Donald) (Entered: 11/30/2018) |
| 11/30/2018 | [346](#)<br>(2 pgs) | Request for Removal from Courtesy Notice of Electronic Filing (NEF) Filed by Khodadadi, Payam. (Khodadadi, Payam) (Entered: 11/30/2018) |
| 12/13/2018 | [347](#)<br>(11 pgs) | Monthly Operating Report. Operating Report Number: 8 - LHG. For the Month Ending 11/30/18 *wi* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 12/13/2018) |
| 12/13/2018 | [348](#)<br>(5 pgs) | Monthly Operating Report. Operating Report Number: 8 - LRC. For the Month Ending 11/30/18 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 12/13/2018) |
| 01/03/2019 | [349](#)<br>(107 pgs) | Motion *Chapter 7 Trustee's Motion for Order: 1. Authorizing Operation of the Debtors' Business Pursuant to 11 U.S.C. Section 721, and 2. Authorizing Continued Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345, and 363; Memorandum of Points and Authorities and Declaration of Richard A. Marshack in Support; with Proof of Service [Hrg. 1/2419 at 10:00 a.m., Ctrm 5C]* Filed by Trustee Richard A Marshack (TR) (Grimshaw, Matthew) (Entered: 01/03/2019) |

EXHIBIT 1, PAGE 98

| | | |
|---|---|---|
| 01/03/2019 | 350<br>(8 pgs) | Notice of motion/application Filed by Trustee Richard A Marshack (TR) (RE: related document(s) 349 Motion *Chapter 7 Trustee's Motion for Order: 1. Authorizing Operation of the Debtors' Business Pursuant to 11 U.S.C. Section 721, and 2. Authorizing Continued Maintenance of Existing Bank Accounts for a Limited Period Pursuant to 11 U.S.C. Sections 105, 345, and 363; Memorandum of Points and Authorities and Declaration of Richard A. Marshack in Support; with Proof of Service [Hrg. 1/2419 at 10:00 a.m., Ctrm 5C]* Filed by Trustee Richard A Marshack (TR)). (Grimshaw, Matthew) (Entered: 01/03/2019) |
| 01/03/2019 | 351 | Hearing Set (RE: related document(s)349 Chapter 7 Trustee's Motion For Order: 1. Authorizing Operation Of The Debtors' Business Pursuant To 11 U.S.C. Section 721; And 2. Authorizing Continued Maintenance Of Existing Bank Accounts For A Limited Period Pursuant To 11 U.S.C. Sections 105, 345, And 363 - filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 1/24/2019 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/04/2019) |
| 01/10/2019 | 352 | Continuance of Meeting of Creditors (Rule 2003(e)) Filed by Trustee Richard A Marshack (TR). 341(a) Meeting Continued to 03/12/2019 at 11:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Marshack (TR), Richard) (Entered: 01/10/2019) |
| 01/16/2019 | 353<br>(5 pgs) | Monthly Operating Report. Operating Report Number: 9 - LRC. For the Month Ending 12/31/18 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 01/16/2019) |
| 01/16/2019 | 354<br>(5 pgs) | Monthly Operating Report. Operating Report Number: 9 - LHG. For the Month Ending 12/31/18 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 01/16/2019) |
| 01/16/2019 | 355<br>(239 pgs) | Motion For Sale of Property of the Estate under Section 363(b) - No Fee *& 105, and Settlement Agreement with V&G Associates Cov, Inc., and Luminance Yuba, LLC; Declarations of Richard A.* |

EXHIBIT 1, PAGE 99

| | | |
|---|---|---|
| | | *Marshack and Evan Glickman in Support Thereof with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Andrassy, Kyra) (Entered: 01/16/2019) |
| 01/16/2019 | 356 (19 pgs) | Notice of Hearing *on Motion for Approval of Chapter 7 Trustee's Sale and Settlement Agreement with V&G Associates COV, Inc. and Luminance Yuba, LLC Pursuant to 11 U.S.C. Sections 363(b) and 105, and Rules 2002, 6004, and 9019 of the Federal Rules of Bankruptcy Procedure with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)355 Motion For Sale of Property of the Estate under Section 363(b) - No Fee *& 105, and Settlement Agreement with V&G Associates Cov, Inc., and Luminance Yuba, LLC; Declarations of Richard A. Marshack and Evan Glickman in Support Thereof with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Andrassy, Kyra) (Entered: 01/16/2019) |
| 01/16/2019 | 357 | Hearing Set (RE: related document(s)355 Motion For Approval Of Chapter 7 Trustee's Sale And Settlement Agreement With V&G Associates Cov, Inc. And Luminance Yuba, LLC Pursuant To 11 U.S.C. Sections 363(b) And 105 And Rules 2002, 6004, And 9019 Of The Federal Rules Of Bankruptcy Procedure - No Fee filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 2/6/2019 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/17/2019) |
| 01/17/2019 | 358 (4 pgs) | Notice of sale of estate property (LBR 6004-2) 18.31% membership interest in Luminance Yuba, LLC Filed by Trustee Richard A Marshack (TR). (Andrassy, Kyra) (Entered: 01/17/2019) |
| 01/18/2019 | 359 (6 pgs) | Original signature page Declaration of Richard A. Marshack in support of the Chapter 7 Trustee's Motion for Order: 1. Authorizing Operation of the Debtors' Business Pursuant to 11 U.S.C. Section 721; and 2. Authorizing Continued Maintenance of Existing Bank Accounts for Limited Period Pursuant to 11 U.S.C. Sections 105, 345 and 363 *; and Errata to the Declaration of Richard A. Marshack; with Proof of Service [Related Docket No. 349]* Filed by |

EXHIBIT 1, PAGE 100

| | | |
|---|---|---|
| | | Trustee Richard A Marshack (TR). (Grimshaw, Matthew) (Entered: 01/18/2019) |
| 01/24/2019 | 360 | Hearing Held (RE: related document(s)349 Chapter 7 Trustee's Motion For Order: 1. Authorizing Operation Of The Debtors' Business Pursuant To 11 U.S.C. Section 721; And 2. Authorizing Continued Maintenance Of Existing Bank Accounts For A Limited Period Pursuant To 11 U.S.C. Sections 105, 345, And 363 filed by Trustee Richard A Marshack (TR))- MOTION GRANTED BY DEFAULT - (Bolte, Nickie) (Entered: 01/25/2019) |
| 01/25/2019 | 361 (2 pgs) | Order Granting Chapter 7 Trustee's Motion for Order: 1. Authorizing operation of the Debtor's business pursuant to 11 U.S.C. Section 721; and 2. Authorized continued maintenance of existing bank accounts for a limited period pursuant to 11 U.S.C. Sections 105, 345, and 363 (BNC-PDF) (Related Doc # 349 ) Signed on 1/25/2019 (Mccall, Audrey) (Entered: 01/25/2019) |
| 01/27/2019 | 362 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)361 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 01/27/2019. (Admin.) (Entered: 01/27/2019) |
| 01/30/2019 | 363 (8 pgs) | Declaration re: *Declaration of Kyra E. Andrassy Regarding Publication of Notice of Motion for Approval of Chapter 7 Trustee's Sale and Settlement Agreement with V&G Associates COV, Inc. and Luminance Yuba, LLC, Pursuant To 11 U.S.C. §§ 363(b) and 105, and Rules 2002, 6004, and 9019 of The Federal Rules of Bankruptcy Procedure with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)355 Motion For Sale of Property of the Estate under Section 363 (b) - No Fee *& 105, and Settlement Agreement with V&G Associates Cov, Inc., and Luminance Yuba, LLC; Declarations of Richard A. Marshack and Evan Glickman in Support Thereof with Proof of Ser).* (Andrassy, Kyra) (Entered: 01/30/2019) |
| 02/04/2019 | 364 (31 pgs) | Notice *of Filing of Executed Settlement Agreement in Connection With the Motion for Approval of Chapter 7 Trustee's Sale and Settlement Agreement with V&G Associates COV, Inc. and Luminance Yuba, LLC, Pursuant to 11 U.S.C. §§ 363(b) and 105, and* |

EXHIBIT 1, PAGE 101

| | | |
|---|---|---|
| | | *Rules 2002, 6004, and 9019 of the Federal Rules of Bankruptcy Procedure with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)355 Motion For Sale of Property of the Estate under Section 363(b) - No Fee *& 105, and Settlement Agreement with V&G Associates Cov, Inc., and Luminance Yuba, LLC; Declarations of Richard A. Marshack and Evan Glickman in Support Thereof with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Andrassy, Kyra) (Entered: 02/04/2019) |
| 02/06/2019 | 365 (5 pgs) | Monthly Operating Report. Operating Report Number: 10 - LRC. For the Month Ending 1/31/19 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 02/06/2019) |
| 02/06/2019 | 366 (5 pgs) | Monthly Operating Report. Operating Report Number: 10 - LHG. For the Month Ending 1/31/19 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard)[RE: case no. 8:18-bk-10972 (Luminance Health Group, Inc., a California corporation, Modified on 2/6/2019 (Steinberg, Elizabeth). (Entered: 02/06/2019) |
| 02/06/2019 | 367 | Hearing Held (RE: related document(s)355 Motion to Sale of Property of the Estate under Section 363 (b) - No Fee filed by Trustee Richard A Marshack (TR)) - GRANTED BY DEFAULT. (Steinberg, Elizabeth) (Entered: 02/06/2019) |
| 02/07/2019 | 368 (11 pgs) | Order Granting Motion For Approval Of Chapter 7 Trustee's Sale And Settlement Agreement With V&G Associates Cov, Inc. And Luminance Yuba, LLC, Pursuant To 11 U.S.C. Sections 363(b) And 105, And Rules 2002, 6004, And 9019 Of The Federal Rules Of Bankruptcy Procedure - (BNC-PDF) (Related Doc # 355 ) Signed on 2/7/2019 (Bolte, Nickie) (Entered: 02/07/2019) |
| 02/09/2019 | 369 (13 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)368 Order on Motion for Sale of Property under Section 363(b) (BNC-PDF)) No. of Notices: 1. Notice Date 02/09/2019. (Admin.) (Entered: 02/09/2019) |
| 02/11/2019 | | |

EXHIBIT 1, PAGE 102

| | | |
|---|---|---|
| | [370](#)<br>(90 pgs) | Motion to Approve Compromise Under Rule 9019 *Motion for Approval of Chapter 7 Trustee's Settlement Agreement with Alleon Capital Partners, LLC Regarding Sale and Settlement Payment Related to Interest in Luminance Yuba, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019(a); Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support Thereof with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Andrassy, Kyra) (Entered: 02/11/2019) |
| 02/11/2019 | [371](#)<br>(6 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *Notice of Motion for Approval of Chapter 7 Trustee's Settlement Agreement with Alleon Capital Partners, LLC Regarding Sale and Settlement Payment Related to Interest in Luminance Yuba, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019(a) and Opportunity to Object and Request a Hearing with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[370](#) Motion to Approve Compromise Under Rule 9019 *Motion for Approval of Chapter 7 Trustee's Settlement Agreement with Alleon Capital Partners, LLC Regarding Sale and Settlement Payment Related to Interest in Luminance Yuba, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019(a); Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support Thereof with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Andrassy, Kyra) (Entered: 02/11/2019) |
| 02/25/2019 | [372](#)<br>(4 pgs) | Notice *of Increased Hourly Rates Charged by Marshack Hays LLP; with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Wood, David) (Entered: 02/25/2019) |
| 03/04/2019 | [373](#)<br>(102 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *Declaration of Kyra E. Andrassy That No Party Requested a Hearing on Application to Employ Smiley Wang-Ekvall, LLP as Special Litigation and Transactional Counsel Pursuant to 11 U.S.C. § 327(a) with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[370](#) Motion to Approve Compromise Under Rule 9019 *Motion for Approval of Chapter 7 Trustee's Settlement Agreement with* |

EXHIBIT 1, PAGE 103

| | | |
|---|---|---|
| | | *Alleon Capital Partners, LLC Regarding Sale and Settlement Payment Related to Interest in Luminance Yuba, LLC Pursuant to Federal R). (Andrassy, Kyra) (Entered: 03/04/2019)* |
| 03/04/2019 | [374](#) (2 pgs) | Order Granting Motion For Approval Of Chapter 7 Trustee's Settlement Agreement With Alleon Capital Partners, LLC Regarding Sale And Settlement Payment Related To Interest In Luminance Yuba, LLC Pursuant To Federal Rule Of Bankruptcy Procedure 9019(a) (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # [370](#)) Signed on 3/4/2019. (Bolte, Nickie) (Entered: 03/04/2019) |
| 03/06/2019 | [375](#) (9 pgs) | Stipulation By Richard A Marshack (TR) and *Alleon Capital Partners, LLC re: Continued Use of Cash Collateral Through and Until March 20, 2019; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 03/06/2019) |
| 03/06/2019 | [376](#) (2 pgs) | Order Granting Stipulation RE: Continued Use Of Cash Collateral Through And Until March 20, 2019. [RELATED TO ALL DEBTORS] (BNC-PDF) (Related Doc # [375](#) ) Signed on 3/6/2019 (Bolte, Nickie) (Entered: 03/06/2019) |
| 03/06/2019 | [377](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[374](#) Order on Motion to Approve Compromise Under Rule 9019 (BNC-PDF)) No. of Notices: 1. Notice Date 03/06/2019. (Admin.) (Entered: 03/06/2019) |
| 03/08/2019 | [378](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[376](#) Order on Motion to Use Cash Collateral (BNC-PDF)) No. of Notices: 1. Notice Date 03/08/2019. (Admin.) (Entered: 03/08/2019) |
| 03/11/2019 | 379 | Continuance of Meeting of Creditors (Rule 2003(e)) Filed by Trustee Richard A Marshack (TR). 341(a) Meeting Continued to 04/30/2019 at 11:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Marshack (TR), Richard) (Entered: 03/11/2019) |
| 03/12/2019 | [380](#) (4 pgs) | Notice *45 Day Notice to Professionals re: Hearing on Interim Fee Applications; with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Wood, David) (Entered: 03/12/2019) |
| 03/13/2019 | [381](#) (5 pgs) | Monthly Operating Report. Operating Report Number: 11 - LRC. For the Month Ending 2/28/19 *with Proof of Service* |

EXHIBIT 1, PAGE 104

| | | |
|---|---|---|
| | | Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 03/13/2019) |
| 03/13/2019 | [382](#) (10 pgs) | Monthly Operating Report. Operating Report Number: 11 - LHG. For the Month Ending 2/28/19 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 03/13/2019) |
| 03/18/2019 | [383](#) (5 pgs) | Notice *Notice of Withdrawal of Proofs of Claim No. 46 and Claim No. 47* Filed by Creditor V&G Associates COV Inc.. (Gesmundo, Alastair) (Entered: 03/18/2019) |
| 03/20/2019 | [384](#) (14 pgs) | Adversary case 8:19-ap-01048. Complaint by Richard A. Marshack against Queen Funding LLC. (Charge To Estate). *Complaint for: (1) Avoidance of Preferential Transfers Pursuant to 11 U.S.C. § 547; (2) Recovery of Property Pursuant to 11 U.S.C. § 550; (3) Preservation of Avoided Transfers Pursuant to 11 U.S.C. § 551; (4) Disallowance of Claims Pursuant to 11 U.S.C. § 502(d); (5) Turnover of Property of the Estates Pursuant to 11 U.S.C. § 542; (6) Predatory Lending Pursuant to California Business and Professions Code § 17200; (7) Equitable Subordination of Claims Pursuant to 11 U.S.C. § 510(c); and (8) Declaratory Relief (with Proof of Service)* Nature of Suit: (12 (Recovery of money/property - 547 preference)),(14 (Recovery of money/property - other)),(11 (Recovery of money/property - 542 turnover of property)),(81 (Subordination of claim or interest)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)))(Golden, Jeffrey) (Entered: 03/20/2019) |
| 03/20/2019 | [385](#) (14 pgs) | Adversary case 8:19-ap-01049. Complaint by Richard A. Marshack against Richmond Capital Group. (Charge To Estate). *Complaint for: (1) Avoidance of Preferential Transfers Pursuant to 11 U.S.C. § 547; (2) Recovery of Property Pursuant to 11 U.S.C. § 550; (3) Preservation of Avoided Transfers Pursuant to 11 U.S.C. § 551; (4) Disallowance of Claims Pursuant to 11 U.S.C. § 502(d); (5) Turnover of Property of the Estates Pursuant to 11 U.S.C. § 542; (6) Predatory Lending Pursuant to California Business and Professions Code § 17200; (7) Equitable Subordination of Claims Pursuant to 11 U.S.C. § 510(c); and (8) Declaratory Relief (with Proof of Service)* Nature of Suit: (12 (Recovery of money/property - 547 preference)),(11 (Recovery of money/property - 542 turnover of property)), (14 (Recovery of money/property - other)),(02 (Other (e.g. other actions that would have been brought in state court if |

EXHIBIT 1, PAGE 105

| | | |
|---|---|---|
| | | unrelated to bankruptcy))),(81 (Subordination of claim or interest))(Golden, Jeffrey) (Entered: 03/20/2019) |
| 03/20/2019 | [386](#) (15 pgs) | Adversary case 8:19-ap-01050. Complaint by Richard A. Marshack against Yellowstone Capital West, LLC. (Charge To Estate). *Complaint for: (1) Avoidance of Preferential Transfers Pursuant to 11 U.S.C. § 547; (2) Avoidance of Post-Petition Transfers Pursuant to 11 U.S.C. § 549(A); (3) Recovery of Property Pursuant to 11 U.S.C. § 550; (4) Preservation of Avoided Transfers Pursuant to 11 U.S.C. § 551; (5) Disallowance of Claims Pursuant to 11 U.S.C. § 502(D); (6) Turnover of Property of the Estates Pursuant to 11 U.S.C. § 542; (7) Predatory Lending Pursuant to California Business and Professions Code § 17200; (8) Equitable Subordination of Claims Pursuant to 11 U.S.C. § 510(C); and (9) Declaratory Relief (with Proof of Service)* Nature of Suit: (12 (Recovery of money/property - 547 preference)),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)),(11 (Recovery of money/property - 542 turnover of property)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (Golden, Jeffrey) (Entered: 03/20/2019) |
| 03/20/2019 | [387](#) (14 pgs) | Adversary case 8:19-ap-01051. Complaint by Richard A. Marshack against Yes Funding Services LLC. (Charge To Estate). *Complaint for: (1) Avoidance of Preferential Transfers Pursuant to 11 U.S.C. § 547; (2) Recovery of Property Pursuant to 11 U.S.C. § 550; (3) Preservation of Avoided Transfers Pursuant to 11 U.S.C. § 551; (4) Disallowance of Claims Pursuant to 11 U.S.C. § 502(D); (5) Turnover of Property of the Estates Pursuant to 11 U.S.C. § 542; (6) Predatory Lending Pursuant to California Business and Professions Code § 17200; (7) Equitable Subordination of Claims Pursuant to 11 U.S.C. § 510(C); and (8) Declaratory Relief (with Proof of Service)* Nature of Suit: (12 (Recovery of money/property - 547 preference)),(14 (Recovery of money/property - other)),(11 (Recovery of money/property - 542 turnover of property)),(81 (Subordination of claim or interest)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)))(Golden, Jeffrey) (Entered: 03/20/2019) |
| 04/02/2019 | [388](#) (4 pgs) | Statement *of Property Sold; with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) - - Warning: See docket entry no.: 389 for corrections - Modified on 4/2/2019 (Bolte, Nickie). (Entered: 04/02/2019) |

EXHIBIT 1, PAGE 106

| | | |
|---|---|---|
| 04/02/2019 | 389 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete/unreadable PDF was attached to the docket entry. Incorrect case number on pleading. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT CASE NUMBER AND PDF IMMEDIATELY.** (RE: related document(s)388 Statement filed by Trustee Richard A Marshack (TR)) (Bolte, Nickie) (Entered: 04/02/2019) |
| 04/03/2019 | 390 (4 pgs) | Statement *of Property Sold Revised; with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 04/03/2019) |
| 04/03/2019 | 391 (10 pgs) | Monthly Operating Report. Operating Report Number: 12 - LRC. For the Month Ending 3/31/19 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 04/03/2019) |
| 04/03/2019 | 392 (10 pgs) | Monthly Operating Report. Operating Report Number: 12 - LHG. For the Month Ending 3/31/19 *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 04/03/2019) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/09/2019 17:07:00 | | |
| **PACER Login:** | mh4052870:3453976:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:18-bk-10969-SC Fil or Ent: filed From: 1/9/2011 To: 4/9/2019 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

EXHIBIT  2

CONVERTED, JNTADMN, MEMBER

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:18-bk-10972-SC

|  |  |
|---|---|
| *Assigned to:* Scott C Clarkson | *Date filed:* 03/21/2018 |
| Chapter 7 | *Date converted:* 04/05/2018 |
| Previous chapter 11 | *341 meeting:* 04/30/2019 |
| Original chapter 11 | *Deadline for filing claims:* 07/20/2018 |
| Voluntary | *Deadline for filing claims (govt.):* 09/17/2018 |
| Asset | *Deadline for objecting to discharge:* 07/16/2018 |
|  | *Deadline for financial mgmt. course:* 07/16/2018 |

| | |
|---|---|
| **Debtor**<br>**Luminance Health Group, Inc.,** *a California*<br>*corporation*<br>27131 Calle Arroyo, Ste 1703<br>San Juan Capistrano, CA 92675<br>ORANGE-CA<br>Tax ID / EIN: 47-3641891 | represented by **Beth Gaschen**<br>Weiland Golden Goodrich LLP<br>650 Town Center Dr Ste 600<br>Costa Mesa, CA 92626<br>714-966-1000<br>Fax : 714-966-1002<br>Email: bgaschen@wgllp.com<br><br>**Jeffrey I Golden**<br>Weiland Golden Goodrich LLP<br>650 Town Center Dr Ste 600<br>Costa Mesa, CA 92626<br>714-966-1000<br>Email: jgolden@wgllp.com |
| **Trustee**<br>**Richard A Marshack (TR)**<br>Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>949-333-7777 | |
| **U.S. Trustee**<br>**United States Trustee (SA)**<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4593<br>(714) 338-3400 | represented by **Michael J Hauser**<br>411 W Fourth St Suite 7160<br>Santa Ana, CA 92701-4593<br>714-338-3417<br>Fax : 714-338-3421<br>Email: michael.hauser@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
|  |  |  |

EXHIBIT 2, PAGE 108

| | | |
|---|---|---|
| 03/21/2018 | 1<br>(10 pgs; 4 docs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1717 Filed by LUMINANCE HEALTH GROUP, INC., a California corporation List of Equity Security Holders due 04/4/2018. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 04/4/2018. Schedule A/B: Property (Form 106A/B or 206A/B) due 04/4/2018. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 04/4/2018. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 04/4/2018. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 04/4/2018. Schedule H: Your Codebtors (Form 106H or 206H) due 04/4/2018. Declaration About an Individual Debtors Schedules (Form 106Dec) due 04/4/2018. Statement of Financial Affairs (Form 107 or 207) due 04/4/2018. Signature of Attorney on Petition (Form 101 or 201) due 04/4/2018. Corporate Resolution Authorizing Filing of Petition due 04/4/2018. Corporate Ownership Statement (LBR Form F1007-4) due by 04/4/2018. Statement of Related Cases (LBR Form F1015-2) due 04/4/2018. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 04/4/2018. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 04/4/2018. Incomplete Filings due by 04/4/2018. (Golden, Jeffrey) WARNING: See docket entry NO.2&3 for corrections. Item Re Notice of Dismissal of case within 72 hours if required document is not filed. DEFICIENT FOR Declaration About A Non Individual Debtors Schedules (Form 202) due 4/4/18. Master Mailing List of Creditors due 3/24/2018. Modified on 3/21/2018 (Roque, Jewell). (Entered: 03/21/2018) |
| 03/21/2018 | | Receipt of Voluntary Petition (Chapter 11)(8:18-bk-10972) [misc,volp11] (1717.00) Filing Fee. Receipt number 46674211. Fee amount 1717.00. (re: Doc# 1) (U.S. Treasury) (Entered: 03/21/2018) |
| 03/21/2018 | | Judge Scott C Clarkson added to case. Involvement of Judge Erithe A. Smith Terminated (Roque, Jewell) (Entered: 03/21/2018) |
| 03/21/2018 | 2 | Notice to Filer of Correction Made/No Action Required: **Judge Clarkson was reassigned due to prior case. THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.** (RE: related document(s) |

EXHIBIT 2, PAGE 109

CM/ECF - U.S. Bankruptcy Court (v5.2.1 - LIVE)      Page 3 of 10
Case 8:18-bk-10969-SC   Doc 394   Filed 04/10/19   Entered 04/10/19 11:33:57   Desc
Main Document    Page 112 of 261

| | | |
|---|---|---|
| | | 1 Voluntary Petition (Chapter 11) filed by Debtor LUMINANCE HEALTH GROUP, INC., a California corporation) (Roque, Jewell) (Entered: 03/21/2018) |
| 03/21/2018 | 3 | Notice to Filer of Error and/or Deficient Document **Master Mailing List of Creditors due within 72 Hours.** (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Luminance Health Group, Inc.) (Roque, Jewell) (Entered: 03/21/2018) |
| 03/21/2018 | 4 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Gaschen, Beth. (Gaschen, Beth) (Entered: 03/21/2018) |
| 03/21/2018 | 5 (23 pgs) | List of Creditors (Master Mailing List of Creditors) Filed by Debtor Luminance Health Group, Inc. (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Golden, Jeffrey) (Entered: 03/21/2018) |
| 03/22/2018 | 6 (2 pgs) | ORDER Granting Motion To Approve Joint Administration Of Cases. Lead Case: Luminance Recovery Center, LLC, a California limited liability company, (8:18-bk-10969-SC) Jointly Administered With Member Case: Luminance Health Group, Inc. a California corporation (8:18-bk-10972-SC) (SEE ORDER FOR FURTHER RULING) (ORIGINAL MOTION FILED IN LEAD CASE: SEE DOCKET NO. 6 (8:18-bk-10969-SC) (BNC-PDF) Signed on 3/22/2018. (Bolte, Nickie) - THIS ORDER IS AMENDED AND SUPERSEDED BY DOCKET NO. 14 Modified on 3/29/2018 (Bolte, Nickie). (Entered: 03/22/2018) |
| 03/23/2018 | 7 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) *on behalf of Creditor Alleon Capital Partners LLC* Filed by Peo, Valerie. (Peo, Valerie) (Entered: 03/23/2018) |
| 03/23/2018 | 8 (2 pgs) | BNC Certificate of Notice (RE: related document(s) 1 Voluntary Petition (Chapter 11) filed by Debtor Luminance Health Group, Inc.) No. of Notices: 1. Notice Date 03/23/2018. (Admin.) (Entered: 03/23/2018) |
| 03/23/2018 | 9 (2 pgs) | BNC Certificate of Notice (RE: related document(s) 1 Voluntary Petition (Chapter 11) filed by Debtor |

EXHIBIT 2, PAGE 110

| | | |
|---|---|---|
| | | Luminance Health Group, Inc.) No. of Notices: 1. Notice Date 03/23/2018. (Admin.) (Entered: 03/23/2018) |
| 03/24/2018 | 10 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)6 ORDER for joint administration (BNC-PDF)) No. of Notices: 1. Notice Date 03/24/2018. (Admin.) (Entered: 03/24/2018) |
| 03/26/2018 | 11 (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 4/27/2018 at 11:00 AM at RM 1-154, 411 W Fourth St., Santa Ana, CA 92701. (Beezer, Cynthia) (Entered: 03/26/2018) |
| 03/27/2018 | 12 (12 pgs) | Notice *Notice of Joint Administration of Cases and Requirements for Filing Documents (with Proof of Service)* Filed by Debtor Luminance Health Group, Inc. (RE: related document(s)6 ORDER Granting Motion To Approve Joint Administration Of Cases. Lead Case: Luminance Recovery Center, LLC, a California limited liability company, (8:18-bk-10969-SC) Jointly Administered With Member Case: Luminance Health Group, Inc. a California corporation (8:18-bk-10972-SC) (SEE ORDER FOR FURTHER RULING) (ORIGINAL MOTION FILED IN LEAD CASE: SEE DOCKET NO. 6 (8:18-bk-10969-SC) (BNC-PDF) Signed on 3/22/2018.). (Gaschen, Beth) (Entered: 03/27/2018) |
| 03/28/2018 | 13 (6 pgs) | BNC Certificate of Notice (RE: related document(s) 11 Meeting of Creditors Chapter 11) No. of Notices: 155. Notice Date 03/28/2018. (Admin.) (Entered: 03/28/2018) |
| 03/29/2018 | 14 (2 pgs) | Amended Order Granting Motion To Approve Joint Administration Of Cases. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) Signed on 3/29/2018. (Bolte, Nickie) (Entered: 03/29/2018) |
| 03/29/2018 | 15 (2 pgs) | Notice To Creditors Of Amended Order Granting Motion To Approve Joint Administration Of Cases (RE: related document 14) (BNC-PDF) (Bolte, Nickie) (Entered: 03/29/2018) |
| 03/30/2018 | 16 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Brandlin, Christopher. (Brandlin, Christopher) (Entered: 03/30/2018) |

EXHIBIT 2, PAGE 111

| | | |
|---|---|---|
| 03/31/2018 | 17<br>(6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)15 Notice to creditors (BNC-PDF)) No. of Notices: 161. Notice Date 03/31/2018. (Admin.) (Entered: 03/31/2018) |
| 03/31/2018 | 18<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)14 Amended Order (BNC-PDF)) No. of Notices: 1. Notice Date 03/31/2018. (Admin.) (Entered: 03/31/2018) |
| 04/03/2018 | 19<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Garfinkle, Jeffrey. (Garfinkle, Jeffrey) (Entered: 04/03/2018) |
| 04/05/2018 | 20<br>(2 pgs) | Order Granting Emergency Motion To Convert Cases From Chapter 11 To Cases Under Chapter 7 Pursuant To 11 U.S.C. Section 1112(b) Or To Appoint A Chapter 11 Trustee. IT IS ORDERED: The Motion is granted. These cases are hereby converted to one under chapter 7. The Office of the United States Trustee is hereby directed to appoint a chapter 7 trustee in these cases. [ORDER AFFECTS ALL DEBTORS] (ORIGINAL MOTION FILED IN LEAD CASE: 8:18-bk-10969-SC - SEE DOCKET NO. 55 ) [SEE(BNC-PDF). (BNC-PDF) Signed on 4/5/2018 (Bolte, Nickie) (Entered: 04/05/2018) |
| 04/05/2018 | 21<br>(1 pg) | Notice of appointment and acceptance of trustee Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 04/05/2018) |
| 04/05/2018 | 22 | Meeting of Creditors 341(a) meeting to be held on 5/15/2018 at 09:00 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Cert. of Financial Management due by 7/16/2018. Last day to oppose discharge or dischargeability is 7/16/2018. (Bolte, Nickie). NOTICE NOT GENERATED. Modified on 4/6/2018 (Corona, Heidi). (Entered: 04/05/2018) |
| 04/06/2018 | 23<br>(13 pgs) | Amendment to List of Creditors. Fee Amount $31 Filed by Debtor Luminance Health Group, Inc.. (Golden, Jeffrey) (Entered: 04/06/2018) |
| 04/06/2018 | | Receipt of Amended List of Creditors (Fee)(8:18-bk-10972-SC) [misc,amdcm] ( 31.00) Filing Fee. Receipt number 46780279. Fee amount 31.00. (re: Doc# 23) (U.S. Treasury) (Entered: 04/06/2018) |

EXHIBIT 2, PAGE 112

| | | |
|---|---|---|
| 04/07/2018 | 24<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)20 Order Converting Case to Chapter 7 (BNC-PDF)) No. of Notices: 1. Notice Date 04/07/2018. (Admin.) (Entered: 04/07/2018) |
| 04/09/2018 | 25<br>(2 pgs) | Meeting of Creditors 341(a) meeting to be held on 5/15/2018 at 09:00 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Bolte, Nickie) (Entered: 04/09/2018) |
| 04/11/2018 | | Receipt of Certification Fee - $11.00 by 16. Receipt Number 80071139. (admin) (Entered: 04/11/2018) |
| 04/11/2018 | | Receipt of Photocopies Fee - $0.50 by 16. Receipt Number 80071139. (admin) (Entered: 04/11/2018) |
| 04/11/2018 | 26<br>(8 pgs) | BNC Certificate of Notice (RE: related document(s) 25 Meeting of Creditors Chapter 7 No Asset) No. of Notices: 263. Notice Date 04/11/2018. (Admin.) (Entered: 04/11/2018) |
| 04/12/2018 | 27<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Wood, David. (Wood, David) (Entered: 04/12/2018) |
| 04/16/2018 | 28<br>(2 pgs; 2 docs) | Notice of Assets filed by trustee and court's notice of possible dividend (BNC) Filed by Trustee Richard A Marshack (TR). Proofs of Claims due by 7/20/2018. Government Proof of Claim due by 9/17/2018. (Marshack (TR), Richard) (Entered: 04/16/2018) |
| 04/18/2018 | 29<br>(126 pgs) | Schedule A/B Non-Individual: Property (Official Form 106A/B or 206A/B) , Schedule D Non-Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Non-Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Non-Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Non-Individual: Your Codebtors (Official Form 106H or 206H) , Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207) , Statement of Related Cases (LBR Form 1015-2.1) , Summary of Assets and Liabilities for Non-Individual (Official Form 106Sum or 206Sum) , Verification of Master Mailing List of Creditors (LBR Form F1007-1) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) , |

EXHIBIT 2, PAGE 113

| | | |
|---|---|---|
| | | Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) , List of Equity Security Holders , Statement of Corporate Ownership filed. Filed by Debtor Luminance Health Group, Inc. (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Golden, Jeffrey) WARNING: See docket entry #31 for corrections. Additional creditors not added. Fee not paid. Modified on 4/19/2018 (Law, Tamika). (Entered: 04/18/2018) |
| 04/18/2018 | 30 (7 pgs) | BNC Certificate of Notice (RE: related document(s) 28 Notice of Assets filed by trustee and court's notice of possible dividend (BNC) filed by Trustee Richard A Marshack (TR)) No. of Notices: 262. Notice Date 04/18/2018. (Admin.) (Entered: 04/18/2018) |
| 04/19/2018 | 31 (1 pg) | Notice of Deficiency of Filing Fees Required to Add Additional Creditors (BNC) (RE: related document(s)29 Schedule A/B: Property (Official Form 106A/B or 206A/B) filed by Debtor Luminance Health Group, Inc., Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D), Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106F or 206F), Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G or 206G), Schedule H: Your Codebtors (Official Form 106H or 206H), Statement of Financial Affairs (Official Form 107 or 207) (Official Form 107 or 207), Statement of Related Cases (LBR Form 1015-2.1), Summary of Assets and Liabilities (Official Form 106Sum or 206Sum), Verification of Master Mailing List of Creditors (LBR F1007-1), Disclosure of Compensation of Atty for Debtor (Official Form 2030), Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202), List of Equity Security Holders, Corporate Ownership Statement) (Law, Tamika) (Entered: 04/19/2018) |
| 04/20/2018 | | Receipt of Amendment Filing Fee - $31.00 by 02. Receipt Number 80071205. (admin) (Entered: 04/20/2018) |
| 04/21/2018 | 32 (2 pgs) | BNC Certificate of Notice (RE: related document(s) 31 Notice of Deficiency of Filing Fees Required to Add Additional Creditors (BNC)) No. of Notices: 1. |

EXHIBIT 2, PAGE 114

| | | |
|---|---|---|
| | | Notice Date 04/21/2018. (Admin.) (Entered: 04/21/2018) |
| 05/09/2018 | <u>33</u><br>(118 pgs) | Amending Schedules (D) (E/F) *Amendments to Summary of Assets and Liabilities, Schedules A, B, D, E, F & H (with Proof of Service)* Filed by Debtor Luminance Health Group, Inc.. (Gaschen, Beth) (Entered: 05/09/2018) |
| 05/09/2018 | <u>34</u><br>(6 pgs) | Amendment to List of Creditors. Fee Amount $31 Filed by Debtor Luminance Health Group, Inc.. (Gaschen, Beth) (Entered: 05/09/2018) |
| 05/09/2018 | | Receipt of Amending Schedules D and/or E/F (Official Form 106D, 106E/F, 206D, or 206E/F) (Fee)(8:18-bk-10972-SC) [misc,amdsch] ( 31.00) Filing Fee. Receipt number 46975550. Fee amount 31.00. (re: Doc# <u>33</u>) (U.S. Treasury) (Entered: 05/09/2018) |
| 05/09/2018 | | Receipt of Amended List of Creditors (Fee)(8:18-bk-10972-SC) [misc,amdcm] ( 31.00) Filing Fee. Receipt number 46975550. Fee amount 31.00. (re: Doc# <u>34</u>) (U.S. Treasury) (Entered: 05/09/2018) |
| 05/16/2018 | 35 | Continuance of Meeting of Creditors (Rule 2003(e)) Filed by Trustee Richard A Marshack (TR). 341(a) Meeting Continued to 07/10/2018 at 11:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Marshack (TR), Richard) (Entered: 05/16/2018) |
| 05/22/2018 | <u>36</u><br>(2 pgs) | Notice of Change of Address Filed by Creditor Nicholas Gomez . (Le, James) (Entered: 05/23/2018) |
| 06/11/2018 | <u>37</u><br>(1 pg) | Change f Mailing Address Filed by Creditor James Kelton Hudzik . (Bolte, Nickie) (Entered: 06/12/2018) |
| 07/11/2018 | 38 | Continuance of Meeting of Creditors (Rule 2003(e)) Filed by Trustee Richard A Marshack (TR). 341(a) Meeting Continued to 08/14/2018 at 11:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Marshack (TR), Richard) (Entered: 07/11/2018) |
| 07/18/2018 | | Receipt of Photocopies Fee - $5.00 by 08. Receipt Number 80071766. (admin) (Entered: 07/18/2018) |
| 08/15/2018 | 39 | |

EXHIBIT 2, PAGE 115

| | | |
|---|---|---|
| | | Continuance of Meeting of Creditors (Rule 2003(e)) Filed by Trustee Richard A Marshack (TR). 341(a) Meeting Continued to 09/18/2018 at 11:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Marshack (TR), Richard) (Entered: 08/15/2018) |
| 09/24/2018 | 40 | Continuance of Meeting of Creditors (Rule 2003(e)) Filed by Trustee Richard A Marshack (TR). 341(a) Meeting Continued to 11/06/2018 at 11:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Marshack (TR), Richard) (Entered: 09/24/2018) |
| 10/26/2018 | 41 (19 pgs) | Application to Employ Grobstein Teeple LLP as Accountant *Application By Chapter 7 Trustee For Authorization To Employ Grobstein Teeple LLP As Accountants Effective September 26, 2018; Statement of Disinterestedness In Support Thereof* Filed by Accountant Grobstein Teeple LLP. (Grobstein, Howard) (Entered: 10/26/2018) |
| 11/08/2018 | 42 | Continuance of Meeting of Creditors (Rule 2003(e)) Filed by Trustee Richard A Marshack (TR). 341(a) Meeting Continued to 01/15/2019 at 11:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Marshack (TR), Richard) (Entered: 11/08/2018) |
| 01/10/2019 | 43 | Continuance of Meeting of Creditors (Rule 2003(e)) Filed by Trustee Richard A Marshack (TR). 341(a) Meeting Continued to 03/12/2019 at 11:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Marshack (TR), Richard) (Entered: 01/10/2019) |
| 03/11/2019 | 44 | Continuance of Meeting of Creditors (Rule 2003(e)) Filed by Trustee Richard A Marshack (TR). 341(a) Meeting Continued to 04/30/2019 at 11:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Marshack (TR), Richard) (Entered: 03/11/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/09/2019 17:07:49 | | | |
| **PACER Login:** | mh4052870:3453976:0 | **Client Code:** | |

EXHIBIT 2, PAGE 116

| Description: | Docket Report | Search Criteria: | 8:18-bk-10972-SC Fil or Ent: filed From: 1/9/2011 To: 4/9/2019 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| --- | --- | --- | --- |
| Billable Pages: | 5 | Cost: | 0.50 |

EXHIBIT 2, PAGE 117

EXHIBIT  3

1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  DAVID A. WOOD, #272406
   dwood@marshackhays.com
3  MARSHACK HAYS LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 7 Trustee,
   RICHARD A. MARSHACK

FILED & ENTERED

MAY 07 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber   DEPUTY CLERK

CHANGES MADE BY COURT

7

8                    UNITED STATES BANKRUPTCY COURT

9          CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11  In re                                  Case No. 8:18-bk-10969-SC

12  LUMINANCE RECOVERY CENTER, LLC         Chapter 7
    A California limited liability company, et al.,
13                                         ORDER GRANTING THE CHAPTER 7
14                                         TRUSTEE'S EMERGENCY MOTION FOR
                          Debtors,         ORDER:
15  Affects:
                                           1. AUTHORIZING OPERATION OF THE
16  ☒   ALL DEBTORS                            DEBTORS' BUSINESS PURSUANT TO
                                               11 U.S.C. § 721;
17  ☐   Luminance Recovery Center, LLC, ONLY  2. RETAIN AND PAY CERTAIN
                                               EMPLOYEES TO FACILITATE THE
18  ☐   Luminance Health Group, Inc., a California  COLLECTION OF OUTSTANDING
19  corporation, ONLY                          ACCOUNT RECEIVABLES;
                                           3. PAY OPERATING EXPENSES;
20                                         4. AUTHORIZING USE OF CASH
                                               COLLATERAL PURSUANT TO 11
21                                             U.S.C. § 363; AND
                                           5. AUTHORIZING CONTINUED
22                                             MAINTENANCE OF EXISTING BANK
                                               ACCOUNTS FOR A LIMITED PERIOD
23                                             PURSUANT TO 11 U.S.C. §§ 105, 345,
                                               AND 363
24
                                           ☒ EXHIBIT ATTACHED
25
                                           Hearing:
26                                         Date:    April 26, 2018
                                           Time:    11:00 a.m.
27                                         Ctrm:    5C

28

                                    1

Having considered the emergency motion for order authorizing: (1) operation of the Debtors' business pursuant to 11 U.S.C. § 721; (2) retain and pay certain employees to facilitate the collection of outstanding account receivables (3) pay operating expenses; (4) authorizing use of cash collateral pursuant to 11 U.S.C. § 363; and (5) authorizing continued maintenance of existing bank accounts for a limited period pursuant to 11 U.S.C. §§ 105, 345, and 363  ("Motion") filed by Richard A. Marshack, the Chapter 7 Trustee of the bankruptcy estates ("Estates") of Luminance Recovery Center, LLC ("LRC") and Luminance Health Group, Inc. ("LHG" and, together with LRC, the "Debtors") in the above-captioned jointly administered bankruptcy cases (the "Cases") on April 18, 2018, as Dk. No. 88, and the papers filed with the Court relating thereto, the Court finds good cause to enter the following order:

IT IS ORDERED:

1.   The Motion is GRANTED in full, as amended on the record; and

2.   Pursuant to the terms of the filed Motion, as amended on the record at the hearing, the Trustee is authorized to use the Cash Collateral solely to pay only those certain expenses actually incurred through and in accordance with the budget attached hereto as Exhibit A (the "Interim Budget").

Date: May 7, 2018

Scott C. Clarkson
United States Bankruptcy Judge

2

Luminance Health Group (consolidated with Luminance Recovery Centre LLC)
14-Week Cash Flow Forecast
Case #8:18-bk-10969

| Line No. | Week / Start Date | 1 4/16/2018 | 2 4/23/2018 | 3 4/30/2018 | 4 5/7/2018 | 5 5/14/2018 | 6 5/21/2018 | 7 5/28/2018 | 8 6/4/2018 | 9 6/11/2018 | 10 6/18/2018 | 11 6/25/2018 | 12 7/2/2018 | 13 7/9/2018 | 14 7/16/2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Gross Cash Receipts | $ - | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | 975,000 |
| 2 | Collection Cost | 9% | 9% | 9% | 9% | 9% | 9% | 9% | 9% | 9% | 9% | 9% | 9% | 9% | 9% | |
| 3 | Net Gross Receipts | - | 68,250 | 68,250 | 68,250 | 68,250 | 68,250 | 68,250 | 68,250 | 68,250 | 68,250 | 68,250 | 68,250 | 68,250 | 68,250 | 887,250 |
| 4 | Operating Disbursements | | | | | | | | | | | | | | | |
| 5 | Payroll | | | | (12,750) | | (12,750) | | (12,750) | | (12,750) | | (12,750) | | (12,750) | (76,500) |
| 6 | Payroll Tax | | | | (1,275) | | (1,275) | | (1,275) | | (1,275) | | (1,275) | | (1,275) | |
| 7 | Operating Expenses (IT etc) | - | (43,894) | (7,607) | (7,607) | (7,607) | (7,607) | (7,607) | (7,607) | (7,607) | (7,607) | (7,607) | (7,607) | (7,607) | (7,607) | (135,177) |
| 8 | Total Cash Disbursements | - | (43,894) | (7,607) | (21,632) | (7,607) | (21,632) | (7,607) | (21,632) | (7,607) | (21,632) | (7,607) | (21,632) | (7,607) | (21,632) | (219,327) |
| 9 | Cash Flow from Operations | - | 24,356 | 60,643 | 46,618 | 60,643 | 46,618 | 60,643 | 46,618 | 60,643 | 46,618 | 60,643 | 46,618 | 60,643 | 46,618 | 667,923 |
| 10 | Restructuring Expenses | | | | | | | | | | | | | | | |
| 11 | Prepetition Wages and Expenses | | (17,013) | | | | | | | | | | | | | (17,013) |
| 12 | Secured Debt Carveout for Debtor Professionals | (50,000) | | | | | (50,000) | | | | (50,000) | | | | (50,000) | (200,000) |
| 13 | UST Fee | | (325) | | | | | | | | | | | | | (325) |
| 14 | Total | (50,000) | (17,338) | - | - | - | (50,000) | - | - | - | (50,000) | - | - | - | (50,000) | (217,338) |
| 15 | Net Cash Flow from Operations | (50,000) | 7,018 | 60,643 | 46,618 | 60,643 | (3,382) | 60,643 | 46,618 | 60,643 | (3,382) | 60,643 | 46,618 | 60,643 | (3,382) | 450,585 |
| 16 | Cash Beginning of Week (BoW) | 366,973 | 316,973 | 45,000 | 29,580 | 45,000 | 45,000 | 41,618 | 33,000 | 45,000 | 45,000 | 41,618 | 35,467 | 45,000 | 45,000 | |
| 17 | Net Cash Flow from Operations | (50,000) | 7,018 | 60,643 | 46,618 | 60,643 | (3,382) | 60,643 | 46,618 | 60,643 | (3,382) | 60,643 | 46,618 | 60,643 | (3,382) | 450,585 |
| 18 | Cash Available | 316,973 | 323,991 | 105,643 | 76,198 | 105,643 | 41,618 | 102,261 | 79,618 | 105,643 | 41,618 | 102,261 | 82,085 | 105,643 | 41,618 | |
| 19 | Minimum Cash Balance Reserve | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | |
| 20 | Cash Available to Service Secured Debt | 271,973 | 278,991 | 60,643 | 31,198 | 60,643 | (3,382) | 57,261 | 34,618 | 60,643 | (3,382) | 57,261 | 37,085 | 60,643 | (3,382) | |
| 21 | Gross Alleon Interest Expense / Servicing Fee | | (60,305) | - | - | - | - | (53,503) | - | - | - | - | (51,036) | - | - | |
| 22 | Alleon Interest Reserve | | 10,075 | | | | | 10,075 | | | | | 10,075 | | | |
| 23 | Alleon Interest Payment | | (50,230) | - | - | - | - | (43,428) | - | - | - | - | (40,961) | - | - | |
| 24 | Cash Flow Before Principal Repayments | 271,973 | 278,991 | 10,413 | 31,198 | 60,643 | (3,382) | 13,833 | 34,618 | 60,643 | (3,382) | 16,300 | 37,085 | 60,643 | (3,382) | |
| 25 | Secured Debt - Alleon | | | | | | | | | | | | | | | |
| 26 | Alleon Principal Outstanding BoW | | | | | | | | | | | | | | | |
| 27 | Alleon AR Facility LHG | 1,045,946 | 1,045,946 | 906,450 | 906,450 | 890,852 | 860,530 | 860,530 | 860,530 | 843,221 | 812,900 | 812,900 | 812,900 | 794,357 | 764,036 | |
| 28 | Alleon AR Facility LRC | 891,266 | 891,266 | 751,770 | 751,770 | 736,171 | 705,850 | 705,850 | 705,850 | 688,541 | 658,220 | 658,220 | 658,220 | 639,677 | 609,356 | |
| 29 | Alleon I Facility | 129,167 | 129,167 | 129,167 | 103,333 | 103,333 | 103,333 | 103,333 | 77,500 | 77,500 | 77,500 | 77,500 | 51,667 | 51,667 | 51,667 | |
| 30 | Alleon II Facility | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | |
| 31 | Total Alleon Debt BoW | 2,716,379 | 2,716,379 | 2,437,387 | 2,411,554 | 2,380,356 | 2,319,713 | 2,319,713 | 2,293,880 | 2,259,262 | 2,198,619 | 2,198,619 | 2,172,786 | 2,135,701 | 2,075,058 | |
| 32 | Alleon Principal Payments | | | | | | | | | | | | | | | |
| 33 | Alleon AR Facility LHG | - | (139,496) | - | (15,599) | (30,322) | - | (17,309) | (30,322) | - | - | (18,542) | (30,322) | - | | (281,910) |
| 34 | Alleon AR Facility LRC | - | (139,496) | - | (15,599) | (30,322) | - | (17,309) | (30,322) | - | - | (18,542) | (30,322) | - | | (281,910) |
| 35 | Alleon I Facility | - | | (25,833) | - | - | | (25,833) | - | - | | (25,833) | - | - | | (77,500) |
| 36 | Alleon II Facility | | | | | | | | | | | | | | | |
| 37 | Total Alleon Principal Payments | - | (278,991) | (25,833) | (31,198) | (60,643) | - | (25,833) | (34,618) | (60,643) | - | (25,833) | (37,085) | (60,643) | | (641,321) |
| 38 | Alleon Principal Outstanding EoW | | | | | | | | | | | | | | | |
| 39 | Alleon AR Facility LHG 4) | 1,045,946 | 906,450 | 906,450 | 890,852 | 860,530 | 860,530 | 860,530 | 843,221 | 812,900 | 812,900 | 812,900 | 794,357 | 764,036 | 764,036 | |
| 40 | Alleon AR Facility LRC 4) | 891,266 | 751,770 | 751,770 | 736,171 | 705,850 | 705,850 | 705,850 | 688,541 | 658,220 | 658,220 | 658,220 | 639,677 | 609,356 | 609,356 | |
| 41 | Alleon I Facility | 129,167 | 129,167 | 103,333 | 103,333 | 103,333 | 103,333 | 77,500 | 77,500 | 77,500 | 77,500 | 51,667 | 51,667 | 51,667 | 51,667 | |
| 42 | Alleon II Facility | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | |
| 43 | Total Alleon Debt EoW | 2,716,379 | 2,437,387 | 2,411,554 | 2,380,356 | 2,319,713 | 2,319,713 | 2,293,880 | 2,259,262 | 2,198,619 | 2,198,619 | 2,172,786 | 2,135,701 | 2,075,058 | 2,075,058 | |
| 44 | Cash Balance BoW | 366,973 | 316,973 | 45,000 | 29,580 | 45,000 | 45,000 | 41,618 | 33,000 | 45,000 | 45,000 | 41,618 | 35,467 | 45,000 | 45,000 | |
| 45 | Total Inflows | - | 68,250 | 68,250 | 68,250 | 68,250 | 68,250 | 68,250 | 68,250 | 68,250 | 68,250 | 68,250 | 68,250 | 68,250 | 68,250 | 887,250 |
| 46 | Total Outflows | (50,000) | (340,223) | (83,670) | (52,830) | (68,250) | (71,632) | (76,868) | (56,250) | (68,250) | (71,632) | (74,401) | (58,717) | (68,250) | (71,632) | (1,212,605) |
| 47 | Cash Balance EoW | 316,973 | 45,000 | 29,580 | 45,000 | 45,000 | 41,618 | 33,000 | 45,000 | 45,000 | 41,618 | 35,467 | 45,000 | 45,000 | 41,618 | |
| 48 | Collateral Coverage | | | | | | | | | | | | | | | |
| 49 | Cash | 316,973 | 45,000 | 29,580 | 45,000 | 45,000 | 41,618 | 33,000 | 45,000 | 45,000 | 41,618 | 35,467 | 45,000 | 45,000 | 41,618 | |
| 50 | Accounts Receivables | 5,058,027 | 5,058,027 | 4,983,027 | 4,908,027 | 4,833,027 | 4,758,027 | 4,683,027 | 4,608,027 | 4,533,027 | 4,458,027 | 4,383,027 | 4,308,027 | 4,233,027 | 4,158,027 | |
| 51 | Total Assets | 5,375,000 | 5,103,027 | 5,012,607 | 4,953,027 | 4,878,027 | 4,799,645 | 4,716,027 | 4,653,027 | 4,578,027 | 4,499,645 | 4,418,494 | 4,353,027 | 4,278,027 | 4,199,645 | |
| 52 | Alleon Secured Debt | 2,716,379 | 2,437,387 | 2,411,554 | 2,380,356 | 2,319,713 | 2,319,713 | 2,293,880 | 2,259,262 | 2,198,619 | 2,198,619 | 2,172,786 | 2,135,701 | 2,075,058 | 2,075,058 | |
| 53 | Total Secured Debt | 2,716,379 | 2,437,387 | 2,411,554 | 2,380,356 | 2,319,713 | 2,319,713 | 2,293,880 | 2,259,262 | 2,198,619 | 2,198,619 | 2,172,786 | 2,135,701 | 2,075,058 | 2,075,058 | |
| 54 | Collateral Coverage | 2.0 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 | 2.0 | 2.0 | 2.0 | 2.1 | 2.0 | |

EXHIBIT A, PAGE 14
EXHIBIT 3, PAGE 120

**Luminance Healthcare Group**
**Accounts Receivable Balances**

| | 4/16/2018 | 4/23/2018 | 4/30/2018 | 5/7/2018 | 5/14/2018 | 5/21/2018 | 5/28/2018 | 6/4/2018 | 6/11/2018 | 6/18/2018 | 6/25/2018 | 7/2/2018 | 7/9/2018 | 7/16/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounts Receivable Beginning of Week (1)(2) | 5,133,027 | $5,133,027 | $5,058,027 | $4,983,027 | $4,908,027 | $4,833,027 | $4,758,027 | $4,683,027 | $4,608,027 | $4,533,027 | $4,458,027 | $4,383,027 | $4,308,027 | $4,233,027 |
| Cash Receipts | - | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) |
| Account Receivables End of Week | 5,133,027 | 5,058,027 | 4,983,027 | 4,908,027 | 4,833,027 | 4,758,027 | 4,683,027 | 4,608,027 | 4,533,027 | 4,458,027 | 4,383,027 | 4,308,027 | 4,233,027 | 4,158,027 |

(1) Recent cash receipts have yet to be posted.  Opening balance is estimated.

(2) Reflects expected commercial value (ECV)

EXHIBIT A, PAGE 15
EXHIBIT 3, PAGE 121

**Luminance Healthcare Group**
**Prepetition Wages and Expenses**

| Employee | Payroll & Expenses | | Notes |
|---|---|---|---|
| Morgan Foster | Claims Manager (part time) | $    1,500 | In-house knowledge of EMR, posting and medical records |
| Maria Santiago | Claims Follow-up 1 | 3,000 | In-house knowledge of EMR, posting and medical records |
| Bianca Forte | Claims Follow-up 2 (part time) | 1,875 | In-house knowledge of EMR, posting and medical records |
| Viji Sundaraman | Finance | 3,750 | In-house knowledge of internal finances |
| | Represents 3 FTE Independent | | |
| Turnaround Inc. | Contractors | 6,888 | Offshore "employees" that have managed claims processing and are familiar with Luminance processes and historical claims.  Note if Luminance is ૬ |
| | Total | 17,013 | |

EXHIBIT A, PAGE 16
EXHIBIT 3, PAGE 122

Luminance Healthcare Group
Operating Expenses

**Offshore Claims Processing and Follow UP**

| | | | |
|---|---|---|---|
| Turnaround (offshore claims servicing) | $ | 4,000 | Monthly charge.  Provide 3 FTEs for claims follow up and processing.  In place for 2 months to 1) post existing unposted paid AR 2) follow up on currently processing claims |
| Optimal Billing | - | | 9% cost of cash collections.  $25000 deposit.  See separate line in cash flow model.  Carve outs TBD. Subject to Court approval.  To tackle "hard" claims |

**IT & General Expenses (monthly)**

| | | |
|---|---|---|
| Zencharts | 750 | Current medical records software. |
| AVEA | 3,000 | To be negotiated. Current billing software and interface to insurance payers. |
| KIPU | 500 | Historical medical record software. |
| CollaborateMD | 690 | Historical billing software which still holds a large portion of historical claims data. |
| Gmail | 150 | Secure email server.  Arnaudy paid $4265.27   on 4/4/18 to reactivate gmail account. |
| Phones | 500 | |
| ADP payroll processing | 500 | ADP $4619.35 upfront.  $500 a month |
| Bank Charges | 2,000 | |
| Faxes | 200 | |
| Mailing | 200 | |
| Printing medical records | 200 | Payers still require medical records to be printed and mailed |
| Credit card processing | 100 | |
| **Total IT and Expenses** | **12,790** | |

**Insurance**

| | | |
|---|---|---|
| Employee liability | 1,000 | To be negotiated |
| D&O | 711 | Monthly cost. $2402.34 upfront |
| Workers Comp | 1,000 | To be negotiated.  Approached 20 carriers.  Not a lot of premium for insurers as it is for clerical rates.  ADP might be an option for |
| General Liability | 8,000 | Current policy expires 4/1.  Extension granted for 30 days.  Future premium to be adjusted to reflect reduced operations.  $8000 estimate is |
| Yuba City Property Insurance | 1,927 | Confirmed.  Until Sold |
| **Total Insurance** | **12,638** | |
| **Other** | | |
| Storage Costs (furniture) | 3,000 | Until sold |
| Guard for Yuba Property | 2,000 | Until sold |
| **Total Monthly** | **30,428** | |

| | | |
|---|---|---|
| Moving expenses for furniture and cleaning of houses | 6,000 | First month expense. Pay April 30 |
| Tax preparation | 10,000 | Pay May 30 |

**Salaries**

| Person | Title | Bi-weekly | Role | Status | Hourly Rate | Hours per day | Notes |
|---|---|---|---|---|---|---|---|
| Anthony Arnaudy | CFO | 6,000 | Billing and Financing oversight.  Provide input on process, claims, providers | Exempt | | | |
| Morgan Foster | Manager (part time) | 1,000 | | Non-exempt | 50 | 2 | Absorbed by Optimal |
| Maria Santiago | Medical Records 1 | 2,000 | Claims processing and follow up | Non-exempt | 25 | 8 | Absorbed by Optimal |
| Bianca Forte | Medical Records 2 (part time) | 1,250 | Claims processing and follow up | Non-exempt | 25 | 5 | Absorbed by Optimal |
| Viji Sundaram | Finance | 2,500 | Track expenses; payroll, disbursements, accounts and finances.  Prepare Monthly Operating Reports for Trustee Office | Exempt | | | |
| | | 12,750 | | | | | |

1) Additional disbursements may be required to pay Clinical Director, Medical Director and Medical Team in order to complete documentation of client records

EXHIBIT A, PAGE 17
EXHIBIT 3, PAGE 123

EXHIBIT  4

1 | D. EDWARD HAYS, #162507
ehays@marshackhays.com
2 | DAVID A. WOOD, #272406
dwood@marshackhays.com
3 | MARSHACK HAYS LLP
870 Roosevelt
4 | Irvine, CA 92620
Telephone: (949) 333-7777
5 | Facsimile: (949) 333-7778

6 | Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**JAN 25 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| 10 | In re | Case No. 8:18-bk-10969-SC |
| 11 | LUMINANCE RECOVERY CENTER, LLC | Chapter 7 |
| | A California limited liability company, et al., | |
| 12 | | ORDER GRANTING CHAPTER 7 |
| | | TRUSTEE'S MOTION FOR ORDER: |
| 13 | Debtors, | |
| | | 1. AUTHORIZING OPERATION OF THE |
| 14 | Affects: | DEBTORS' BUSINESS PURSUANT TO |
| | | 11 U.S.C. § 721; AND |
| 15 | ☒ ALL DEBTORS | 2. AUTHORIZING CONTINUED |
| | | MAINTENANCE OF EXISTING BANK |
| 16 | ☐ Luminance Recovery Center, LLC, ONLY | ACCOUNTS FOR A LIMITED PERIOD |
| | | PURSUANT TO 11 U.S.C. §§ 105, 345, |
| 17 | ☐ Luminance Health Group, Inc., a California | AND 363. |
| | corporation, ONLY | |
| 18 | | Hearing: |
| | | Date:    January 24, 2019 |
| 19 | | Time:    10:00 a.m. |
| | | Ctrm:    5C |
| 20 | | |

21 | The Court having considered the motion for order authorizing: (1) continued operation of the

22 | Debtors business pursuant to 11 U.S.C. § 721; and (2) continued maintenance of existing bank

23 | accounts for a limited pursuant to 11 U.S.C. §§ 105, 345, and 363 ("Motion")[1] filed by Richard A.

24 | Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the jointly administered bankruptcy

25 | estates ("Estates") of Luminance Recovery Center, LLC ("LRC") and Luminance Health Group,

26

27

28 | [1] All terms not otherwise defined herein are used as they are defined in the Motion.

- 1 -

4849-8025-6902, v. 1

1  Inc., ("LHG" and collectively with LRC, "Debtors"), on January 3, 2019, as Dk. No. 349, for good

2  cause, the Court enters its order as follows:

3      IT IS ORDERED that:

4      1.    Trustee is authorized to operate Debtors' business only in the collection of the AR

5  through and until July 31, 2019;

6      2.    Trustee is authorized to collect the AR and perform all related activities to achieve the

7  collection of the AR;

8      3.    Trustee is authorized to pay costs to preserve the AR, including, but not limited to,

9  maintaining all needed Electronic Medical Records, databases, billing software systems, insurance,

10 and taxes; and

11     4.    Trustee is authorized to utilize the Bank Accounts through and until July 31, 2019,

12 and the Trustee is authorized to sweep the Bank Accounts as the Trustee sees fit.

13                     # # #

14

15

16

17

18

19

20

21

22

23

24   Date: January 25, 2019                             Scott C. Clarkson
                                         United States Bankruptcy Judge

25

26

27

28

4849-8025-6902, v. 1

EXHIBIT 4, PAGE 125

EXHIBIT  5

D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for the Chapter 7 Trustee,
RICHARD A. MARSHACK

FILED & ENTERED

APR 27 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY nbolte      DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:18-bk-10969-SC |
| LUMINANCE RECOVERY CENTER, LLC<br>A California limited liability company, et al., | Chapter 7 |
| Debtors, | ORDER GRANTING THE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER:<br>(1) AUTHORIZING THE TRUSTEE TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365(a); (2) AUTHORIZING TRUSTEE TO TURN OVER POSESSION OF PROPERTIES THAT THE DEBTOR IS NOT A LESSEE OR THE TERMS OF THE LEASE EXPIRED PRE-PETITION; (3) ABANDONMENT OF PERSONAL PROPERTY WITH A CUMULATIVE NET VALUE OF $5,000 OR LESS AT EACH LOCATION; AND<br>(4) APPROVAL OF AGREEMENTS WITH CERTAIN LANDLORDS TO VACATE PROPERTIES AND RELEASE CLAIMS PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE |
| Affects: | |
| ☒    ALL DEBTORS | |
| ☐    Luminance Recovery Center, LLC, ONLY | |
| ☐    Luminance Health Group, Inc., a California corporation, ONLY | |
| | Date:        April 26, 2018<br>Time:       11:00 a.m.<br>Ctrm:       5C |

On April 26, 2018, at 11:00 a.m., the Honorable Scott C. Clarkson, United States

Bankruptcy Judge, held a hearing with respect to the Motion for entry of an order: (1) rejecting

certain unexpired leases and executory contracts together with any and all related agreements;

- 1 -
ORDER GRANTING TRUSTEE'S MOTION TO REJECT LEASES, ETC.

4844-1129-0723v1/1015-114

(2) as to other leases that have expired and/or the Debtors are not the lessee, authority to collect any personal property of the Debtors from the premises and turn possession back to the various landlords; (3) authority to abandon personal property that has a cumulative net worth of $5,000 or less after costs of sale, administrative expenses, etc; and (4) approval of agreements with certain landlords to vacate properties and release claims pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure ("Motion")[1] filed on April 18, 2018, as Dk. No. 87, filed by Richard A. Marshack, the Chapter 7 Trustee ("Trustee") of the bankruptcy estates ("Estates") of Luminance Recovery Center, LLC ("LRC") and Luminance Health Group, Inc. ("LHG," and collectively with LRC, "Debtors"). The Trustee appeared by and through his attorneys Marshack Hays LLP by David A. Wood, Esq. All other appearances were as noted on the record.

The Court considered the Motion, the Notice of Motion, and its supporting evidence, the lack of opposition, the arguments of counsel, finding that notice was proper and sufficient under the circumstances, and for the reasons stated in the Motion and on the record, the Court enters its Order as follows:

IT IS ORDERED

(1)     The Motion is granted;

(2)     The lease and any subsequent amendments, entered into between LHG and Capistrano Enterprises I, LLC, for the premises commonly known as 27128B Paseo Espada, Suite 621, San Juan Capistrano, California 92675 is rejected retroactively to the March 21, 2018, petition date;

(3)     The lease and any subsequent amendments, entered into between Michael Castanon, LHG, and Conley Coastal Properties, for the premises commonly known as 1804 Via Sage, San Clemente, California 92673 is rejected retroactively to the March 21, 2018, petition date;

/ / /

---

[1] All terms not otherwise defined herein are used as they are defined in the Motion.

4844-1129-0723, V. 1

EXHIBIT 5, PAGE 127

(4)     The lease and any subsequent amendments, entered into between Michael Castanon, LHG, and Chet Gates, for the premises commonly known as 63 Mallorca, Laguna Niguel, California 92677-5625 is rejected retroactively to the March 21, 2018, petition date;

(5)     The lease and any subsequent amendments, entered into between LHG and Richman Bry, for the premises commonly known as 3556 Serra Road, Malibu, California 90265 is rejected retroactively to the March 21, 2018, petition date;

(6)     The lease and any subsequent amendments, entered into between LHG and Robert Biondi, for the premises commonly known as 24662 El Camino Capistrano, Dana Point, California 92629-3012 is rejected retroactively to the March 21, 2018, petition date;

(7)     The lease and any subsequent amendments, entered into between LHG and Capistrano Enterprises I, LLC, for the premises commonly known as 27126 B Paseo Espada, Suite 723, San Juan Capistrano, California 92675 is rejected retroactively to the March 21, 2018, petition date;

(8)     The lease and any subsequent amendments, entered into between LHG and Estrella Land Company LLC, for the premises commonly known as 5165 Estrella Rd., Paso Robles, California 93446 is rejected retroactively to the March 21, 2018, petition date;

(9)     The lease and any subsequent amendments, entered into between LHG and South Capistrano Enterprises, LLC, for the premises commonly known as 27131 Calle Arroyo, Suite 1703, San Juan Capistrano, California 92675 is rejected retroactively to the March 21, 2018, petition date;

(10)     The lease and any subsequent amendments, entered into between LHG and Capistrano Enterprises Limited Partnership, dba Capistrano Business Center, for the premises commonly known as 27126 B Paseo Espada, Suite 721, San Juan Capistrano, California 92675 is rejected retroactively to the March 21, 2018, petition date;

(11)     The lease and any subsequent amendments, entered into between LHG and Capistrano Enterprises I, LLC, for the premises commonly known as 27126 B Paseo Espada, Suite 722, San Juan Capistrano, California 92675 is rejected retroactively to the March 21, 2018, petition date;

3

ORDER GRANTING TRUSTEE'S MOTION TO REJECT LEASES, ETC.

EXHIBIT 5, PAGE 128

1   (12)   The lease and any subsequent amendments, entered into between LHG and

2  Capistrano Enterprises I, LLC, for the premises commonly known as 27128 B Paseo Espada,

3  Suite 622 & 623, San Juan Capistrano, California 92675 is rejected retroactively to the March

4  21, 2018, petition date;

5   (13)   The lease and any subsequent amendments, entered into between LHG and

6  Capistrano Enterprises I, LLC, for the premises commonly known as 27132 A Paseo Espada,

7  Suite 402 and/or Suite 1500, San Juan Capistrano, California 92675 is rejected retroactively to

8  the March 21, 2018, petition date;

9   (14)   The lease and any subsequent amendments, entered into between LHG and

10  Capistrano Enterprises I, LLC, for the premises commonly known as 27132 B Paseo Espada,

11  Suites 1222 & 1223, San Juan Capistrano, California 92675 is rejected retroactively to the March

12  21, 2018, petition date;

13   (15)   The lease and any subsequent amendments, entered into between LHG and

14  Capistrano Enterprises I, LLC, for the premises commonly known as 27126 B Paseo Espada,

15  Suite 1523, San Juan Capistrano, California 92675 is rejected retroactively to the March 21,

16  2018, petition date;

17   (16)   The Trustee is authorized to reject any leases that were assigned to the Debtors

18  via oral or written assignment;

19   (17)   The Trustee is authorized to relinquish possession and keys to the property

20  commonly known as 25052 Pathway Dr., Laguna Niguel, California 92677 to Pure Life

21  Recovery, LLC, or any subsequent assignee after securing any of Debtors' personal property

22  from the premises;

23   (18)   The Trustee is authorized to relinquish possession and keys to the property

24  commonly known as 2786 Manor Hill Rd., Laguna Niguel, California 92677-6045 to Sameh

25  Karras, or any subsequent assignee after securing any of Debtors' personal property from the

26  premises;

27   (19)   The Trustee is authorized to relinquish possession and keys to the property

28  commonly known as 3001 Eminencia del Sur, San Clemente, California 92673-3488 to Qui

ORDER GRANTING TRUSTEE'S MOTION TO REJECT LEASES, ETC.
4844-1129-0723, V. 1

EXHIBIT 5, PAGE 129

1  Shiyang, or any subsequent assignee after securing any of Debtors' personal property from the

2  premises;

3        (20)    The Trustee is authorized to relinquish possession and keys to the property

4  commonly known as 21 Lennox Court, Ladera Ranch, California 92694 to Jiadai Liu, or any

5  subsequent assignee after securing any of Debtors' personal property from the premises;

6        (21)    The Trustee is authorized to relinquish possession and keys to the property

7  commonly known as 29422 Clipper Way, Laguna Niguel, California 92677 to Hany George

8  Bishay, or any subsequent assignee after securing any of Debtors' personal property from the

9  premises

10        (22)    The Trustee is authorized to dispose of any narcotics and medicinal supplies

11  found at any of the properties at a drug disposal site at Walgreens, CVS, or any other pharmacy

12  location;

13        (23)    The Trustee is authorized to abandon, in his sole discretion, any personal property

14  (on a cumulative basis) than would generate less than $5,000 per location after costs of sale and

15  administrative expenses. The Trustee is authorized to dispose of any personal property and is

16  authorized to inform the particular landlord that they may dispose of any personal property that

17  would generate less than $5,000 after costs of sale, and administrative expenses; and

18        (24)    The Trustee is authorized to reject any utility contracts that the Debtors' may have

19  with any utility companies;

20  ///

21  ///

22  ///

23

24

25

26

27

28

ORDER GRANTING TRUSTEE'S MOTION TO REJECT LEASES, ETC.

4844-1129-0723, V. 1

EXHIBIT 5, PAGE 130

1    (25)    The Sage Lease Agreement, including but not limited to the releases set forth

2    within, is approved, and the Trustee is authorized to sign all documents necessary to consummate

3    the Sage Lease Agreement;

4    (26)    The Manor Hill Lease Agreement, including but not limited to the releases set

5    forth within, is approved, and the Trustee is authorized to sign all documents necessary to

6    consummate the Manor Hill Lease Agreement; and

7    (27)    The Clipper Way Lease Agreement, including but not limited to the releases set

8    forth within, is approved, and the Trustee is authorized to sign all documents necessary to

9    consummate the Clipper Way Lease Agreement.

10

11                                          ###

12

13

14

15

16

17

18

19

20

21

22

23

24
Date: April 27, 2018

Scott C. Clarkson
United States Bankruptcy Judge

25

26

27

28

6

ORDER GRANTING TRUSTEE'S MOTION TO REJECT LEASES, ETC.

4844-1129-0723, V. 1

EXHIBIT 5, PAGE 131

EXHIBIT  6

1   D. EDWARD HAYS, #162507
    ehays@marshackhays.com
2   DAVID A. WOOD, #272406
    dwood@marshackhays.com
3   MARSHACK HAYS LLP
    870 Roosevelt
4   Irvine, CA 92620
    Telephone: (949) 333-7777
5   Facsimile: (949) 333-7778

6   Attorneys for the Chapter 7 Trustee,
    RICHARD A. MARSHACK
7

**FILED & ENTERED**

**APR 27 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY nbolte      DEPUTY CLERK

8              UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11  In re                                          Case No. 8:18-bk-10969-SC

12  LUMINANCE RECOVERY CENTER, LLC                  Chapter 7
    A California limited liability company, et al.,
13                                                  ORDER GRANTING THE CHAPTER 7
14                              Debtors,            TRUSTEE'S MOTION FOR ORDER
                                                    AUTHORIZING ABANDONMENT OF
15  Affects:                                        VEHICLES

16  ☒   ALL DEBTORS
                                                    Hearing:
17  ☐   Luminance Recovery Center, LLC,             Date:     April 26, 2018
    ONLY                                            Time:     11:00 a.m.
18                                                  Ctrm:     5C
    ☐   Luminance Health Group, Inc., a
19  California corporation, ONLY

20

21

22          On April 26, 2018, at 11:00 a.m., the Honorable Scott C. Clarkson, United States

23  Bankruptcy Judge, held a hearing with respect to the motion for order authorizing abandonment

24  of vehicles ("Motion"), filed by Richard A. Marshack, the Chapter 7 Trustee ("Trustee") of the

25  jointly administered bankruptcy estates ("Estates") of Luminance Recovery Center, LLC and

26  Luminance Health Group, Inc., on April 18, 2018, as Dk. No. 86. The Trustee appeared by and

27  through his attorneys Marshack Hays LLP by David A. Wood, Esq. All other appearances were

28  noted on the record.

                                    - 1 -
                              [TITLE OF PLEADING]

278850v1/1015-017

1    The Court considered the Motion and its supporting evidence, the lack of opposition, the

2   arguments of counsel, and finding good cause therefore, enters its Order as follows:

3    IT IS ORDERED

4    (1)    The Motion is granted; and

5    (2)    The Estates' interest, if any, in the Vehicles[1] is abandoned retroactive to the

6   Petition Date of March 21, 2018, including, but not limited to the following vehicles:

| VIN # | Vehicle | Type |
|-------|---------|------|
|       |         |      |
| 1125  | Ford Van (2016 T350) | Purchase |
| 1757  | Ford Van (2016 T350) | Purchase |
| 5756  | Ford Van (2016 T350) | Purchase |
| 5834  | Ford Van (2016 T350) | Purchase |
| 0970  | MB Sprinter Van | Lease |
| 3830  | Honda Civic (2015) | Lease |
| 3156  | Ford Van (2016 T350) | Purchase |
| 1084  | Ford Fusion (2016) | Lease |
| 1085  | Ford Fusion (2016) | Lease |
| 3891  | Ford Van (2016 T350) | Purchase |
| 4871  | Ford Van (2016 Connect) | Purchase |
| 2354  | Ford Fusion (2016) | Purchase |
| 0911  | 2017 Ford Transit 350 | Purchase |
| 1252  | 2017 Ford Transit 350 | Purchase |
| 6961  | Ford transit 2017 | Purchase |

###

Date: April 27, 2018

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Any capitalized terms not defined in this order shall have the meaning given to them in the Motion.

2

EXHIBIT 6, PAGE 133

EXHIBIT  7

1    D. EDWARD HAYS, #162507
     ehays@marshackhays.com
2    DAVID A. WOOD, #272406
     dwood@marshackhays.com
3    MARSHACK HAYS LLP
     870 Roosevelt
4    Irvine, CA 92620
     Telephone: (949) 333-7777
5    Facsimile: (949) 333-7778

6    Attorneys for Chapter 7 Trustee,
     RICHARD A. MARSHACK

7

**FILED & ENTERED**

**MAY 30 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY nbolte    DEPUTY CLERK

8              UNITED STATES BANKRUPTCY COURT

9         CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

10   In re                                    Case No. 8:18-bk-10969-SC

11   LUMINANCE RECOVERY CENTER, LLC,          Chapter 7
     A California limited liability company, et al.,
12                                            ORDER GRANTING APPLICATION BY
                                              CHAPTER 7 TRUSTEE TO EMPLOY
13                        Debtors,            MARSHACK HAYS LLP AS GENERAL
                                              COUNSEL
14   Affects:
                                              [Unopposed Motion – No Service of
15   ☒   ALL DEBTORS                          Proposed Order or Lodgment Period
                                              Required Pursuant to LBR 9021-1(b)(4)]
16   ☐   Luminance Recovery Center, LLC, ONLY

17   ☐   Luminance Health Group, Inc., a California
     corporation, ONLY
18

19

20          The Court has read and considered the Chapter 7 Trustee's Application to Employ Marshack

21   Hays LLP as General Counsel and the Declaration of D. Edward Hays in support ("Application")

22   filed on May 10, 2018 as Docket No. 135. The Court finds, based upon the proof of service of the

23   Notice of Application filed on May 10, 2018 as Docket No. 136, and the Declaration of Non-

24   Opposition filed by David A. Wood on May 30, 2018, as Docket No. 168, that proper notice of the

25   Application has been given. Accordingly, the Court finds good cause to grant the Application, and

26   the Court enters its Order as follows:

27   / / /

28   / / /

                                          - 1 -

4824-9047-4855, v. 1

EXHIBIT 7, PAGE 134

1      IT IS ORDERED that the Chapter 7 Trustee's Application to employ Marshack Hays LLP as

2 the estate's general counsel pursuant to 11 U.S.C. § 327, effective April 5, 2018, is granted. Any

3 compensation or reimbursement of costs shall only be paid upon application to and approval by the

4 Court pursuant to 11 U.S.C. §§ 330 or 331.

5                                  ### 

Date: May 30, 2018

Scott C. Clarkson
United States Bankruptcy Judge

2

4824-9047-4855v1/1015-114
4824-9047-4855, v. 1

EXHIBIT 7, PAGE 135

EXHIBIT 8



**MARSHACK HAYS** LLP

ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778
Tax ID # 26-4503174

Richard Marshack, Trustee
870 Roosevelt Avenue
Irvine, CA  92620

Invoice  9248
April 9, 2019

ID: 1015-114 - DAW

Re: Luminance Recovery Center, LLC

For Services Rendered Through February 28, 2019

| | | |
|---|---|---|
| Current Fees | 149,998.00 | |
| Total Current Charges | | 149,998.00 |
| **Total Due** | | **149,998.00** |

EXHIBIT 8, PAGE 136

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | 1 - Asset Analysis and Recovery | | | |
| 04/05/18 | DAW | Review and analyze multiple issues relating to A/R and cash collateral, including review of all documents filed in the bankruptcy proceeding, conference call with U.S. Trustee, conference call with Jeff Golden and Beth Gaschen; | 6.00 | 410.00 | 2,460.00 |
| 04/05/18 | DAW | Review and respond to multiple e-mail correspondence from Valerie Peo counsel for Alleon re: conference call for tomorrow; | 0.20 | 410.00 | 82.00 |
| 04/05/18 | DAW | Review and respond to multiple e-mail correspondence from Adam Meislik re: preserving records and the data in the cloud; | 0.20 | 410.00 | 82.00 |
| 04/06/18 | DAW | Analyze bank records from Capital Bank re: prinncipals post-petition withdrawls (.60); Conference call with Jeff Golden (.20); | 0.80 | 410.00 | 328.00 |
| 04/06/18 | DAW | Conference with Jeff Golden and the CFO Anthony Arnaudy re: closure of the capital bank account and turnover of funds; | 0.30 | 410.00 | 123.00 |
| 04/06/18 | DAW | Review and respond to multiple e-mail correspondence from Jeff Golden, Pam Kraus, and Beth Gaschen re: the accounts held by Capital Bank, Comerica, and SNB to remain open and to take Michael Castanon off of the accounts; | 0.40 | 410.00 | 164.00 |
| 04/06/18 | DAW | Review and analyze e-mail correspondence from Taylor Sterling re: California Bank and Trust agreement to exclude principal from the account; | 0.20 | 410.00 | 82.00 |
| 04/06/18 | DAW | Review and analyze capital bank statement provided by Jeff Golden; | 0.30 | 410.00 | 123.00 |
| 04/06/18 | DAW | Review and analyze lengthy e-mail correspondence from Patrick Huffstickler counsel for SNB re: taking principal off the lockbox account and adding Richard A. Marshack; | 0.20 | 410.00 | 82.00 |
| 04/06/18 | DAW | Conference call with Valerie Peo counsel for Alleon, the Trustee, D. Edward Hays, and the Alleon principals; | 0.70 | 410.00 | 287.00 |
| 04/06/18 | DAW | Conference with D. Edward Hays and Valerie Peo re: cash collateral negotiations; | 0.20 | 410.00 | 82.00 |
| 04/06/18 | DAW | Review and analyze multiple e-mail correspondence from Athony Arnaudy and Beth Gaschen and attached documents re: retention of Turnaround Business Services; | 0.30 | 410.00 | 123.00 |
| 04/06/18 | DAW | Draft and revise letter to Seacoast bank for turnover of all bank statement records and withdrawal documents; | 0.10 | 410.00 | 41.00 |
| 04/06/18 | DAW | Draft and revise demand letter to Comerica for freezing accounts; | 0.20 | 410.00 | 82.00 |
| 04/06/18 | DAW | Review and analyze U.S. Trustee initial debtor exam notes; | 0.70 | 410.00 | 287.00 |
| 04/06/18 | DAW | Review and respond to e-mail correspondence from Adam Meislik re: post petition withdrawal of funds; | 0.10 | 410.00 | 41.00 |
| 04/06/18 | PK | Draft turnover letter to Comerica Bank; | 0.30 | 270.00 | 81.00 |
| 04/07/18 | DAW | Review and respond to e-mail correspondence from Adam Meislik re: conference with CFO for next week; | 0.10 | 410.00 | 41.00 |
| 04/09/18 | DAW | Review multiple e-mail correspondence from Pam Kraus and Trustee | 0.20 | 410.00 | 82.00 |

**Marshack Hays LLP**

| | | |
|---|---|---|
| Richard Marshack, Trustee | April 9, 2019 | |
| Re: Luminance Recovery Center, LLC | Invoice 9248 | |
| I.D. 1015-114 - DAW | Page 3 | |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | re: D&O coverage and extension; | | | |
| 04/09/18 | DAW | Conference with U.S. Trustee re: status of the case; | 0.50 | 410.00 | 205.00 |
| 04/09/18 | DAW | Analyze issues relating to the various accounts needed for collection of A/R and organize with Pam Kraus to ensure Michael Castadon is taken off all relevant accounts; | 1.60 | 410.00 | 656.00 |
| 04/09/18 | DAW | Conference with Trustee and Beth Bilstein at the insurance company for renewal of D&O and general liability insurance (No Charge); | 0.20 | 0.00 | |
| 04/09/18 | MWG | Review and analyze issues re: surcharge or carveout from secured lender's collateral and telephone conference with David Wood re: same (.10). | 0.10 | 500.00 | 50.00 |
| 04/10/18 | DAW | Conference call with Patrick H counsel for SNB re: instructions for the lockbox account (.20); Draft and send e-mail correspondence to Pam Kraus and Trustee re: same (.10); | 0.30 | 410.00 | 123.00 |
| 04/10/18 | DAW | Review and respond to multiple e-mail correspondence from Adam Meislik and Anthony Arnaudy re: conference today; | 0.20 | 410.00 | 82.00 |
| 04/10/18 | DAW | Review and respond to e-mail correspondence from Anthony Arnaudy re: rejection of certain leases; | 0.10 | 410.00 | 41.00 |
| 04/10/18 | DAW | Initial meeting with the CFO of the Debtor; | 1.10 | 410.00 | 451.00 |
| 04/10/18 | DAW | Review and respond to multiple e-mail correspondence from Pam Kraus and Patrick Huffstickler counsel for SNB re: wire instructions and protections on the lockbox account; | 0.20 | 410.00 | 82.00 |
| 04/10/18 | DAW | Lengthy conference with Trustee to analyze assets and potential strategy; | 1.50 | 410.00 | 615.00 |
| 04/11/18 | DAW | Review and respond to multiple e-mail correspondence from Pam Kraus and Taylor Sterling re: confirmation that California Bank and Trust has taken Michael Castanon off of the account as a signatory (No Charge); | 0.20 | 0.00 | |
| 04/12/18 | KAT | Review Appraisal (part) on Yuba City property (.40); Conference with David A. Wood re: Yuba City and leases (.20); | 0.20 | 500.00 | 100.00 |
| 04/12/18 | DAW | Review and analyze multiple e-mail correspondence from Pam Kraus and Anthony Arnaudy re: whether the Debtor is picking up the mail; | 0.10 | 410.00 | 41.00 |
| 04/12/18 | PK | Telephone conference with David Wood re: logistics of inspecting properties, rejecting leases and securing real property; | 0.20 | 270.00 | 54.00 |
| 04/13/18 | DAW | Review and respond to multiple e-mail from Patrick Huffstickler counsel for SNB re: adding Alleon as a view only as to the SNB Bank; | 0.20 | 410.00 | 82.00 |
| 04/13/18 | KAT | Continue review of appraisal and lease (.80); Research internet information on property listing and sales prices (.30); Commence analysis of numbers (.30); | 1.40 | 500.00 | 700.00 |
| 04/13/18 | PK | Telephone conference with Trustee re: Zencharts and ADP unpaid invoices; | 0.20 | 270.00 | 54.00 |
| 04/13/18 | PK | Telephone conference with Trustee and Leonard Gumport re: possible representation for D&O issues (.40); Forward policy documents and e-mail to Beth Billstein at Hub Insurance (.20); | 0.60 | 270.00 | 162.00 |

**Marshack Hays LLP**

| Richard Marshack, Trustee | April 9, 2019 |
|---|---|
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 4 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/14/18 | DAW | Review and respond to multiple e-mail correspondence from Trustee and Beth Billstein re: revival of the D&O insurance; | 0.30 | 410.00 | 123.00 |
| 04/15/18 | KAT | Prepare summary of information from lease review (.50); Review Secretary of State information on luminance Yuba  LLC, Luminance Health Group, Inc. etc. (.20); Review transfer information on realistFor 1251 Stabler Ln., Yuba City (.20); | 0.90 | 500.00 | 450.00 |
| 04/16/18 | DAW | Conference call with Eric Goldstein counsel for United Healthcare (.10); Review and respond to e-mail correspondence from Eric re: correct account to send AR (.30); | 0.40 | 410.00 | 164.00 |
| 04/16/18 | KAT | Review and analyze assignment of lease (.40); Review and analyze 3 amendments to lease (.70); Conference with Anthony Arnaudy, CFO of Luminance re: transaction (.80); Review and analyze Operating Agreement and 1st Amendments (2.30); Analysis of transaction and ways to attack (1.20); | 5.00 | 500.00 | 2,500.00 |
| 04/16/18 | DAW | Review and analyze proposed cash collateral budget; | 2.60 | 410.00 | 1,066.00 |
| 04/16/18 | DAW | Review and revise motion to reject leases and 9019 motion pursuant to suggested revisions by Matthew W. Grimshaw; | 0.80 | 410.00 | 328.00 |
| 04/16/18 | PK | Download, profile and save 22 real property and lease documents for 1251 Stabler, Yuba City property; | 0.80 | 270.00 | 216.00 |
| 04/16/18 | PK | Meeting and conference call with Trustee, David Wood, Anthony Arnaudy, and Adam Meislik re: assets, mail, leases, vehicles, bank accounts, claim management software, and retention of certain employess to continue AR collections; | 1.30 | 270.00 | 351.00 |
| 04/17/18 | DAW | Review and respond to multiple e-mail correspondence from Adam Meislik, Anthony Arnaudy, and Pam Kraus re: office equipment at the corporate offices and potential value; | 0.30 | 410.00 | 123.00 |
| 04/17/18 | DAW | Review analysis provided by Force 10 on the equity in the vehicles (.30); Conference with Chad Kurtz at Force 10 re: same (.20) | 0.50 | 410.00 | 205.00 |
| 04/17/18 | DAW | Review and respond to multiple e-mail correspondence from Eric Goldstein counsel for United Healthcare re: contact person who was negotiating with the Debtor; | 0.20 | 410.00 | 82.00 |
| 04/17/18 | PK | Download, profile and save 10 lease documents; | 0.40 | 270.00 | 108.00 |
| 04/17/18 | PK | Exchange multiple e-mails with David Wood, Anthony Arnaudy, Adam Meislik and Chad Kurtz re: furniture in airplane hangar, furniture left in offices, and vehicles (.40); Telephone conference with Adam Meislik re: moving and storage of furniture (.10); | 0.50 | 270.00 | 135.00 |
| 04/17/18 | PK | Telephone conference and e-mail exchange with Laura Anderberg with Aames Associates re: turnover of Ford Vehicles; | 0.30 | 270.00 | 81.00 |
| 04/18/18 | KAT | E-mail correspondence from Jay Geller re: V&G and Luminance (.10); Conference with David A. Wood (multiple) re: Yuba deal and proposals (.30); Telephone conference with Jay Geller re: Luminance  Yuba LLC (.90); Prepare notes re: conversation and analysis of issues (1.0); Review additional documents on Luminance financial's, capital raise and emails (.90); Internet research on  people involved (.40); | 3.60 | 500.00 | 1,800.00 |

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 5 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/19/18 | DAW | Conference with Anthony Arnaudy re: FBI inquiry to him re: Luminance possibly being a victim of a marketing scam; | 0.20 | 410.00 | 82.00 |
| 04/19/18 | DAW | Oversee and assist in providing notice of the emergency motions pursuant to the Court's request (No Charge); | 3.00 | 0.00 | |
| 04/19/18 | PK | Download, profile and save Yuba City LLC documents; | 0.30 | 270.00 | 81.00 |
| 04/20/18 | DAW | Review and analyze Debtor's schedules and statement of financial affairs; | 2.20 | 410.00 | 902.00 |
| 04/20/18 | DAW | Review and respond to multiple e-mail correspondence from Marylou Rice at Cigna re: potential executory contract for assumption and/or rejection; | 0.20 | 410.00 | 82.00 |
| 04/20/18 | DAW | Review and respond to multiple e-mail correspondence from Valerie Peo re: possible settlement with United Healthcare for outstanding AR; | 0.20 | 410.00 | 82.00 |
| 04/23/18 | DAW | Review and respond to e-mail correspondence from Pam Kraus re: surrendering the licenses to the State of California; | 0.20 | 410.00 | 82.00 |
| 04/23/18 | DAW | Review and analyze multiple e-mail correspondence from Ellen Sprague and Keith Butler counsel for the landlord in Ladera re: meeting at the property and changing the locks; | 0.20 | 410.00 | 82.00 |
| 04/23/18 | DAW | Review and respond to multiple e-mail correspondence from Anthony Arnaudy, Morgan, and Adam Meislik re: revisions to the Optimal contract; | 0.40 | 410.00 | 164.00 |
| 04/23/18 | PK | Telephone conference with American Honda Finance re: abandonment of vehicle and coordinating turnover; | 0.20 | 270.00 | 54.00 |
| 04/23/18 | PK | E-mail to Comerica Bank; | 0.10 | 270.00 | 27.00 |
| 04/24/18 | DAW | Review and revise agreement with Optimal for collection of the AR; | 1.40 | 410.00 | 574.00 |
| 04/24/18 | DAW | Review and respond to multiple e-mail correspondence from David Klien re: possible interest in purchasing the leases; | 0.20 | 410.00 | 82.00 |
| 04/24/18 | DAW | Review and respond to multiple e-mail correspondence from Adam Meislik and Ellen re: sale of the office furniture; | 0.20 | 410.00 | 82.00 |
| 04/25/18 | DAW | Review and analyze multiple e-mail correspondence from Adam Meislik, Ellen, and Pam Kraus re: removal of personal property from the residential locations; | 0.30 | 410.00 | 123.00 |
| 04/25/18 | DAW | Review and analyze letter from counsel for Cigna health re: payments of outstanding AR (.10); Leave message to counsel re: same (.10); Draft and send e-mail correspondence to Pam Kraus, Trustee, and D. Edward Hays re: same (.10); | 0.30 | 410.00 | 123.00 |
| 04/25/18 | DAW | Review and respond to multiple e-mail correspondence from California Bank and Trust and Pam Kraus re: amounts currently held in the DIP accounts and possible transfer to the Trustee accounts; | 0.20 | 410.00 | 82.00 |
| 04/25/18 | DAW | Review and respond to e-mail correspondence from David Klien re: interest in purchasing some of the leases; | 0.10 | 410.00 | 41.00 |
| 04/25/18 | PK | Review, profile and save letter from Kevin Horbatiuk re: Cigna; | 0.10 | 270.00 | 27.00 |
| 04/26/18 | PK | Exchange e-mail with Ellen Sprague re: postage machine and other FFE; | 0.20 | 270.00 | 54.00 |

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 6 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/26/18 | DAW | Conference with Trustee re: strategy moving ahead in light of emergency motions being granted (No Charge); | 1.40 | 0.00 | |
| 04/27/18 | DAW | Draft and send multiple e-mail correspondence to Kyra Andrassy, Robert Marticello, Kristine A. Thagard, and Richard A. Marshack re: analysis of the Yuba City transaction; | 0.20 | 410.00 | 82.00 |
| 04/27/18 | PK | Conference call with David Wood, Anthony Arnaudy, and Chad Kurtz re: operations, disbursements, bank accounts, and software providers; | 1.00 | 270.00 | 270.00 |
| 04/30/18 | DAW | Review and analyze e-mail correspondence from Jay Geller counsel for VNG re: copy of the CUP; | 0.10 | 410.00 | 41.00 |
| 04/30/18 | DAW | Draft and send multiple e-mail correspondence with over 20 attachments to Kyra Andrassy, Kraig Kilger, Kristine A. Thagard, and Robert Marticello re: the underlying documents for Yuba City (No Charge); | 0.30 | 0.00 | |
| 04/30/18 | DAW | Review and analyze letter from United Healthcare re: collection of AR; | 0.20 | 410.00 | 82.00 |
| 04/30/18 | PK | Review, profile and save MCA spreadsheet of payments; | 0.10 | 270.00 | 27.00 |
| 04/30/18 | PK | Draft letter to Comerica Bank requesting turnover of funds and access to electronic banking (.20); Telephone message and e-mail to Comerica Bank re: same (.10); | 0.30 | 270.00 | 81.00 |
| 04/30/18 | PK | Draft letter to Intuit re: release of levy; | 0.20 | 270.00 | 54.00 |
| 05/01/18 | DAW | Review and analyze multiple e-mail correspondence from Pam Kraus and Kevn Horbatuik counsel for CIgna re: payment of AR; | 0.20 | 410.00 | 82.00 |
| 05/02/18 | DAW | Draft and send follow up e-mail correspondence to Drew at California Bank and Trust re: transfer of the funds held in the DIP account to the Trustee account; | 0.10 | 410.00 | 41.00 |
| 05/02/18 | DAW | Review bank statements from Comerica re: the $37,000 balance; | 0.30 | 410.00 | 123.00 |
| 05/04/18 | DAW | Review and analyze multiple lengthy e-mail correspondence from Kristine A. Thagard and Jay Keller counsel for V&G re: ongoing negotiations re: stand still for the Yuba City Property; | 0.30 | 410.00 | 123.00 |
| 05/07/18 | DAW | Review voicemail and follow up e-mail correspondence from Valerie Peo counsel for Alleon re: interest by CA Billing to assist in the collection of the AR (.20); Conference with Valerie re: same (.20); | 0.40 | 410.00 | 164.00 |
| 05/07/18 | DAW | Review and respond to multiple correspondence from Caroline Djang re: her client's interest in being retained by the Estate for collection of the AR; | 0.20 | 410.00 | 82.00 |
| 05/07/18 | DAW | Review and respond to multiple e-mail correspondence from Pam Kraus and Yoel Posner from Optimal re: status of the contract and check; | 0.20 | 410.00 | 82.00 |
| 05/07/18 | DAW | Review and respond to multiple e-mail correspondence from Pam Kraus and CBT re: transfer of the DIP funds; | 0.10 | 410.00 | 41.00 |
| 05/08/18 | DAW | Review and respond to multiple correspondence from Ellen Sprague re: furniture located at the hanger and possible sale; | 0.20 | 410.00 | 82.00 |
| 05/08/18 | DAW | Review and respond to multiple lengthy e-mail correspondence from Adam Meislik, Ellen, and Pam Kraus re: furniture at the office and potential bids (No Charge); | 0.30 | 0.00 | |

**Marshack Hays LLP**

| | | |
|---|---|---|
| Richard Marshack, Trustee | | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | | Invoice 9248 |
| I.D. 1015-114 - DAW | | Page 7 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/08/18 | DAW | Review and respond to multiple e-mail correspondence from Pam Kraus and Chad Kurtz re: status of getting funds from California Bank and Trust; | 0.20 | 410.00 | 82.00 |
| 05/08/18 | PK | Exchange multiple e-mail with Ellen Sprague, David Wood, Chad Kurtz re: access to storage hangar, inspection of FFE and possible sale; | 0.20 | 270.00 | 54.00 |
| 05/09/18 | DAW | Review and respond to e-mail correspondence from Anthony Arnaudy re: the storage facility and potential notice of lien; | 0.20 | 410.00 | 82.00 |
| 05/09/18 | PK | Review and exchange e-mail with David Wood, Anthony Arnaudy and Chad Kurtz re: units at Pouch Self Storage and notice of lien (.20); Draft letter to Pouch Self Storage re: violation of the automatic stay and Trustee's request for access to the units (.20); | 0.40 | 270.00 | 108.00 |
| 05/09/18 | PK | Telephone call and e-mail with M. Goff at Comerica re: accounts and turnover; | 0.30 | 270.00 | 81.00 |
| 05/10/18 | PK | Telephone call with Comerica Bank; Review amended schedules and e-mail list of bank accounts to Comerica; | 0.30 | 270.00 | 81.00 |
| 05/11/18 | DAW | Draft and revise letter to SJC Storage re: access to the storage units for removal of personal property; | 0.20 | 410.00 | 82.00 |
| 05/11/18 | PK | Review documents related to scheduled vehicles - schedules and motions for relief from stay (.20); Prepare spreadsheet of abandoned and not abandoned vehicles and compare to list re: scheduling turnover of vehicles (.80); Telephone call with C. Kurtz (.20); Exchange e-mail with A. Arnaudy re: same (.10); | 1.30 | 270.00 | 351.00 |
| 05/11/18 | PK | Revise letter to Pouch Storage; | 0.10 | 270.00 | 27.00 |
| 05/13/18 | PK | Exchange e-mail with Ellen Sprague re: vehicles; | 0.10 | 270.00 | 27.00 |
| 05/14/18 | DAW | Prepare for and attend conference with Trustee and Debtor's former principal Michael Castanon; | 5.00 | 410.00 | 2,050.00 |
| 05/15/18 | DAW | Conference with Latonia Williams counsel for UnitedHealthcare re: termination of insurance policies and outstanding AR (.40); Draft and send e-mail correspondence to Latonia, Anthony Arnaudy, and Beth re: same (.10); | 0.50 | 410.00 | 205.00 |
| 05/15/18 | PK | Conference call with Latonia Williams, attorney for UnitedHealthcare, and David Wood re: employee medical insurance and Optum accounts receivable collection; | 0.50 | 270.00 | 135.00 |
| 05/17/18 | PK | E-mail to Comerica Bank; | 0.10 | 270.00 | 27.00 |
| 05/21/18 | DAW | Review and analyze multiple e-mail correspondence from Latonia Williams at UCH and Anthony Arnaudy re: resolution of the UG/Optum AR; | 0.20 | 410.00 | 82.00 |
| 05/21/18 | DAW | Review and analyze multiple e-mail correspondence from Adam Meislik and Anthony Arnaudy re: analysis of the quality of earnings report generated pre-petition (No Charge); | 0.20 | 0.00 | |
| 05/21/18 | DAW | Review and analyze multiple e-mail correspondence from Anthony Arnaudy and Adam Meislik re: BAA for parties to sign in collection of the AR; | 0.20 | 410.00 | 82.00 |
| 05/21/18 | DAW | Review and respond to multiple e-mail correspondence from Chad | 0.20 | 410.00 | 82.00 |

**Marshack Hays LLP**

| Richard Marshack, Trustee | April 9, 2019 |
|---|---|
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 8 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Kurtz and Pam Kraus re: turnover of the funds held at Comerica; | | | |
| 05/21/18 | DAW | Conference with David Klein of North Valley Regional Center re: interest in the Yuba City Property and access to view the Property (.20); Review and analyze letter received by North Valley Regional Center re: access (.10); Draft and send e-mail correspondence to Jay Geller counsel for V&G re: same (.10); | 0.40 | 410.00 | 164.00 |
| 05/21/18 | DAW | Review and respond to multiple e-mail correspondence from Jay Geller counsel for V&G re: North Valley's request to tour the Yuba City location (.20); Draft and send e-mail correspondence to David Klein re: same (.10) | 0.30 | 410.00 | 123.00 |
| 05/21/18 | DAW | Review and respond to multiple e-mail correspondence from Pam Kraus and Chad Krutz re: possible emergency motion for turnover against Comerica; | 0.20 | 410.00 | 82.00 |
| 05/21/18 | PK | Exchange e-mail with Ellen Sprague re: interest from potential tenant at main office for purchase of furniture left in offices; | 0.20 | 270.00 | 54.00 |
| 05/21/18 | PK | Several telephone calls with Comerica Bank re: turnover of funds; E-mail to D. Wood and C. Kurtz with summary; Exchange e-mails with K. Paholak at Comerica; | 0.80 | 270.00 | 216.00 |
| 05/22/18 | PK | Download, profile and save Seacoast Bank documents: cashier check and copies of other debits; Forward to all parties; | 0.40 | 270.00 | 108.00 |
| 05/23/18 | PK | Exchange e-mail with Ellen Sprague and David Wood re: old furniture left in suite 1703; | 0.10 | 270.00 | 27.00 |
| 05/24/18 | DAW | Review and respond to e-mail correspondence from Pam Kraus re: wire sweeps from SNB and total cash on hand; | 0.20 | 410.00 | 82.00 |
| 05/25/18 | PK | Telephone conference with Trustee re: random furniture left in office suites and de minimus offers from multiple parties (.10); E-mail to David Wood and Chad Kurtz re: same and Trustee's decision not to sell (.10); Exchange e-mail with Adam Meislik re: FFE stored at office suite and airplane hangar (.20); | 0.40 | 270.00 | 108.00 |
| 05/29/18 | DAW | Conference with Trustee; | 0.10 | 410.00 | 41.00 |
| 05/29/18 | DAW | Review and respond to multiple e-mail correspondence from David Klien re: North Valley's interest in the Yuba City property; | 0.20 | 410.00 | 82.00 |
| 05/29/18 | DAW | Conference call with Valerie Peo re: issues at hand; | 0.40 | 410.00 | 164.00 |
| 05/29/18 | DAW | Conference with principals from North Valley re: their interest in the Yuba City property if Summit bows out (No Charge); | 1.20 | 0.00 | |
| 05/29/18 | PK | Exchange emails with Comerica; Draft and forward turnover letter; | 0.40 | 270.00 | 108.00 |
| 05/30/18 | DAW | Meeting with Anthony Arnaudy, Yoel Posner of Optimal, and Adam Meislik re: continued collections; | 1.00 | 410.00 | 410.00 |
| 05/31/18 | DAW | Review and respond to e-mail correspondence from David Klein re: potential offer on Yuba City; | 0.10 | 410.00 | 41.00 |
| 05/31/18 | PK | Telephone call with Comerica re: turnover of funds; | 0.20 | 270.00 | 54.00 |
| 06/01/18 | PK | Telephone call and e-mail with Comerica; | 0.30 | 270.00 | 81.00 |
| 06/04/18 | KAT | Review e-mail correspondence from Kyra Andrassy and David A. | 0.20 | 500.00 | 100.00 |

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 9 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | Wood re: Yuba property (5+) (.20); | | | |
| 06/04/18 | PK | Telephone conference with Trustee and David Wood re: FFE and electronics (.30); E-mail to Chad Kurtz and Ellen Sprague re: offer to purchase electronics (.10); | 0.40 | 270.00 | 108.00 |
| 06/04/18 | PK | E-mail to Force 10 re: inventory, sale and abandonment of items remaining in Suite 1703 and the airplane hangar; | 0.20 | 270.00 | 54.00 |
| 06/04/18 | PK | Draft Trustee's motion to compel Comerica to turnover funds; | 0.60 | 270.00 | 162.00 |
| 06/05/18 | PK | Draft and revise Trustee's motion to compel Comerica Bank to turnover funds (.30); Prepare exhibit to motion detailing contact with Comerica (.40); | 0.70 | 270.00 | 189.00 |
| 06/05/18 | MWG | Review and analyze issues re: emergency motion for turnover re: Comerica funds (.20); | 0.20 | 500.00 | 100.00 |
| 06/06/18 | DAW | Draft and revise emergency motion for turnover from Comerica; | 3.10 | 410.00 | 1,271.00 |
| 06/06/18 | MWG | Review and revise motion to compel Comerica to turnover funds (1.30); | 1.30 | 500.00 | 650.00 |
| 06/06/18 | KAT | Review proposals from Kyra Andrassy and Jay Geller re: iborrow loan and maintenance issues (.30); | 0.30 | 500.00 | 150.00 |
| 06/06/18 | MWG | Review and revise emergency motion re: extension of cash management order (.70); Email exchange with DAW re: emergency motion (.20); | 0.90 | 500.00 | 450.00 |
| 06/06/18 | MWG | Review and analyze invoice to be submitted in connection with turnover motion and send email to DAW re: edits to same (.20); Review and revise notice re: emergency cash management motion (.10); Review and revise notice re: emergency turnover motion (.20); | 0.50 | 500.00 | 250.00 |
| 06/07/18 | DAW | Conference with Thomas Levine in house counsel for Comerica re: the emergency hearings for turnover; | 0.20 | 410.00 | 82.00 |
| 06/07/18 | DAW | Review and respond to multiple e-mail correspondence from Thomas Levine counsel for Comerica re: turnover of the funds held by Comerica; | 0.20 | 410.00 | 82.00 |
| 06/07/18 | DAW | Oversee and assist in telephonic notice of the emergency hearings on the motion for turnover and cash management motion (No Charge); | 2.30 | 0.00 | |
| 06/07/18 | DAW | Review and respond to multiple e-mail correspondence from Thomas Levine counsel for Comerica re: turnover of the funds; | 0.20 | 410.00 | 82.00 |
| 06/07/18 | PK | Telephone conference with David Wood re: Comerica's response to motion to compel (.10); Draft letter from Trustee to Comerica re: turnover (.20); | 0.30 | 270.00 | 81.00 |
| 06/08/18 | DAW | Review and analyze order entered by the Court granting the Cash Management Motion and continuing the motion to compel; | 0.20 | 410.00 | 82.00 |
| 06/15/18 | DAW | Review and analyze order entered by the Court granting the motion for the Yuba City property; | 0.20 | 410.00 | 82.00 |
| 07/10/18 | DAW | Review and analyze order entered by the Court granting motion to abandon; | 0.20 | 410.00 | 82.00 |
| 07/11/18 | KAT | Review and analyze e-mail correspondence from Kyra Andrassy re: potential deal (.20); Review notes on contributions and analyze potential | 1.20 | 500.00 | 600.00 |

**Marshack Hays LLP**

| | | |
|---|---|---|
| Richard Marshack, Trustee | | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | | Invoice 9248 |
| I.D. 1015-114 - DAW | | Page 10 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | outcomes (.40); E-mail correspondence to Kyra Andrassy with thoughts (.20); E-mail correspondence from Kyra and to Kyra re: separation of Lease from LLC and possible reformation (multiple) (.40); | | | |
| 07/13/18 | DAW | Conference with Trustee re: status of the case; | 0.20 | 410.00 | 82.00 |
| 07/13/18 | KAT | Telephone conference with Richard A. Marshack and Kyra Andrassy (part) re: Yuba property and V&G- possible causes of action and positions (.60); Review proposed email to Jay Geller (.10); Review comments of Richard A. Marshack re: email to Jay Geller (.10); Telephone conference with Kyra Andrassy re: email (.10); | 0.90 | 500.00 | 450.00 |
| 07/13/18 | MWG | Review and revise cash collateral stipulation (.70); Review correspondence with Valerie Banter Peo re: cash collateral stipulation and review response to same (.20); | 0.90 | 500.00 | 450.00 |
| 07/16/18 | MWG | Review and analyze correspondence from Valerie Bantner Peo re: cash collateral stipulation issues (.10); Review and analyze budget issues re: cash collateral stipulation (.20); | 0.30 | 500.00 | 150.00 |
| 07/17/18 | KAT | Research liens filed with Sutter County (.30); Review documents from recorder and e-mail correspondence with recorder re: incorrect documents (.60); Review and analyze mechanic lien issues with bankruptcy overlay (.70); Review and analyze Purchase Agreement with Summit and prepare summary of relevant portions (.80); | 2.40 | 500.00 | 1,200.00 |
| 07/17/18 | MWG | Review correspondence from Valerie Peo re: cash collateral stipulation issues and response to same (.20); Review further correspondence from Valerie Peo re: cash collateral stipulation (.10); | 0.30 | 500.00 | 150.00 |
| 07/18/18 | KAT | E-mail correspondence with Sutter County recorder (.20); Review and analyze additional documents on mechanic's liens (.30); | 0.50 | 500.00 | 250.00 |
| 07/26/18 | KAT | Review and analyze e-mail correspondence from Kyra Andrassy re: floor for selling price of Yuba Property and appraisals (.20); Prepare response to Kyra Andrassy re: appraisals and assumptions (.20); | 0.40 | 500.00 | 200.00 |
| 07/30/18 | KAT | Prepare for and meeting with Kyra Andrassy and Richard A. Marshack re: demand to V&G, case analysis and potential mediation (1.50); | 1.50 | 500.00 | 750.00 |
| 08/02/18 | PK | Draft letter to Dean Ferguson and BeachPointe Investments to compel turnover of assets removed from storage hangar; | 0.30 | 270.00 | 81.00 |
| 08/02/18 | MWG | Review and revise motion to continue of existing bank accounts (.80); | 0.80 | 500.00 | 400.00 |
| 08/07/18 | MWG | Review and revise demand letter to Ferguson BeachPointe and follow up re: same (.30); Review correspondence re: finalizing and sending demand letter (.20); | 0.50 | 500.00 | 250.00 |
| 08/08/18 | PK | Review and revise letter to Dean and Jennifer Ferguson and BeachPointe re: turnover of items removed from storage hangar (.10); E-mail letter to all parties (.10); | 0.20 | 270.00 | 54.00 |
| 08/13/18 | KAT | E-mail correspondence from Kyra Andrassy re: settlement and prepare response (.20); | 0.20 | 500.00 | 100.00 |
| 08/17/18 | KAT | Review multiple emails with Position of VGA in preparation for telephone conference (.20); Telephone conference with Jay Geller and Kyra Andrassy (.60); | 0.80 | 500.00 | 400.00 |

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 11 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/24/18 | KAT | Review and analyze e-mail correspondence from Kyra Andrassy with recommended settlement counter offer (.30); E-mail correspondence to Kyra Andrassy and Richard A. Marshack re: same (.10); | 0.40 | 500.00 | 200.00 |
| 08/27/18 | KAT | E-mail correspondence from Richard A. Marshack re: settlement offer (.10); E-mail correspondence to Richard A. Marshack and Kyra Andrassy re: counter (.10); E-mail correspondence from Jay Geller re: termination of Summit deal (.10); E-mail correspondence from Kyra Andrassy re: options in light of cancellation of transaction and analysis of same (.20); | 0.50 | 500.00 | 250.00 |
| 08/28/18 | KAT | E-mail correspondence from Jay Geller with Summit termination letter and review letter (.10); | 0.10 | 500.00 | 50.00 |
| 09/10/18 | DAW | Conference with Valerie Peo counsel for Alleon re: status of case; | 0.20 | 410.00 | 82.00 |
| 09/13/18 | KAT | E-mail correspondence from Kyra Andrassy re: revised analysis on asset valuation and potential litigation (.20); | 0.20 | 500.00 | 100.00 |
| 10/03/18 | DAW | Review and respond to multiple e-mail correspondence from Pam Kraus and Adam Meislik re: issues relating to Jae Kwon's purchase of the hanger assets and Mr. Castanon's direction to take the assets; | 0.10 | 410.00 | 41.00 |
| 10/16/18 | MWG | Review and revise interim cash collateral order (.10); Review and respond to correspondence from DAW re: need for express language in order (.20); | 0.30 | 500.00 | 150.00 |
| 10/22/18 | MWG | Review and revise order re: insurance funding stipulation (.10); Review and revise order to abandon insurance policy (.10); | 0.20 | 500.00 | 100.00 |
| 10/24/18 | DAW | Review and respond to e-mail correspondence from Rosa Shirley counsel at Nelson Hardimen re: potential distribution to unsecured creditors; | 0.20 | 410.00 | 82.00 |
| 11/01/18 | KAT | Review and analyze e-mail correspondence from Kyra Andrassy re: membership interest (.10); Conference with David A. Wood re: settlement offer and secured creditor (.10); Telephone conference with Kyra Andrassy and David A. Wood re: offer and structure of settlement to recovery value for membership interest (.20); E-mail correspondence with Kyra Andrassy and Adam Meislik re: membership interest valuation (.10); | 0.50 | 500.00 | 250.00 |
| 11/06/18 | KAT | E-mail correspondence with Kyra Andrassy, Richard A. Marshack. Adam Meislik (part) and David A. Wood re: value and deal on membership interest multiple (6+)(.30); | 0.30 | 500.00 | 150.00 |
| 11/16/18 | MWG | Review correspondence to/from Valerie Bantner Peo re: cash collateral stipulation (.20); Review bank's revisions to cash collateral stipulation (.10); Telephone conference to Valerie Bantner re: revision issues (.10); Draft correspondence to Valerie Bantner Peo re: further revisions to stipulation and review response to same (.20); Provide instructions to paralegal re: preparation of order (.10); Review and revise order cash collateral stipulation (.10); Draft correspondence to Valerie Bantner Peo re: cash collateral order and review response to same (.20); Review finalized stipulation and email to Valeria Bantner Peo re: same (.10); Review signature from Valerie Bantner Peo re: signature (.10); | 1.20 | 500.00 | 600.00 |

**Marshack Hays LLP**

| | | | | | |
|---|---|---|---|---|---|
| Richard Marshack, Trustee | | | | | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | | | | | Invoice 9248 |
| I.D. 1015-114 - DAW | | | | | Page 12 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/07/18 | DAW | Review and analyze lengthy e-mail correspondence from Valerie Peo counsel for Alleon to Trustee re: counter offer on the split of the Yuba City settlement funds; | 0.40 | 410.00 | 164.00 |
| 12/13/18 | DAW | Review and respond to lengthy e-mail correspondence from Kyra Andrassy re: updated negotiations with Alleon on the division of the settlement with V&G; | 0.30 | 410.00 | 123.00 |
| 12/17/18 | DAW | Review and respond to e-mail correspondence from Sharon Kopman re: possible purchase of the remnant assets; | 0.10 | 410.00 | 41.00 |
| 01/16/19 | DAW | Review and analyze motion filed by Smiley Wang re: sale and settlement of the Luminance Yuba shares (No Charge); | 0.70 | 0.00 | |
| 01/18/19 | MWG | Telephone conference from LB re: notice of errata (.10); Review and revise notice of errata re: cash collateral motion (.20); Draft correspondence to LB re: notice of errata issues (.10); | 0.40 | 500.00 | 200.00 |
| 02/04/19 | DAW | Review and respond to multiple e-mail correspondence from Kyra Andrassy re: tentative ruling on the Yuba City sale; | 0.20 | 410.00 | 82.00 |
| 02/08/19 | DAW | Review and analyze lengthy ordered entered by the Court granting the Motion to sell the Yuba City shares to V&G; | 0.50 | 410.00 | 205.00 |
| 02/12/19 | DAW | Review and analyze motion to approve compromise with Alleon on the Yuba City shares; | 0.80 | 410.00 | 328.00 |
| *Subtotals for task code 1 - Asset Analysis and Recovery* | | | *102.90* | | *38,591.00* |
| **10 - Litigation** | | | | | |
| 04/06/18 | DAW | Conference with the U.S. Trustee re: case status and possible 548/549 actions against principal; | 0.40 | 410.00 | 164.00 |
| 04/06/18 | DEH | Conference call with Alleon partners, Alex and Leon, Valerie Peo, Richard A. Marshack, and David A. Wood re: collections of accounts receivable, cash collateral, and case issues (.70); Telephone conference with Richard A. Marshack and David A. Wood re: same (.30); Telephone conference with Valerie Peo and David A. Wood re: same and cash collateral negotiations (.20); | 1.20 | 630.00 | 756.00 |
| 04/06/18 | DEH | Review and analyze Yuba City operating agreement (.70); Draft written correspondence to Richard A. Marshack re: same (.20); Written correspondence with Valerie Peo re: same (.20); | 1.10 | 630.00 | 693.00 |
| 04/06/18 | DAW | Review and analyze lengthy e-mail correspondence from D. Edward Hays re: the Yuba City operating agreement and the attached agreement (No Charge); | 0.30 | 0.00 | |
| 04/06/18 | DEH | Review and analyze client documents to prepare for calls with Valerie and trustee; | 0.70 | 630.00 | 441.00 |
| 04/08/18 | DAW | Review and respond to multiple e-mail correspondence from U.S. Trustee office and Trustee re: attached article re: the Debtor in the Orange County Register (.20); Review and analyze the article for information re: background of the debtor (.30); | 0.50 | 410.00 | 205.00 |
| 04/09/18 | DAW | Review and analyze D&O policy extension information; | 0.40 | 410.00 | 164.00 |
| 04/09/18 | DAW | Review and respond to multiple e-mail correspondence from counsel in | 0.30 | 410.00 | 123.00 |

**Marshack Hays LLP**

| Richard Marshack, Trustee | April 9, 2019 |
|---|---|
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 13 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | the Spector v. Castanon litigation in the state court proceeding re: applicability of the automatic stay as to the debtor but not its principals; | | | |
| 04/09/18 | DAW | Conference with Trustee and Jeff Golden re: D&O insurance; | 0.20 | 410.00 | 82.00 |
| 04/09/18 | DEH | Review and revise letter to Comerica; | 0.30 | 630.00 | 189.00 |
| 04/09/18 | DEH | Conference with David A. Wood re: surcharge and cash collateral issues; | 0.30 | 0.00 | |
| 04/10/18 | DAW | Review and analyze materials provided by the U.S. Trustee to the trustee i.e., bank statements, american express statements, principals personal bankruptcy petition, etc; | 3.20 | 410.00 | 1,312.00 |
| 04/11/18 | DAW | Review and respond to multiple e-mail correspondence from Adam Meislik and Anthony Arnaudy re: retention of Optimal and agenda for Monday's meeting; | 0.30 | 410.00 | 123.00 |
| 04/11/18 | DAW | Drat and send multiple e-mail correspondence to Adam Meislik and Anthony Arnaudy re: status of removal of personal property and files from the various residences; | 0.20 | 410.00 | 82.00 |
| 04/11/18 | DAW | Meeting with Trustee re: overall case status and strategy moving forward; | 2.50 | 410.00 | 1,025.00 |
| 04/12/18 | DAW | Review and analyze 20+ leases to be rejected or otherwise do not apply to the Debtor's (3.00); Draft and revise motion to reject the Rejection Leases, allow abandonment of personal property under $10,000, and to turnover possession for leases that the Debtor is not a party to (5.10); | 8.10 | 410.00 | 3,321.00 |
| 04/12/18 | DAW | Review and respond to multiple e-mail correspondence from Garrett Prybylo re: negotiations with Ms. Conley to vacate the Sage Property; | 0.30 | 410.00 | 123.00 |
| 04/12/18 | DAW | Review and respond to multiple e-mail correspondence from Anthony Arnaudy and Beth Gaschen re: possibility of lease extensions on the corporate offices; | 0.20 | 410.00 | 82.00 |
| 04/13/18 | DAW | Review and respond to multiple e-mail correspondence from Garrick Hollander and Jay Geller re: Yuba City issues (.20); Conference with Jay Geller re: same (.30). | 0.50 | 410.00 | 205.00 |
| 04/13/18 | DAW | Conference with Trustee and D&O insurer re: status of check to reinstate policy (.30); Draft and send follow up e-mail correspondence to Valerie Peo re: approval by Alleon as to the disbursement (.10); | 0.40 | 410.00 | 164.00 |
| 04/13/18 | DAW | Draft and revise motion to reject leases, abandon property, etc; | 4.80 | 410.00 | 1,968.00 |
| 04/13/18 | DAW | Multiple conferences with the Trustee re: potential issues with Yuba City and strategy moving forward; | 0.60 | 410.00 | 246.00 |
| 04/14/18 | DAW | Multiple conference calls with Trustee re: potential claims for litigation; | 0.80 | 410.00 | 328.00 |
| 04/15/18 | DAW | Review and respond to multiple e-mail correspondence from Trustee and Marsha Houston at Reed Smith re: potential representation for the D&O claims; | 0.20 | 410.00 | 82.00 |
| 04/15/18 | DAW | Review and respond to multiple e-mail correspondence from Kristine A. Thagard, Richard A. Marshack, and Garrick Hollander counsel for VNG re: the Yuba City issues; | 0.30 | 410.00 | 123.00 |
| 04/16/18 | DAW | Conference call with Reed and Smith re: possible D&O claims; | 0.60 | 410.00 | 246.00 |

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 14 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/17/18 | DAW | Conference with Chris Rivas at Reed Smith re: D&O claims; | 0.30 | 410.00 | 123.00 |
| 04/17/18 | DAW | Review, revise, and finalize motion to reject leases with updated amendment information and pin point bates stamp citations; | 1.20 | 410.00 | 492.00 |
| 04/18/18 | DAW | Draft and send e-mail correspondence to Beth Gaschen with the attached recent amendments to the leases; | 0.10 | 410.00 | 41.00 |
| 04/20/18 | DAW | Review and respond to multiple e-mail correspondence from U.S. Trustee, Jeff Golden, and Richard A. Marshack re: Michael Castanon's reappearance and request to meet with the Trustee; | 0.20 | 410.00 | 82.00 |
| 04/23/18 | DAW | Review and analyze the CA Billing state court complaint (.90); Review and respond to e-mail correspondence from Garret Pyblo re: scope of the automatic stay to Michael Castanon (.20); | 1.10 | 410.00 | 451.00 |
| 04/23/18 | DAW | Review and respond to e-mail correspondence from Garret Pyblo and Tom Fasel re: stipulation that any finding against Mr. Castanon cannot be used for collateral estoppel and/or res judicata against the Debtor; | 0.20 | 410.00 | 82.00 |
| 04/24/18 | KAT | E-mail correspondence from Jay Geller re: term sheet and review same (.20); Conference with Richard A. Marshack and David A. Wood re: Yuba Property (.20); | 0.40 | 500.00 | 200.00 |
| 04/24/18 | DAW | Review and respond to multiple e-mail correspondence from Tom Fasel counsel for CA Billing re: state court litigation against the Debtor and Michael Castanon; | 0.20 | 410.00 | 82.00 |
| 04/24/18 | DEH | Review and revise billing services agreement (1.20); Written correspondence with David A. Wood re: same (.20); | 1.40 | 630.00 | 882.00 |
| 04/25/18 | KAT | Review I borrow documents for basic terms (.60); Review Summit Letter of Intent (.40); Review proposed Forbearance Agreement (.40); Review notes of transaction in preparation for hearing (.50); | 2.10 | 500.00 | 1,050.00 |
| 04/26/18 | KAT | Prepare for and attend hearing on emergency motions, including post hearing conferences with Michael Hauser and Richard A. Marshack (2.30); | 2.30 | 500.00 | 1,150.00 |
| 04/26/18 | DAW | Conference with Trustee, Kristine A. Thagard, and Adam Meislik re: strategy moving forward with Yuba City (No Charge); | 0.50 | 0.00 | |
| 04/27/18 | KAT | E-mail correspondence to Jay Geller re: CUP (.20); E-mail correspondence to Jay Geller re: Waterfall (.10); Continue analysis of Operating Agreement (.60); | 0.90 | 500.00 | 450.00 |
| 04/27/18 | DAW | Review and respond to e-mail correspondence from Thomas Fasel re: stipulation from relief from stay for the underlying CBilling law suit; | 0.10 | 410.00 | 41.00 |
| 04/27/18 | DEH | Review and revise motion to reject leases (0.90); Written correspondence with David A. Wood re: same (.20); | 1.10 | 630.00 | 693.00 |
| 04/30/18 | DAW | Review and respond to e-mail correspondence from Valerie Peo counsel for Alleon with attached list of preferential transfers to the MCA lenders (.20); Draft and send e-mail correspondence to Beth Gaschen counsel for Debtor re: same for possible inclusion in an amended SOFA (.10); | 0.30 | 410.00 | 123.00 |
| 04/30/18 | DAW | Review and respond to e-mail correspondence from Beth Gaschen counsel for Debtor re: total amount of preferential payments to the | 0.10 | 410.00 | 41.00 |

EXHIBIT 8, PAGE 149

**Marshack Hays LLP**

| | | | | | |
|---|---|---|---|---|---|
| Richard Marshack, Trustee | | | | | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | | | | | Invoice 9248 |
| I.D. 1015-114 - DAW | | | | | Page 15 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | MCA lenders; | | | |
| 04/30/18 | KAT | E-mail correspondence from Jay Geller (mulitple) re: waterfall and CUP (.20); Review and analysis of CUP (.60); | 0.80 | 500.00 | 400.00 |
| 04/30/18 | DAW | Review and analyze potential preference actions against the MCA lenders; | 1.30 | 410.00 | 533.00 |
| 05/01/18 | DAW | Review and respond to e-mail correspondence from Anthony Arnaudy re: litigation pending by a landlord; | 0.20 | 410.00 | 82.00 |
| 05/02/18 | KAT | Update notes and prepare summary (.80); Conference with David A. Wood re: summary (.10); | 0.90 | 500.00 | 450.00 |
| 05/03/18 | DAW | Draft and revise stipulation with CA Billing to allow them to prosecute claims against Michael Castanon (.20); Draft and send e-mail correspondence to Thomas Fasel counsel for CA Billing re: same (.10); | 0.30 | 410.00 | 123.00 |
| 05/03/18 | DEH | Review and revise stipulation with CA Billing (.40); Written correspondence with David A. Wood re: same (.10); | 0.50 | 630.00 | 315.00 |
| 05/07/18 | DAW | Review and respond to e-mail correspondence from David Lenhardt counsel in the lawsuit filed by Ronald Burrows re: notice of the bankruptcy for the state court matter; | 0.20 | 410.00 | 82.00 |
| 05/07/18 | DAW | Review and respond to e-mail correspondence from Beth Gaschen re: the Ronald Burrows litigation; | 0.20 | 410.00 | 82.00 |
| 05/07/18 | DAW | Review and respond to multiple e-mail correspondence from Marsha Houston at Reed Smith re: setting up conference to go over the D&O case; | 0.20 | 410.00 | 82.00 |
| 05/07/18 | DAW | Review and respond to e-mail correspondence from David Lenhardt counsel in the underlying state court action re: the automatic stay; | 0.20 | 410.00 | 82.00 |
| 05/07/18 | DAW | Review and respond to e-mail correspondence from Thomas Fasel counsel for CA Billing re: the attached stipulation to prosecute against Michael Castanon (.10); Draft and revise order re: same (.10); | 0.20 | 410.00 | 82.00 |
| 05/09/18 | DAW | Conference with Marsha Houston of Reed Smith, and Trustee re: potential D&O claims (actual time 3.0 hours); | 2.50 | 410.00 | 1,025.00 |
| 05/10/18 | DAW | Conference with Trustee, Kyra Andrassy, and Robert Marticello re: Yuba City Litigation; | 2.00 | 410.00 | 820.00 |
| 05/10/18 | KAT | Prepare for and attend meeting with Kyra Andrassy, Robert Marticello, Richard A. Marshack and David Wood re: Yuba City transaction (2.30); | 2.30 | 500.00 | 1,150.00 |
| 05/10/18 | KAT | E-mail correspondence from Jay Geller re: Yuba City (.10); | 0.10 | 500.00 | 50.00 |
| 05/11/18 | DAW | Review and prepare for meeting with Mr. Castanon on Monday; | 2.10 | 410.00 | 861.00 |
| 05/14/18 | KAT | E-mail correspondence from Kyra Andrassy re: documents (.10); E-mail correspondence to Jay Geller re: review and request for additional documents (.20); E-mail correspondence with David Wood re: LOI and escrow statements (.10); Review and analyze Loan Closing Statement (.20); | 0.60 | 500.00 | 300.00 |
| 05/15/18 | DAW | Review and analyze order entered by the Court granting the stipulation with CA Billing; | 0.10 | 410.00 | 41.00 |
| 05/15/18 | KAT | Review Republic title closing statement (.20); | 0.20 | 500.00 | 100.00 |

**Marshack Hays LLP**

| Richard Marshack, Trustee | April 9, 2019 |
|---|---|
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 16 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/17/18 | DAW | Review and respond to e-mail correspondence from Marsha Houston re: transcripts of the first day hearings; | 0.10 | 410.00 | 41.00 |
| 05/18/18 | KAT | E-mail correspondence (multiple) with Jay Geller re: Yuba (.20); | 0.20 | 500.00 | 100.00 |
| 05/21/18 | DAW | Draft and send e-mail correspondence to Anthony Arnaudy re: information on Debtor's historical directors and officers; | 0.10 | 410.00 | 41.00 |
| 05/21/18 | DAW | Review statements from Comerica showing approximately $3,800 in NSF charges (.40); Draft and send e-mail correspondence to Pam Kraus (.20); | 0.50 | 0.00 | |
| 05/21/18 | DAW | Review and revise request for alias summons in the Castanon transfer of the house litigation (.10); Review and revise substitution of attorney for the same matter (.10); | 0.20 | 410.00 | 82.00 |
| 05/21/18 | DAW | Review and respond to multiple e-mail correspondence from Kyra Andrassy and Kristine A. Thagard re: Yuba City analysis; | 0.20 | 410.00 | 82.00 |
| 05/22/18 | DAW | Review and respond to multiple e-mail correspondence from Kyra Andrassy and Kristine A. Thagard re: conference call with Jay Geller counsel for V&G this morning (No Charge); | 0.20 | 0.00 | |
| 05/22/18 | DAW | Conference call with Kyra Andrassy and Kristine A. Thagard re: Yuba City (No Charge); | 0.40 | 0.00 | |
| 05/22/18 | DAW | Conference call with Kyra Andrassy and Kristine A. Thagard, and Jay Gellder counsel for V&G re: Yuba City (No Charge); | 0.50 | 0.00 | |
| 05/22/18 | KAT | Telephone conference with David Wood and Kyra Andrassy re: Yuba City and outline of issues with V&G(.50); Telephone conference with Jay Geller, Kyra Andrassy and David Wood (part) re: Yuba City(.90); Telephone conference with Kyra Andrassy re: moving forward (.20); | 1.60 | 500.00 | 800.00 |
| 05/22/18 | DAW | Conference call with Marsha Houston re: D&O strategy; | 0.40 | 410.00 | 164.00 |
| 05/23/18 | KAT | Review and analyze e-mail correspondence from Kyra Andrassy re: lease rejection and operating agreement, including analysis of potential state court causes of action (.40); | 0.40 | 500.00 | 200.00 |
| 05/29/18 | KAT | E-mail correspondence with Kyra Andrassy re: potential term sheet and review same (.30); E-mail correspondence with Kyra Andrassy re: potential additions and issues (.20); | 0.50 | 500.00 | 250.00 |
| 06/01/18 | KAT | Review and analyze proposal from V&G and notes to Kyra re: proposal (.40); E-mail correspondence with Kyra re: proposals (.20); | 0.60 | 500.00 | 300.00 |
| 06/01/18 | DAW | Review and analyze multiple e-mail correspondence from Christopher Rivas, Beth Gaschen, and Anthony Arnaudy re: underlying corporate documents for analysis (No Charge); | 0.30 | 0.00 | |
| 06/01/18 | DAW | Review and respond to lengthy e-mail correspondence from Jay Geller counsel fro V&G re: revisions to the proposed rejection stipulation; | 0.40 | 410.00 | 164.00 |
| 06/06/18 | PK | Review and execute declaration in support of motion to compel turnover; | 0.20 | 270.00 | 54.00 |
| 06/07/18 | PK | Review and execute declaration re: motion to compel turnover and motion to maintain bank accounts; | 0.20 | 270.00 | 54.00 |
| 06/11/18 | PK | Draft notice of continued hearing re: Trustee's motion to compel Comerica to turnover funds on hand; | 0.30 | 270.00 | 81.00 |

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 17 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/11/18 | PK | Revise notice of continued hearing; | 0.10 | 270.00 | 27.00 |
| 06/29/18 | DAW | Review and respond to e-mail correspondence from Marsha Houston re: update on the D&O complaint; | 0.10 | 410.00 | 41.00 |
| 07/05/18 | PK | Telephone conference with David Wood re: Comerica's compliance with pending motion to compel turnover (.10); Draft withdrawal of Trustee's motion to compel turnover (.30); | 0.40 | 270.00 | 108.00 |
| 07/13/18 | DAW | Review and analyze the D&O complaint against Michael Castanon (No Charge); | 2.60 | 0.00 | |
| 07/13/18 | DAW | Conference call with Reed Smith attorneys and Trustee re: D&O Complaint; | 0.40 | 410.00 | 164.00 |
| 07/18/18 | DAW | Conference call with Caroline Djang counsel for Infinity re: background information for D&O Complaint; | 0.10 | 410.00 | 41.00 |
| 07/18/18 | DAW | Conference call with Thomas Fasel counsel for Ca Billing re: background information for D&O Complaint; | 0.10 | 410.00 | 41.00 |
| 07/18/18 | DAW | Review and respond to multiple e-mail correspondence from Marsha Houston and Caroline Djang re: interview of Infinity billing on background of the Debtor's collection efforts; | 0.20 | 410.00 | 82.00 |
| 07/18/18 | DAW | Review and respond to multiple e-mail correspondence from Marsha Houston and Thomas Fasel re: interview of CA Billing on background of the Debtor's collection efforts; | 0.20 | 410.00 | 82.00 |
| 07/19/18 | DAW | Conference with Reed Smith re: revisions to the D&O Complaint; | 0.30 | 410.00 | 123.00 |
| 07/20/18 | DAW | Review and analyze lengthy e-mail correspondence from Marsha Houston re: investigation results; | 0.20 | 410.00 | 82.00 |
| 07/24/18 | DAW | Review and analyze revised D&O Complaint (No Charge); | 0.90 | 0.00 | |
| 07/25/18 | DAW | Review e-mail correspondence from David Lenhardt counsel for insurance company re: the Burrows slip and fall action (.10); Conference with David re: same (.20); | 0.30 | 410.00 | 123.00 |
| 07/26/18 | DAW | Review and revise my declaration in support of the request for entry of default in the Castanon 548 action (.10); Review and revise the request for entry of default (.10); | 0.20 | 410.00 | 82.00 |
| 07/27/18 | DAW | Review and analyze answer to complaint filed by Michael Castanon (No Charge); | 0.60 | 0.00 | |
| 08/02/18 | DAW | Review and respond to e-mail correspondence from Marsha Houston re: status of the D&O complaint; | 0.10 | 410.00 | 41.00 |
| 08/09/18 | CB | Review e-mail from David A. Wood re: cash collateral motion (.10); E-mail to David A. Wood re: same (.10); identify exhibits re: evidence to support motion (.20); | 0.40 | 230.00 | 92.00 |
| 08/10/18 | CB | E-mail to all paralegals re:exhibits to cash collateral motion; | 0.10 | 230.00 | 23.00 |
| 08/10/18 | MWG | Review correspondence with Valerie Peo re: agreement to delay filing complaint (No Charge); | 0.10 | 0.00 | |
| 08/27/18 | DAW | Review and respond to multiple e-mail correspondence from Sharon Oh-Kubisch re: documents relating to the Las Brisas property; | 0.20 | 410.00 | 82.00 |
| 09/11/18 | KAT | E-mail correspondence from Kyra Andrassy re: settlement (.10); E-mail | 0.20 | 500.00 | 100.00 |

**Marshack Hays LLP**

| Richard Marshack, Trustee | April 9, 2019 |
|---|---|
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 18 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | correspondence to Richard A. Marshack re: same (.10); | | | |
| 09/18/18 | DAW | Review and respond to e-mail correspondence from Sharon Oh-Kubisch re: litigation analysis; | 0.10 | 410.00 | 41.00 |
| 09/19/18 | DAW | Review and respond to e-mail correspondence from Christopher Rivas re: current address and location of Mr. Castanon for the summons on the D&O Complaint; | 0.10 | 410.00 | 41.00 |
| 09/21/18 | KAT | E-mail correspondence with Kyra Andrassy and Richard A. Marshack re: counter offer (multiple 4+) and telephone conference re: same (.30); | 0.30 | 500.00 | 150.00 |
| 09/25/18 | DAW | Multiple conferences with Layla Buchanan re: status report for the Grapevine state court litigation; | 0.30 | 410.00 | 123.00 |
| 09/26/18 | DAW | Conference with Valerie Peo counsel for Alleon and Kyra Andrassy re: Yuba City action; | 0.50 | 410.00 | 205.00 |
| 09/28/18 | LM | Prepare for initial bankruptcy review hearing in state court in Baygrape Technology v. Luminance et al and review, docket, status report etc. (.40); Attend initial bankruptcy review hearing in state court in Baygrape Technology v. Luminance et al (.80); Correspondence with David A. Wood re: results of hearing and continued hearing date in March 2019 as well as comments by the Court re: automatic stay application to certain defendants and not others (.10); | 1.30 | 330.00 | 429.00 |
| 09/28/18 | DAW | Review and respond to e-mail from Pam Kraus re: finalization of the motion to abandon the insurance liability; | 0.20 | 410.00 | 82.00 |
| 09/28/18 | DAW | Review and respond to e-mail correspondence from Laila Masud re: today's hearing results in the Grapevine state court matter; | 0.20 | 410.00 | 82.00 |
| 10/01/18 | DAW | Review and respond to multiple e-mail correspondence from Force 10 and Grobstein Teeple re: analysis of the insider compensation for amended tax returns; | 0.20 | 410.00 | 82.00 |
| 10/01/18 | DAW | Review and respond to multiple e-mail correspondence from Valerie Peo and Kyra Andrassy re: conference call tomorrow on Yuba City; | 0.20 | 410.00 | 82.00 |
| 10/01/18 | CB | Review e-mail from David A. Wood to Tinho Mang and Richard A. Marshack re: limited opposition to stay relief motion; | 0.10 | 230.00 | 23.00 |
| 10/02/18 | DAW | Conference with Rachel Rojany at Grobstein Teeple re: amended tax returns to reflect all insider compensation paid to the insiders; | 0.20 | 410.00 | 82.00 |
| 10/02/18 | DAW | Review and analyze workers comp appeal by Virgina Galvalon (.10); Conference with Pam Kraus re: same (.10); | 0.20 | 410.00 | 82.00 |
| 10/02/18 | DAW | Conference with Marsha Houston re: strategy on the D&O complaint; | 0.30 | 410.00 | 123.00 |
| 10/02/18 | DAW | Conference with Kyra Andrassy and Valerie Peo counsel for Alleon re: Yuba City settlement options (No Charge); | 0.30 | 0.00 | |
| 10/02/18 | DAW | Review and respond to e-mail correspondence from Pam Kraus re: declaration of bankruptcy filing for the Virginia Galvadon case; | 0.20 | 410.00 | 82.00 |
| 10/05/18 | KAT | Review and analyze e-mail correspondence from Jay Geller with settlement offer (.10); Review and analyze e-mail correspondence from Kyra Andrassy re: preliminary recommendation (.10); | 0.20 | 500.00 | 100.00 |
| 10/09/18 | DAW | Conference with Marsha Houston re: tender of the Castanon complaint to the insurance carrier; | 0.20 | 410.00 | 82.00 |

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 19 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/23/18 | DAW | Draft and send e-mail correspondence to Marsha Houston re: status of the D&O litigation; | 0.10 | 410.00 | 41.00 |
| 10/24/18 | DAW | Review and respond to multiple e-mail correspondence from Kyra Andrassy re: ongoing negotiations with V&G over the Yuba City property; | 0.20 | 410.00 | 82.00 |
| 10/25/18 | DAW | Review and respond to multiple e-mail correspondence from Adam Meislik, and Grobstein Teeple re: ensuring the amended tax returns properly account for the Las Brisas Property; | 0.20 | 410.00 | 82.00 |
| 10/25/18 | DAW | Conference with Grobstein Teeple, Force 10, and Smiley Wang re: tax treatment of equity distributions made to Castanon; | 0.50 | 410.00 | 205.00 |
| 10/30/18 | DAW | Review and analyze e-mail correspondence from Reed Smith re: D&O litigation; | 0.10 | 410.00 | 41.00 |
| 10/31/18 | DAW | Review and respond to e-mail correspondence from Sharon Kubish re: Debtor's operating agreements; | 0.10 | 410.00 | 41.00 |
| 11/01/18 | DAW | Review and respond to multiple e-mail correspondence from Marsha Houston re: conference call today; | 0.20 | 410.00 | 82.00 |
| 11/01/18 | DAW | Conference with Marsha Houston, David Halbrech and Trustee re: strategy moving forward in the D&O litigation; | 0.40 | 410.00 | 164.00 |
| 11/07/18 | DAW | Review and respond to e-mail correspondence from Kyra Andrassy re: settlement analysis from the offer from V&G; | 0.20 | 410.00 | 82.00 |
| 11/12/18 | DAW | Prepare for conference call with Kyra and Valerie Peo counsel for Alleon re: negotiations on the V&G settlement offer (.40); Conference call with Kyra and Valerie re: same (.30); | 0.70 | 410.00 | 287.00 |
| 11/15/18 | DAW | Review and respond to e-mail correspondence from Marsha Houston re: meet and confer with Mr. Castanon; | 0.20 | 410.00 | 82.00 |
| 11/26/18 | DAW | Review and analyze letter from Neil Vengala at V&G re: default in the Yuba City loan; | 0.40 | 410.00 | 164.00 |
| 11/30/18 | DAW | Review and respond to lengthy e-mail correspondence from Kyra Andrassy re: Yuba City settlement and analysis; | 0.20 | 410.00 | 82.00 |
| 11/30/18 | KAT | E-mail correspondence (multiple) with Kyra Andarasy, Jay Geller, David A. Wood and Richard A. Marshack (multiple 5+)) re: deal V & G (.30); | 0.30 | 500.00 | 150.00 |
| 12/03/18 | DAW | Draft and send e-mail correspondence to Layla Buchanan re: preparation of status report in the Lillard v. Luminance state court status conference on December 17, 2018; | 0.10 | 410.00 | 41.00 |
| 12/04/18 | DAW | Draft and revise Bankruptcy Status Report for the Brandon Lillard state court action (.10); Draft and send e-mail correspondence to Layla Buchanan re: same (.10); | 0.20 | 410.00 | 82.00 |
| 12/14/18 | DAW | Draft and send follow up e-mail correspondence to Sharon and Bobby re: status of the amended complaint against Castanon; | 0.10 | 410.00 | 41.00 |
| 12/14/18 | DAW | Draft and send follow up e-mail correspondence to Jeff Golden re: status of the MCA litigation; | 0.10 | 410.00 | 41.00 |
| 12/14/18 | DAW | Review and analyze lengthy e-mail correspondence from Kyra Andrassy to Valerie Peo counsel for Alleon re: counter offer on the | 0.30 | 0.00 | |

**Marshack Hays LLP**

| Richard Marshack, Trustee | April 9, 2019 |
|---|---|
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 20 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | V&G settlement (No Charge); | | | |
| 12/17/18 | DAW | Attend hearing in State Court in the Lillard v. Luminance matter; | 0.90 | 410.00 | 369.00 |
| 12/18/18 | DAW | Review and respond to lengthy e-mail correspondence from Kyra Andrassy re: ongoing negotiations with Alleon for the Yuba City transaction; | 0.20 | 410.00 | 82.00 |
| 12/18/18 | DAW | Review and analyze proposed amended complaint against Castanon and equity holders (No Charge); | 0.90 | 0.00 | |
| 12/19/18 | DAW | Review and respond to e-mail correspondence from Marsha Houston re: amended Castanon complaint; | 0.10 | 410.00 | 41.00 |
| 12/19/18 | DAW | Review and respond to e-mail correspondence from Kyra Andrassy re: counter offer of Alleon from the Yuba City split; | 0.10 | 410.00 | 41.00 |
| 12/19/18 | DAW | Review and respond to lengthy e-mail correspondence from Marsha Houston re: the status of the D&O litigation; | 0.20 | 410.00 | 82.00 |
| 01/07/19 | DAW | Conference with Marsha Houston re: status of the D&O litigation; | 0.40 | 410.00 | 164.00 |
| 01/08/19 | DAW | Review and respond to e-mail correspondence from Sharon Oh Kubish re: settlement offer for the Castanon residence litigation; | 0.20 | 410.00 | 82.00 |
| 01/14/19 | DAW | Review and respond to e-mail correspondence from Kyra Andrassy re: settlement reached with Alleon for division of the Yuba City proceeds; | 0.20 | 410.00 | 82.00 |
| 01/22/19 | DAW | Conference with Marsha Houston re: status of the insurance litigation; | 0.30 | 410.00 | 123.00 |
| 01/24/19 | DAW | Draft and revise settlement agreement with Alleon the division of the proceeds from the sale of Yuba City; | 0.80 | 410.00 | 328.00 |
| 02/06/19 | DAW | Review and respond to multiple e-mail correspondence from David Halbreich and Pam Kraus re: tender denial by the carrier and request for copies of the insurance plan; | 0.30 | 410.00 | 123.00 |
| 02/11/19 | MWG | Review analyze issues re: Alleon settlement issues (.10); | 0.10 | 500.00 | 50.00 |
| 02/28/19 | DAW | Draft and send e-mail correspondence to Layla Buchanan re: bankruptcy status report on the Baygrape state court matter; | 0.10 | 410.00 | 41.00 |
| *Subtotals for task code 10 - Litigation* | | | *85.70* | | *33,926.00* |
| | | **11 - Meetings of Creditors** | | | |
| 05/14/18 | DAW | Prepare for tomorrow's 341(a) meeting of creditors; | 2.20 | 410.00 | 902.00 |
| 05/15/18 | DAW | Prepare for, travel, and attend 341(a) meeting; | 5.00 | 410.00 | 2,050.00 |
| 08/03/18 | DAW | Review and respond to e-mail correspondence from Anthony Arnaudy re: upcoming 341(a) meeting and possible continuance; | 0.10 | 410.00 | 41.00 |
| *Subtotals for task code 11 - Meetings of Creditors* | | | *7.30* | | *2,993.00* |
| | | **13 - Relief from Stay Proceedings** | | | |
| 04/24/18 | DAW | Review supplemental declaration by the Serra landlord on the lease deposit issue; | 0.10 | 410.00 | 41.00 |
| 04/30/18 | DAW | Review and analyze multiple relief from stay motions filed by Mercedes and Ford as to the vehicles; | 0.60 | 410.00 | 246.00 |
| 04/30/18 | DAW | Review and respond to e-mail correspondence from Randy M re: relief from stay for the Mercedes Benz; | 0.20 | 410.00 | 82.00 |

**Marshack Hays LLP**

| Richard Marshack, Trustee | April 9, 2019 |
|---|---|
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 21 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/17/18 | DAW | Review and respond to e-mail correspondence from Rosa Shirley re: stipulation for relief from stay; | 0.10 | 410.00 | 41.00 |
| 05/24/18 | DAW | Review and analyze relief from stay filed by Ronald Joseph Burrows; | 0.70 | 410.00 | 287.00 |
| 06/01/18 | DAW | Review and analyze order entered by the Court granting relief from stay for the 2015 Mercedes Sprinter van; | 0.10 | 410.00 | 41.00 |
| 06/07/18 | DAW | Review and analyze order entered granting relief from stay on the Honda Civic; | 0.10 | 410.00 | 41.00 |
| 06/07/18 | DAW | Review and analyze order entered by the Court granting relief from stay for the landlord at 3001 Eminciea del Sur; | 0.10 | 410.00 | 41.00 |
| 06/08/18 | DAW | Review and analyze order entered by the Court granting relief from stay for the five 2016 Ford Transit Vans; | 0.20 | 410.00 | 82.00 |
| 08/24/18 | DAW | Review and analyze ordre entered by the Court granting the stipulation for relief from stay with San Juan Capistrano Self Storage; | 0.10 | 410.00 | 41.00 |
| 09/27/18 | DAW | Review relief from stay from First Insurance Funding (.40); Draft and send e-mail correspondence to Tinho Mang re: same (.10); | 0.50 | 410.00 | 205.00 |
| 10/01/18 | DAW | Review and respond to e-mail correspondence from Tinho Mang re: limited opposition to the First Finance relief from stay; | 0.10 | 410.00 | 41.00 |
| 10/10/18 | DAW | Conference with Scott Foley re: stipulation for relief from stay with any excess proceeds going to the Estate; | 0.10 | 410.00 | 41.00 |
| 10/15/18 | DAW | Review and analyze relief from stay filed by Ford for the 2017 Ford Transit Wagon; | 0.20 | 410.00 | 82.00 |
| 10/15/18 | MWG | Review and revise stipulation for relief from stay and abandonment of insurance policy and proceeds and analyze same (.30); Review and respond to correspondence from DAW re: stipulation (.20); Review correspondence with Scott Foley re: stipulation and response to same (.20); Review and analyze proposed release of policy and draft correspondence re: same (.20); Review correspondence from Scott Foley re: changes to stipulations (.10); | 1.00 | 500.00 | 500.00 |
| 10/16/18 | DAW | Conference with Scott Foley re: changes to the relief from stay on the employment policy; | 0.10 | 410.00 | 41.00 |
| 10/18/18 | MWG | Review correspondence from Marc Lieberman re: relief from stay stipulation (.10); | 0.10 | 500.00 | 50.00 |
| 10/19/18 | MWG | Review correspondence with Marc Lieberman re: relief from stay stipulation (.10); Review and finalize stipulation (.10); Review and respond to correspondence re: stipulation issues (.10); | 0.30 | 500.00 | 150.00 |
| 10/22/18 | DAW | Review and revise order granting relief from stay stipulation with First; | 0.10 | 410.00 | 41.00 |
| 11/14/18 | DAW | Review and analyze order granting relief from stay for the 2016 Ford Fusion; | 0.10 | 410.00 | 41.00 |
| 11/14/18 | DAW | Review and analyze order granting relief from stay for the 2017 Ford Transit; | 0.10 | 410.00 | 41.00 |
| 11/14/18 | DAW | Review and analyze order granting relief from stay for the 2017 Ford Transit Wagon; | 0.10 | 410.00 | 41.00 |
| 11/15/18 | DAW | Review and analyze order entered by the Court granting relief from stay | 0.10 | 410.00 | 41.00 |

**Marshack Hays LLP**

| | | |
|---|---|---|
| Richard Marshack, Trustee | | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | | Invoice 9248 |
| I.D. 1015-114 - DAW | | Page 22 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | on the 2017 Ford Transit Wagon; | | | |
| | | *Subtotals for task code 13 - Relief from Stay Proceedings* | *5.20* | | *2,258.00* |
| | | 2 - Asset Disposition | | | |
| 04/06/18 | DAW | Review and analyze e-mail correspondence from Jeff Golden re: negotiations of walk away with landlord for the Clipper Way property; | 0.10 | 410.00 | 41.00 |
| 04/06/18 | DAW | Review and analyze lease sent by Karen Conley; | 0.30 | 410.00 | 123.00 |
| 04/10/18 | DAW | Review and respond to multiple e-mail correspondence from Pam Kraus, Anthony Arnaudy, and Viji re: location of the vehicles and potential abandonment back to Wells Fargo; | 0.20 | 410.00 | 82.00 |
| 04/13/18 | PK | Draft Trustee's emergency motion to abandon estate's interest in vehicles (.60); Prepare excel spreadsheet of all vehicles for an exhibit (.30); | 0.90 | 270.00 | 243.00 |
| 04/13/18 | DAW | Review e-mail correspondence from Anthony Arnaudy re: landlord issues; | 0.10 | 410.00 | 41.00 |
| 04/16/18 | DAW | Draft and revise emergency motion to abandon Vehicles; | 1.10 | 410.00 | 451.00 |
| 04/16/18 | MWG | Review and revise motion to reject leases (.80); | 0.80 | 500.00 | 400.00 |
| 04/16/18 | DAW | Review and respond to multiple e-mail correspondence from Karen Conley re: status of settlement on the Sage Property; | 0.20 | 410.00 | 82.00 |
| 04/17/18 | DAW | Review and respond to multiple e-mail correspondence from Adam Meislik re: confirmation that the Vehicles have no equity; | 0.20 | 410.00 | 82.00 |
| 04/17/18 | DAW | Review and respond to multiple e-mail correspondence from Pam Kraus re: signed agreement with Karen Conley waiving all claims against the Estate; | 0.20 | 410.00 | 82.00 |
| 04/17/18 | DAW | Review and analyze new lease amendments provided by Anthony Arnaudy, the Debtor's former CFO, to add to the rejection motion; | 0.80 | 410.00 | 328.00 |
| 04/17/18 | PK | Review and revise Trustee's motion to abandon vehicles (.30); Prepare and organize exhibits (.20); | 0.50 | 270.00 | 135.00 |
| 04/18/18 | DAW | Conference with Keith Butler counsel for the Ladera Ranch landlord re: turnover of the property; | 0.20 | 410.00 | 82.00 |
| 04/18/18 | DAW | Review and respond to multiple e-mail correspondence from Chad Kurtz re: changes to the vehicle abandonment motion; | 0.20 | 410.00 | 82.00 |
| 04/18/18 | DAW | Review and respond to multiple e-mail correspondence from Gib Pagter counsel for Estrella landlord in Paso Robles re: the emergency motion to reject lease; | 0.20 | 410.00 | 82.00 |
| 04/19/18 | DAW | Conference with Maureen Nash at Capistrano Enterprises I LLC, Capistrano Enterprises Limited Partnership, and Capistrano Business Center re: notice of the emergency motion to reject lease as required by the Court; | 0.20 | 410.00 | 82.00 |
| 04/19/18 | DAW | Telephonic message to Karen Conley re: notice of the emergency motion to reject lease as required by the Court; | 0.10 | 410.00 | 41.00 |
| 04/19/18 | DAW | Multiple conferences with Chet Gates landlord the Mallorca property re: notice of the emergency motion to reject lease as required by the Court; | 0.30 | 410.00 | 123.00 |

**Marshack Hays LLP**

| Richard Marshack, Trustee | April 9, 2019 |
|---|---|
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 23 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/19/18 | DAW | Telephonic message to Richman Bry landlord for the Serra Road property re: notice of the emergency motion to reject lease as required by the Court; | 0.10 | 410.00 | 41.00 |
| 04/19/18 | DAW | Conference with Luce at Dr. Robert Biondi's medical office landlord for the Dana Point property re: notice of the emergency motion to reject lease as required by the Court; | 0.20 | 410.00 | 82.00 |
| 04/19/18 | DAW | Telephonic message to Sameh Karras at number given to Trustee by Debtor landlord for the Manor Hill property re: notice of the emergency motion to reject lease as required by the Court; | 0.10 | 410.00 | 41.00 |
| 04/19/18 | DAW | Review and respond to e-mail correspondence from Gib Pagter counsel for the Estrealla Land Company landlord for the Paso Robles property re: notice of the emergency motion to reject lease as required by the Court (.10); Telephonic message to Gib Pagter re: same (.10); | 0.20 | 410.00 | 82.00 |
| 04/19/18 | DAW | Conference with Qui Shiyang landlord for the Emincencia Del Sur Property re: re: notice of the emergency motion to reject lease as required by the Court; | 0.20 | 410.00 | 82.00 |
| 04/19/18 | DAW | Telephonic message to Keith Butler counsel for Jiadai Liu landlrod for the Lennox property re: re: notice of the emergency motion to reject lease as required by the Court; | 0.10 | 410.00 | 41.00 |
| 04/19/18 | DAW | Conference with Pure Life Recovery the landlord for 25052 Pathway property re: notice of the emergency motion to reject lease as required by the Court (.10); Conference with Ben Beauchaine at Pure Life re: same (.20) | 0.30 | 410.00 | 123.00 |
| 04/19/18 | DAW | Telephonic message for Mr. Bishay landlord for the Clipper Way Property re: notice of the emergency motion to reject lease as required by the Court; | 0.10 | 410.00 | 41.00 |
| 04/19/18 | DAW | Conference with Keith Butler counsel for Ladera Ranch landlord re: house was wide open and all furniture was taken; | 0.10 | 410.00 | 41.00 |
| 04/19/18 | DAW | Review and respond to lengthy e-mail correspondence from Keith Butler counsel for the Lennox landlord re: possibly changing locks in light of the current status of the property and ensuring that an agent of the Trustee is on sight at that time; | 0.30 | 410.00 | 123.00 |
| 04/19/18 | DAW | Conference with Gib Pagter counsel for the Estrella Landlord re: motion to reject retroacticely to the Petition Date; | 0.10 | 410.00 | 41.00 |
| 04/19/18 | PK | Draft and revise notice of hearing re: Trustee's motion to abandon vehicles; | 0.30 | 270.00 | 81.00 |
| 04/19/18 | PK | Draft and revise notice of hearing re: Trustee's motion to reject leases; | 0.30 | 270.00 | 81.00 |
| 04/19/18 | PK | Revise proof of services re: Trustee's motions: use cash collateral, abandon vehicles, and reject leases; | 0.30 | 270.00 | 81.00 |
| 04/20/18 | DAW | Review and respond to multiple e-mail correspondence from Keith Butler counsel for the Lennox landlord and Adam Meislik re: scheduling the removal of personal property and changing the locks at the property; | 0.20 | 410.00 | 82.00 |
| 04/20/18 | DAW | Review and respond to multiple e-mail correspondence from Adam Meislik re: access to the corporate suites (.10); Conference call with | 0.20 | 410.00 | 82.00 |

**Marshack Hays LLP**

| | | |
|---|---|---|
| Richard Marshack, Trustee | | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | | Invoice  9248 |
| I.D. 1015-114 - DAW | | Page 24 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Maureen Nash at landlord office to confirm Adam Meislik is part of the Trustee team (.10); | | | |
| 04/20/18 | DAW | Review and respond to multiple e-mail correspondence from Ellen Sprague re: arrangements with the landlord for corporate offices to turnover possession and remove existing furniture; | 0.20 | 410.00 | 82.00 |
| 04/23/18 | DAW | Review and respond to multiple e-mail correspondence from Adam Meislik and Pam Kraus re: removal of office furniture from the corporate office; | 0.20 | 410.00 | 82.00 |
| 04/23/18 | DAW | Review and respond to multiple e-mail correspondence from Ellen Sprague re: location of the vehicles to be abandoned; | 0.20 | 410.00 | 82.00 |
| 04/23/18 | DAW | Review and respond to multiple e-mail correspondence from Pam Kraus and the California Department of Health re: termination of the Debtor's licenses when they abandoned and/or vacated the residential facilities; | 0.20 | 410.00 | 82.00 |
| 04/24/18 | DAW | Conference call with Martha Moser counsel for landlord Chet Gates; | 0.10 | 410.00 | 41.00 |
| 04/24/18 | DAW | Review and analyze multiple e-mail correspondence from Keith Butler counsel for landlord in the Ladera Property and Adam Meislik re: removal of the safe from the Property; | 0.20 | 410.00 | 82.00 |
| 04/24/18 | DAW | Conference with Maureen Nash landlord for the corporate offices re: rekey (.10); Draft and send lengthy e-mail correspondence to Anthony Arnaudy, Adam Meislik, Pam Kraus, and Ellen re: same (.20); | 0.30 | 410.00 | 123.00 |
| 04/25/18 | DAW | Review and respond to multiple e-mail correspondence from Ellen re: location of the vehicles subject to abandonment; | 0.20 | 410.00 | 82.00 |
| 04/25/18 | DAW | Review and respond to lengthy e-mail correspondence from Martha Moser counsel for Chet Gates landlord re: disposition of the personal property; | 0.20 | 410.00 | 82.00 |
| 04/25/18 | DAW | Review and respond to multiple e-mail correspondence from Ellen Sprague re: location of the vehicles (.10); leave message for Randy M re: turnover of the vehicles; | 0.20 | 410.00 | 82.00 |
| 04/25/18 | MWG | Review and analyze issues likely to arise at emergency hearings tomorrow and assist DAW re: same (.30); | 0.30 | 500.00 | 150.00 |
| 04/26/18 | DAW | Review and respond to e-mail correspondence from Ellen Sprague re: today's hearing results and taking personal property from the Mallorca house; | 0.10 | 410.00 | 41.00 |
| 04/26/18 | DAW | Conference with Randy M counsel for Ford re: pickup of the abandoned vehicles; | 0.10 | 410.00 | 41.00 |
| 04/26/18 | DAW | Draft and revise order granting the Trustee's emergency motion to abandon vehicles; | 0.40 | 410.00 | 164.00 |
| 04/26/18 | PK | Draft and revise order granting Trustee's motion to abandon estate's interest in vehicles; | 0.30 | 270.00 | 81.00 |
| 04/26/18 | DAW | Review and analyze e-mail correspondence and attached pictures from Ellen Sprague re: furniture found in the Mallorca house; | 0.10 | 410.00 | 41.00 |
| 04/26/18 | MWG | Review and revise order re: motion to abandon vehicle leases and purchase agreement (.10); | 0.10 | 500.00 | 50.00 |

EXHIBIT 8, PAGE 159

**Marshack Hays LLP**

| Richard Marshack, Trustee | April 9, 2019 |
|---|---|
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 25 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/27/18 | DAW | Draft and revise order granting motion to reject; | 1.60 | 410.00 | 656.00 |
| 04/27/18 | DAW | Review and analyze order entered by the Court granting the motion to abandon the vehicles; | 0.20 | 410.00 | 82.00 |
| 04/27/18 | DAW | Review and analyze order entered by the Court granting the motion to reject; | 0.20 | 410.00 | 82.00 |
| 04/27/18 | DAW | Review and respond to multiple e-mail correspondence from Chad Kurtz re: disposition of furniture, fixture, and equipment at the Mallorca property that is less than $5,000; | 0.20 | 410.00 | 82.00 |
| 04/27/18 | PK | Review and revise order granting Trustee's motion to reject residential leases and abandon certain personal property; | 0.30 | 270.00 | 81.00 |
| 04/28/18 | DAW | Review and analyze multiple e-mail correspondence from Pam Kraus and Ellen Sprague re: turnover of the vehicles; | 0.20 | 410.00 | 82.00 |
| 04/28/18 | PK | Review order granting Trustee's motion to abandon estate's interest in the vehicles; E-mail to Aames Associates and Ellen Sprague to coordinate turnover; | 0.20 | 270.00 | 54.00 |
| 04/30/18 | DAW | Draft and send e-mail correspondence to Randy M counsel for Ford, Pam Kraus, and Ellen Sprague re: turnover of the vehicles; | 0.10 | 410.00 | 41.00 |
| 05/01/18 | DAW | Review and respond to e-mail correspondence re: disposition of the abandoned vehicles; | 0.10 | 410.00 | 41.00 |
| 05/01/18 | DAW | Review and analyze lengthy e-mail correspondence from landlord representative on the Lennox property; | 0.20 | 410.00 | 82.00 |
| 05/01/18 | DAW | Review and respond to multiple e-mail correspondence re: disposition of the vehicles; | 0.20 | 410.00 | 82.00 |
| 05/02/18 | DAW | Review and analyze lengthy e-mail correspondence from Ellen Sprague re: status of the personal property and vehicle turnover; | 0.20 | 410.00 | 82.00 |
| 05/11/18 | DAW | Review and analyze multiple e-mail correspondence from Ellen Sprauge and Randy M counsel for Ford re: turnover of the vehicles; | 0.20 | 410.00 | 82.00 |
| 05/16/18 | PK | Exchange e-mail with Ellen Sprague and review receipts for turnover of 3 Ford vehicles and one MBZ; | 0.30 | 270.00 | 81.00 |
| 05/17/18 | PK | Telephone conference with Chad Kurtz re: Ford vehicles - two unscheduled (.20); Review and revise vehicle spreadsheet (.10); E-mail to Ellen Sprague and Laura King at Aames re: turnover of vehicles (.10); | 0.40 | 270.00 | 108.00 |
| 05/21/18 | DAW | Review and analyze multiple e-mail correspondences from Ellen Sprague and Pam Kraus; | 0.20 | 410.00 | 82.00 |
| 05/21/18 | DAW | Review and analyze multiple e-mail correspondence from Pam Kraus re: the two Ford vans not listed on Debtor's schedules; | 0.20 | 410.00 | 82.00 |
| 05/21/18 | DAW | Review and analyze multiple e-mail correspondence from Randy M counsel for Ford, Anthony Arnaudy, and Pam Kraus re: 2 vehicles that may have gone missing (No Charge); | 0.30 | 0.00 | |
| 05/24/18 | DAW | Review and respond to multiple e-mail correspondence from Pam Kraus and Ellen Sprague re: abandonment of the personal property located at Suite 721; | 0.20 | 410.00 | 82.00 |

EXHIBIT 8, PAGE 160

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 26 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/24/18 | PK | Telephone call and e-mail with David Wood; E-mail to Ellen Sprague re: ok to abandon few remaining items in Suite 721; | 0.20 | 270.00 | 54.00 |
| 05/24/18 | PK | Exchange e-mail with Ellen Sprague re: items remaining in suite 621 (.10); Telephone conference with Ellen Sprague re: other furniture items remaining in Debtors' offices (.20); | 0.30 | 270.00 | 81.00 |
| 05/25/18 | PK | Further e-mails with Adam Meislik, Chad Kurtz, Ellen Sprague and David Wood re: turnover of all office suites except 1703 and abandonment of random furniture remaining; | 0.20 | 270.00 | 54.00 |
| 05/25/18 | PK | Exchange e-mail with Anthony Arnaudy re: missing van may be at a body shop for repairs; | 0.10 | 270.00 | 27.00 |
| 05/25/18 | PK | E-mail to Maureen Nash, property manager at office suites, re: turnover of several suites and provide copy of abandonment order (.30); Exchange e-mail with Maureen Nash re: turnover date and personal property left at the multiple suites (.10); Exchange e-mail with Ellen Sprague re: same (.10); Exchange e-mail with Ellen Sprague re: parties interested in remaining furniture (.20); | 0.70 | 270.00 | 189.00 |
| 05/25/18 | DAW | Review and analyze multiple e-mail correspondence from Anthony Arnaudy and Pam Kraus re: recovery of the missing van from the body shop (No Charge); | 0.20 | 0.00 | |
| 05/25/18 | DAW | Review and analyze multiple e-mail correspondence from Ellen Sprague and Pam Kraus re: removal of the personal property from the office suites (No Charge); | 0.20 | 0.00 | |
| 06/04/18 | DAW | Review and respond to e-mail correspondence from Luke Daniels counsel for the San Clemente property landlord re: possession of the property and removal of personal property, if any; | 0.20 | 410.00 | 82.00 |
| 06/05/18 | KAT | Review and analyze offer of V&G (.20); Review and analyze e-mail correspondence from Kyra Andrassy re: proposal and response (.20); | 0.40 | 500.00 | 200.00 |
| 06/11/18 | KAT | Review and analyze proposed Stipulation and e-mail correspondence re: same (.20); Review and analyze invoices which allegedly support mechanic's lien and e-mail correspondence with Kyra Andrassy re: mechanic's liens and possible credit (.40); | 0.60 | 500.00 | 300.00 |
| 08/07/18 | DAW | Draft and revise demand letter for turnover to Dean Ferguson for assets taken from the hangar; | 0.20 | 410.00 | 82.00 |
| 08/13/18 | PK | Review and revise Trustee's motion for use of cash collateral and revise exhibit; | 0.30 | 270.00 | 81.00 |
| 08/20/18 | KAT | Review and analyze revised offer from V&G (.20); | 0.20 | 500.00 | 100.00 |
| 08/22/18 | PK | Begin drafting Trustee's motion to compel turnover of assets; | 0.80 | 270.00 | 216.00 |
| 08/22/18 | PK | Exchange e-mails with Adam Meislik and David Wood re: removal of assets by the Fergusons; Review e-mail exchange between A. Meislik and M. Castanon; | 0.30 | 270.00 | 81.00 |
| 09/28/18 | DAW | Review and revise motion to abandon employee liability insurance; | 1.80 | 410.00 | 738.00 |
| 10/02/18 | MWG | Review and revise stipulation re: approval of payment of bank fees and costs for lockbox accounts (.40); Review and respond to correspondence from DAW re: stipulation (.20); | 0.60 | 500.00 | 300.00 |

EXHIBIT 8, PAGE 161

**Marshack Hays LLP**

| | | |
|---|---|---|
| Richard Marshack, Trustee | | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | | Invoice 9248 |
| I.D. 1015-114 - DAW | | Page 27 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/15/18 | DAW | Review and analyze proposed changes by Matthew W. Grimshaw to the EPL stipulation (.10); Draft and send e-mail correspondence to Scott Foley re: same (.10); | 0.20 | 410.00 | 82.00 |
| 10/18/18 | KAT | E-mail correspondence with Kyra Andrassy and Richard A. Marshack (multiple) re: sale of LLC interest (.20); | 0.20 | 500.00 | 100.00 |
| 10/22/18 | DAW | Review and revise order granting motion to abandon the EPL policy; | 0.10 | 410.00 | 41.00 |
| 10/22/18 | DAW | Review and analyze order entered by the Court granting the motion to abandon the EPL policy; | 0.10 | 410.00 | 41.00 |
| 10/22/18 | DAW | Review and analyze order entered by the Court granting the stipulation with First Insurance; | 0.10 | 410.00 | 41.00 |
| 10/22/18 | PK | Review and revise stipulation between Trustee and First Insurance Funding and order approving stipulation (.20); | 0.20 | 270.00 | 54.00 |
| 12/07/18 | KAT | Review and analyze e-mail correspondence re: settlement issues (.10); | 0.10 | 500.00 | 50.00 |
| 01/25/19 | MWG | Review correspondence from DAW re: cash collateral order and respond to same (.20); Review and revise cash collateral order (.20); Review and analyze entered order authorizing Trustee's continued use of cash collateral (.10); | 0.50 | 500.00 | 250.00 |
| | | *Subtotals for task code 2 - Asset Disposition* | *27.40* | | *10,323.00* |

3 - Business Operations

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/06/18 | DAW | Multiple conferences with Karen Conley landlord for the San Clemente property re: rejection of the San Clemente lease (.20); Conference with D. Edward Hays re: same (.10); | 0.30 | 410.00 | 123.00 |
| 04/06/18 | DEH | Conferences with David A. Wood re: cash collateral issues and San Clemente lease; | 0.30 | 630.00 | 189.00 |
| 04/09/18 | DAW | Review and respond to multiple e-mail correspondence from Valerie Peo and Jeff Garfinkle re: keeping the Collaborate files open; | 0.20 | 410.00 | 82.00 |
| 04/09/18 | DAW | Review and analyze proposed cash collateral budget negotiated by the parties in the Chapter 11 case; | 1.80 | 410.00 | 738.00 |
| 04/09/18 | DAW | Review and response to multiple e-mail correspondence from Anthony Arnaudy and Adam Meislik re: operational expenses that need to be covered for collection of AR (.20); Draft and send e-mail correspondence to Valerie Peo and Jeff Garfinkle re: cash collateral (.10); | 0.30 | 410.00 | 123.00 |
| 04/09/18 | DAW | Analyze issues relating to cash collateral or 506(c) surcharge stipulation (.80); Conference with D. Edward Hays re: same (.30); | 1.10 | 410.00 | 451.00 |
| 04/10/18 | DAW | Prepare for meeting with Debtor's former CFO; | 0.70 | 410.00 | 287.00 |
| 04/10/18 | DAW | Conference with Valerie Peo re: cash collateral; | 0.30 | 410.00 | 123.00 |
| 04/10/18 | DAW | Review and respond to multiple e-mail correspondence from Pam Kraus and Viji director of finance for Debtor; | 0.20 | 410.00 | 82.00 |
| 04/11/18 | DAW | Conference with Valerie Peo counsel for Alleon re: carve out for administrative expenses (.30); Draft and send follow up e-mail correspondence to counsel re: separate line item for D&O renewal | 0.30 | 410.00 | 123.00 |

**Marshack Hays LLP**

| | | | | | |
|---|---|---|---|---|---|
| Richard Marshack, Trustee | | | | | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | | | | | Invoice 9248 |
| I.D. 1015-114 - DAW | | | | | Page 28 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | (.10); | | | |
| 04/13/18 | DAW | Review and analyze e-mail correspondence from Valerie Peo counsel for Alleon re: payment to D&O (.10); Conference call with Valerie re: same (.20); | 0.30 | 410.00 | 123.00 |
| 04/13/18 | DAW | Review and analyze multiple e-mail correspondence from Richard Glaser and Pam Kraus re: outstanding invoices owed to Zencharts; | 0.20 | 410.00 | 82.00 |
| 04/16/18 | DAW | Attend conference with Anthony Arnaudy, Trustee, and Adam Meislik and Trustee re: cash collateral budget and business operations; | 2.70 | 410.00 | 1,107.00 |
| 04/16/18 | DAW | Review and analyze multiple e-mail correspondence from Valerie Peo counsel for Alleon and Adam Meislik at Force 10 re: revised budget for cash collateral; | 0.20 | 410.00 | 82.00 |
| 04/16/18 | DAW | Review and respond to multiple e-mail correspondence from Adam Meislik and Chad Kurtz re: carve out for admin fees in the proposed budget; | 0.10 | 410.00 | 41.00 |
| 04/16/18 | PK | Draft Trustee's motion to operate business and collect AR; | 0.40 | 270.00 | 108.00 |
| 04/16/18 | DAW | Review and respond to e-mail correspondence from Valerie Peo re: Alleon's consent to the Conley settlement and D&O expenditure; | 0.20 | 410.00 | 82.00 |
| 04/17/18 | MWG | Review and revise cash collateral motion (1.10); | 1.10 | 500.00 | 550.00 |
| 04/17/18 | DAW | Review and revise emergency motion to operate under 721 and cash collateral; | 4.80 | 410.00 | 1,968.00 |
| 04/17/18 | DAW | Review and respond to e-mail correspondence from Adam Meislik re: ongoing negotiations with Optimal; | 0.10 | 410.00 | 41.00 |
| 04/17/18 | DAW | Draft and send follow up e-mail correspondence to Valerie Peo counsel for Alleon re: the proposed budget for cash collateral; | 0.20 | 410.00 | 82.00 |
| 04/17/18 | DAW | Review and analyze multiple e-mail correspondence from Adam Meislik and Optimal re: ongoing negotiations; | 0.20 | 410.00 | 82.00 |
| 04/18/18 | DAW | Conference with Trustee re: final revisions to the emergency motions; | 0.20 | 410.00 | 82.00 |
| 04/18/18 | DAW | Conference with chambers re: obtaining a hearing date for the emergency motion re: cash collateral (No Charge); | 0.20 | 0.00 | |
| 04/18/18 | DAW | Review and respond to multiple e-mail correspondence from Adam Meislik re: changes to the budget and cash collateral motion; | 0.30 | 410.00 | 123.00 |
| 04/18/18 | DAW | Conference with Valerie Peo counsel for Alleon re: cash collateral negotiations; | 0.20 | 410.00 | 82.00 |
| 04/18/18 | DAW | Finalize emergency motions for filing with pin point bates stamp citations and last minute revisions; | 5.80 | 410.00 | 2,378.00 |
| 04/18/18 | MWG | Review and analyze prior cash collateral order re: use of provisions in connection with Trustee's cash collateral motion (.40); Telephone conference with DAW re: cash collateral order's provisions (.20); Review and analyze budget (.40); Review and revise LBR 4001 Financing Statement Form (.30); | 1.30 | 500.00 | 650.00 |
| 04/19/18 | DAW | Draft and revise the order granting the cash collateral motion; | 1.90 | 410.00 | 779.00 |
| 04/19/18 | DAW | Review and respond to lengthy e-mail correspondence from Chad Kurtz at Force 10 Partners re: specific changes to the budget and reporting | 0.30 | 410.00 | 123.00 |

**Marshack Hays LLP**

| | | | | |
|---|---|---|---|---|
| Richard Marshack, Trustee | | | | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | | | | Invoice 9248 |
| I.D. 1015-114 - DAW | | | | Page 29 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | requirements while in a Chapter 7; | | | |
| 04/19/18 | DAW | Review and respond to multiple e-mail correspondence from Pam Kraus and Chad Kurtz re: gaining access to the Comerica account; | 0.20 | 410.00 | 82.00 |
| 04/19/18 | PK | Draft and revise notice of hearing re: Trustee's motion to use cash collateral and collect AR; | 0.30 | 270.00 | 81.00 |
| 04/20/18 | DAW | Review and respond to multiple e-mail correspondence from Valerie Peo counsel for Alleon re: upcoming emergency hearings; | 0.20 | 410.00 | 82.00 |
| 04/20/18 | DAW | Conference with Matthew W. Grimshaw re: edits to the cash collateral order; | 0.30 | 410.00 | 123.00 |
| 04/20/18 | MWG | Review and revise proposed cash collateral order (1.10). | 1.10 | 500.00 | 550.00 |
| 04/23/18 | DAW | Review and analyze edits made by Matthew W. Grimshaw to the cash collateral order (.20); Draft and send e-mail correspondence to Valerie Peo counsel for Alleon re: same with attached proposed order (.10); | 0.30 | 410.00 | 123.00 |
| 04/23/18 | DAW | Review and respond to e-mail correspondence from Beth Gaschen re: expiration of deadline to object to insider compensation for Anthony Arnaudy; | 0.10 | 410.00 | 41.00 |
| 04/23/18 | DAW | Conference with Latonia Williams counsel for United Healthcare; | 0.20 | 410.00 | 82.00 |
| 04/23/18 | DAW | Review and respond to multiple e-mail correspondence from Anthony Arnaudy and Pam Kraus re: continued business operations and possible insurance benefits to the employees; | 0.20 | 410.00 | 82.00 |
| 04/23/18 | DAW | Conference with Trustee re: litigation strategy (No Charge); | 2.50 | 0.00 | |
| 04/23/18 | DAW | Finalize my declaration re: telephonic notice and service of the emergency motions; | 0.20 | 410.00 | 82.00 |
| 04/23/18 | DAW | Conference with U.S. Trustee re: the emergency motions set for Thursday, April 16, 2018; | 0.20 | 410.00 | 82.00 |
| 04/23/18 | DAW | Conference with Trustee re: edits to be made to the cash collateral order; | 0.40 | 410.00 | 164.00 |
| 04/24/18 | DAW | Review and analyze edits to the cash collateral order made by Valerie Peo counsel for Alleon (.50); Draft and send e-mail correspondence to Valerie re: suggested revisions (.20); | 0.70 | 410.00 | 287.00 |
| 04/24/18 | DAW | Review Debtor's schedules and compare with the motion to reject for leases; | 0.70 | 410.00 | 287.00 |
| 04/24/18 | DAW | Review and respond to e-mail correspondence from Anthony Arnaudy re: the UCC filed by CapCall confirming that it was paid in full; | 0.20 | 410.00 | 82.00 |
| 04/24/18 | DAW | Conference with Pam Kraus re: cash in hand in Trustee account and balance of the DIP accounts; | 0.10 | 410.00 | 41.00 |
| 04/25/18 | DAW | Review and respond to e-mail correspondence from Valerie Peo re: continued negotiations on the cash collateral budget; | 0.20 | 410.00 | 82.00 |
| 04/25/18 | DAW | Review, revise, and finalize the notice of proposed cash collateral budget and the Court's FRBP 4001 form for filing; | 0.90 | 410.00 | 369.00 |
| 04/25/18 | DAW | Review and respond to e-mail correspondence from Latonia Williams counsel for United Healthcare; | 0.10 | 410.00 | 41.00 |
| 04/25/18 | DAW | Conference with Beth Gaschen counsel for the Debtor re: Estates | 1.00 | 410.00 | 410.00 |

**Marshack Hays LLP**

| | | | | | |
|---|---|---|---|---|---|
| Richard Marshack, Trustee | | | | April 9, 2019 | |
| Re: Luminance Recovery Center, LLC | | | | Invoice 9248 | |
| I.D. 1015-114 - DAW | | | | Page 30 | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | assets and updated Schedules and SOFA; | | | |
| 04/25/18 | DAW | Prepare for tomorrow's emergency hearings; | 3.30 | 410.00 | 1,353.00 |
| 04/25/18 | DAW | Review and respond to multiple e-mail correspondence from Anthony Arnaudy, Adam Meislik, and Pam Kraus re: pre-petition wages; | 0.30 | 410.00 | 123.00 |
| 04/25/18 | DAW | Conference with Pam Kraus re: pre-petition wage issue; | 0.10 | 410.00 | 41.00 |
| 04/25/18 | DAW | Conference with Adam Meislik re: tomorrow's emergency hearings; | 0.20 | 410.00 | 82.00 |
| 04/25/18 | PK | Exchange e-mail with C. Kurtz re: banking access; Exchange e-mail with multiple parties re: payment of pre-petition wages; Telephone call with D. Wood re: same; | 0.50 | 270.00 | 135.00 |
| 04/25/18 | DAW | Review and analyze multiple e-mail correspondence from Pam Kraus and California Bank and Trust re: access to the DIP accounts; | 0.20 | 410.00 | 82.00 |
| 04/26/18 | DAW | Prepare for, travel, and attend hearing on the Trustee's emergency motions; | 4.00 | 410.00 | 1,640.00 |
| 04/27/18 | DAW | Conference with Anthony Arnaudy, Chad Kurtz, and Pam Kraus re: setting up operations; | 0.90 | 410.00 | 369.00 |
| 04/27/18 | DAW | Review and analyze multiple e-mail correspondence from Viji and Chad Kurtz re: payment to ADP to start collecting credit card AR payments; | 0.20 | 410.00 | 82.00 |
| 04/27/18 | DAW | Review and analyze budget for compliance in the next few weeks (No Charge); | 1.80 | 0.00 | |
| 04/28/18 | DAW | Review and analyze multiple e-mail correspondence from Chads Kurtz and Pam Kraus re: voided pre-petition checks issued that were not cashed; | 0.20 | 410.00 | 82.00 |
| 04/30/18 | DAW | Review and respond to e-mail correspondence from Valerie Peo counsel for Alleon re: continued negotiations on the order granting the cash collateral motion; | 0.20 | 410.00 | 82.00 |
| 04/30/18 | DAW | Review and respond to e-mail correspondence from Pam Kraus re: health insurance issues for the former employees; | 0.10 | 410.00 | 41.00 |
| 04/30/18 | DAW | Review and analyze multiple e-mail correspondence from Pam Kraus and Viji re: tax payments (No Charge); | 0.10 | 0.00 | |
| 04/30/18 | DAW | Meeting with Morgan Foster, Viji, Anthony Arnaudy, Pam Kraus, and Chad Kurtz re: getting operations started; | 2.50 | 410.00 | 1,025.00 |
| 04/30/18 | DAW | Draft and send e-mail correspondence to Kevin Horbatuik counsel for Cigna re: transfer of the AR payments from the DIP account to the Trustee's accounts; | 0.20 | 410.00 | 82.00 |
| 04/30/18 | DAW | Review and analyze activity report for California Bank and Trust for the DIP account; | 0.20 | 410.00 | 82.00 |
| 04/30/18 | DAW | Review and respond to e-mail correspondence from counsel for United Healthcare re: health care insurance coverage for former employees; | 0.20 | 410.00 | 82.00 |
| 04/30/18 | DAW | Conference with Valerie Peo re: budget issues; | 0.50 | 410.00 | 205.00 |
| 04/30/18 | PK | Prepare for and attend conference call with David Wood, Anthony Arnaudy, Viji Sundaram, Chad Kurtz re: banking, payroll, taxes, accounting; | 2.50 | 270.00 | 675.00 |
| 05/01/18 | DAW | Review and revise cash collateral order pursuant to revisions proposed | 1.20 | 0.00 | |

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 31 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | by the Bank (.60); prepare for conference with counsel for the bank (.60) (No Charge); | | | |
| 05/01/18 | DAW | Conference with Valerie Peo counsel for Alleon revisions to the cash collateral order; | 0.80 | 410.00 | 328.00 |
| 05/01/18 | DAW | Review and respond to multiple e-mail correspondence from Valerie Peo counsel for Alleon re: negotiations on the terms of the cash collateral order; | 0.20 | 410.00 | 82.00 |
| 05/02/18 | DAW | Review and respond to multiple e-mail correspondence from Valerie Peo counsel for Alleon re: budget issues; | 0.40 | 410.00 | 164.00 |
| 05/02/18 | DAW | Conference call with Valerie Peo counsel for Alleon re: cash collateral budget; | 0.50 | 410.00 | 205.00 |
| 05/02/18 | DAW | Conference call with Chad Kurtz re: issues with the budget and payments to Alleon; | 0.20 | 410.00 | 82.00 |
| 05/02/18 | DAW | Analyze issues relating to budget and cash flow for ongoing negotiations with the bank (No Charge); | 1.70 | 0.00 | |
| 05/02/18 | DAW | Review and respond to multiple e-mail correspondence from Valerie Peo counsel for Alleon re: finalizing the cash collateral order; | 0.20 | 410.00 | 82.00 |
| 05/02/18 | DAW | Review and respond to lengthy e-mail correspondence from Valerie Peo counsel for Alleon re: general liability insurance; | 0.20 | 410.00 | 82.00 |
| 05/02/18 | DAW | Conference with Chad Kurtz re: variance payments and Optimal's contract; | 0.30 | 410.00 | 123.00 |
| 05/04/18 | DAW | Review and analyze multiple e-mail correspondence from Adam Meislik and Pam Kraus re: retention of the umbrella insurance policy (No Charge); | 0.20 | 0.00 | |
| 05/07/18 | DAW | Review and analyze multiple e-mail correspondence from Kipu principal and Pam Kraus re: outstanding invoices; | 0.20 | 410.00 | 82.00 |
| 05/07/18 | DAW | Review and analyze multiple e-mail correspondence from Chad Kurtz and Pam Kraus re: payment to Optimal (No Charge); | 0.20 | 0.00 | |
| 05/07/18 | DAW | Review and analyze order entered by the Court granting the cash collateral motion; | 0.20 | 410.00 | 82.00 |
| 05/08/18 | DAW | Conference with Chad Kurtz re: cash flow; | 0.30 | 410.00 | 123.00 |
| 05/08/18 | DAW | Review and revise order further granting the cash management order; | 0.30 | 410.00 | 123.00 |
| 05/08/18 | DAW | Review and respond to Valerie Peo counsel for Alleon re: the cash collateral order (.10); Conference call with Valerie re: same (.20); | 0.30 | 410.00 | 123.00 |
| 05/08/18 | MWG | Review and revise omnibus order re: Trustee's emergency motions to operate business and use bank accounts (.20); | 0.20 | 500.00 | 100.00 |
| 05/09/18 | DAW | Review and analyze multiple e-mail correspondence from Pam Kraus and California Bank and Trust re: turnover of the funds from the Bank (.20); Draft and send lengthy e-mail correspondence to Pam Kraus, Chad Kurtz, and Trustee re: collection of funds and potential allocation of funds (.10); | 0.30 | 410.00 | 123.00 |
| 05/10/18 | DAW | Review and respond to multiple e-mail correspondence from Pam Kraus and Chad Kurtz re: receipt of the CBT funds (.20); Draft and | 0.40 | 410.00 | 164.00 |

**Marshack Hays LLP**

| | | | | | |
|---|---|---|---|---|---|
| Richard Marshack, Trustee | | | | | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | | | | | Invoice  9248 |
| I.D. 1015-114 - DAW | | | | | Page 32 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | send e-mail correspondence to Valerie Peo counsel for Alleon re: same and breakdown of the allocation of the funds (.20); | | | |
| 05/11/18 | DAW | Review order entered by the Court on the cash management order; | 0.20 | 410.00 | 82.00 |
| 05/11/18 | PK | Telephone call and e-mail with Comerica Bank; | 0.20 | 270.00 | 54.00 |
| 05/14/18 | DAW | Conference call with Valerie Peo counsel for Alleon re: today's meeting with Michael Castanon and payments to the bank; | 0.40 | 410.00 | 164.00 |
| 05/14/18 | DAW | Conference with Valerie Peo re: issues with Optimal; | 0.20 | 410.00 | 82.00 |
| 05/15/18 | PK | E-mail to all parties re: confernce call-in information; | 0.10 | 270.00 | 27.00 |
| 05/21/18 | DAW | Review and analyze multiple e-mail correspondence from Pam Kraus and Morgan Foster re: outstanding invoice for Optifnow (No Charge); | 0.20 | 0.00 | |
| 05/21/18 | DAW | Review and respond to e-mail correspondence from Chad Kurtz re: reporting to Alleon and upcoming budget payments; | 0.20 | 410.00 | 82.00 |
| 05/22/18 | DAW | Review and analyze cash variance report for updated projections; | 0.40 | 410.00 | 164.00 |
| 05/24/18 | DAW | Review and respond to multiple e-mail correspondence from Chad Kurtz and Pam Kraus re: cash on hand and possible payment to Alleon; | 0.20 | 410.00 | 82.00 |
| 06/01/18 | DAW | Review and analyze order granting Ford relief from stay on the 2016 Ford Fusion; | 0.10 | 410.00 | 41.00 |
| 06/01/18 | DAW | Conference with Valerie Peo counsel for Alleon re: status of the case and collections; | 0.30 | 410.00 | 123.00 |
| 06/04/18 | DAW | Review and analyze multiple e-mail correspondence from Caroline Djang and Valerie Peo re: competing bid from Infinity for collections; | 0.10 | 410.00 | 41.00 |
| 06/04/18 | DAW | Review and respond to e-mail correspondence from Pam Kraus re: keeping the Comerica accounts open; | 0.20 | 410.00 | 82.00 |
| 06/04/18 | PK | Draft Trustee's motion to continue use of Debtors' existing bank accounts and declaration of Trustee in support; | 0.60 | 270.00 | 162.00 |
| 06/04/18 | PK | Exchange e-mail with Comerica Bank; | 0.20 | 270.00 | 54.00 |
| 06/04/18 | PK | Telephone call with Comerica; E-mail to D. Wood; | 0.20 | 270.00 | 54.00 |
| 06/05/18 | DAW | Draft and revise emergency motion for continue use of cash management order; | 0.90 | 410.00 | 369.00 |
| 06/05/18 | DAW | Conference with Valerie Peo counsel for Alleon re: emergency motion for turnover on Comerica; | 0.20 | 410.00 | 82.00 |
| 06/07/18 | DAW | Leave telephonic messages for notice of the emergency motions to Valerie Peo counsel for Alleon, Beth Gaschen counsel for the Debtor, and Michael Hauser of the U.S. Trustee; | 0.10 | 410.00 | 41.00 |
| 06/25/18 | DAW | Conference with Pam Kraus re: cash on hand and payments made to Alleon; | 0.10 | 410.00 | 41.00 |
| 07/09/18 | DAW | Review and respond to multiple e-mail correspondence from Valerie Peo and Pam Kraus re: question re: the monthly operating reports; | 0.20 | 410.00 | 82.00 |
| 07/10/18 | DAW | Review and respond to multiple e-mail correspondence from Anthony Arnaudy and Chad Kurtz re: recent collections and future payments to Alleon; | 0.20 | 410.00 | 82.00 |
| 07/10/18 | DAW | Conference with Valerie Peo re: budget issues and upcoming cash collateral issues; | 0.20 | 410.00 | 82.00 |

**Marshack Hays LLP**

| Richard Marshack, Trustee | April 9, 2019 |
|---|---|
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 33 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/12/18 | DAW | Conference with Valerie Peo on continued use of cash collateral; | 0.40 | 410.00 | 164.00 |
| 07/12/18 | DAW | Draft and revise stipulation for continued use of cash collateral through and including August 8, 2018; | 0.60 | 410.00 | 246.00 |
| 07/12/18 | MWG | Telephone conference with DAW re: cash collateral issues and proposed resolutions (.20); | 0.20 | 500.00 | 100.00 |
| 07/15/18 | DAW | Review and respond to e-mail correspondence from Valerie Peo re: continued negotiation on cash collateral; | 0.10 | 410.00 | 41.00 |
| 07/18/18 | DAW | Prepare for conference call with Optimal re: analysis of outstanding AR and collectability in the future (1.90); Conference call with Optlmal and Force 10 re: collection of AR (.90); | 2.90 | 410.00 | 1,189.00 |
| 07/18/18 | MWG | Review correspondence with Valerie Peo re: cash collateral issues (.10); Review and revise amended cash collateral stipulation (.20); Review correspondence with Valerie Peo re: proposed revisions (.10); | 0.40 | 500.00 | 200.00 |
| 07/19/18 | DAW | Review and revise stipulation for cash collateral with redline for Alleon (.50); Draft and send e-mail correspondence to Valerie Peo counsel for Alleon with attached stipulation for review (.20); | 0.70 | 410.00 | 287.00 |
| 07/19/18 | DAW | Conference call with Adam Meislik re: ongoing collections; | 0.30 | 410.00 | 123.00 |
| 07/19/18 | MWG | Review correspondence from Valerie Peo re: cash collateral stipulation and response to same (.20); Review further correspondence with Valerie Peo re: finalizing stipulation and response to same (.20); Telephone conference with DAW re: cash collateral issues (.10); | 0.50 | 500.00 | 250.00 |
| 07/20/18 | DAW | Review and respond to e-mail correspondence from Valerie Peo counsel for Alleon re: cash collateral stipulation and carve out to professionals; | 0.20 | 410.00 | 82.00 |
| 07/20/18 | DAW | Conference with Matthew W. Grimshaw re: offer by Alleon on the carve out; | 0.20 | 410.00 | 82.00 |
| 07/20/18 | DAW | Conference with Force 10 re: carve out offer from Alleon on the new cash collateral budget; | 0.20 | 410.00 | 82.00 |
| 07/20/18 | DAW | Conference with Valerie Peo counsel for Alleon re: continued negotiations on cash collateral budget; | 0.30 | 410.00 | 123.00 |
| 07/20/18 | DAW | Review and respond to multiple e-mail correspondence from Chad Kurtz re: revisions to the cash collateral budget; | 0.20 | 410.00 | 82.00 |
| 07/20/18 | DAW | Eight separate conference calls with Valerie Peo counsel for Alleon re: negotiations on continued use of cash collateral; | 0.90 | 410.00 | 369.00 |
| 07/20/18 | DAW | Multiple conference calls with the Trustee re: ongoing negotiations on the use of cash collateral; | 0.40 | 410.00 | 164.00 |
| 07/20/18 | DAW | Analyze issues of use of cash collateral based on ongoing negotiations with Alleon; | 0.70 | 410.00 | 287.00 |
| 07/20/18 | DAW | Review and respond to e-mail correspondence from Valerie Peo counsel for Alleon re: Alleon's consent of the Estate to use cash collateral through July 24, 2018; | 0.10 | 410.00 | 41.00 |
| 07/20/18 | MWG | Review correspondence from Valerie Peo re: suggested changes to cash collateral stipulation and analyze same (.20); Review correspondence to Valerie Peo re: cash collateral impasse in light of | 1.90 | 500.00 | 950.00 |

EXHIBIT 8, PAGE 168

**Marshack Hays LLP**

| | | | | | |
|---|---|---|---|---|---|
| Richard Marshack, Trustee | | | | April 9, 2019 | |
| Re: Luminance Recovery Center, LLC | | | | Invoice 9248 | |
| I.D. 1015-114 - DAW | | | | Page 34 | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | refusal to consent to carveout (.10); Multiple telephone conferences with DAW re: cash collateral impasse (.90); Review correspondence with Valerie Peo re: revised cash collateral stipulation (.10); Review and revise order re: cash collateral stipulation (.20); Review correspondence with Valerie Peo re: cash collateral budget and analyze same (.10); Review correspondence with Valerie Peo re: proposed cash collateral order (.10); Review correspondence from Valerie Peo re: conference call issues and response to same (.20); | | | |
| 07/23/18 | DAW | Review and respond to multiple e-mail correspondence from Valerie Peo counsel for Alleon re: outline of the Estate's expenditures (.30); Conference call with Valerie re: same (.20); | 0.50 | 410.00 | 205.00 |
| 07/23/18 | DAW | Analyze spreadsheet from Optimal showing collections of AR (1.50); Conference with Trustee re: call with Alleon (.50); Conference with Alleon and Trustee (.50); | 2.50 | 410.00 | 1,025.00 |
| 07/23/18 | DAW | Multiple conferences with Valerie Peo re: continued negotiations on cash collateral; | 0.30 | 410.00 | 123.00 |
| 07/23/18 | DAW | Review and respond to multiple lengthy e-mail correspondence from Chad Kurtz and Adam Meislik re: payment of $50,000 to Alleon and cash flow analysis; | 0.30 | 410.00 | 123.00 |
| 07/24/18 | DAW | Conference with Valerie Peo counsel for Alleon re: continued negotiations on the cash collateral stipulation (.20); Draft and send e-mail correspondence to Valerie re: the attached revised stipulation for review (.10); | 0.30 | 410.00 | 123.00 |
| 07/24/18 | MWG | Review various correspondence to and from Valerie Peo re: revised cash collateral stipulation and analyze same (.20); Telephone conference with DAW re: approval of cash collateral stipulation (.10); Review correspondence from Valerie Peo re: approval of cash collateral order and response to same (.20); Review correspondence with Valerie Peo re: revised cash collateral stipulation and response to same (.20); Review correspondence with Valerie Peo re: further revised cash collateral stipulation and response to same (.20); | 0.90 | 500.00 | 450.00 |
| 07/25/18 | DAW | Review, analyze, and revise proposed budget for next three weeks; | 3.80 | 410.00 | 1,558.00 |
| 07/26/18 | DAW | Prepare for meeting with Chad Kurtz re: revised budget moving forward (2.0); Conference call with Chad Kurtz re: same (.40); | 2.40 | 410.00 | 984.00 |
| 07/26/18 | DAW | Review and respond to multiple e-mail correspondence from Adam Meislik and Optimal re: expectation for collections in the next few weeks; | 0.20 | 410.00 | 82.00 |
| 07/26/18 | DAW | Review and analyze revised projected AR collection for 13 week budget and historical collection rate chart (No Charge); | 1.80 | 0.00 | |
| 07/27/18 | DAW | Conference with Valerie Peo counsel for Alleon re: final cash collateral negotiations; | 0.20 | 410.00 | 82.00 |
| 07/27/18 | DAW | Review and respond to multiple lengthy e-mail correspondence from Optimal re: mistakes made in their projected AR calculations; | 0.40 | 410.00 | 164.00 |
| 07/27/18 | DAW | Review and respond to multiple e-mail correspondence from Optimal re: | 0.20 | 410.00 | 82.00 |

**Marshack Hays LLP**

| | | | | |
|---|---|---|---|---|
| Richard Marshack, Trustee | | | | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | | | | Invoice 9248 |
| I.D. 1015-114 - DAW | | | | Page 35 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | changes to the AR numbers; | | | |
| 07/31/18 | DAW | Draft and send follow up e-mail correspondence to Valerie Peo counsel for Alleon re: needed information for the propose cash collateral budget; | 0.10 | 410.00 | 41.00 |
| 07/31/18 | DAW | Review and listen to voicemail from Valerie Peo re: responses to the Trustee's inquiries for interest reserve for cash collateral budget; | 0.10 | 410.00 | 41.00 |
| 08/02/18 | DAW | Draft and revise August 2018 cash management motion; | 0.90 | 410.00 | 369.00 |
| 08/02/18 | DAW | Analyze issues of default interest rate as Alleon seems to take the position that the default interest rate is applicable due to defaults to the MCA lenders; | 1.90 | 410.00 | 779.00 |
| 08/02/18 | DAW | Review e-mail correspondence from Valerie Peo counsel for the Bank re: response to our request from the Bank for numbers (.10); Conference with Valerie Peo counsel re: same (.10); | 0.20 | 410.00 | 82.00 |
| 08/03/18 | DAW | Review and respond to multiple e-mail correspondence from Pam Kraus and Chad Kurtz re: cash on hand analysis and further payment to Alleon; | 0.20 | 410.00 | 82.00 |
| 08/03/18 | DAW | Review and respond to e-mail correspondence from Valerie Peo counsel for Alleon re: continued cash collateral negotiations; | 0.10 | 410.00 | 41.00 |
| 08/06/18 | DAW | Review and respond to multiple e-mail correspondence from Valerie Peo counsel for Alleon re: status of Alleon's response to our request for explanation on interest rate, interest reserve, and amount of claim for cash collateral purposes; | 0.20 | 410.00 | 82.00 |
| 08/07/18 | DAW | Review and analyze Alleon's spreadsheet showing what they believed to be owed adn the allocation of payments for the cash collateral budget (.40); Review and analyze Force 10's proposed cash collateral budget finalized with the information provided by Alleon (.40); Conference call with Chad Kurtz at Force 10 re: same (.20); Draft and send e-mail correspondence and voicemail to Valerie Peo counsel for Alleon re: attached proposed cash collateral budget (.20); | 1.20 | 410.00 | 492.00 |
| 08/07/18 | DAW | Conference with Valerie Peo counsel for Alleon re: the assumptions in the recent budget; | 0.30 | 410.00 | 123.00 |
| 08/08/18 | DAW | Conference with Valerie Peo counsel for Alleon re: ongoing cash collateral negotiations (.20); Draft and send several e-mail correspondence to Optimal re: status of Infnity claims analysis (.10); Draft and send e-mail correspondence to all professionals for current fees and expected costs through November (.20); | 0.50 | 410.00 | 205.00 |
| 08/08/18 | DAW | Gather information requested by Alleon for cash collateral budget negotiations (.30); Draft and revise lengthy e-mail correspondence to Valerie Peo counsel for Alleon re: same with information requested (.20); | 0.50 | 410.00 | 205.00 |
| 08/09/18 | DAW | Draft and revise August 2018 emergency cash collateral motion; | 2.60 | 410.00 | 1,066.00 |
| 08/09/18 | DAW | Multiple conferences with Valerie Peo counsel for Alleon re: cash collateral negotiations; | 0.50 | 410.00 | 205.00 |
| 08/09/18 | DAW | Multiple conferences with the Trustee re: Alleon's counter for administrative carve out; | 0.30 | 410.00 | 123.00 |

**Marshack Hays LLP**

| | | | | |
|---|---|---|---|---|
| Richard Marshack, Trustee | | | | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | | | | Invoice 9248 |
| I.D. 1015-114 - DAW | | | | Page 36 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/09/18 | MWG | Review and revise motion to approve use of cash collateral (1.20); Telephone conference with DAW re: cash collateral issues (.30); Review various emails from paralegal re: finalizing cash collateral motion and follow-up re: same (.30); | 1.80 | 500.00 | 900.00 |
| 08/10/18 | DAW | Multiple conferences with Valerie Peo re: continued cash collateral negotiations; | 0.40 | 410.00 | 164.00 |
| 08/10/18 | PK | Review and revise Trustee's motion for continued use of cash collateral; | 0.30 | 270.00 | 81.00 |
| 08/10/18 | PK | Prepare, organize and bates stamp exhibits to Trustee's emergency motion for use of cash collateral (.40); Insert and update pinpoint citations (.20); | 0.60 | 270.00 | 162.00 |
| 08/13/18 | DAW | Finalize motion for cash collateral for filing with pint point bates stamp citations, etc (No Charge in light of Judge Clarkson's instruction to file the motion as a stipulation since the matter was consensual); | 2.40 | 0.00 | |
| 08/13/18 | MWG | Review correspondence with Valerie Peo re: cash collateral issues and response to same (.20); Review correspondence from Valerie Peo re: consent to use of cash collateral and response to same (.20); Multiple telephone conferences with DAW re: cash collateral stipulation issues (.50); Review and revise cash collateral stipulation (.20); Review revised stipulation provided by Valerie Pel and provide further revisions re: same (.20); Review correspondence from DAW re: obtaining emergency hearing (.10); Review correspondence from DAW re: chamber's agreement to accept stipulation and Valerie Peo's agreement to same (.20); Review correspondence with Valerie Peo e finalized stipulation (.10); Review correspondence from Valerie Peo re: making revisions to stipulation and respond to same (.20); Review and analyze changes to stipulation proposed by Valerie Peo (.20); | 2.10 | 500.00 | 1,050.00 |
| 08/14/18 | DAW | Conference call with Patrick Hufstickler counsel for S&B Bank re: the cash management motion; | 0.20 | 410.00 | 82.00 |
| 08/15/18 | DAW | Review and analyze order entered by the Court granting the cash collateral stipulation through and including November 2018; | 0.10 | 410.00 | 41.00 |
| 08/15/18 | DAW | Conference with Valerie Peo counsel for Infinity re: negotiations with SNB bank on payment of their fees; | 0.20 | 410.00 | 82.00 |
| 08/17/18 | DAW | Review and analyze multiple e-mail correspondence from Optimal and Pam Kraus re: reconciliation of certain payments; | 0.20 | 410.00 | 82.00 |
| 08/17/18 | DAW | Conference with Trustee re: status of case; | 0.10 | 410.00 | 41.00 |
| 08/20/18 | PK | Draft declaration of non-opposition and order granting Trustee's motion for continued use of debtors' bank accounts; | 0.40 | 270.00 | 108.00 |
| 08/21/18 | PK | Revise declaration of non-opposition and order granting Trustee's motion to continue use of Debtors' bank accounts; | 0.30 | 270.00 | 81.00 |
| 08/21/18 | DAW | Review and analyze order entered by the Court granting the cash management motion until January 31, 2019; | 0.10 | 410.00 | 41.00 |
| 08/22/18 | DAW | Review and analyze Force 10's cash variance analysis (No Charge); | 0.40 | 0.00 | |
| 08/23/18 | DAW | Review and respond to multiple e-mail correspondence from Optimal and Force 10 re: issue with Blue Shield sending checks to a different | 0.60 | 410.00 | 246.00 |

EXHIBIT 8, PAGE 171

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 37 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | TIN account; | | | |
| 08/23/18 | DAW | Conference call with Valerie Peo counsel for Alleon re: recent issued discovered on TIN issue for Blue Cross payments; | 0.20 | 410.00 | 82.00 |
| 08/24/18 | DAW | Review and analyze e-mail correspondence from Pam Kraus re: update on the issue of the tax ID and tracing of the checks; | 0.10 | 410.00 | 41.00 |
| 08/27/18 | DAW | Analyze and review Optimal's latest AR summary; | 0.90 | 410.00 | 369.00 |
| 08/27/18 | DAW | Review and respond to multiple e-mail correspondence re: cash variance analysis; | 0.20 | 410.00 | 82.00 |
| 08/30/18 | DAW | Review and analyze multiple e-mail correspondence from Valerie Peo and Patrick Huffstickler re: stipulation with SNB bank for payment of the fees; | 0.20 | 410.00 | 82.00 |
| 09/13/18 | DAW | Review and analyze multiple e-mail correspondence from Valerie Peo and Pam Kraus re: payments to Alleon; | 0.20 | 410.00 | 82.00 |
| 09/17/18 | DAW | Review and analyze lengthy e-mail correspondence from Optimal re: answering Force 10's questions; | 0.20 | 410.00 | 82.00 |
| 09/19/18 | DAW | Review and analyze Optimal's latest projections on collection of the AR; | 0.70 | 410.00 | 287.00 |
| 09/20/18 | DAW | Review and analyze multiple e-mail correspondence from Adam Meislik and Chad Kurtz re: Simmons Bank issues; | 0.20 | 410.00 | 82.00 |
| 09/20/18 | DAW | Review and respond to e-mail correspondence from Adam Meislik re: explanations given by Optimal on current collection of the AR; | 0.20 | 410.00 | 82.00 |
| 09/25/18 | DAW | Review and analyze stipulation with SNB Bank for payment of legal fees (.20); Draft and send to e-mail correspondence to Patrick Huffsticker and Valerie Peo re: same (.10); | 0.30 | 410.00 | 123.00 |
| 09/28/18 | DAW | Review and analyze multiple e-mail correspondence from Chad Kurtz and Optimal re: status of collection of AR; | 0.20 | 410.00 | 82.00 |
| 10/03/18 | DAW | Conference with Valerie Peo counsel for Alleon re: status of collections; | 0.30 | 410.00 | 123.00 |
| 10/03/18 | DAW | Analyze report provided by Optimal on the Active AR (.30); Review and respond to multiple lengthy e-mail correspondence from Chad Kurtz re: discussions with Optimal on the issues relating to collection of the AR (.20); Draft and send e-mail correspondence to Valerie Peo re: same (.20); | 0.70 | 410.00 | 287.00 |
| 10/08/18 | DAW | Draft and send e-mail correspondence to Patrick Huffstickler and Valerie Peo re: the attached stipulation for SNB's fees; | 0.20 | 410.00 | 82.00 |
| 10/08/18 | DAW | Review and respond to multiple e-mail correspondence from Gibson Pagter and Pam Kraus re: stipulation with the self storage owner, removal of the Estate assets, and payment pursuant to Court approved stipulation; | 0.20 | 410.00 | 82.00 |
| 10/15/18 | DAW | Conference with Valerie Peo re: current collections; | 0.30 | 410.00 | 123.00 |
| 10/23/18 | DAW | Review and respond to e-mail correspondence from Susan Stern re: Optimal's invoice; | 0.10 | 410.00 | 41.00 |
| 10/23/18 | DAW | Review and respond to multiple e-mail correspondence from Chad Kurtz and Pam Kraus re: influx of cash from collection of AR and | 0.30 | 410.00 | 123.00 |

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice  9248 |
| I.D. 1015-114 - DAW | Page 38 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | payment to Alleon; | | | |
| 10/23/18 | DAW | Draft and send e-mail correspondence to Valerie Peo re: check to be issued in the amount of $15,000; | 0.10 | 410.00 | 41.00 |
| 10/23/18 | DAW | Review and respond to e-mail correspondence from Yoel Posner re: collections; | 0.20 | 410.00 | 82.00 |
| 10/23/18 | DAW | Review and analyze e-mail correspondence from Valerie Peo to Patrick Huffstickler counsel for SNB Bank re: the attached order granting the stipulation with the Trustee; | 0.20 | 410.00 | 82.00 |
| 10/24/18 | DAW | Review and respond to multiple e-mail correspondence from Larry Gill and Rosa Shirley from Nelson Hardiman re: ongoing AR collection; | 0.10 | 410.00 | 41.00 |
| 10/26/18 | DAW | Review and analyze multiple e-mail correspondence from Pam Krause and Kristy Ramkisson at Optimal re: ongoing collections; | 0.20 | 410.00 | 82.00 |
| 10/26/18 | DAW | Review and respond to e-mail correspondence from Pam Kraus re: delay of the Simmons Bank wire; | 0.20 | 410.00 | 82.00 |
| 10/26/18 | DAW | Review and and respond to e-mail correspondence from Pam Kraus and Chad Kurtz re: payment to Alleon; | 0.20 | 410.00 | 82.00 |
| 10/30/18 | DAW | Review and respond to multiple e-mail correspondence and attachments from Pam Kraus and Chad Kurtz re: cash variance analysis and existing cash on hand; | 0.30 | 410.00 | 123.00 |
| 10/31/18 | DAW | Conference with Valerie Peo re: Optimal's analysis that the AR is substantially less (.40); Draft and send e-mail correspondence to Optimail re: same (.10); | 0.50 | 410.00 | 205.00 |
| 10/31/18 | DAW | Conference with Adam Meislik re: recent news from Optimal; | 0.20 | 410.00 | 82.00 |
| 11/01/18 | DAW | Review and respond to multiple e-mail correspondence from Valerie Peo re: conference call with Alleon and Optimal; | 0.20 | 410.00 | 82.00 |
| 11/07/18 | DAW | Review and respond to multiple e-mail correspondence from Chad Kurtz and Adam Meislik re: call with Optimal; | 0.20 | 410.00 | 82.00 |
| 11/08/18 | DAW | Conference call with Valerie Peo counsel for Alleon and Chad Kurtz at Force 10 re: updated AR analysis from Optimal; | 0.50 | 410.00 | 205.00 |
| 11/13/18 | DAW | Review and respond to multiple e-mail correspondence from Pam Kraus, Optimal, and Force 10 re: Yellowstone garnishment still being a problem; | 0.30 | 410.00 | 123.00 |
| 11/14/18 | DAW | Conference with Valerie Peo re: continued use of cash collateral; | 0.20 | 410.00 | 82.00 |
| 11/14/18 | DAW | Review e-mail correspondence from Valerie Peo counsel for Alleon re: consent to continued use of cash collateral (.10); Draft and revise stipulation to continue use through and until February 28, 2019 (.40); Draft and send e-mail correspondence to Matthew W. Grimshaw and D. Edward Hays re: same for review (.10); | 0.60 | 410.00 | 246.00 |
| 11/14/18 | DAW | Draft and send e-mail correspondence to Valerie Peo counsel for Alleon re: the attached November 2018 cash collateral stipulation; | 0.10 | 410.00 | 41.00 |
| 11/14/18 | MWG | Review and revise cash collateral stipulation (.20); Review correspondence with Val Bantner Peo re: stipulation (.10); | 0.30 | 500.00 | 150.00 |
| 11/16/18 | DAW | Review and respond to multiple e-mail correspondence from Valerie | 0.40 | 410.00 | 164.00 |

**Marshack Hays LLP**

| | | | | |
|---|---|---|---|---|
| Richard Marshack, Trustee | | | | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | | | | Invoice 9248 |
| I.D. 1015-114 - DAW | | | | Page 39 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Banter Peo and Matthew W. Grimshaw re: revisions to the proposed cash collateral stipulation (.20); Review and revise changes made by Valerie Banter Peo (.20); | | | |
| 11/26/18 | DAW | Review and respond to e-mail correspondence from Pam Kraus and Chad Kurtz re: payment to Alleon in light of last weeks collections; | 0.20 | 410.00 | 82.00 |
| 11/28/18 | DAW | Review and analyze order entered by the Court granting the stipulation for continued use for cash collateral; | 0.10 | 410.00 | 41.00 |
| 11/30/18 | DAW | Draft and send e-mail correspondence to Pam Kraus re: receivables received this week from S&B; | 0.10 | 410.00 | 41.00 |
| 12/04/18 | DAW | Review and respond to e-mail correspondence from Pam Kraus re: SNB wires coming in this week; | 0.10 | 410.00 | 41.00 |
| 12/07/18 | DAW | Review and respond to multiple e-mail correspondence from Chad Kurtz and Pam Kraus re: wires this week and proposed payment to Alleon; | 0.20 | 410.00 | 82.00 |
| 12/10/18 | DAW | Review and respond to multiple e-mail correspondence from Pam Kraus re: status of wires this week and payment to Alleon; | 0.20 | 410.00 | 82.00 |
| 12/13/18 | DAW | Review most recent monthly operating report; | 0.20 | 410.00 | 82.00 |
| 12/13/18 | DAW | Conference with Valerie Peo re: ongoing collection issues; | 0.30 | 410.00 | 123.00 |
| 12/14/18 | DAW | Review and analyze multiple e-mail correspondence from Chad Kurtz and Optimal re: status of the monthly report (No Charge); | 0.20 | 0.00 | |
| 12/14/18 | DAW | Review and analyze multiple e-mail correspondence from Morgan Foster and Pam Kraus re: the Multiplan agreement (No Charge); | 0.20 | 0.00 | |
| 12/16/18 | DAW | Review and respond to multiple e-mail correspondence from Valerie Peo counsel for Alleon re: bimonthly reports from Optimal; | 0.20 | 410.00 | 82.00 |
| 12/17/18 | TM | Conference with David A. Wood re: determining the deadline to file a renewed motion to operate business and whether I may have had a conflict based on my time in chambers; | 0.10 | 290.00 | 29.00 |
| 12/17/18 | TM | Review docket and pleadings and filed order to determine date of authorization to operate (.10); Send written correspondence to David A. Wood to confirm that no amendment was made to that date on the record (.10); | 0.20 | 290.00 | 58.00 |
| 12/17/18 | DAW | Review and respond to e-mail correspondence from Tinho Mang re: operation allowed through January 31, 2019, and motion to extend such deadline further; | 0.20 | 410.00 | 82.00 |
| 12/20/18 | DAW | Review and respond to multiple e-mail correspondence from Chad Kurtz and Pam Kraus re: weekly wire from SNB; | 0.20 | 410.00 | 82.00 |
| 12/20/18 | DAW | Review and respond to multiple e-mail correspondence from Chad Kurtz and Pam Kraus re: payment to Alleon; | 0.20 | 410.00 | 82.00 |
| 12/21/18 | DAW | Review and analyze updated projection report from Optimal; | 0.50 | 410.00 | 205.00 |
| 01/03/19 | TM | Review docket and written correspondences, send written correspondence to David A. Wood re: whether we still intend to file a motion to extend authorization to operate; | 0.10 | 290.00 | 29.00 |
| 01/03/19 | DAW | Draft and revise to extend operations and cash management system | 0.90 | 410.00 | 369.00 |

**Marshack Hays LLP**

| | | | | | |
|---|---|---|---|---|---|
| Richard Marshack, Trustee | | | | | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | | | | | Invoice 9248 |
| I.D. 1015-114 - DAW | | | | | Page 40 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | through and including July 31, 2019; | | | |
| 01/03/19 | DAW | Review and revise notice of motion to extend operations and use of cash management system through and including July 31, 2019; | 0.20 | 410.00 | 82.00 |
| 01/03/19 | DAW | Review and revise motion to extend operations and bank accounts pursuant to revisions proposed by Matthew W. Grimshaw; | 0.20 | 410.00 | 82.00 |
| 01/03/19 | DAW | Finalize motion to extend operations and cash management system through July 31, 2019, with pin point bates stamps; | 0.30 | 410.00 | 123.00 |
| 01/03/19 | MWG | Review and revise motion to approve continued use of cash collateral (.50); Telephone conference with DAW re: cash collateral motion (.10); Review and revise notice re: motion to approve use of cash collateral (.10); | 0.70 | 500.00 | 350.00 |
| 01/07/19 | DAW | Review e-mail correspondence from Valerie Peo to Optimal re: following up on requests; | 0.10 | 410.00 | 41.00 |
| 01/14/19 | DAW | Conference with Richard A. Marshack and Adam Meislik re: strategy moving forward and quality of the AR; | 0.30 | 410.00 | 123.00 |
| 01/16/19 | DAW | Review and analyze monthly operating report for December 2018; | 0.20 | 410.00 | 82.00 |
| 01/22/19 | DAW | Conference with Valerie Peo re: cash collateral issues as February 28, 2019, is upcoming; | 0.20 | 410.00 | 82.00 |
| 01/23/19 | DAW | Review and analyze Force 10's cash flow analysis; | 0.20 | 410.00 | 82.00 |
| 01/23/19 | DAW | Review and analyze tentative ruling granting the motion to operate; | 0.10 | 410.00 | 41.00 |
| 01/25/19 | DAW | Review and revise order granting motion to continue operations and use pre-petition bank accounts through and including July 31, 2019; | 0.30 | 410.00 | 123.00 |
| 01/25/19 | DAW | Review and analyze order entered by the Court granting the motion to continue operations; | 0.20 | 410.00 | 82.00 |
| 01/28/19 | DAW | Review and respond to e-mail correspondence from Valerie Peo counsel for Alleon re: cash on hand and future distributions to Alleon; | 0.20 | 410.00 | 82.00 |
| 01/31/19 | DAW | Review and respond to multiple e-mail correspondence from Pam Kraus and Force 10 re: wires and Optimal's efforts to collect the AR; | 0.20 | 410.00 | 82.00 |
| 02/05/19 | DAW | Conference call with Pam Kraus re: Optimal collections; | 0.10 | 410.00 | 41.00 |
| 02/07/19 | DAW | Draft and send e-mail correspondence to Valerie Peo re: cash collateral negotiations; | 0.10 | 410.00 | 41.00 |
| 02/11/19 | DAW | Review and respond to e-mail correspondence from Pam Kraus re: incoming wires; | 0.10 | 410.00 | 41.00 |
| 02/14/19 | DAW | Conference with Valerie Peo counsel for Alleon re: continued cash collateral; | 0.30 | 410.00 | 123.00 |
| 02/15/19 | DAW | Conference with Adam Meislik re: Optimal issues and collection of AR; | 0.20 | 410.00 | 82.00 |
| 02/27/19 | DAW | Review and revise stipulation to continue cash collateral through and including April 12, 2019 (.20); Draft and send e-mail correspondence to Valerie Peo counsel for Alleon re: same with attached stipulation (.10); | 0.30 | 410.00 | 123.00 |
| 02/27/19 | DAW | Review and respond to e-mail correspondence from Valerie Peo re: continued use of cash collateral; | 0.20 | 410.00 | 82.00 |
| 02/28/19 | DAW | Review and respond to multiple e-mail correspondence from Valerie Peo counsel for Alleon re: continued cash collateral negotiations; | 0.20 | 410.00 | 82.00 |

**Marshack Hays LLP**

| | | | | |
|---|---|---|---|---|
| Richard Marshack, Trustee | | | | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | | | | Invoice 9248 |
| I.D. 1015-114 - DAW | | | | Page 41 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/28/19 | DAW | Conference call with Chad Kurtz re: revised cash collateral budget; | 0.10 | 410.00 | 41.00 |
| | | *Subtotals for task code 3 - Business Operations* | *133.40* | | *49,542.00* |
| | | 4 - Case Administration | | | |
| 04/04/18 | DAW | Review and analyze various pleadings filed in the case for background information; | 2.80 | 410.00 | 1,148.00 |
| 04/05/18 | DEH | Conference call with Michael Hauser and David A. Wood re: case issues; | 0.80 | 630.00 | 504.00 |
| 04/05/18 | DEH | Review and analyze petition and lists of creditors (.20); Written correspondence with Richard A. Marshack and Office of United States Trustee re: confirmation of no conflicts (.20); Telephone conference with Richard A. Marshack re: same (.20); | 0.60 | 630.00 | 378.00 |
| 04/05/18 | DEH | Review and analyze pleadings filed including motion to excuse compliance with DIP requirements; | 0.60 | 630.00 | 378.00 |
| 04/05/18 | DEH | Review and revise letter to Bank SNB; | 0.20 | 630.00 | 126.00 |
| 04/05/18 | CB | Review e-mail from Pam Kraus re: UCC searches for Luminance; | 0.10 | 230.00 | 23.00 |
| 04/05/18 | CB | Perform UCC search re: Luminance Recovery; | 0.20 | 230.00 | 46.00 |
| 04/05/18 | CB | Perform UCC search re: Luminance Health Group; | 0.20 | 230.00 | 46.00 |
| 04/05/18 | CB | E-mail to Pam Kraus re: result of UCC search; | 0.10 | 230.00 | 23.00 |
| 04/05/18 | PK | Telephone conference with D. Edward Hays and David Wood re: securing debtors' bank accounts (.10); Draft letter to Bank SNB re: maintaining account for lockbox deposits (.30); Draft turnover letter to CBT (.20); | 0.60 | 270.00 | 162.00 |
| 04/05/18 | PK | Revise and forward letters to Bank SNB and CBT; | 0.30 | 270.00 | 81.00 |
| 04/06/18 | CB | Prepare courtesy notice for D. Edward Hays (.10); Revise and finalize courtesy notice (.10); | 0.20 | 230.00 | 46.00 |
| 04/06/18 | CB | Prepare courtesy notice for David A. Wood (.10); Revise and finalize courtesy notice (.10); | 0.20 | 230.00 | 46.00 |
| 04/07/18 | PK | Review and analysis of e-mail from Beth Billstein re: renewal of D&O insurance; | 0.10 | 270.00 | 27.00 |
| 04/12/18 | PK | Review case documents and draft pleading; | 0.30 | 270.00 | 81.00 |
| 04/16/18 | PK | Draft Trustee's motion to limit notice; | 0.40 | 270.00 | 108.00 |
| 04/17/18 | DAW | Conference with the U.S. Trustee office; | 0.40 | 410.00 | 164.00 |
| 04/19/18 | LB | Multiple conference with David A. Wood (.30); Provide telephonic notice to secured creditors, top 20 unsecured creditors and interested parties to the 1. Motion to reject leases 2. Motion for use of cash collateral; and 3. Motion to abandon vehicle leases (1.60); Review Debtor's schedules (.30); Instruction to staff re: service of documents (.40); | 2.60 | 230.00 | 598.00 |
| 04/19/18 | LB | Conference with David A. Wood (.20); Draft declarations re: telephonic notice of emergency motions (1.50); | 1.70 | 230.00 | 391.00 |
| 04/25/18 | LB | Conference with David A. Wood (.10); Draft notice of proposed order on cash collateral (.20); Review and revise statement re: cash collateral | 0.50 | 230.00 | 115.00 |

**Marshack Hays LLP**

| Richard Marshack, Trustee | April 9, 2019 |
|---|---|
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 42 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | (.20); | | | |
| 05/15/18 | LB | Review and respond to correspondence from Mr. Golden's office (.10); Conference with David A. Wood (.10); Review court docket (.20); Draft request for audio transcript of 3/28 hearing (.10); Draft request for audio transcript of 3/30 hearing (.10); Draft request for audio transcript of 4/5/ hearing (.10); | 0.70 | 230.00 | 161.00 |
| 05/21/18 | DAW | Review and respond to e-mail correspondence from Adam Meislik re: medical records notice; | 0.10 | 410.00 | 41.00 |
| 05/22/18 | DAW | Draft and revise motion to limit the notice; | 1.20 | 410.00 | 492.00 |
| 05/24/18 | PK | Review and revise Trustee's motion to limit notice and locate and organize exhibits (.30); Draft and revise notice of motion (.40); | 0.70 | 270.00 | 189.00 |
| 06/06/18 | LB | Conference with David A. Wood re: emergency motions (.20); Conference call with Pamela Kraus re: motion for turnover (.20); Review and revise motion for continued use of existing bank accounts (.50); Locate and bate label exhibits to declaration of Richard A. Marshack (.40); | 1.30 | 230.00 | 299.00 |
| 06/06/18 | LB | Conference with David A. Wood re: emergency procedures for cash management motion and turnover motion; | 0.20 | 230.00 | 46.00 |
| 06/06/18 | LB | Conference with David A. Wood (.20); Review and revise turnover motion Comerica (.50); Locate and bate label exhibits to same (.40); | 1.10 | 230.00 | 253.00 |
| 06/07/18 | LB | Conference with David A. Wood (.30); Research and make telephone calls with creditors to provide telephonic notice of emergency motions (3.80); Conference with David A. Wood and telephone conference with Pam Kraus re: correspondence to Comerica (.20); Conference with David A. Wood (.10); Review and revise correspondence to Comerica Bank (.10); Draft email correspondence to Mr. Levine (.10); | 4.60 | 230.00 | 1,058.00 |
| 06/07/18 | LB | Conference with David A. Wood (.20); Draft declarations of David A. Wood, Layla Buchanan and Pam Kraus re: telephonic notice of emergency motions (.90); Draft supplemental proof of service re: certified mailing to bank of emergency motions (.20); Conference with David A. Wood (.10); Draft index and hearing binder for emergency motions (.20); | 1.50 | 230.00 | 345.00 |
| 06/11/18 | DAW | Review and analyze declaration of non opposition granting the motion to limit notice (.10); Draft and revise order granting motion to limit notice (.10); | 0.20 | 410.00 | 82.00 |
| 06/11/18 | PK | Draft declaration of non-opposition and order granting Trustee's motion to limit notice; | 0.40 | 270.00 | 108.00 |
| 06/15/18 | DAW | Review and analyze order entered by the Court granting the motion to limit notice; | 0.10 | 410.00 | 41.00 |
| 06/18/18 | LB | Review and respond to correspondence from David A. Wood re: revised substitution of attorney (.10); Revise substitution of attorney and draft email correspondence to Ms. Gaschen re: same (.10); | 0.20 | 230.00 | 46.00 |
| 06/26/18 | LB | Conference with David A. Wood (.10); Draft notice to defendants re: compliance with Rule 7026 (.30); Prepare service of summons executed | 0.70 | 230.00 | 161.00 |

**Marshack Hays LLP**

| Richard Marshack, Trustee | April 9, 2019 |
|---|---|
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 43 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | (.30); | | | |
| 07/05/18 | LB | Conference with David A. Wood (.10); Review case status (.10); Review court's tentative ruling (.10); Call to court clerk re: reschedule status conference (.10); | 0.40 | 230.00 | 92.00 |
| 08/13/18 | LB | Conference with David A. Wood re: preparation of cash flow motion (.10); Draft table of contents and table of authorities related to the cash flow motion (.40); Review and revise cash flow motion (.10); Conference with David A. Wood re: preparing stipulation for cash collateral (.20); Draft stipulation extending use of cash collateral (.40); | 1.20 | 230.00 | 276.00 |
| 10/03/18 | LB | Conference with David A. Wood re: preparation of stipulation for payment of bank fees (.10); Review and revise stipulation (.30); | 0.40 | 230.00 | 92.00 |
| 11/16/18 | LB | Conference with David A. Wood re: preparation of order approving stipulation on cash collateral stipulation, review and revise stipulation and draft proposed order; | 0.50 | 230.00 | 115.00 |
| 01/03/19 | LB | Conference with David A. Wood re: preparation of amended operating motion, draft motion, review and revise motion, preparation of evidence in support of motion, draft notice of motion; | 1.10 | 230.00 | 253.00 |
| 02/08/19 | PK | Draft notice of increased hourly rates; | 0.20 | 270.00 | 54.00 |
| 02/25/19 | PK | Revise notice of increased hourly rates; | 0.10 | 270.00 | 27.00 |
| | | *Subtotals for task code 4 - Case Administration* | *29.80* | | *8,722.00* |

5 - Claims Administration and Objections

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/04/18 | DAW | Review and analyze claim filed by Robert Matza; | 0.20 | 410.00 | 82.00 |
| 05/04/18 | DAW | Review and analyze claim filed by Jessica Mathon; | 0.20 | 410.00 | 82.00 |
| 05/04/18 | DAW | Review and analyze claim filed by Va Shaun L. Richmond; | 0.20 | 410.00 | 82.00 |
| 05/07/18 | DAW | Review and analyze proof of claim filed by Dreamscape Marketing; | 0.20 | 410.00 | 82.00 |
| 05/07/18 | DAW | Review and analyze proof of claim filed by Top Notch Services; | 0.20 | 410.00 | 82.00 |
| 05/21/18 | DAW | Review and analyze proof of claim filed by Anthony Arnaudy based on a promissory note; | 0.20 | 410.00 | 82.00 |
| 05/21/18 | DAW | Review and analyze proof of claim filed by Anthony Arnaudy for his wage claim; | 0.20 | 410.00 | 82.00 |
| 01/28/19 | DAW | Listen to voicemail from former employee of the company re: potential distributions (.10); Conference with employee re: same (.10); | 0.20 | 410.00 | 82.00 |
| | | *Subtotals for task code 5 - Claims Administration and Objections* | *1.60* | | *656.00* |

7 - Fee/Employment Applications

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/17/18 | DAW | Review and respond to e-mail correspondence from Adam Meislik re: Force 10's employment application; | 0.10 | 410.00 | 41.00 |
| 04/19/18 | PK | Draft Trustee's application to employ Force 10 Partners and declaration of Brian Weiss; | 0.50 | 270.00 | 135.00 |
| 04/24/18 | DAW | Review and respond to multiple e-mail correspondence from Garret Pyblo at ZfatyBurns re: their post-petition bills representing the Estates; | 0.30 | 410.00 | 123.00 |
| 04/24/18 | DAW | Review and analyze D. Edward Hays revisions to the Optimal contract | 0.30 | 410.00 | 123.00 |

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 44 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | (.20); Draft and send e-mail correspondence to Adam Meislik and D. Edward Hays re: same (.10); | | | |
| 04/27/18 | DAW | Review and respond to multiple e-mail correspondence from Chad Kurtz, Adam Meislik and Pam Kraus re: revisions to the Optimal agreement (No Charge); | 0.20 | 0.00 | |
| 04/30/18 | DAW | Review and analyze proposed revisions by Valerie Peo to the Alleon contract (.20); Draft and send e-mail correspondence to Trustee, Pam Kraus, and Adam Meislik re: same (.10); | 0.30 | 410.00 | 123.00 |
| 05/01/18 | DAW | Review and respond to multiple e-mail correspondence re: finalizing the Optimal agreement; | 0.20 | 410.00 | 82.00 |
| 05/02/18 | DAW | Review and respond to multiple e-mail correspondence from Reed and Smith re: the terms of their employment application; | 0.30 | 410.00 | 123.00 |
| 05/04/18 | DAW | Review and respond to e-mail correspondence from Pam Kraus re: Reed Smith employment application; | 0.10 | 410.00 | 41.00 |
| 05/04/18 | DAW | Review and analyze Weiland Golden's employment application; | 0.40 | 410.00 | 164.00 |
| 05/06/18 | PK | Draft Trustee's application to employ general counsel; | 0.40 | 270.00 | 108.00 |
| 05/07/18 | DAW | Draft and revise Marshack Hays employment application; | 0.90 | 410.00 | 369.00 |
| 05/07/18 | PK | Draft notice of Trustee's application to employ general counsel; | 0.30 | 270.00 | 81.00 |
| 05/09/18 | PK | Telephone conference with David Wood re: applications to employ (.10); Forward applications to Trustee (.10); | 0.20 | 270.00 | 54.00 |
| 05/09/18 | PK | Draft Trustee's application to employ Optimal as collection agent; | 0.40 | 270.00 | 108.00 |
| 05/10/18 | DAW | Draft and revise notice of Marshack Hays employment application; | 0.10 | 410.00 | 41.00 |
| 05/10/18 | PK | Review and revise Trustee's application to employ general counsel (.20); Draft and revise notice of application (.20); | 0.40 | 270.00 | 108.00 |
| 05/16/18 | DAW | Review and respond to e-mail correspondence from Valerie Peo counsel for Alleon re: engagement with Optimal; | 0.10 | 410.00 | 41.00 |
| 05/22/18 | DAW | Draft and revise Force 10 employment application; | 0.30 | 410.00 | 123.00 |
| 05/22/18 | LB | Conference with David A. Wood (.10); Review and revise employment application of Force 10 (.20); Review and respond to email correspondence from Mr. Meislik re: same (.10); Revise declaration of Mr. Meislik (.10); | 0.50 | 230.00 | 115.00 |
| 05/25/18 | DAW | Review and analyze order entered by the Court granting Weiland Golden's employment application nunc pro tunc to the Petition Date; | 0.20 | 410.00 | 82.00 |
| 05/29/18 | DAW | Draft and send e-mail correspondence to Pam Kraus re: preparation of declaration of non opposition and order granting our employment application; | 0.10 | 410.00 | 41.00 |
| 05/29/18 | PK | Draft declaration of non-opposition and order granting Trustee's application to employ general counsel; | 0.40 | 270.00 | 108.00 |
| 05/30/18 | DAW | Review and analyze order entered by the Court granting Marshack Hays employment application; | 0.10 | 410.00 | 41.00 |
| 05/30/18 | PK | Revise declaration of non-opposition and order granting Trustee's application to employ general counsel; | 0.30 | 270.00 | 81.00 |
| 06/04/18 | DAW | Review and respond to multiple e-mail correspondence from Beth and | 0.20 | 410.00 | 82.00 |

**Marshack Hays LLP**

| Richard Marshack, Trustee | April 9, 2019 |
|---|---|
| Re: Luminance Recovery Center, LLC | Invoice  9248 |
| I.D. 1015-114 - DAW | Page 45 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Pam Kraus re: employment of Zfaty Burns and payment of their fees; | | | |
| 06/04/18 | PK | Telephone conference with Trustee and David Wood re: Zfaty invoices; E-mail to Beth Gaschen re: same; | 0.10 | 270.00 | 27.00 |
| 06/11/18 | DAW | Draft and revise order granting Force 10 partners employment application; | 0.10 | 410.00 | 41.00 |
| 06/11/18 | PK | Review and revise amendment to Optimal agreement (.10); Review and revise Trustee's application to employ Optimal (.30); E-mail to David Wood re: same (.10); | 0.50 | 270.00 | 135.00 |
| 06/15/18 | DAW | Review and analyze order entered by the Court granting Force 10's employment; | 0.10 | 410.00 | 41.00 |
| 07/31/18 | DAW | Review and revise the declaration of non opposition for the employment of Optimal (.10); Draft and revise the order granting the application to employ Optimal (.10); | 0.20 | 410.00 | 82.00 |
| 08/01/18 | DAW | Review and analyze order entered by the Court granting Optimal's employment application (.10); Draft and send e-mail correspondence to principals at optimal re: same (.10); | 0.20 | 410.00 | 82.00 |
| 01/03/19 | DAW | Review and respond to e-mail correspondence from Adam Meislik re: interim fee applications; | 0.10 | 410.00 | 41.00 |
| *Subtotals for task code 7 - Fee/Employment Applications* | | | *8.90* | | *2,987.00* |

|  |  | **Total Fees** | **402.20** | | **149,998.00** |
|---|---|---|---|---|---|

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice  9248 |
| I.D. 1015-114 - DAW | Page  46 |

EXHIBIT 9

# MARSHACK HAYS LLP

### ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778
Tax ID # 26-4503174

Richard Marshack, Trustee
870 Roosevelt Avenue
Irvine, CA  92620

Invoice  9250
April 9, 2019

ID: 1015-115 - DAW

Re: Luminance Health Group

For Services Rendered Through February 28, 2019

| | | |
|---|---|---|
| Current Fees | 8,357.00 | |
| Total Current Charges | | 8,357.00 |
| **Total Due** | | **8,357.00** |

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Health Group | Invoice 9250 |
| I.D. 1015-115 - DAW | Page  2 |

| | | Fees | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| | | 1 - Asset Analysis and Recovery | | | |
| 06/15/18 | DAW | Review and analyze motion filed by the Trustee to sell the used computer equipment to JS Services; | 0.40 | 410.00 | 164.00 |
| 06/29/18 | DAW | Conference with Chris Brandlin counsel for judgment creditor re: the Castanon residence; | 0.10 | 410.00 | 41.00 |
| 07/02/18 | DAW | Draft and send e-mail correspondence to Pam Kraus re: declaration of non opposition and order to sell the computer assets; | 0.10 | 410.00 | 41.00 |
| 07/17/18 | DAW | Review and respond to approximately seven (7) e-mail correspondence from principals of Optimal and Force 10 re: telephonic conference call to go over the AR report tomorrow; | 0.20 | 410.00 | 82.00 |
| | | *Subtotals for task code 1 - Asset Analysis and Recovery* | *0.80* | | *328.00* |
| | | 10 - Litigation | | | |
| 04/16/18 | CM | Review and analyze court docket re: filing date and deadlines; | 0.10 | 230.00 | 23.00 |
| 04/17/18 | DEH | Conference with David A. Wood re: emergency motions; | 0.40 | 630.00 | 252.00 |
| 04/17/18 | DEH | Research re: payment of priority wage claims; | 0.20 | 630.00 | 126.00 |
| 04/25/18 | CB | Telephone conversation with Kristine A. Thagard re: term sheet; | 0.10 | 230.00 | 23.00 |
| 05/30/18 | DEH | Review and revise stipulation for release of collateral re: Nelson Hardiman (.30); Written correspondence with David A. Wood re: same (.10); | 0.40 | 630.00 | 252.00 |
| 06/07/18 | DEH | Conference with David A. Wood re: negotiations with Comerica, agreement for turnover of funds, and voluntary dismissal of motion including request for attorneys' fees without prejudice to seeking fees upon further violation; | 0.20 | 630.00 | 126.00 |
| 07/18/18 | DAW | Conference call with Reed Smith attorneys and Adam Meislik re: damage calculation for D&O; | 0.50 | 410.00 | 205.00 |
| 07/25/18 | LB | Conference with David A. Wood re: preparation of default (.10); Draft request for entry of default (.30); Draft declaration of David A. Wood re: entry of default (.50); Review case file for facts supporting declaration of David A. Wood re: entry of default (.20); | 1.10 | 230.00 | 253.00 |
| 09/24/18 | TM | Telephone conference with Marsha Houston, special counsel for the Trustee, written correspondence to same including the EPL policy for her evaluation of its value to the lawsuit; | 0.10 | 290.00 | 29.00 |
| 09/27/18 | TM | Drafting notice of intent to abandon EPL policy based on Trustee and David A. Wood instructions; | 1.60 | 290.00 | 464.00 |
| 09/27/18 | TM | Review of newly-filed motion for relief from the automatic stay filed by EPL policy financer, written correspondence to David A. Wood and Trustee re: whether our notice of intent to abandon will render that motion moot; | 0.10 | 290.00 | 29.00 |
| 10/05/18 | TM | Draft limited opposition and response to motion for relief from the automatic stay, written correspondence to David A. Wood with draft of | 1.40 | 290.00 | 406.00 |

EXHIBIT 9, PAGE 183

**Marshack Hays LLP**

| Richard Marshack, Trustee | April 9, 2019 |
|---|---|
| Re: Luminance Health Group | Invoice 9250 |
| I.D. 1015-115 - DAW | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | opposition; | | | |
| *Subtotals for task code 10 - Litigation* | | | *6.20* | | *2,188.00* |
| **11 - Meetings of Creditors** | | | | | |
| 07/02/18 | DAW | Review and respond to multiple e-mail correspondence from Trustee's administrator re: continuance of the upcoming 341(a) meeting; | 0.20 | 410.00 | 82.00 |
| *Subtotals for task code 11 - Meetings of Creditors* | | | *0.20* | | *82.00* |
| **13 - Relief from Stay Proceedings** | | | | | |
| 06/20/18 | DAW | Review and analyze order entered by the Court granting stipulation for relief from stay with Nelson Hardiman LLP; | 0.20 | 410.00 | 82.00 |
| *Subtotals for task code 13 - Relief from Stay Proceedings* | | | *0.20* | | *82.00* |
| **2 - Asset Disposition** | | | | | |
| 09/21/18 | TM | Review written correspondence from David A. Wood re: assignment to draft motion to terminate employment liability insurance; | 0.10 | 290.00 | 29.00 |
| *Subtotals for task code 2 - Asset Disposition* | | | *0.10* | | *29.00* |
| **3 - Business Operations** | | | | | |
| 05/04/18 | LB | Conference with David A. Wood (.10); Draft notice of lodgment re: cash collateral motion (.30); Review and revise proposed order re: same (.20); | 0.60 | 230.00 | 138.00 |
| 06/18/18 | DAW | Review and analyze multiple e-mail correspondence from Pam Kraus and Thomas Levine re: post-petition NSF charges made by Comerica; | 0.20 | 410.00 | 82.00 |
| 06/26/18 | DAW | Conference with Chad Kurtz re: expenditure analysis for Alleon; | 0.20 | 410.00 | 82.00 |
| 07/09/18 | DAW | Conference with Valerie Peo re: status of the case and collections; | 0.30 | 410.00 | 123.00 |
| 07/18/18 | DAW | Review and analyze multiple lengthy e-mail correspondence from Optimal and Force 10 re: collection of outstanding AR; | 0.30 | 410.00 | 123.00 |
| 12/17/18 | LB | Conference with David A. Wood re: review hearing, review case docket, review information re: status of pending clerk review of status report by trustee; | 0.40 | 230.00 | 92.00 |
| 12/17/18 | LB | Conference with David A. Wood re: continued status hearing and deadlines and arrange telephonic appearance re: same; | 0.40 | 230.00 | 92.00 |
| 01/16/19 | DAW | Review and analyze monthly operating report for December 2018; | 0.20 | 410.00 | 82.00 |
| 02/26/19 | TM | Review multiple written correspondences from Pam Kraus and David Halbreich re: whether insurance should be purchased for discovery period (No Charge); | 0.10 | 0.00 | |
| 02/27/19 | TM | Review multiple written correspondences from Pam Kraus and Leslie Defrancesco re: trustee's decision not to purchase additional insurance coverage (No Charge); | 0.10 | 0.00 | |
| *Subtotals for task code 3 - Business Operations* | | | *2.80* | | *814.00* |
| **4 - Case Administration** | | | | | |

EXHIBIT 9, PAGE 184

**Marshack Hays LLP**

| Richard Marshack, Trustee | April 9, 2019 |
|---|---|
| Re: Luminance Health Group | Invoice 9250 |
| I.D. 1015-115 - DAW | Page 4 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/12/18 | PK | Draft request for courtesy NEFs; | 0.20 | 270.00 | 54.00 |
| 04/13/18 | LB | Conference with David A. Wood (.20); Locate and review exhibits to reject lease motion (.70); | 0.90 | 230.00 | 207.00 |
| 04/16/18 | LB | Conference with David A. Wood (.10); Draft spreadsheet re: leases in support of rejection motion (.50); | 0.60 | 230.00 | 138.00 |
| 04/18/18 | LB | Multiple conferences with D. Edward Hays (.50); Telephone conference with Trustee's office re: creditors (.30); Review and revise vehicle abandon motion (.60); Review and revise cash collateral motion (.50); Draft table of contents and table of authorities to collateral motion (.40); Locate and bate label exhibits to cash collateral motion (.20); Review and revise lease rejection motion (.30); Telephone conference with creditors re: notice of hearing on motions (.50); Telephone conference with court staff re: opposition and reply deadlines to motions (.20); Review court docket and pleadings (.40); | 3.90 | 230.00 | 897.00 |
| 05/16/18 | LB | Conference with David A. Wood (.10); Draft correspondence to attorney service and arrange pickup of audio transcripts of hearings (.10); | 0.20 | 230.00 | 46.00 |
| 07/17/18 | LB | Conference with Kristine A. Thagard (.10); Draft facsimile cover letter to Sutter County Recorder re: lien (.20); Telephone conference with Nick from county recorder's office (.10); | 0.40 | 230.00 | 92.00 |
| 09/21/18 | TM | Draft & associated legal research for motion to abandon employer practice liability insurance contract, written correspondence to David A. Wood re: need for further direction from client before proceeding with drafting a motion to abandon or assume (for a limited time) the insurance policy; | 2.00 | 290.00 | 580.00 |
| 09/21/18 | TM | Review of written correspondence from David A. Wood re: effects of allowing insurance policy to lapse or termination of insurance policy, review of terms in insurance policy, written correspondence to David A. Wood re: same; | 0.10 | 290.00 | 29.00 |
| 09/24/18 | TM | Conference with Trustee re: existence of employment practices liability insurance policy and whether to assume or reject it; | 0.10 | 290.00 | 29.00 |
| 09/24/18 | TM | Review and evaluation of FIRST demand for cancellation of EPL insurance policy through multiple written correspondences, review of documents, written correspondence to David A. Wood re: same (.80); Telephone conference with paralegal from FIRST to clarify the situation (i.e. that the insurance policy premium has been paid in full by FIRST) and what the debtor's options are (.20); | 1.00 | 290.00 | 290.00 |
| 09/24/18 | TM | Review of insurance financing documents to determine validity of purported lien and extent of coverage (.60); Legal research re: perfection of a lien in insurance policy proceeds to discover that the lien can be perfected solely by serving notice under Cal. Comm. Code 9312 (.40); Written correspondence to and from David A. Wood re: findings and how to proceed (.10); | 1.10 | 290.00 | 319.00 |
| 09/24/18 | TM | Conference with Trustee re: my phone conversation with insurance broker and instructions to determine the value of the policy to the estate; | 0.10 | 290.00 | 29.00 |

EXHIBIT 9, PAGE 185

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Health Group | Invoice 9250 |
| I.D. 1015-115 - DAW | Page 5 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/24/18 | TM | Telephone conference with Beth Billstein from insurance company to clarify what the debtor's options are with respect to the EPL policy, what the EPL policy covers, the interrelation of the insurance company and the financing company, and whether a tail-end insurance can be purchased without paying the full premium for postpetition coverage (or even post-conversion coverage); | 0.40 | 290.00 | 116.00 |
| 09/24/18 | TM | Review written correspondence from Marsha Houston re: further documents to provide for determination of EPL policy value, reply with attached documents and information; | 0.10 | 290.00 | 29.00 |
| 09/25/18 | TM | Review of written correspondence from EPL representative acknowledging receipt of potential EPL claim filed in this case, description of potential coverage; | | 290.00 | |
| 09/25/18 | TM | Sending followup written correspondence to insurance agent re: option to purchase tail coverage without the requirement of fully curing the past due premium payments; | 0.10 | 290.00 | 29.00 |
| 09/25/18 | TM | Follow-up written correspondence to special counsel to see if there has been done any analysis of the insurance policy coverage and its relation to the adversary proceeding (No Charge); | 0.10 | 0.00 | |
| 09/25/18 | LB | Conference with David A. Wood re: review hearing on state court proceeding by Baygrape Technology (.20); Review case file and draft status report (.30); | 0.50 | 230.00 | 115.00 |
| 09/26/18 | TM | Conference with Trustee and David A. Wood re: status of EPL policy analysis and Trustee's decision on how to proceed (whether to extend it or abandon); | 0.10 | 290.00 | 29.00 |
| 09/26/18 | LB | Conference with David A. Wood re: state court action filed by Baygrape Technology (.10); Review and revise status report in state court action and arrange telephonic appearance at same (.30); | 0.40 | 230.00 | 92.00 |
| 09/26/18 | TM | Analysis of claims register to determine whether EPL may cover any part of those claims, creation of spreadsheet based on claims register and review of accompanying evidence to each claim; | 2.10 | 290.00 | 609.00 |
| 09/26/18 | TM | Review of written correspondence responses to inquiries regarding EPL policy (.10); Draft written correspondence regarding two additional claims and attachment of wage claim addendum as evidence that the two additional claims may be covered under the policy (.10); | 0.20 | 290.00 | 58.00 |
| 09/27/18 | TM | Conference with David A. Wood and Trustee re: findings and exposure for EPL policy; | 0.10 | 290.00 | 29.00 |
| 09/27/18 | LB | (Baygrape Technology) Conference with David A. Wood re: review hearing in state court matter (.10); Conference call with court clerk re: continuance of review hearing (.20); | 0.30 | 230.00 | 69.00 |
| 09/28/18 | TM | Finalizing motion to abandon with changes to language regarding whether a premium payment is due or whether the payments are on account of a financing agreement, research re: local rules and procedures for abandonment; | 0.80 | 290.00 | 232.00 |
| 09/28/18 | TM | Review of motion to abandon and citations to exhibits, written | 0.30 | 290.00 | 87.00 |

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Health Group | Invoice 9250 |
| I.D. 1015-115 - DAW | Page 6 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | correspondence to trustee administrator re: additions; | | | |
| 09/28/18 | TM | Final review and revision of motion to abandon EPL policy, after inclusion of both claims registers in the consolidated case; | 0.10 | 290.00 | 29.00 |
| 10/01/18 | TM | Review of written correspondence from insurance agent Beth Billstein re: renewed request for trustee to make a decision on the insurance policy premium payments, no reply necessary; | 0.10 | 290.00 | 29.00 |
| 10/08/18 | LB | Conference with David A. Wood re: preparation of order approving stipulation with Bank SNB and draft order approving said stipulation; | 0.40 | 230.00 | 92.00 |
| 10/10/18 | TM | Conference with David A. Wood re: whether FIRST has a perfected security interest in refundable insurance premium, whether estate can access those funds (no); | 0.10 | 290.00 | 29.00 |
| 10/17/18 | TM | Received voicemail from Beth Billstein re: expiration of employment practices liability insurance, send written correspondence to Pam Kraus and David A. Wood re: status of abandonment and the effect of that disposition on the decision of whether to purchase tail coverage; | 0.10 | 290.00 | 29.00 |
| 10/17/18 | TM | Review written correspondence from Leslie Defrancesco re: expiration of employment practices liability insurance and option to purchase tail coverage; | 0.10 | 290.00 | 29.00 |
| 01/18/19 | LB | Conference call with M. Teesdale re: declaration of Trustee in support of amended cash collateral and operate motion (.10); Conference with David A. Wood re: same (.10); Draft supplement to motion re: signature page (.20): | 0.40 | 230.00 | 92.00 |
| 01/18/19 | LB | Multiple conferences with Trustee re: revisions to declaration in support of motion to continue to operate (.30); Draft notice of errata re: same (.30); Conference call with Matthew W. Grimshaw re: same (.10); | 0.70 | 230.00 | 161.00 |
| *Subtotals for task code 4 - Case Administration* | | | *18.10* | | *4,694.00* |
| 5 - Claims Administration and Objections | | | | | |
| 07/24/18 | CVH | Telephone call from creditor re: status of claim (.20); | 0.20 | 410.00 | 82.00 |
| 09/24/18 | TM | Review of docket and claims to determine claims bar date (7/20/18) and whether any new claims may be filed which might be covered by EPL (there might be some wage claims totaling maybe 180k); | 0.20 | 290.00 | 58.00 |
| *Subtotals for task code 5 - Claims Administration and Objections* | | | *0.40* | | *140.00* |
| | | **Total Fees** | **28.80** | | **8,357.00** |

EXHIBIT 9, PAGE 187

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Health Group | Invoice  9250 |
| I.D. 1015-115 - DAW | Page  7 |

EXHIBIT 10

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice  9248 |
| I.D. 1015-114 - DAW | Page  47 |

| **Fee Recap by Task Code** | | | |
|---|---|---|---|
| | **Hours** | **Rate/Hour** | **Amount** |
| 1 - Asset Analysis and Recovery | | | |
| David A. Wood | 9.80 | 0.00 | 0.00 |
| David A. Wood | 47.80 | 410.00 | 19,598.00 |
| Kristine A. Thagard | 21.50 | 500.00 | 10,750.00 |
| Matthew W. Grimshaw | 7.90 | 500.00 | 3,950.00 |
| Pamela Kraus | 15.90 | 270.00 | 4,293.00 |
| *Subtotal for 1 - Asset Analysis and Recovery* | *102.90* | | *38,591.00* |
| | | | |
| 10 - Litigation | | | |
| D. Edward Hays | 0.30 | 0.00 | 0.00 |
| D. Edward Hays | 6.30 | 630.00 | 3,969.00 |
| David A. Wood | 8.30 | 0.00 | 0.00 |
| David A. Wood | 52.60 | 410.00 | 21,566.00 |
| Laila Masud | 1.30 | 330.00 | 429.00 |
| Kristine A. Thagard | 14.90 | 500.00 | 7,450.00 |
| Matthew W. Grimshaw | 0.10 | 0.00 | 0.00 |
| Matthew W. Grimshaw | 0.10 | 500.00 | 50.00 |
| Pamela Kraus | 1.20 | 270.00 | 324.00 |
| Cynthia Bastida | 0.60 | 230.00 | 138.00 |
| *Subtotal for 10 - Litigation* | *85.70* | | *33,926.00* |
| | | | |
| 11 - Meetings of Creditors | | | |
| David A. Wood | 7.30 | 410.00 | 2,993.00 |
| *Subtotal for 11 - Meetings of Creditors* | *7.30* | | *2,993.00* |
| | | | |
| 13 - Relief from Stay Proceedings | | | |
| David A. Wood | 3.80 | 410.00 | 1,558.00 |
| Matthew W. Grimshaw | 1.40 | 500.00 | 700.00 |
| *Subtotal for 13 - Relief from Stay Proceedings* | *5.20* | | *2,258.00* |
| | | | |
| 2 - Asset Disposition | | | |
| David A. Wood | 0.70 | 0.00 | 0.00 |
| David A. Wood | 16.00 | 410.00 | 6,560.00 |
| Kristine A. Thagard | 1.50 | 500.00 | 750.00 |
| Matthew W. Grimshaw | 2.30 | 500.00 | 1,150.00 |
| Pamela Kraus | 6.90 | 270.00 | 1,863.00 |
| *Subtotal for 2 - Asset Disposition* | *27.40* | | *10,323.00* |

**Marshack Hays LLP**

| | | | |
|---|---|---|---|
| Richard Marshack, Trustee | | | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | | | Invoice 9248 |
| I.D. 1015-114 - DAW | | | Page 48 |

| | **Hours** | **Rate/Hour** | **Amount** |
|---|---|---|---|
| 3 - Business Operations | | | |
| D. Edward Hays | 0.30 | 630.00 | 189.00 |
| David A. Wood | 13.10 | 0.00 | 0.00 |
| David A. Wood | 100.50 | 410.00 | 41,205.00 |
| Tinho Mang | 0.40 | 290.00 | 116.00 |
| Matthew W. Grimshaw | 12.50 | 500.00 | 6,250.00 |
| Pamela Kraus | 6.60 | 270.00 | 1,782.00 |
| *Subtotal for 3 - Business Operations* | *133.40* | | *49,542.00* |
| | | | |
| 4 - Case Administration | | | |
| D. Edward Hays | 2.20 | 630.00 | 1,386.00 |
| David A. Wood | 4.80 | 410.00 | 1,968.00 |
| Pamela Kraus | 3.10 | 270.00 | 837.00 |
| Layla Buchanan | 18.70 | 230.00 | 4,301.00 |
| Cynthia Bastida | 1.00 | 230.00 | 230.00 |
| *Subtotal for 4 - Case Administration* | *29.80* | | *8,722.00* |
| | | | |
| 5 - Claims Administration and Objections | | | |
| David A. Wood | 1.60 | 410.00 | 656.00 |
| *Subtotal for 5 - Claims Administration and Objections* | *1.60* | | *656.00* |
| | | | |
| 7 - Fee/Employment Applications | | | |
| David A. Wood | 0.20 | 0.00 | 0.00 |
| David A. Wood | 4.70 | 410.00 | 1,927.00 |
| Pamela Kraus | 3.50 | 270.00 | 945.00 |
| Layla Buchanan | 0.50 | 230.00 | 115.00 |
| *Subtotal for 7 - Fee/Employment Applications* | *8.90* | | *2,987.00* |
| | | | |
| | **402.20** | | **149,998.00** |

**Fee Recap by Month**

| | **Amount** |
|---|---|
| 1 - Asset Analysis and Recovery | |
| April 2018 | *19,366.00* |
| May 2018 | *6,322.00* |
| June 2018 | *4,056.00* |
| July 2018 | *4,364.00* |
| August 2018 | *1,785.00* |
| September 2018 | *182.00* |
| October 2018 | *373.00* |

EXHIBIT 10, PAGE 190

**Marshack Hays LLP**

| | | |
|---|---|---|
| Richard Marshack, Trustee | | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | | Invoice  9248 |
| I.D. 1015-114 - DAW | | Page 49 |

| | | |
|---|---|---|
| | November 2018 | *1,000.00* |
| | December 2018 | *328.00* |
| | January 2019 | *200.00* |
| | February 2019 | *615.00* |
| *Subtotal for 1 - Asset Analysis and Recovery* | | *38,591.00* |
| | | |
| 10 - Litigation | | |
| | April 2018 | *19,163.00* |
| | May 2018 | *7,487.00* |
| | June 2018 | *721.00* |
| | July 2018 | *928.00* |
| | August 2018 | *238.00* |
| | September 2018 | *1,253.00* |
| | October 2018 | *1,230.00* |
| | November 2018 | *1,093.00* |
| | December 2018 | *820.00* |
| | January 2019 | *779.00* |
| | February 2019 | *214.00* |
| *Subtotal for 10 - Litigation* | | *33,926.00* |
| | | |
| 11 - Meetings of Creditors | | |
| | May 2018 | *2,952.00* |
| | August 2018 | *41.00* |
| *Subtotal for 11 - Meetings of Creditors* | | *2,993.00* |
| | | |
| 13 - Relief from Stay Proceedings | | |
| | April 2018 | *369.00* |
| | May 2018 | *328.00* |
| | June 2018 | *205.00* |
| | August 2018 | *41.00* |
| | September 2018 | *205.00* |
| | October 2018 | *946.00* |
| | November 2018 | *164.00* |
| *Subtotal for 13 - Relief from Stay Proceedings* | | *2,258.00* |
| | | |
| 2 - Asset Disposition | | |
| | April 2018 | *6,275.00* |
| | May 2018 | *1,209.00* |
| | June 2018 | *582.00* |
| | August 2018 | *560.00* |
| | September 2018 | *738.00* |
| | October 2018 | *659.00* |
| | December 2018 | *50.00* |
| | January 2019 | *250.00* |

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice 9248 |
| I.D. 1015-114 - DAW | Page 50 |

*Subtotal for 2 - Asset Disposition*                                            *10,323.00*

3 - Business Operations

|  |  |
|---|---|
| April 2018 | *20,322.00* |
| May 2018 | *2,805.00* |
| June 2018 | *1,090.00* |
| July 2018 | *10,191.00* |
| August 2018 | *7,671.00* |
| September 2018 | *820.00* |
| October 2018 | *1,763.00* |
| November 2018 | *1,339.00* |
| December 2018 | *1,030.00* |
| January 2019 | *1,855.00* |
| February 2019 | *656.00* |

*Subtotal for 3 - Business Operations*                                    *49,542.00*

4 - Case Administration

|  |  |
|---|---|
| April 2018 | *4,491.00* |
| May 2018 | *883.00* |
| June 2018 | *2,439.00* |
| July 2018 | *92.00* |
| August 2018 | *276.00* |
| October 2018 | *92.00* |
| November 2018 | *115.00* |
| January 2019 | *253.00* |
| February 2019 | *81.00* |

*Subtotal for 4 - Case Administration*                                      *8,722.00*

5 - Claims Administration and Objections

|  |  |
|---|---|
| May 2018 | *574.00* |
| January 2019 | *82.00* |

*Subtotal for 5 - Claims Administration and Objections*           *656.00*

7 - Fee/Employment Applications

|  |  |
|---|---|
| April 2018 | *545.00* |
| May 2018 | *1,911.00* |
| June 2018 | *326.00* |
| July 2018 | *82.00* |
| August 2018 | *82.00* |
| January 2019 | *41.00* |

*Subtotal for 7 - Fee/Employment Applications*                       *2,987.00*

**149,998.00**

EXHIBIT 11

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Health Group | Invoice  9250 |
| I.D. 1015-115 - DAW | Page  8 |

| Fee Recap by Task Code | | | |
|---|---|---|---|
| | **Hours** | **Rate/Hour** | **Amount** |
| 1 - Asset Analysis and Recovery | | | |
| David A. Wood | 0.80 | 410.00 | 328.00 |
| *Subtotal for 1 - Asset Analysis and Recovery* | *0.80* | | *328.00* |
| | | | |
| 10 - Litigation | | | |
| D. Edward Hays | 1.20 | 630.00 | 756.00 |
| David A. Wood | 0.50 | 410.00 | 205.00 |
| Tinho Mang | 3.20 | 290.00 | 928.00 |
| Chanel Mendoza | 0.10 | 230.00 | 23.00 |
| Layla Buchanan | 1.10 | 230.00 | 253.00 |
| Cynthia Bastida | 0.10 | 230.00 | 23.00 |
| *Subtotal for 10 - Litigation* | *6.20* | | *2,188.00* |
| | | | |
| 11 - Meetings of Creditors | | | |
| David A. Wood | 0.20 | 410.00 | 82.00 |
| *Subtotal for 11 - Meetings of Creditors* | *0.20* | | *82.00* |
| | | | |
| 13 - Relief from Stay Proceedings | | | |
| David A. Wood | 0.20 | 410.00 | 82.00 |
| *Subtotal for 13 - Relief from Stay Proceedings* | *0.20* | | *82.00* |
| | | | |
| 2 - Asset Disposition | | | |
| Tinho Mang | 0.10 | 290.00 | 29.00 |
| *Subtotal for 2 - Asset Disposition* | *0.10* | | *29.00* |
| | | | |
| 3 - Business Operations | | | |
| David A. Wood | 1.20 | 410.00 | 492.00 |
| Tinho Mang | 0.20 | 0.00 | 0.00 |
| Layla Buchanan | 1.40 | 230.00 | 322.00 |
| *Subtotal for 3 - Business Operations* | *2.80* | | *814.00* |
| | | | |
| 4 - Case Administration | | | |
| Tinho Mang | 0.10 | 0.00 | 0.00 |
| Tinho Mang | 9.10 | 290.00 | 2,639.00 |
| Pamela Kraus | 0.20 | 270.00 | 54.00 |
| Layla Buchanan | 8.70 | 230.00 | 2,001.00 |
| *Subtotal for 4 - Case Administration* | *18.10* | | *4,694.00* |

**Marshack Hays LLP**

| Richard Marshack, Trustee | | | April 9, 2019 |
| Re: Luminance Health Group | | | Invoice 9250 |
| I.D. 1015-115 - DAW | | | Page 9 |

| | Hours | Rate/Hour | Amount |
| --- | --- | --- | --- |
| 5 - Claims Administration and Objections | | | |
| Chad V. Haes | 0.20 | 410.00 | 82.00 |
| Tinho Mang | 0.20 | 290.00 | 58.00 |
| *Subtotal for 5 - Claims Administration and Objections* | *0.40* | | *140.00* |
| | **28.80** | | **8,357.00** |

| Fee Recap by Month | |
| --- | --- |
| | **Amount** |
| 1 - Asset Analysis and Recovery | |
| June 2018 | *205.00* |
| July 2018 | *123.00* |
| *Subtotal for 1 - Asset Analysis and Recovery* | *328.00* |
| 10 - Litigation | |
| April 2018 | *424.00* |
| May 2018 | *252.00* |
| June 2018 | *126.00* |
| July 2018 | *458.00* |
| September 2018 | *522.00* |
| October 2018 | *406.00* |
| *Subtotal for 10 - Litigation* | *2,188.00* |
| 11 - Meetings of Creditors | |
| July 2018 | *82.00* |
| *Subtotal for 11 - Meetings of Creditors* | *82.00* |
| 13 - Relief from Stay Proceedings | |
| June 2018 | *82.00* |
| *Subtotal for 13 - Relief from Stay Proceedings* | *82.00* |
| 2 - Asset Disposition | |
| September 2018 | *29.00* |
| *Subtotal for 2 - Asset Disposition* | *29.00* |
| 3 - Business Operations | |
| May 2018 | *138.00* |
| June 2018 | *164.00* |
| July 2018 | *246.00* |
| December 2018 | *184.00* |
| January 2019 | *82.00* |
| February 2019 | *0.00* |

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Health Group | Invoice  9250 |
| I.D. 1015-115 - DAW | Page 10 |

*Subtotal for 3 - Business Operations* *814.00*

4 - Case Administration

| | |
|---|---|
| April 2018 | *1,296.00* |
| May 2018 | *46.00* |
| July 2018 | *92.00* |
| September 2018 | *2,799.00* |
| October 2018 | *208.00* |
| January 2019 | *253.00* |
| *Subtotal for 4 - Case Administration* | *4,694.00* |

5 - Claims Administration and Objections

| | |
|---|---|
| July 2018 | *82.00* |
| September 2018 | *58.00* |
| *Subtotal for 5 - Claims Administration and Objections* | *140.00* |

**8,357.00**

EXHIBIT 12

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice  9247 |
| I.D. 1015-114 - DAW | Page  13 |

### Disbursement Recap by Task Code

| Task | Description | Amount |
|---|---|---|
| E101 | Copying | 1,479.76 |
| E102 | Outside printing | 2,292.85 |
| E104 | Facsimile | 2.00 |
| E105 | Telephone | 86.00 |
| E106 | Online research | 508.91 |
| E107 | Delivery | 2,609.33 |
| E108 | Postage | 613.25 |
| E109 | Local travel | 32.18 |
| | **Total Disbursements** | **7,624.28** |

### Disbursement Recap by Month

| | | Amount |
|---|---|---|
| E101 - Copying | | |
| | April 2018 | 575.60 |
| | May 2018 | 456.20 |
| | June 2018 | 202.40 |
| | July 2018 | 16.96 |
| | August 2018 | 129.40 |
| | October 2018 | 2.80 |
| | November 2018 | 3.20 |
| | December 2018 | 1.60 |
| | January 2019 | 91.60 |
| *Subtotals for E101 - Copying* | | *1,479.76* |
| E102 - Outside printing | | |
| | April 2018 | 1,107.17 |
| | June 2018 | 1,185.68 |
| *Subtotals for E102 - Outside printing* | | *2,292.85* |
| E104 - Facsimile | | |
| | July 2018 | 2.00 |
| *Subtotals for E104 - Facsimile* | | *2.00* |
| E105 - Telephone | | |
| | December 2018 | 86.00 |
| *Subtotals for E105 - Telephone* | | *86.00* |
| E106 - Online research | | |
| | May 2018 | 72.59 |

**Marshack Hays LLP**

| Richard Marshack, Trustee | April 9, 2019 |
|---|---|
| Re: Luminance Recovery Center, LLC | Invoice  9247 |
| I.D. 1015-114 - DAW | Page 14 |

| | **Amount** |
|---|---|
| June 2018 | 59.60 |
| July 2018 | 94.60 |
| August 2018 | 145.80 |
| September 2018 | 29.60 |
| November 2018 | 22.70 |
| December 2018 | 30.00 |
| January 2019 | 18.22 |
| February 2019 | 35.80 |
| *Subtotals for E106 - Online research* | *508.91* |
| E107 - Delivery services/messengers | |
| April 2018 | 1,445.24 |
| May 2018 | 246.86 |
| June 2018 | 729.15 |
| July 2018 | 95.04 |
| August 2018 | 45.73 |
| October 2018 | 7.50 |
| November 2018 | 7.50 |
| December 2018 | 17.31 |
| January 2019 | 15.00 |
| *Subtotals for E107 - Delivery services/messengers* | *2,609.33* |
| E108 - Postage | |
| April 2018 | 138.70 |
| May 2018 | 221.73 |
| June 2018 | 177.22 |
| July 2018 | 0.94 |
| August 2018 | 38.40 |
| December 2018 | 0.94 |
| January 2019 | 35.32 |
| *Subtotals for E108 - Postage* | *613.25* |
| E109 - Local travel | |
| April 2018 | 19.00 |
| May 2018 | 13.18 |
| *Subtotals for E109 - Local travel* | *32.18* |
| | **7,624.28** |

EXHIBIT 13

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Health Group | Invoice  9250 |
| I.D. 1015-115 - DAW | Page  3 |

| **Disbursements** | | |
|---|---|---|
| **Date** | **Description** | **Amount** |

E105 - Telephone

| | | |
|---|---|---|
| 01/07/19 | Telephone charge  telephonic court appearance with Judge Gooding on 04/29/19  CourtCall, LLC | 86.00 |

*Subtotal for E105 - Telephone*     *86.00*

E106 - Online research

| | | |
|---|---|---|
| 10/01/18 | Computer Research  re: LexisNexis, September 2018 | 101.94 |

*Subtotal for E106 - Online research*     *101.94*

E107 - Delivery services/messengers

| | | |
|---|---|---|
| 10/24/18 | File  status report at OCSC on 09/27/18  Citibusiness Card | 90.00 |
| 10/24/18 | File  status conference statement at OCSC on 09/28/18  Citibusiness Card | 12.20 |
| 11/30/18 | File  notice and motion for judgment on pleading's at USBC/SA on 11/19/18  Nationwide Legal, Inc. | 7.50 |
| 12/26/18 | File  status conference statement at OCSC on 12/17/18  Citibusiness Card | 12.20 |

*Subtotal for E107 - Delivery services/messengers*     *121.90*

**Total Disbursements**     **309.84**

EXHIBIT 13, PAGE 198

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Health Group | Invoice  9250 |
| I.D. 1015-115 - DAW | Page  4 |

### Disbursement Recap by Task Code

| Task | Description | Amount |
|---|---|---|
| E105 | Telephone | 86.00 |
| E106 | Online research | 101.94 |
| E107 | Delivery | 121.90 |
| | **Total Disbursements** | **309.84** |

### Disbursement Recap by Month

| | Amount |
|---|---|
| E105 - Telephone | |
| January 2019 | 86.00 |
| *Subtotals for E105 - Telephone* | *86.00* |
| E106 - Online research | |
| October 2018 | 101.94 |
| *Subtotals for E106 - Online research* | *101.94* |
| E107 - Delivery services/messengers | |
| October 2018 | 102.20 |
| November 2018 | 7.50 |
| December 2018 | 12.20 |
| *Subtotals for E107 - Delivery services/messengers* | *121.90* |
| | **309.84** |

EXHIBIT 14



870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778
Tax ID # 26-4503174

Richard Marshack, Trustee
870 Roosevelt Avenue
Irvine, CA  92620

Invoice  9247
April 9, 2019

ID: 1015-114 - DAW

Re: Luminance Recovery Center, LLC

For Services Rendered Through February 28, 2019

| | | |
|---|---|---|
| Current Disbursements | 7,624.28 | |
| Total Current Charges | | 7,624.28 |
| **Total Due** | | **7,624.28** |

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice  9247 |
| I.D. 1015-114 - DAW | Page  2 |

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice  9247 |
| I.D. 1015-114 - DAW | Page  3 |

| | Disbursements | |
|---|---|---|
| **Date** | **Description** | **Amount** |

**E101 - Copying**

| Date | Description | Amount |
|---|---|---|
| 04/18/18 | Document Copies  re: overnighted motion for order authorizing abandonment of vehicles | 15.60 |
| 04/18/18 | Document Copies  re: overnighted emergency motion for order authorizing operation of business | 22.00 |
| 04/18/18 | Document Copies  re: overnighted motion for order authorizing trustee to reject certain unexpired leases and executory contracts | 82.40 |
| 04/18/18 | Document Copies  re: overnighted motion for order authorizing trustee to reject certain unexpired leases and executory contracts | 82.40 |
| 04/19/18 | Document Copies  re: motion for order authorizing abandonment of vehicles, emergency motion, and motion to reject lease (judge's copies) | 101.60 |
| 04/19/18 | Document Copies  re: notice and emergency motion, notice and motion to reject certain leases and motion authorizing abandonment of vehicles | 105.00 |
| 04/20/18 | Document Copies  re: notices and emergency motion for order authorizing abandonment of vehicles, proofs of service (judge's copies) | 10.20 |
| 04/24/18 | Document Copies  re: declaration re: declaration of David Wood re: telephonic notice of hearing (judge's copy) | 3.80 |
| 04/25/18 | Document Copies  re: notice of proposed granting emergency motion and statement regarding cash collateral | 142.60 |
| 04/25/18 | Document Copies  re: notice of proposed order granting emergency motion and statement regarding cash collateral (judge's copies) | 7.80 |
| 04/27/18 | Document Copies  re: lodged order granting the Chapter 7 Trustee's motion for order authorizing abandonment of vehicles (Judge's Copy) | 0.60 |
| 04/27/18 | Document Copies  re: lodged order granting Trustee's motion to reject leases (Judge's Copy) | 1.60 |
| 05/04/18 | Document Copies  re: notice of lodgment of order (judge's copy) | 6.00 |
| 05/04/18 | Document Copies  re: notice of lodgment of order | 187.20 |
| 05/07/18 | Document Copies  re: stipulation re: state court action against Michael Castanon | 66.60 |
| 05/08/18 | Document Copies  re: stipulation re: state court action against Michael Castanon (judge's copy) | 2.60 |
| 05/10/18 | Document Copies  re: notice of application to employ Marshack Hays as general counsel | 14.40 |
| 05/25/18 | Document Copies  re: notice of motion for order to limit notice of certain matters requiring notice to creditors | 179.40 |
| 06/07/18 | Document Copies  re: notice and emergency motion for order to compel Comerica Bank to turnover funds, notice and emergency motion for order authorizing continued maintenance of existing bank accounts | 51.80 |

## Marshack Hays LLP

| | | |
|---|---|---|
| Richard Marshack, Trustee | | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | | Invoice  9247 |
| I.D. 1015-114 - DAW | | Page 4 |

| Date | Description | Amount |
|---|---|---|
| 06/07/18 | Document Copies  re: notice and emergency motion for order to compel Comerica Bank to turnover funds, notice and emergency motion for order authorizing continued maintenance of existing bank accounts (judge's copies) | 55.40 |
| 06/08/18 | Document Copies  re: supplemental proof of service re: emergency motion and declaration of David Wood, Layla Buchanan, and Pamela Kraus (judge's copies) | 5.20 |
| 06/11/18 | Document Copies  re: notice of continued hearing re: trustee emergency motion | 21.60 |
| 06/12/18 | Document Copies  re: notice of continued hearing re: emergency motion for order to compel turnover of funds (judge's copy) | 2.60 |
| 06/14/18 | Document Copies  re: declarations that no party requested a hearing on motion and lodged orders (judge's copies) | 38.80 |
| 06/22/18 | Document Copies  re: substitution of attorney and request that the clerk issue another summons (judge's copies) | 2.00 |
| 06/28/18 | Document Copies  re: early meeting status conference, another summons and notice of status conference, substitution of attorney, complaint, and notice to defendant | 18.00 |
| 06/29/18 | Document Copies  re: another summons and notice of status conference (judge's copies) | 7.00 |
| 07/09/18 | Document Copies  re: notice of withdrawal re: emergency motion (judge's copy) | 2.00 |
| 07/24/18 | Document Copies  re: stipulation re: continued use of cash collateral | 2.80 |
| 07/25/18 | Document Copies  re: stipulation re: continued use of cash collateral (judge's copy) | 2.60 |
| 07/26/18 | Document Copies  re: request for clerk to enter default and declaration in support of request | 5.20 |
| 07/26/18 | Postage  re: request for clerk to enter default and declaration in support of request | 1.36 |
| 07/27/18 | Document Copies  re: request for clerk to enter default and declaration in support of request for entry of default (judge's copies) | 3.00 |
| 08/02/18 | Document Copies  re: notice of motion for order authorizing continued maintenance of existing bank accounts | 31.80 |
| 08/03/18 | Document Copies  re: notice and motion for order authorizing continued maintenance of existing bank accounts (judge's copies) | 26.20 |
| 08/08/18 | Document Copies  re: letter to compel turnover | 0.40 |
| 08/14/18 | Document Copies  re: stipulation re: continued use of collateral (judge's copy) | 3.00 |
| 08/31/18 | Document Copies  re: declaration that no party requested a hearing on motion (judge's copy) | 26.80 |
| 08/31/18 | Document Copies  re: notice and motion for order authorizing filing of petition | 41.20 |
| 10/16/18 | Document Copies  re: stipulation regarding payment of Bank SNB legal fees and expenses (judge's copy) | 2.80 |
| 11/19/18 | Document Copies  re: stipulation re: continued use of cash collateral (judge's | 3.20 |

## Marshack Hays LLP

| Richard Marshack, Trustee | April 9, 2019 |
|---|---|
| Re: Luminance Recovery Center, LLC | Invoice 9247 |
| I.D. 1015-114 - DAW | Page 5 |

| Date | Description | Amount |
|---|---|---|
| | copy) | |
| 12/04/18 | Document Copies re: status report (Lillard v Luminance) | 1.60 |
| 01/03/19 | Document Copies re: notice and motion for order authorizing operation of the business | 62.20 |
| 01/04/19 | Document Copies re: notice and motion for order authorizing operation of business (judge's copies) | 25.40 |
| 01/22/19 | Document Copies re: signature page of Richard Marshack to motion for order authorizing business operation (judge's copy) | 2.20 |
| 01/25/19 | Document Copies re: OC withholding order response | 1.80 |
| *Subtotal for E101 - Copying* | | *1,479.76* |

E102 - Outside printing

| Date | Description | Amount |
|---|---|---|
| 04/25/18 | Outside copy service cash collateral, operate and abandon vehicles motion Digicopy, Inc. | 1,107.17 |
| 06/12/18 | Outside copy service Luminance motion to continue bank accounts/ turnover notice Digicopy, Inc. | 1,185.68 |
| *Subtotal for E102 - Outside printing* | | *2,292.85* |

E104 - Facsimile

| Date | Description | Amount |
|---|---|---|
| 07/17/18 | Fax to re: fax to Sutter County Clerk re: document order form | 2.00 |
| *Subtotal for E104 - Facsimile* | | *2.00* |

E105 - Telephone

| Date | Description | Amount |
|---|---|---|
| 12/17/18 | Telephone charge telephonic court appearance with Judge Gooding on 12/17/18 CourtCall, LLC | 86.00 |
| *Subtotal for E105 - Telephone* | | *86.00* |

E106 - Online research

| Date | Description | Amount |
|---|---|---|
| 05/01/18 | Computer Research re: pacer usage April, 2018 | 72.59 |
| 06/14/18 | Computer Research re: pacer usage May, 2018 | 59.60 |
| 07/01/18 | Computer Research re: pacer usage June 2018 | 94.60 |
| 08/01/18 | Computer Research re: pacer usage, July 2018 | 55.00 |
| 08/31/18 | Computer Research re: Pacer usage, August 2018 | 90.80 |
| 09/30/18 | Computer Research re: pacer usage, September 2018 | 29.60 |
| 11/01/18 | Computer Research re: Pacer usage, October 2018 | 22.70 |
| 12/01/18 | Computer Research re: Pacer Usage, November 2018 | 30.00 |
| 01/01/19 | Computer Research re: pacer usage, December 2018 | 18.22 |
| 02/01/19 | Computer Research re: Pacer usage, January 2019 | 35.80 |
| *Subtotal for E106 - Online research* | | *508.91* |

E107 - Delivery services/messengers

# Marshack Hays LLP

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice 9247 |
| I.D. 1015-114 - DAW | Page 6 |

| Date | Description | Amount |
|---|---|---|
| 04/25/18 | Deliver  UCC search on 04/05/18  Citibusiness Card | 28.00 |
| 04/25/18 | File  motion to abandon property of the estate on 04/18/18  Citibusiness Card | 181.00 |
| 04/30/18 | Federal Express  to Luminance Health Group, Inc./ San Juan Capistran, CA on 04/19/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  to Luminance Recovery Center LLC/ San Juan Capistran, CA on 04/19/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  to Luminance Health Center Group Inc./ San Juan Capistran, CA on 04/19/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  to Luminance Health Recovery Center LLC/ San Juan Capistran, CA on 04/19/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  to Office of the US Trustee/ Santa Ana, CA on 04/19/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  to Yellowstone Capital West LLC Attn: Managing Member/ New York, NY on 04/19/18  Federal Express | 57.65 |
| 04/30/18 | Federal Express  to Queen Funding LLC Attn: Managing Member/ North Miami Beach, FL on 04/19/18  Federal Express | 57.65 |
| 04/30/18 | Federal Express  to Capistrano Enterprises LLC CT Corporation System/ Southfield, MI on 04/19/18  Federal Express | 57.65 |
| 04/30/18 | Federal Express  to Capistrano Enterprises LLC Attn: Jennifer Anglin-Owens/ San Juan Capistran, CA on 04/19/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  to Capistrano Enterprises LP DBA Capistrano Business Center/ San Juan Capistran, CA on 04/19/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  to Chet Gates/ Laguna Niguel, CA on 04/19/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  to Conley Coastal Properties CO Karen V. Conley/ San Clemente, CA on 04/19/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  to Karen Conley CO Keller Williams OC/ San Clemente, CA on 04/19/18  Federal Express | 44.35 |
| 04/30/18 | Federal Express  to Karen Conley/ San Clemente, CA on 04/19/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  to Hany George Bishay/ Irvine, CA on 04/19/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  to Jidai Liu/ Irvine, CA on 04/19/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  to Luminance Yuba LLC/ San Juan Capistran, CA on 04/19/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  to Pure Life Recovery LLC Attn: Managing Member/ San Clemente, CA on 04/19/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  to Pure Life Recovery LLC Cover Law PC/ Cheyenne, WY on 04/19/18  Federal Express | 57.65 |
| 04/30/18 | Federal Express  to Quishi Yang CO Suntrust Capital/ Walnut, CA on 04/19/18  Federal Express | 29.35 |

## Marshack Hays LLP

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice  9247 |
| I.D. 1015-114 - DAW | Page 7 |

| Date | Description | Amount |
|---|---|---|
| 04/30/18 | Federal Express  to Richman Bry/ Santa Monica, CA on 04/19/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  to Robert Biondi/ Dana Point, CA on 04/19/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  to South Capistrano Enterprises/ San Juan Capistran, CA on 04/19/18  Federal Express | 57.65 |
| 04/30/18 | Federal Express  to South Capistrano Enterprises/ San Juan Capistran, CA on 04/19/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  to Sameh Karras/ Laguna Niguel, CA on 04/19/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  to Sameh Karras/ Laguna Niguel, CA on 04/19/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  to Aetna Inc./ Hartford, CT on 04/19/18  Federal Express | 57.65 |
| 04/30/18 | Federal Express  to Thomas Fase/ Newport Beach, CA on 04/19/18  Federal Express | 23.90 |
| 04/30/18 | Federal Express  to Ford Motor Credit Company CT Corporation System/ Dearborn, MI on 04/19/18  Federal Express | 35.10 |
| 04/30/18 | Federal Express  to Mercedes-Benz Financial Service/ Farmington Hills, MI on 04/19/18  Federal Express | 35.10 |
| 04/30/18 | Federal Express  to American Honda Finance CT Corporation Systems/ Torrance, CA on 04/19/18  Federal Express | 23.90 |
| 04/30/18 | Federal Express  to Michael Castanon/ Irvine, CA on 04/20/18  Federal Express | 29.35 |
| 04/30/18 | Federal Express  return to Layla Buchanan/ Irvine, CA on 04/20/18  Federal Express | 9.48 |
| 04/30/18 | Federal Express  return to Layla Buchanan/ Irvine, CA on 04/20/18  Federal Express | 9.48 |
| 04/30/18 | Federal Express  return to Layla Buchanan/ Irvine, CA on 04/20/18  Federal Express | 9.48 |
| 04/30/18 | Federal Express  return to Layla Buchanan/ Irvine, CA on 04/20/18  Federal Express | 9.48 |
| 04/30/18 | Federal Express  return to Layla Buchanan/ Irvine, CA on 04/20/18  Federal Express | 9.48 |
| 04/30/18 | Federal Express  return to Layla Buchanan/ Irvine, CA on 04/20/18  Federal Express | 9.48 |
| 04/30/18 | Federal Express  return to Layla Buchanan/ Irvine, CA on 04/23/18  Federal Express | 17.26 |
| 04/30/18 | Federal Express  return to Layla Buchanan/ Irvine, CA on 04/23/18  Federal Express | 0.00 |
| 04/30/18 | File  motion to abandon and reject lease at USBC/SA on 04/19/18  Nationwide Legal, Inc. | 7.50 |
| 04/30/18 | File  notice and emergency motion at USBC/SA on 04/20/18  Nationwide | 7.50 |

## Marshack Hays LLP

| Richard Marshack, Trustee | April 9, 2019 |
|---|---|
| Re: Luminance Recovery Center, LLC | Invoice 9247 |
| I.D. 1015-114 - DAW | Page 8 |

| Date | Description | Amount |
|---|---|---|
| | Legal, Inc. | |
| 04/30/18 | File  declaration re telephonic notice of hearing at USBC/SA on 04/24/18 Nationwide Legal, Inc. | 7.50 |
| 04/30/18 | File  notice of proposed order and statement at USBC/SA on 04/25/18 Nationwide Legal, Inc. | 7.50 |
| 04/30/18 | File  lodged order re abandon vehicles at USBC/SA on 04/27/18  Nationwide Legal, Inc. | 7.50 |
| 05/09/18 | Federal Express  returned to Layla Buchanan/ Irvine, CA on 04/23/18  Federal Express | 9.52 |
| 05/09/18 | Federal Express  returned to Layla Buchanan/ Irvine, CA on 04/24/18  Federal Express | 12.62 |
| 05/16/18 | File  lodged order granting trustee motion at USBC/SA on 04/27/18 Nationwide Legal, Inc. | 7.50 |
| 05/21/18 | Federal Express  to Attn: Facility Manager/ San Juan Capistran, CA on 05/11/18  Federal Express | 9.47 |
| 05/31/18 | File  notice of lodgment of order at USBC/SA on 05/04/18  Nationwide Legal, Inc. | 7.50 |
| 05/31/18 | File  stipulation re state court action at USBC/SA on 05/08/18  Nationwide Legal, Inc. | 7.50 |
| 05/31/18 | File  audio recording form file, conform, return at USBC/SA on 05/15/18 Nationwide Legal, Inc. | 178.00 |
| 05/31/18 | Deliver  please pick up cd's and return to USBC/SA on 05/16/18  Nationwide Legal, Inc. | 14.75 |
| 06/15/18 | File  notices and emergency motions at USBC/SA on 06/07/18  Nationwide Legal, Inc. | 7.50 |
| 06/15/18 | Deliver  notice x2 motion x2 to US Trustee's Office/ Santa Ana, CA on 06/07/18  Nationwide Legal, Inc. | 30.50 |
| 06/15/18 | File  supplemental position and declaration at USBC/SA on 06/08/18 Nationwide Legal, Inc. | 7.50 |
| 06/15/18 | File  notice of continued hearing at USBC/SA on 06/12/18  Nationwide Legal, Inc. | 7.50 |
| 06/15/18 | File  declaration no party requested hearing on motion at USBC/SA on 06/14/18  Nationwide Legal, Inc. | 7.50 |
| 06/19/18 | Federal Express  to Capistrano Enterprises I, LLC/ Southfield, MI on 06/07/18  Federal Express | 17.64 |
| 06/19/18 | Federal Express  to Collectrx, Inc./ Bethesda, MD on 06/07/18  Federal Express | 32.64 |
| 06/19/18 | Federal Express  to Dreamscape Marketing, LLC/ Columbia, MD on 06/07/18  Federal Express | 17.64 |
| 06/19/18 | Federal Express  to First & Last Solutions, LLC/ Auburn, WA on 06/07/18  Federal Express | 18.52 |
| 06/19/18 | Federal Express  to Ford Motor Credit Company/Dearborn, MI on 06/07/18 | 17.64 |

EXHIBIT 14, PAGE 207

# Marshack Hays LLP

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice 9247 |
| I.D. 1015-114 - DAW | Page 9 |

| Date | Description | Amount |
|---|---|---|
| | Federal Express | |
| 06/19/18 | Federal Express  to Infinity Behavioral Health/ Fort Lauderdale, FL on 06/07/18  Federal Express | 17.64 |
| 06/19/18 | Federal Express  to Mercedes-Benz Financial Services/ Farmington Hills, MI on 06/07/18  Federal Express | 17.64 |
| 06/19/18 | Federal Express  to Pure Life Recovery, LLC/ Cheyenne, WY on 06/07/18  Federal Express | 15.17 |
| 06/19/18 | Federal Express  to South Capistrano Enterprises/ Southfield, MI on 06/07/18  Federal Express | 17.64 |
| 06/19/18 | Federal Express  to United Health Care Insurance COM/ Hartford, CT on 06/07/18  Federal Express | 17.64 |
| 06/19/18 | Federal Express  to Patrick L. Huffstickler/ San Antonio, TX on 06/07/18  Federal Express | 15.39 |
| 06/19/18 | Federal Express  to Karen Paholak Manager/ Livonia, MI on 06/07/18  Federal Express | 17.64 |
| 06/19/18 | Federal Express  to John D. Buchanan/ Dallas, TX on 06/07/18  Federal Express | 15.39 |
| 06/19/18 | Federal Express  returned to Layla Buchanan/ Irvine,CA on 06/09/18  Federal Express | 11.52 |
| 06/21/18 | Deliver  to 27 Diamonds/ Westminister, CA on 06/07/18  Golden State Overnight | 14.60 |
| 06/21/18 | Deliver  to American Honda Finance/ Torrance, CA on 06/07/18  Golden State Overnight | 21.41 |
| 06/21/18 | Deliver  to Baygrape Technology/ Ladera Ranch, CA on 06/07/18  Golden State Overnight | 21.41 |
| 06/21/18 | Deliver  to CA Billing/ Costa Mesa, CA on 06/07/18  Golden State Overnight | 14.60 |
| 06/21/18 | Deliver  to Capistrano Enterprises/ San Juan Capistrano, CA on 06/07/18  Golden State Overnight | 21.41 |
| 06/21/18 | Deliver  to Capistrano Enterprises/ San Juan Capistrano, CA on 06/07/18  Golden State Overnight | 14.60 |
| 06/21/18 | Deliver  to Chet Gates/ Laguna Niguel, CA on 06/07/18  Golden State Overnight | 14.60 |
| 06/21/18 | Deliver  to Conley Coastal Prope/ San Clemente, CA on 06/07/18  Golden State Overnight | 21.41 |
| 06/21/18 | Deliver  to Hany George Bishay/ Irvine, CA on 06/07/18  Golden State Overnight | 14.60 |
| 06/21/18 | Deliver  to Jiadai Liu/ Irvine, CA on 06/07/18  Golden State Overnight | 14.60 |
| 06/21/18 | Deliver  to Kaiser Foundation/ Los Angeles, CA on 06/07/18  Golden State Overnight | 21.41 |
| 06/21/18 | Deliver  to Karen Conley/ San Clemente, CA on 06/07/18  Golden State Overnight | 21.41 |

## Marshack Hays LLP

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice 9247 |
| I.D. 1015-114 - DAW | Page 10 |

| Date | Description | Amount |
|---|---|---|
| 06/21/18 | Deliver to Karen Conley/ San Clemente, CA on 06/07/18 Golden State Overnight | 14.60 |
| 06/21/18 | Deliver to Power Digital Market/ San Diego, CA on 06/07/18 Golden State Overnight | 14.60 |
| 06/21/18 | Deliver to Pure Life Recovery/ San Clemente, CA on 06/07/18 Golden State Overnight | 21.41 |
| 06/21/18 | Deliver to C/O Suntrust Capital/ Walnut, CA on 06/07/18 Golden State Overnight | 14.60 |
| 06/21/18 | Deliver to Richman Bry/ Santa Monica, CA on 06/07/18 Golden State Overnight | 21.41 |
| 06/21/18 | Deliver to Robert Biondi/ Dana Point, CA on 06/07/18 Golden State Overnight | 14.60 |
| 06/21/18 | Deliver to As Trustee of Karras/ Laguna Niguel, CA on 06/07/18 Golden State Overnight | 21.41 |
| 06/21/18 | Deliver to Sameh Karras/ Laguna Niguel, CA on 06/07/18 Golden State Overnight | 14.60 |
| 06/21/18 | Deliver to South Capistrano/ San Juan Capistrano, CA on 06/07/18 Golden State Overnight | 14.60 |
| 06/21/18 | Deliver to Thinkbasic, Inc./ San Diego, CA on 06/07/18 Golden State Overnight | 14.60 |
| 06/21/18 | Deliver to MarshackHays LLP/ Irvine, CA on 06/08/18 Golden State Overnight | 21.41 |
| 06/30/18 | File substitution of attorney and request at USBC/SA on 06/22/18 Nationwide Legal, Inc. | 7.50 |
| 06/30/18 | File notice to defendant and another summons at USBC/SA on 06/29/18 Nationwide Legal, Inc. | 7.50 |
| 07/15/18 | File notice of withdrawal at USBC/SA on 07/09/18 Nationwide Legal, Inc. | 7.50 |
| 07/15/18 | File declaration no party requested a hearing on motion at USBC/SA on 07/11/18 Nationwide Legal, Inc. | 7.50 |
| 07/24/18 | Federal Express to Anthony Arnaudy/ Coronado, CA on 07/12/18 Federal Express | 18.80 |
| 07/31/18 | Federal Express to Alleon Capital Partners LLC/ San Francisco, CA on 07/24/18 Federal Express | 11.66 |
| 07/31/18 | Federal Express to Alleon Capital Partners, LLC/ Teaneck, NJ on 07/27/18 Federal Express | 15.77 |
| 07/31/18 | Federal Express to Pam Kraus/ Irvine, CA on 07/30/18 Federal Express | 9.69 |
| 07/31/18 | Federal Express returned to Layla Buchanan/ Irvine, CA on 07/24/18 Federal Express | 9.12 |
| 07/31/18 | File stipulation re continued use of cash collateral at USBC/SA on 07/25/18 Nationwide Legal, Inc. | 7.50 |
| 07/31/18 | File request and declaration at USBC/SA on 07/27/18 Nationwide Legal, Inc. | 7.50 |

EXHIBIT 14, PAGE 209

# Marshack Hays LLP

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice 9247 |
| I.D. 1015-114 - DAW | Page 11 |

| Date | Description | Amount |
|---|---|---|
| 08/15/18 | File  notice and motion for order at USBC/SA on 08/03/18  Nationwide Legal, Inc. | 7.50 |
| 08/15/18 | File  stipulation re use of collateral at USBC/SA on 08/14/18  Nationwide Legal, Inc. | 7.50 |
| 08/15/18 | Federal Express  to Alleon Capital Partners LLC/ Teaneck, NJ on 08/13/18  Federal Express | 15.73 |
| 08/31/18 | File  declaration no party requested a hearing on motion at USBC/SA on 08/22/18  Nationwide Legal, Inc. | 7.50 |
| 08/31/18 | File  notices and motions for order at at USBC/SA on 08/23/18  Nationwide Legal, Inc. | 7.50 |
| 10/31/18 | File  stipulation re payment of legal fees at USBC/SA on 10/16/18  Nationwide Legal, Inc. | 7.50 |
| 11/30/18 | File  stipulation re cash collateral at USBC/SA on 11/19/18  Nationwide Legal, Inc. | 7.50 |
| 12/31/18 | Federal Express  to Alleon Capital Partners LLC/ Teaneck, NJ on 12/20/18  Federal Express | 17.31 |
| 01/15/19 | File  notice and motion for order at USBC/SA on 01/04/19  Nationwide Legal, Inc. | 7.50 |
| 01/31/19 | File  please deliver courtesy copies to Honorable Clarkson at USBC/SA on 01/22/19  Nationwide Legal, Inc. | 7.50 |

*Subtotal for E107 - Delivery services/messengers*                                   *2,609.33*

E108 - Postage

| | | |
|---|---|---|
| 04/25/18 | Postage  re: notice of proposed granting emergency motion and statement regarding cash collateral | 25.30 |
| 04/25/18 | Postage  re: documents on 04/19/18  Citibusiness Card | 113.40 |
| 05/04/18 | Postage  re: notice of lodgment of order | 32.04 |
| 05/07/18 | Postage  re: stipulation re: state court action against Michael Castanon | 17.39 |
| 05/10/18 | Postage  re: notice of application to employ Marshack Hays as general counsel | 11.28 |
| 05/11/18 | Postage  re: notice of continued hearing re: trustee motion to dismiss case | 20.49 |
| 05/25/18 | Postage  re: notice of motion for order to limit notice of certain matters requiring notice to creditors | 140.53 |
| 06/07/18 | Postage  re: notice and emergency motion for order to compel Comerica Bank to turnover funds, notice and emergency motion for order authorizing continued maintenance of existing bank accounts | 33.00 |
| 06/07/18 | Postage  re: notice of Chapter 7 Trustee's emergency motion for order to compel Comerica Bank to turnover funds on hand, to maintain existing bank, and request for payment of legal fees, Chapter 7 Trustee's emergency motion for order to compel Comerica Bank to turnover funds on hand, to maintain existing bank, and request for payment of legal fees with memorandum of points and authorities and declaration of Richard A. Marshack and PK in support, notice of Trustee's emergency motion for order authorizing continued | 113.90 |

# Marshack Hays LLP

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Recovery Center, LLC | Invoice 9247 |
| I.D. 1015-114 - DAW | Page 12 |

| Date | Description | Amount |
|---|---|---|
| | maintenance of existing bank accounts for a limited period pursuant to U.S.C. §§105, 345, and 363; Chapter 7 Trustee's emergency motion for order authorizing continued maintenance of existing bank accounts for a limited period pursuant to U.S.C. §§105, 345, and 363 with memorandm of points and authorities and declaration of Richard A. Marshack in support, | |
| 06/11/18 | Postage  re: notice of continued hearing re: trustee emergency motion | 25.38 |
| 06/28/18 | Postage  re: early meeting status conference, another summons and notice of status conference, substitution of attorney, complaint, and notice to defendant | 4.94 |
| 07/24/18 | Postage  re: stipulation re: continued use of cash collateral | 0.94 |
| 08/02/18 | Postage  re: notice of motion for order authorizing continued maintenance of existing bank accounts | 24.91 |
| 08/08/18 | Postage  re: letter to compel turnover | 0.94 |
| 08/31/18 | Postage  re: notice and motion for order authorizing filing of petition | 12.55 |
| 12/04/18 | Postage  re: status report (Lillard v Luminance) | 0.94 |
| 01/03/19 | Postage  re: notice and motion for order authorizing operation of the business | 34.85 |
| 01/25/19 | Postage  re: OC withholding order response | 0.47 |
| *Subtotal for E108 - Postage* | | *613.25* |
| | | |
| E109 - Local travel | | |
| 04/27/18 | Travel  to and parking at hearings on emergency motions on 04/26/18  David Wood | 19.00 |
| 05/31/18 | Travel  to and parking at 341(a) meeting of creditors on 05/15/18  David Wood | 13.18 |
| *Subtotal for E109 - Local travel* | | *32.18* |
| | **Total Disbursements** | **7,624.28** |

EXHIBIT 15



**MARSHACK HAYS** LLP
ATTORNEYS AT LAW
LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778
Tax ID # 26-4503174

Richard Marshack, Trustee
870 Roosevelt Avenue
Irvine, CA  92620

Invoice  9250
April 9, 2019

ID: 1015-115 - DAW

Re: Luminance Health Group

For Services Rendered Through February 28, 2019

| | | |
|---|---|---|
| Current Disbursements | 309.84 | |
| Total Current Charges | | 309.84 |
| **Total Due** | | **309.84** |

EXHIBIT 15, PAGE 212

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | April 9, 2019 |
| Re: Luminance Health Group | Invoice  9250 |
| I.D. 1015-115 - DAW | Page  2 |

EXHIBIT 16

## PARTNERS

## RICHARD A. MARSHACK

Richard A. Marshack is a founding member of the firm of Marshack Hays LLP. He was born in Las Vegas, Nevada, June 21, 1958. He graduated from University of California at Irvine in 1979 with a Bachelor of Arts degree and California Western School of Law (J.D. Magna Cum Laude, 1982). Recipient, American Jurisprudence Award: Agency and Partnership. Staff Writer, 1980-1981 and Lead Articles Editor, 1981-1982 California Western Law Review. He was admitted to the California Bar in 1982 and the U. S. District Court, Central and Southern Districts of California and U. S. Court of Appeals, Ninth Circuit, 1984.

Mr. Marshack was Law Clerk to the Honorable Folger Johnson, Chief Judge, United States Bankruptcy Court, District of Oregon, 1982-1984, and an Adjunct Professor: Bankruptcy Law, Western States University College of Law, Bankruptcy Law, 1993; Bankruptcy Law, University of California, Irvine, 1985-1992.

Mr. Marshack has authored several articles, including: "The Toxic Claim: Using Bankruptcy Law to Limit Environmental Liabilities," California Bankruptcy Journal, Volume 19, Number 3, 1991; "Recent Developments Under Section 546 of the Bankruptcy Code," Tactics for Unsecured Creditors of Bankrupt Debtors," California Lawyer 21, August, 1984; "Adequate Protection for the Unsecured Creditor Under the Bankruptcy Code", Commercial Law Journal 621, December 1983; "Recent Developments for Reclaiming Goods Under the Bankruptcy Code and the Uniform Commercial Code, "Uniform Commercial Code Law Journal 187, July, 1983; "Reclamation of Goods Under the Bankruptcy Code," Oregon Debtor-Creditor News Letter, I, July 1983; "*Sindell vs. Abbot Laboratories*: Is Market Share Liability the Best Remedy to the DES Controversy" California Western Law Review 143, 1981.

Memberships: Orange County Bankruptcy Forum, Director and President 1995-96; Orange County Bar Association (Commercial Law & Bankruptcy Section), Chairman, 1989; California State Bar Association; Commercial Law League of America; Los Angeles Bankruptcy Forum.

*Panel Bankruptcy Trustee for U.S. Bankruptcy Court, Central District of California, 1985 - Present.*

## D. EDWARD HAYS

D. Edward Hays, is a founding member of the firm of Marshack Hays LLP. He was born in Los Angeles, California. He graduated with honors from California State University at Fullerton in 1989 with a Bachelor of Arts degree in Business. He graduated from the University of Southern California Law Center in 1992 where he was a member of the Hale Moot Court Honors program. Mr. Hays was admitted to practice in 1992. Ed has been certified as a bankruptcy law specialist by the State Bar of California.

Mr. Hays currently serves on the Board of Directors for the following organizations: Legal Aid Society of Orange County; and University of Southern California Law School Annual Fund. He has previously served on the Board for the Cal State University Fullerton Alumni Association; and the Cal State University Fullerton Philanthropic Foundation. In 2004-2005, Mr. Hays served as the President of the Cal State Fullerton Alumni Association and was selected that year as a CSUF Volunteer of the Year. In 2004, Mr. Hays was the Chair of the Resolutions Committee for the Orange County Bar Association and has served as a delegate to the State Bar Conference on behalf of Orange County every year since 1995.

Ed focuses his practice on bankruptcy and litigation matters. In 2000 and 2017, he was the Chair of the Commercial Law & Bankruptcy Section of the Orange County Bar Association. He also has served as a Director or member of the following organizations: the Inland Empire Bankruptcy Forum; the Orange County Bankruptcy Forum; the William P. Gray Legion Lex American Inns of Court, the Federal Bar Association, and the Executive Council for the College of Business at Cal State Fullerton. In 1998 and 1999, Mr. Hays also served as a Judge Pro Tem for the Superior Court of the State of California, County of Los Angeles. Ed has been selected on numerous occasions to present continuing education lectures on various legal topics including bankruptcy, litigation, exemptions, and legal research. He also served on the Central District Task Force for Amendments to the Local Bankruptcy Rules.

In 2004, Ed won the State Bar 5k race and, in 2005 and 2006, was the runner-up. He also actively participates in endurance events completing full-distance Ironman Triathlons in 2000 and 2003; eight half-Ironman races between 1999 and 2016; and a 50- mile ultra-run in 2009; and multiple marathons across the world including New York, Los Angeles, Rome, St. George, and the Madison Valley in Montana.

Ed's published cases include: *In re Continental Capital & Credit*, 158 B.R. 828 (Bankr. C.D. Cal. 1993); *In re Turner*, 186 B.R. 108 (9th Cir. BAP 1995); *In re National Environmental Waste Corporation*, 191 B.R. 832 (Bankr. C.D. Cal. 1996) *aff'd* 129 F.3d 1052 (9th Cir. 1997); *In re Metz*, 225 B.R. 173 (9th Cir. BAP 1998); *Blonder v. Cumberland Engineering*, (1999) 71 Cal.App.4th 1057, 84 Cal.Rptr.2d 216; *In re Kuraishi*, 237 B.R. 172 (Bankr. C.D. Cal. 1999); *In re Kim*, 257 B.R. 680 (9th Cir. BAP 2000); *In re Dudley*, 249 F.3d 1170 (9th Cir. 2001); *In re Dick Cepek*, 339 B.R. 730 (9th Cir. BAP 2006); *In re Rinard*, 451 B.R. 12 (Bankr. C.D. Cal. 2011); and *In re Four Star Financial Services, Inc.*, 444 B.R. 428 (Bankr. C.D. Cal. 2011) *rev'd* 469 B.R. 30 (C.D. Cal. 2012); and *In re Cass*, 476 B.R. 602 (Bankr. C.D. Cal. 2012). *In re Cusimano*, 2013 WL 9736597 (Bankr. C.D.Cal. 2013); *Stahl v. Whelan Elec., Inc. (In re Modtech Holdings)*, 503 B.R. 737 (Bankr. C.D.Cal. 2013); *In re DRI Cos.*, 552 B.R. 195 (Bankr. C.D.Cal. 2016); *Brace v. Speier (In re Brace)*, 566 B.R. 13 (9th Cir. BAP 2017); and *Cal. Corr. Peace Officers Ass'n Ben. Trust Fund v. Corbett (In re Corbett)*, 2017 U.S.Distr. Lexis 108925 (E.D.Cal. 2017).

Ed and his wife, Sarah Cate Hays, have also co-authored the following law review articles published in the California Bankruptcy Journal:

- *The Client Without a Remedy and the Windfall Estate – The Case for Debtor Ownership of Malpractice Claims Against Bankruptcy Counsel* (32 Cal. Bank. J. 65 (2012));
- *The Same Love – Marriage Equality in Bankruptcy Post-DOMA and the Evolving Rights of Registered Domestic Partners* (33 Cal. Bank. J. 49 (2014)); and

- *Good Help Is Hard to Fund: The Problem of Earned Upon Receipt Retainers and Pre-Funded Litigation in Bankruptcy* (33 Cal. Bankr. J. 421 (2016)).

## CHAD V. HAES

Chad V. Haes focuses his practice areas include bankruptcy litigation, business and civil litigation, lender liability, and creditors' rights. Mr. Haes' litigation experience includes representing institutional lenders in actions related to lien priority and wrongful foreclosure, prosecuting and enforcing mechanic's liens, seeking unlawful detainer judgments on behalf of secured lenders and representing creditors, debtors and trustees in the bankruptcy context.

Mr. Haes is a California native who earned his Bachelor of Arts degree from Azusa Pacific University in 2004 and his law degree from Southwestern Law School in 2008. Prior to joining Marshack Hays, Mr. Haes served a two-year term as the judicial law clerk to the Honorable Meredith A. Jury of the United States Bankruptcy Court for the Central District of California, Riverside Division. Mr. Haes also externed for Honorable Samuel L. Bufford of the United States Bankruptcy Court for the Central District of California, Los Angeles Division.

While in law school, Mr. Haes was a member of the Moot Court Honors Program and the recipient of the John J. Schumacher full-tuition scholarship, the Equal Justice America fellowship, the Wiley W. Manuel Award for Pro Bono Legal Services and the CALI Excellence Award for Constitutional Law. Mr. Haes was also selected as a finalist oralist and finalist writer in the Southwestern First-Year Intramural Moot Court Competition and a finalist oralist in the Rendigs National Products Liability Moot Court Competition.

## DAVID A. WOOD

David A. Wood focuses his practice areas include bankruptcy litigation, business and civil litigation, lender liability, and creditors' rights.

Mr. Wood earned his Bachelor of Arts degree from Biola University in 2003, where he graduated magna cum laude. Thereafter, Mr. Wood was a senior associate at Alfred Gobar Associates, a firm specializing in developing econometric modeling systems to evaluate land development opportunities, and the existence of economic blight. He earned his law degree from Chapman University School of Law in 2010, where he graduated in the top 6% of his class. Prior to joining Marshack Hays, Mr. Wood served a two-and-a-half year term as the judicial law clerk to the Honorable Erithe A. Smith of the United States Bankruptcy Court for the Central District of California, Santa Ana Division. Mr. Wood also externed for Honorable Theodor C. Albert of the United States Bankruptcy Court for the Central District of California, Santa Ana Division.

While in law school, Mr. Wood was a symposium editor for the Chapman Law Review and the recipient of the CALI Excellence Award for Immigration Law and Select Topics in American Law.

## ATTORNEYS

**KRISTINE A. THAGARD** focuses her practice on contract, construction, loan enforcement (including lender's right to insurance proceeds and guarantees), purchase and sale transactions, partnership dispute, toxic cleanup and environmental contamination, broker malfeasance, fiduciary duty (broker/agent, partnership and trust), and insurance (negotiation, bad faith, and declaratory relief). She has significant litigation experience in multi-party complex construction defect actions, all aspects of general/commercial liability defense (construction, product and premise liability), subrogation, and real estate (broker/agent, contract, title, contract and fraud).

Ms. Thagard was born in Lynwood, California and graduated cum laude from Menlo College where she served on the Board of Trustees for 9 years. She received her J.D. from the University of Southern California in 1980. While in law school she served as a judicial extern to the Honorable Robert Kingsly, Second Appellate District Court of Appeal. She is admitted to practice in both California (1980) and Nevada (2001) as well as the Federal Courts of both states. She also holds a California Real Estate Broker's License.

**MATTHEW W. GRIMSHAW** focuses his practice on insolvency law and litigation. He represents parties in all aspects of bankruptcy matters and out-of-court restructurings. He also has significant experience litigating and advising clients on issues resulting from the debtor-creditor relationship, including the enforcement of notes and guarantees, writs of attachment, receiverships, wrongful foreclosures, mortgage elimination scams, and injunctions.

Mr. Grimshaw was born in Mesa, Arizona. He graduated from Brigham Young University with a Bachelor of Arts degree in Economics. He graduated with honors from Willamette University College of Law, where he served as the editor-in-chief of the school's Journal of International Law and Dispute Resolution. Mr. Grimshaw was admitted to practice law in California in 2000.

Mr. Grimshaw served a two-year term as a judicial law clerk to the Honorable John E. Ryan. During his first year, Mr. Grimshaw served as Judge Ryan's trial law clerk. During his second year, when Judge Ryan was the chief judge of the Bankruptcy Appellate Panel of the Ninth Circuit Court of Appeals, Mr. Grimshaw served as his appellate law clerk.

Mr. Grimshaw has been asked on many occasions to present lectures on various subjects, including bankruptcy, creditors' rights, and legal ethics. He has published numerous articles on bankruptcy-related topics. In 2006, he was also appointed by Ninth Circuit Court of Appeals to serve on the committee that evaluated candidates and made recommendations as to who should fill existing vacancies on the United States Bankruptcy Court for the Central District of California.

Mr. Grimshaw is a long-time member of the Board of Directors for the Orange County Bankruptcy Forum. He also served as Chair of the Commercial Law and Bankruptcy Section of the Orange County Bar Association.

Mr. Grimshaw enjoys spending time with his family, reading, and traveling. Mr. Grimshaw is conversant in Spanish. He is an Eagle Scout and continues to be actively involved with the Boy Scouts of America.

**JUDITH E. MARSHACK** is an Associate with Marshack Hays LLP. She was born in Inglewood, CA. Ms. Marshack graduated from the California State University, Long Beach in 1982 and from Western State University, College of Law in 1992, and was admitted to practice law in 1992.

**LAILA MASUD** focuses her practice in bankruptcy and business litigation, including lender liability and creditors' rights.

Ms. Masud graduated cum laude from the University of California, Irvine in 2012. She earned her law degree from Pepperdine University School of Law in 2016. She was admitted to practice law in California in 2016. Prior to joining Marshack Hays, Ms. Masud served as a judicial law clerk to the Honorable Thomas B. Donovan at the United States Bankruptcy Court for the Central District of California, Los Angeles Division.

During law school, as an extern for the Honorable Vincent P. Zurzolo at the United States Bankruptcy Court for the Central District of California, Los Angeles Division, she served on the Rules Committee where she conducted research and wrote on various issues of bankruptcy law, including local court forms, rules and procedures. She also served as a student leader and was nominated for The Parris Institute for Professional Formation Award for Excellence in Leadership and Excellence in Peacemaking.  Ms. Masud is conversant in Spanish, Urdu and Hindi.

Ms. Masud currently serves on the Orange County Bar Association's Commercial Law and Bankruptcy Section as its Secretary/Treasurer.

**TINHO MANG** is an attorney at Marshack Hays. He recently earned his Juris Doctorate from the University of Southern California, Gould School of Law, and prior to that, graduated *magna cum laude* from the University of California, Los Angeles. While at law school, Mr. Mang served as the Executive Senior Editor of the Southern California Review of Law and Social Justice. He also served two full-time summers and one part-time fall semester as an extern in the United States Bankruptcy Court for the Central District of California for the Honorable Scott C. Clarkson. During his externship in bankruptcy court, Mr. Mang developed a deep appreciation for the intricacies of bankruptcy practice, participating substantially in a wide variety of bankruptcy matters ranging from Chapter 11 confirmations, adversarial proceedings for lien avoidance, and a trial seeking to avoid a preferential or fraudulent transfer.

Mr. Mang was sworn in as a member of the California State Bar on November 27, 2018.


## PARALEGALS AND TRUSTEE ADMINISTRATORS

**PAMELA KRAUS**, Trustee Case Administrator and Paralegal 1990 to Present; Education: Coastline Community College, Costa Mesa (A.A. 2004); Legal Assistant Training Program, Coastline Community College, American Bar Association Certification (Completion 2004). Member: Orange County Paralegal Association; Orange County Bankruptcy Forum; National Association of Bankruptcy Trustees.

**CHANEL MENDOZA,** Experience: Ms. Mendoza is a seasoned litigation and bankruptcy Legal Assistant/Paralegal. She obtained her Legal Secretary Certificate from Watterson College in 1992. She has more than twenty years of law related experience comprising of workers' compensation, personal injury, business litigation, employment law, and bankruptcy, all while working under the direct supervision of active members of the California State Bar. Ms. Mendoza has also worked fourteen of those years under the direction and supervision of Marshack Hays LLP's founding partner, D. Edward Hays. Ms. Mendoza has federal and state court experience, including extensive trial and appellate knowledge. Ms. Mendoza is a former Board Member of NALS and is a current member of the National Notary Association and Orange County Legal Secretaries Association, Inc.

**LAYLA BUCHANAN**, Experience: Ms. Buchanan has over eighteen years of law related experience working in civil, bankruptcy and family law, while working under the direct supervision of active members of the California State Bar. Member: Orange County Legal Secretaries Association, Orange County Paralegal Association, and a current member of the National Notary Association. Ms. Buchanan has extensive knowledge in all aspects of state and federal court litigation and bankruptcy practices.

**CYNTHIA BASTIDA**, Experience: Ms. Bastida has over twenty years of experience working as a Legal Assistant/Paralegal. She has her Paralegal Certificate (completion in 1991) and earned a Bachelor of Arts in Psychology from California State University Fullerton in 2004. She has a wide range of experience from civil litigation, bankruptcy, product liability, lemon law, real estate and corporate law as well as eminent domain. Her skills include: Legal research, trial preparation along with drafting numerous fee applications, petitions, proofs of claim, notices, motions and discovery. Cynthia is a member of Orange County Legal Secretary Association (OCLSA).

**LAURIE MCPHERSON**, Trustee Case Administrator 2007 to present; Trustee field agent and/ paraprofessional 1988 to 2007; Experience: Twenty years of law related experience as a bankruptcy trustee paraprofessional working under the direct supervision of active members of the California State Bar and attorneys who practice in federal courts located in California.

**KATHLEEN FREDERICK**, Experience: Mrs. Frederick is a Junior Paralegal with Marshack Hays LLP. Mrs. Frederick graduated from the University of California, Los Angeles in 2008 with a bachelor's degree in English. She obtained her Paralegal Certificate from Coastline Community College's ABA accredited program in May of 2018. She has been working with the firm for more than five years and has over ten years legal experience. Mrs. Frederick is a member of the Orange County Paralegal Association and the National Association of Legal Assistants.

Billing Rates:

| Partners | Rates | Of Counsel | Rates | Paralegals | Rates |
|---|---|---|---|---|---|
| Richard A. Marshack | $650 | Kristine A. Thagard | $530 | Pamela Kraus | $270 |
| D. Edward Hays | $650 | Matthew W. Grimshaw | $500 | Chanel Mendoza | $240 |
| Chad V. Haes | $450 | Associates | Rates | Layla Buchanan | $240 |
| David A. Wood | $450 | Judith E. Marshack | $410 | Cynthia Bastida | $240 |
| | | Laila Masud | $350 | Laurie McPherson | $175 |
| | | Tinho Mang | $300 | Kathleen Frederick | $175 |

EXHIBIT 16, PAGE 220

EXHIBIT 17

1  Jeffrey I. Golden, State Bar No. 133040
   jgolden@wgllp.com
2  Beth E. Gaschen, State Bar No. 245894
   bgaschen@wgllp.com
3  **WEILAND GOLDEN GOODRICH LLP**
   650 Town Center Drive, Suite 950
4  Costa Mesa, California 92626
   Telephone    714-966-1000
5  Facsimile    714-966-1002

6  Proposed Attorneys for
   Debtors and Debtors-in-Possession
7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                  **SANTA ANA DIVISION**

11  In re                                    Case No. 8:18-bk-10969-SC and 8:18-bk-
                                             10972-SC
12  LUMINANCE RECOVERY CENTER, LLC,
    a California limited liability company, *et al.*,   Chapter 11
13
                        Debtors and          **NOTICE OF EX PARTE MOTION AND EX
14                 Debtors-in-Possession.    PARTE MOTION FOR JOINT
                                             ADMINISTRATION PURSUANT TO 11
15  Affects:                                 U.S.C. § 105(a), FEDERAL RULE OF
                                             BANKRUPTCY PROCEDURE 1015, AND
16  ☒ All Debtors                            LOCAL BANKRUPTCY RULE 1015-1;
                                             MEMORANDUM OF POINTS AND
17  ☐ Luminance Recovery Center, LLC,        AUTHORITIES; AND DECLARATIONS OF
    ONLY                                     ANTHONY ARNAUDY AND BETH E.
18                                           GASCHEN FILED IN SUPPORT THEREOF**
    ☐ Luminance Health Group, Inc., a
19  California corporation, ONLY             **[No Hearing Required Pursuant to Local
                                             Bankruptcy Rules 1051-1 and 9013-1(q)]**
20

21

22

23

24

25

26

27

28

1159925.1                                    EX PARTE MOTION FOR JOINT
                                             ADMINISTRATION

*Weiland Golden Goodrich LLP*
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

1  **TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATE BANKRUPTCY**

2  **JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER**

3  **INTERESTED PARTIES:**

4  **PLEASE TAKE NOTICE** that Luminance Recovery Center, LLC and Luminance

5  Health Group, Inc., the debtors and debtors-in-possession (collectively, the "Debtors") in

6  the above-captioned cases (the "Cases"), hereby move (the "Motion") ex parte for entry of

7  an order authorizing the joint administration of the Cases including: (i) the use of a single

8  docket for administrative matters; (ii) combining notices to creditors and parties in interest;

9  (iii) scheduling joint hearings; (iv) combining financial reporting; (v) joint and several

10 liability for professional fees and costs; and (vi) the joint handling of other administrative

11 matters pursuant to section 105(a) of the Bankruptcy Code, Rule 1015 of the Federal

12 Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and Rule 1015-(1)(b) of the Local

13 Bankruptcy Rules ("Local Rules").

14      The Motion is based on this Notice and Motion, the Memorandum of Points and

15 Authorities included herewith, and the attached Declarations of Anthony Arnaudy and

16 Beth E. Gaschen.

17 **PLEASE TAKE FURTHER NOTICE** that the Debtors request that this Motion be

18 considered on an ex parte basis.  The Debtors have determined that the most efficient

19 and effective manner in which to administer their respective Cases is to seek an order

20 authorizing joint administration.  Joint administration of the Cases will allow the Debtors to

21 benefit from increased efficiency because they will not be required to review and

22 separately respond to similar motions, filings and other pleadings that would otherwise be

23 filed in the separate Cases.  Joint administration will potentially save the Debtors' estates

24 tens of thousands of dollars in administrative fees and costs, save the Court numerous

25 hours in setting and hearing matters, and in reviewing separate sets of virtually identical

26 pleadings in the two Cases.  As the Debtors are filing multiple first day motions, it is

27 essential to seek the relief requested in this Motion on an ex parte basis in order to

28

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1159925.1

1

EX PARTE MOTION FOR JOINT
ADMINISTRATION

1  accomplish the goal of preserving the time and resources of the Debtors, the Court, and

2  other parties in interest, as the alternative would be to file identical pleadings in both

3  cases with hearings on each and every motion.  Joint administration will also ease the

4  burden on the Office of the United States Trustee in supervising the Cases.

5       The Debtors do not request substantive consolidation of their Cases at this time.

6  Nothing contained in this Motion is intended to compel substantive consolidation of the

7  assets of the Debtors' respective estates.  Since the Debtors require only joint

8  administration of the Cases, no substantive rights will be prejudiced by the relief

9  requested herein, and no conflicts will result therefrom.  Accordingly, the Debtors request

10  that the Motion be granted.

11       Pursuant to Local Rules 1015-1 and 9013-1(q), the Court may grant the Motion

12  without notice or a hearing.

13

14  Dated:  March 21, 2018       WEILAND GOLDEN GOODRICH LLP

15

16       By:  */s/ Beth E. Gaschen*

17       JEFFREY I. GOLDEN
     BETH E. GASCHEN

18       Proposed Attorneys for
     Debtors and Debtors-in-Possession

19

20

21

22

23

24

25

26

27

28  1159925.1       2       EX PARTE MOTION FOR JOINT
     ADMINISTRATION

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   STATEMENT OF FACTS

#### A.   Jurisdiction and Venue

This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b)(2).  The Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.  Venue of these cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

#### B.   The Debtors and the Chapter 11 Filings

On March 19, 2018 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California (the "Court").  The Debtors continue to operate and manage their affairs as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No party has requested the appointment of a trustee or examiner and no committee has yet been appointed or designated in the Cases.

Luminance Health Group, Inc. ("LHG") and Luminance Recovery Center, LLC ("LRC"), were founded by Michael Castanon in 2015.  The Debtors began operations in April 2015.  Headquartered in San Juan Capistrano, California, the Debtors were a leading substance abuse and dual diagnosis treatment center that provided a continuum of care to clients struggling with addiction and co-occurring disorders.  The Debtors provided treatment to both men and women over the age of 18, with individualized treatment plans and dual diagnosis support.  Programs included detoxification, residential treatment and extended care options, all utilizing a combination of traditional therapeutic methods and holistic healing.

1159925.1

3

EX PARTE MOTION FOR JOINT
ADMINISTRATION

1    The Debtors began with locations at 1804 Via Sage, San Clemente, California and

2    29422 Clipper Way, Laguna Niguel, California (collectively, the "Residences") and 27126-

3    B Paseo Espada, San Juan Capistrano, California (the "Treatment Facility").  Over the

4    course of the next three years, the Debtors added an additional eight (8) Residences, the

5    last being added in June 2017.

6    Despite their success, the Debtors began to suffer some economic hardship in

7    2017.  In the ordinary course of business and is standard in the industry, the Debtors

8    would bill their patients' insurance company for the services that the Debtors provided to

9    the patients.  While the Debtors' gross billing and expenses rose throughout 2016 and

10    2017, the cash collection only increased marginally.  This was the biggest challenge that

11    both the industry and the Debtors' faced as insurance companies continued to put

12    pressure on reimbursement rates and timing of payments.  In 2017, the reimbursement

13    rate on claims realized was approximately 25% of the gross claims versus the 45% for

14    2016.  There was also an appreciable increase in the medical record requests made by

15    the insurance companies, which added at least 90-120 days to the duration of claim

16    collections, and was tying up a large portion of the Debtors' accounts receivable balance.

17    In addition to the problems created by the insurance companies, the Debtors'

18    experienced a larger than expected revenue drop at the end of 2017.  This meant the

19    Debtors had to cover operating losses by borrowing additional funds.  The higher debt

20    combined with higher accounts payable and more difficulties in collections, led to the

21    Debtors' decision to end their operations.  The Debtors ceased operations at the

22    Residences and the Treatment Facility in early March 2018.  A small amount of staff

23    remains to assist in the orderly winding down of the Debtors.

24    The goal of these Cases is to recover for the benefit of all creditors approximately

25    $5.5-$6 million in net account receivables that remain to be paid to the Debtors by the

26    insurance companies.  By filing, the Debtors hope to streamline this process, which can

27    be labor intensive, especially with the medical record requests, and finalize collections in

28

1159925.1

4

EX PARTE MOTION FOR JOINT
ADMINISTRATION

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

EXHIBIT 17, PAGE 225

1  the next approximately four to six months.  The Debtors knowledge of and experience in

2  the industry and its access to the required documentation will allow the Debtors to collect

3  the accounts receivable in a more efficient, less costly manner than a third party that is

4  unfamiliar with either.

5  **II.**     **PROPOSED PROCEDURE FOR JOINT ADMINISTRATION**

6         The Debtors propose the following procedure for joint administration:

7  (1)    The use of a single docket (*In re Luminance Recovery Center, LLC*, Case

8         No. 8:18-bk-10969-SC) for administrative matters, including the filing,

9         lodging, and docketing of pleadings and orders, and parties in interest shall

10        be directed to use the caption attached hereto as Exhibit "1."  Each pleading

11        or paper filed, however, shall indicate which of the Debtors is affected by or

12        is a party to the subject filings;

13  (2)    The combining of notices to creditors and parties-in-interest;

14  (3)    The joint scheduling of hearings;

15  (4)    The combining of financial reporting by the two Debtors;

16  (5)    The joint and several liability of the estates for allowed professional fees and

17        costs and the consolidated billing of professional fees and expenses;

18  (6)    The joint handling of other administrative matters; and

19  (7)    Notice of the joint administration of the estates will be separately filed and

20        docketed in each of the Cases in substantially the form of the proposed

21        notice attached as Exhibit "2" to the Motion.  On all other Court dockets for

22        the related Cases, creditors and parties-in-interest will be directed to

23        Luminance Recovery Center, LLC's docket to locate all pleadings filed

24        subsequent to the date on which the Court enters an order authorizing the

25        joint administration of the Cases.

26

27

28

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1159925.1                              5                    EX PARTE MOTION FOR JOINT
                                                           ADMINISTRATION

1  **III.    JOINT ADMINISTRATION OF THE CASES WOULD YIELD SUBSTANTIAL**

2  **ADMINISTRATIVE BENEFITS**

3    Bankruptcy Rule 1015(b) provides that joint administration may be appropriate

4  when two or more related debtor entities have filed for protection under the Bankruptcy

5  Code.  Bankruptcy Rule 1015 provides:

6      If a joint petition or two or more petitions are pending in the same
    court by or against (1) a husband and wife, or (2) a partnership
7      and one or more of its general partners, or (3) two or more
    general partners, or (4) a debtor and an affiliate, the court may
8      order a joint administration of the estates. Prior to entering an
    order the court shall give consideration to protecting creditors of
9      different estates against potential conflicts of interest.

10  Fed. R. Bankr. Proc. 1015(b).  Joint administration is typical when related business

11  entities file for chapter 11 bankruptcy relief and seek to employ similar reorganization

12  strategies, and when the success of one entity may depend on success of another.  *See* 9

13  COLLIER ON BANKRUPTCY, ¶ 1015.03 (15th ed. rev. 2008).

14    Bankruptcy Rule 1015 promotes the fair and efficient administration of related

15  cases of affiliated debtors, while ensuring that no rights of individual creditors are unduly

16  prejudiced.  *See In re N.S. Garrott & Sons*, 63 B.R. 189, 191 (Bankr. E.D. Ark. 1986); *In re*

17  *H & S Transportation Co.*, 55 B.R. 786, 791 (Bankr. M.D. Tenn. 1985).  As set forth in the

18  official 1983 Advisory Committee Note to Rule 1015:

19      Joint administration as distinguished from consolidation may
    include combining the estates by using a single docket for the
20      matters occurring the administration, including the listing of filed
    claims, the combining of notices to creditors of the different
21      estates, and the joint handling of other purely administrative
    matters that may aid in expediting the cases and rendering the
22      process less costly.

23    The Cases present the classic situation for joint administration as numerous cords

24  of administrative commonality connect the Debtors, militating in favor of the central

25  administration of the Cases.  Joint administration will increase the Debtors' chances of a

26  successful reorganization as it will avoid wasting resources that would result through the

27  duplication of effort if the Cases were to proceed separately and the same motions and

28  1159925.1

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

6    EX PARTE MOTION FOR JOINT
ADMINISTRATION

1  applications were required to be filed in each Case.  It will permit each of the Debtors to

2  respond more efficiently to the demands of their creditors and will reduce attorneys' fees,

3  copying costs, mailing costs and other costs of administering the Cases.  The Debtors'

4  creditors stand to benefit from the increased efficiency of administration anticipated

5  through joint administration because creditors will not be required to review duplicative

6  motions and other pleadings that would otherwise be filed in the separate cases.

7  Moreover, through joint administration of the Cases, this Court and the Bankruptcy Court

8  Clerk's office will be relieved of the burden of having to file and maintain dockets and case

9  files for a large number of nearly identical pleadings in the Cases.  It will also ease the

10  burden of the Office of the United States Trustee in supervising the Cases.

11       The Debtors will be jointly and severally liable for all of the administrative

12  professional fees and expenses incurred in the Cases.  All fees and costs will be charged

13  to the lead case and only one joint fee application need be filed by any professional.

14  Many of the services provided by the professionals will benefit both of the Debtors and it

15  would time-consuming to allocate various services provided by the professionals among

16  the Cases.

17       The rights of the Debtors' respective creditors will not be adversely affected by joint

18  administration of the Cases.  The Debtors do not propose at this point to take any action

19  that would constitute substantive consolidation of their estates, but are merely seeking

20  authorization for procedural measures that will simplify and facilitate the efficient

21  administration of their Cases.

22       By reason of the foregoing, joint administration of the Cases is in the best interests

23  of all interested parties.

24  **IV.    <u>NO NOTICE AND NO HEARING IS REQUIRED</u>**

25       Local Rule 1015-1(b) expressly provides that the Court can order joint

26  administration without notice and a hearing:

27

28  1159925.1                                    7                    EX PARTE MOTION FOR JOINT
                                                                      ADMINISTRATION

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1 | 2 | 3 | 4 | 5

> If 2 or more cases are pending before the same judge, an order of joint administration may be entered, without further notice and an opportunity for hearing, upon the filing of a motion for joint administration pursuant to FRBP 1015 and LBR 9013-1(q), supported by a declaration establishing that the joint administration of the cases is warranted, will ease the administrative burden for the court and the parties, and will protect creditors of the different estates against potential conflicts of interest.

6   Accordingly, pursuant to Local Rule 1015-1(b), the Court may order the joint

7   administration of the Cases without notice or a hearing.

8   **V.      CONCLUSION**

9          The primary goal of a chapter 11 reorganization is to maximize the value of a

10  debtor's estate for the benefit of creditor and equity constituencies.  Related to that goal,

11  and of significant importance as well, is the efficient administration of the bankruptcy case

12  so that the debtor-in-possession can emerge quickly and begin distributions.  Both of

13  these goals will be furthered by permitting the joint administration of the Cases as sought

14  in this Motion.

15

16  Dated:  March 21, 2018                    WEILAND GOLDEN GOODRICH LLP

17

18                                           By:   */s/ Beth E. Gaschen*
                                                   JEFFREY I. GOLDEN
19                                                 BETH E. GASCHEN
                                                   Proposed Attorneys for
20                                                 Debtors and Debtors-in-Possession

21

22

23

24

25

26

27

28

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1159925.1                    8                    EX PARTE MOTION FOR JOINT
                                                  ADMINISTRATION

## DECLARATION OF ANTHONY ARNAUDY

I, Anthony Arnaudy, declare as follows:

1.     I am the Chief Financial Officer ("CFO") of the debtors and debtors-in-possession (the "Debtors") in the above-captioned chapter 11 cases (the "Cases").  I have served as Chief Financial Officer since August, 2017.  In my role as CFO, I am responsible for: (i) management of the finance, accounting and billing departments; and (ii) assisting in raising capital, investor presentations, modeling, cash flow, income, and working capital projections; (iii) treasury and cash management (collections); (iv) payroll and accounts payable; and (v) general accounting.

2.     As a result of my tenure with the Debtors, my extensive day to day experience with the financial matters impacting the Debtors' operations, my review of relevant documents, and my discussions with other members of the Debtors' management in the ordinary course of business, I am familiar with the Debtors' day-to-day operations, business affairs, and books and records.  Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, could testify competently thereto.  Except as otherwise stated, all facts set forth in this Declaration are based on my personal knowledge, my discussions with other members of the Debtors' senior management, my review of relevant documents, or my opinion, based on my experience and knowledge of the Debtors' operations and financial conditions.  I am submitting this declaration in support of the Ex Parte Motion for Joint Administration Pursuant to 11 U.S.C. § 105(a), Federal Rule of Bankruptcy Procedure 1015, and Local Bankruptcy Rule 1015-1 (the "Motion").  All terms not defined herein shall have the meanings ascribed to them in the Notice and Motion.

3.     The Debtors are requesting that their Cases be jointly administered for procedural purposes.  The Debtors seek to have LRC's case designated the lead case of the jointly administered estates.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1159925.1

9

EX PARTE MOTION FOR JOINT
ADMINISTRATION

4.    I believe that the joint administration of the Cases will avoid the unnecessary time and expense of duplicative motions, applications, other pleadings, orders, and related notices, which would otherwise need to be filed in each separate case absent joint administration.  It will permit the Debtors to respond more efficiently to the demands of their creditors and will reduce attorneys' fees, copying costs, mailing costs and other costs of administering the Cases.  In addition, the Debtors' creditors will not be required to review identical motions and other pleadings that would otherwise have to be filed in twenty-five separate cases.  Moreover, joint administration will relieve this Court of the burden of setting and hearing duplicative matters, entering duplicative orders and maintaining duplicative files.  Joint administration will also ease the burden on the Office of the United States Trustee in supervising the Cases, and the Clerk's office in performance of its duties in the Cases.

5.    Numerous cords of administrative commonality connect the Debtors, militating in favor of the central administration of the Cases.  They collectively operated as a drug and alcohol treatment program and collectively generated the accounts receivables that remain to be collected.  Joint administration will increase the Debtors' chances of a successful chapter 11 process.  Accordingly, I believe that joint administration will save considerable time and expense for the Debtors, the Clerk of the Court, the United States Trustee, and other parties in interest, which will, in turn, result in substantial savings for the Debtors' estates.

6.    The Debtors will be jointly and severally liable for all of the administrative professional fees and expenses incurred in the Cases.  All fees and costs will be charged to the lead case and only one joint fee application need be filed by any professional.  Many of the services provided by the professionals will benefit both of the Debtors and it would time-consuming to allocate various services provided by the professionals among the Cases.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1159925.1

10

EX PARTE MOTION FOR JOINT
ADMINISTRATION

7.    I do not believe that creditors will be adversely affected by joint administration of the Cases.  At this time, the Debtors are not proposing to take any action that would constitute substantive consolidation of their estates, but only seek authorization for procedural measures that will simplify and facilitate the efficient administration of their estates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of March, 2018, at _____, California.


_____
Anthony Arnaudy

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1159925.1

11

EX PARTE MOTION FOR JOINT
ADMINISTRATION

7.    I do not believe that creditors will be adversely affected by joint
administration of the Cases. At this time, the Debtors are not proposing to take any action
that would constitute substantive consolidation of their estates, but only seek authorization
for procedural measures that will simplify and facilitate the efficient administration of their
estates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of March, 2018, at 905 F Avenue, California.
Orlando

_Anthony Armaudy_
Anthony Armaudy

## DECLARATION OF BETH E. GASCHEN

I, Beth E. Gaschen, declare as follows:

1.    I am an attorney at law duly licensed to practice before this Court and the Courts of California.  I am a partner of the law firm Weiland Golden Goodrich LLP, proposed counsel for the debtors and debtors-in-possession in this action.  The following is within my own personal knowledge, and if called upon as a witness, I could and would testify competently with respect thereto.  I am submitting this declaration in support of the Ex Parte Motion for Joint Administration Pursuant to 11 U.S.C. § 105(a), Federal Rule of Bankruptcy Procedure 1015, and Local Bankruptcy Rule 1015-1 (the "Motion").  All terms not defined herein shall have the meanings ascribed to them in the Notice and Motion.

2.    The Debtors propose that all pleadings related to the Cases shall contain a joint caption in substantially the form attached hereto as Exhibit "1," and that all such pleadings shall be filed and maintained under the existing docket of the lead case, *In re Luminance Recovery Center, LLC.*

3.    A notice substantially similar to that attached hereto as Exhibit "2" and incorporated herein by reference will be sent to all creditors and will be filed in each of the Cases.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of March, 2018, at Costa Mesa, California.

_____
*/s/ Beth E. Gaschen*
Beth E. Gaschen

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

# EXHIBIT "1"

EXHIBIT 17, PAGE 235

1  Jeffrey I. Golden, State Bar No. 133040
   jgolden@wgllp.com
2  Beth E. Gaschen, State Bar No. 245894
   bgaschen@wgllp.com
3  **WEILAND GOLDEN GOODRICH LLP**
   650 Town Center Drive, Suite 950
4  Costa Mesa, California 92626
   Telephone    714-966-1000
5  Facsimile    714-966-1002

6  Proposed Attorneys for
   Debtors and Debtors-in-Possession
7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                   **SANTA ANA DIVISION**

11 | In re | Case No. 8:18-bk-10969-SC |

12 | LUMINANCE RECOVERY CENTER, LLC, a California limited liability company, *et al.*, | Chapter 11 |

13 |  | (Jointly Administered with Case No. 8:18-bk-10972-SC) |

14 | Debtors and Debtors-in-Possession. |  |

15 | Affects: | ***CAPTION*** |

16 | ☐  All Debtors |

17 | ☐  Luminance Recovery Center, LLC, ONLY |

18

19 | ☐  Luminance Health Group, Inc., a California corporation, ONLY |

# EXHIBIT "2"

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey I. Golden, State Bar No. 133040<br>jgolden@wgllp.com<br>Beth E. Gaschen, State Bar No. 245894<br>bgaschen@wgllp.com<br>WEILAND GOLDEN GOODRICH LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Telephone: (714) 966-1000<br>Facsimile: (714) 966-1002<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtors and Debtors-in-Possession | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - Santa Ana Division**

</div>

| | |
|---|---|
| In re: LUMINANCE RECOVERY CENTER, LLC<br><br><br>Debtor(s)<br>-------------------------------------------------<br>In re: LUMINANCE HEALTH GROUP, INC.<br><br><br><br>Debtor(s) | LEAD CASE NO.: 8:18-bk-10969-SC<br><br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH:<br><br>CASE NO.: 8:18-bk-10972-SC<br><br>CASE NO.:<br><br>CASE NO.:<br><br>CASE NO.:<br><br>CASE NO.:<br>☐ See attached for additional Case Numbers |
| ☒ Affects All Debtors<br><br>☐ Affects<br><br>☐ Affects<br><br>☐ Affects<br><br>☐ Affects<br><br>☐ See attached for additional Debtors<br><br>Debtor(s) | **NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS**<br><br>**[LBR 1015-1]**<br><br><br>[No Hearing Required] |

TO: THE U.S. TRUSTEE AND ALL PARTIES IN THESE JOINTLY ADMINISTERED CASES: An order was entered on (*date*) 03/21/2018 granting a motion to approve joint administration of cases pursuant to FRBP 1015 and LBR 1015-1, under the lead case indicated in the caption of this notice.

1. **Required Caption on Documents** – All documents filed must contain a caption in substantially the same format and content as the caption of this notice.

2. **Debtors Affected by a Filed Document** – All documents filed must indicate, by checking appropriate boxes, the debtor or debtors affected by the filed document.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

December 2014                    Page 1              **F 1015-1.1.NOTICE.JOINT.ADMINISTRATION**
EXHIBIT "2", PAGE 14

EXHIBIT 17, PAGE 238

3.  **Filing Documents on Main Case Docket** – Unless indicated below in paragraph 4, all documents must be filed on the docket of the lead case indicated on the caption of this notice.

4.  **Filing Proof of Claims on Docket of Individual Case** – Notwithstanding joint administration of these cases, creditors must file their respective proofs of claim as to the specific affected and applicable debtor using the case number and claim register for the specific affected and applicable debtor.

5.  **Parties to File a Request to be Added to Courtesy NEF** – To facilitate notice and service of documents via Notice of Electronic Filing, all parties who previously electronically filed documents only in cases other than the lead case must promptly file in the lead case a Request to be Added to Courtesy Notice of Electronic Filings, using the court-approved form.

6.  **Other**:

Date: _____        By: _____
                                           Signature

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                    Page 2            **F 1015-1.1.NOTICE.JOINT.ADMINISTRATION**
                                                                    EXHIBIT "2", PAGE 15

EXHIBIT 17, PAGE 239

EXHIBIT 18

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey I. Golden, State Bar No. 133040, jgolden@wgllp.com<br>Beth E. Gaschen, State Bar No. 245894<br>bgaschen@wgllp.com<br>WEILAND GOLDEN GOODRICH LLC<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Telephone: (714) 966-1000<br>Facsimile: (714) 966-1002<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Debtors and Debtors-in-Possession* | **FILED & ENTERED**<br><br>**MAR 22 2018**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY nbolte    DEPUTY CLERK |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>SANTA ANA DIVISION</u> DIVISION**

</div>

| | |
|---|---|
| In re:<br>LUMINANCE RECOVERY CENTER, LLC, a California limited liability company<br><div align="right">Debtor(s)</div> | LEAD CASE NO.: 8:18-bk-10969-SC<br><br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH: |
| --------------------------------------------------------------<br>In re:<br>LUMINANCE HEALTH GROUP, INC., a California corporation<br><br><br><div align="right">Debtor(s)</div> | CASE NO.: 8:18-bk-10972-SC<br>CASE NO.:<br>CASE NO.:<br>CASE NO.:<br>CASE NO.:<br>☐ See attached for additional Case Numbers |
| ☒ Affects All Debtors<br><br>☐ Affects<br><br>☐ Affects<br><br>☐ Affects<br><br>☐ Affects<br><br>☐ Affects<br><br>☐ See attached for additional Debtors<br><div align="right">Debtor(s)</div> | <div align="center">**ORDER ☒ GRANTING ☐ DENYING**<br>**MOTION TO APPROVE JOINT**<br>**ADMINISTRATION OF CASES**<br><br>**[LBR 1015-1, 9013-1(q)]**</div><hr>[No Hearing Required] |

On (*date*) <u>3/21/2018</u>, a motion was filed requesting approval of joint administration of cases identified in the caption above, with the lead case being In re Luminance Recovery Center, LLC, case number 8:18-bk-10969-SC.

Having reviewed the motion, IT IS ORDERED THAT:

1.  The motion is: ☒ Granted   ☐ Denied

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                    Page 1                    **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**

EXHIBIT 18, PAGE 240

2.  Promptly upon entry of an order granting a motion to approve joint administration:

    a)  Using the mandatory court form, the movant must file a Notice of Joint Administration of Cases and Requirements for Filing Documents (Notice).

    b)  To facilitate service of the Notice by NEF to registered CM/ECF users, the Notice must be filed in each case being jointly administered.

    c)  The Notice must be served via United States mail on all creditors and interest holders in each case being jointly administered.

    d)  To facilitate notice of documents sent by the court via the Bankruptcy Noticing Center, the movant must file in the lead case an amended master mailing list that contains the name and mailing address of all creditors and interest holders from each case being jointly administered.

3.  Other:

<div align="center">###</div>

Date: March 22, 2018

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                              Page 2                    **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**

EXHIBIT 18, PAGE 241

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (specify): **FIRST INTERIM APPLICATION FOR FEES AND EXPENSES FILED BY MARSHACK HAYS LLP; DECLARATION OF DAVID A. WOOD IN SUPPORT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 10, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On __, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **DEBTOR – MAIL REDIRECTED TO TRUSTEE** | **DEBTOR – MAIL REDIRECTED TO TRUSTEE** |
|---|---|
| LUMINANCE HEALTH GROUP, INC.<br>~~27131 CALLE ARROYO, STE 1703~~<br>~~SAN JUAN CAPISTRANO, CA 92675-2700~~ | LUMINANCE RECOVERY CENTER, LLC<br>~~27131 CALLE ARROYO, STE 1703~~<br>~~SAN JUAN CAPISTRANO, CA 92675-2700~~ |

☐    Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 10, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson – via personal delivery
U.S. Bankruptcy Court
411 W. Fourth Street, Suite 5-097
Santa Ana, CA 92701

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 10, 2019 | Layla Buchanan | /s/  Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): continued:**

- Kyra E Andrassy    kandrassy@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Ryan W Beall    rbeall@lwgfllp.com, vrosales@wgllp.com;kadele@wgllp.com
- Christopher Brandlin    chris@bbsklaw.com
- Luke P Daniels    zlukedaniels@yahoo.com
- Caroline Djang    caroline.djang@bbklaw.com,
  julie.urquhart@bbklaw.com;sansanee.wells@bbklaw.com;paul.nordlund@bbklaw.com
- Timothy W Evanston    tevanston@swelawfirm.com,
  gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Thomas A Fasel    thomas@fasellaw.com, taf@fasellaw.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- Vincent V Frounjian    vvf.law@gmail.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Beth Gaschen    bgaschen@wgllp.com,
  kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- Jay S Geller    jgeller@jaysgellerlaw.com
- Alastair M Gesmundo    agesmundo@wcghlaw.com, jmartinez@wcghlaw.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- Matthew Grimshaw    mgrimshaw@marshackhays.com, 8649808420@filings.docketbird.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
- Garrick A Hollander    ghollander@wcghlaw.com,
  pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- Marsha A Houston    mhouston@reedsmith.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Gerald P Kennedy    gerald.kennedy@procopio.com,
  kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- John H Kim    jkim@cookseylaw.com, jhkim@ecf.courtdrive.com
- David Brian Lally    davidlallylaw@gmail.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
- Robert S Marticello    Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Randall P Mroczynski    randym@cookseylaw.com
- Sharon Oh-Kubisch    sokubisch@swelawfirm.com,
  gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- R Gibson Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Rosa A Shirley    rshirley@nelsonhardiman.com,
  ksherry@nelsonhardiman.com;lgill@nelsonhardiman.com;jwilson@nelsonhardiman.com;rrange@nelsonhardiman.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- David Wood    dwood@marshackhays.com, 8649808420@filings.docketbird.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**