HOWARD B. GROBSTEIN, CPA
Grobstein Teeple, LLP
6300 Canoga Avenue, Suite 1500W
Woodland Hills, California 91367
Telephone: (818) 532-1020
Facsimile: (818) 532-1120
Email: hgrobstein@gtllp.com, documents@gtllp.com

Accountants for Richard A. Marshack,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>**Luminance Recovery Center, LLC, a California limited liability company, et al.**<br><br><br><br><br><br><br>Debtor. | Case No.: 8:18-BK-10969-SC<br><br>Chapter 7<br><br>**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE; DECLARATION OF HOWARD B. GROBSTEIN IN SUPPORT THEREOF**<br><br>**Date:  May 1, 2019<br>Time: 11:00 a.m.<br>Ctrm: 5C** |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

GROBSTEIN TEEPLE LLP ("Applicant" or "GT" or the "Firm"), accountants for the Chapter 7 Trustee of Luminance Recovery Center, LLC, (the "Debtor") in the above-referenced case, represents the following in support of this *First Interim Application for Compensation and Reimbursement of Expenses of Grobstein Teeple LLP* ("Application"). The Application requests a

total of $9,452.77 for fees and $244.77 for expenses incurred during the period from September 29, 2018 through and including April 4, 2019 (the "Application Period").

## I.

## PRELIMINARY SUMMARY OF COMPENSATION DATA

1. Applicant: GROBSTEIN TEEPLE LLP
2. Application Period: September 29, 2018 through April 4, 2019
3. Date of Entry of Order Authorizing Employment: November 26, 2018
4. Date Services Commenced: September 29, 2018
5. Dates of Prior Fee Hearings: None
6. Advance Fee Payment Received: $0.00
7. Advance Fee Payment Remaining: $0.00
8. Fees Paid Pursuant to Prior Fee Applications: $0.00
9. Expenses Paid Pursuant to Prior Fee Applications: $0.00
10. Amount Remaining to be Paid to Pursuant to Prior Applications: $0.00
11. Amount Reserved Pending Final Fee Application: $0.00
12. Total Amount of Fees Requested for this Application Period: $9,452.77
13. Total Amount of Expenses Requested for this Application Period: $244.77
14. Cash on hand: $147,417.37.

## II.

## INTRODUCTION

1. This Application is filed in accordance with Section 330 of the United States Bankruptcy Code, Local Bankruptcy Rule 2016(1), and the Guidelines of the Office of the United States Trustee for the Central District of California (the "Guidelines").

2. On March 21, 2018, the Debtors filed two (2) separate voluntary petitions under Chapter 11 of Title 11 of the United States Code ("Petition Date"). On April 18, 2018, the Debtors

filed their Schedules and SOFAs. On March 22, 2018, as Dk. No. 8, the Court entered an order granting Debtors' motion to approve the joint administration of the Debtors' bankruptcy estates.

3. After the filing of the "first day" motions, Mr. Castanon, the Debtors' principal, essentially disappeared. Thereafter, the Debtors promptly filed an emergency motion to convert the cases from Chapter 11 to Chapter 7 ("Conversion Motion"). On April 5, 2018, as Dk. No. 59, the Court entered an order granting the Conversion Motion. Id.. Shortly thereafter, the Office of the United States Trustee appointed Richard A. Marshack as the Chapter 7 trustee.

4. Applicant was employed to provide accounting related assistance including: obtain and evaluate financial records; evaluate assets and liabilities of the Debtors and Estate; evaluate tax issues related to the Debtors and Estate; prepare tax returns; provide litigation consulting if required; and provide accounting and consulting services requested by the Trustee and his counsel.

5. This is Applicant's First interim application in connection with this case. Applicant seeks approval of compensation for the periods September 29, 2018 through April 4, 2019. The requested amount of compensation is based upon a total of 38.00 hours of accounting services, resulting in fees totaling $9,208.00. In addition, Applicant incurred expenses in the amount of $244.77. The Trustee is currently holding $147,417.37.

6. The professional services which are the subject of this Application were rendered by the Applicant in connection with providing services for the benefit of the estate and not for any other entity. All of the expenses which are the subject of this Application were incurred by Applicant in connection with providing services for the benefit of the estate.

7. Applicant maintains time records of professionals and support personnel on a contemporaneous basis. Such time records are prepared by the professionals who have rendered the services.

8. **Exhibit "A"** provides a grand total of fees by subject area incurred during the period.

9. A summary of the hours of professional time expended by each professional for the Applicant is attached as **Exhibit "B"**. The hourly rates in **Exhibit "B"**, as well as those reported in **Exhibit "C"**, reflect the rates in effect on the dates those services were performed. Therefore, certain professionals may reflect multiple rates if there were rate adjustments during the period.

Luminance Recovery Center, LLC                                    8:18-bk-10969-SC

10. Attached hereto as **Exhibit "C"** and incorporated herein by this reference is a statement detailing the services and expenses rendered by the Applicant for the period September 29, 2018 through April 4, 2019. **Exhibit "C"** is transcribed from the Applicant's contemporaneous time records, and shows the professional services rendered, the date the services were performed, the person performing the service and the amount of time incurred. **Exhibit "C"** categorizes the professional fees by subject work areas.

11. Applicant has no agreement or understanding for a division of fees between Applicant and any other party or parties involved in this matter. No retainer or advance fee payment has been received by Applicant and Applicant has not received, nor intends to receive, a lien or any other interest in the property of the Debtor or any other third party to secure payments of Applicant's fees. Applicant is aware of the risk that there may be insufficient assets from which it may be compensated.

12. Attached as **Exhibit "D"** is biographical information concerning the professionals providing services during the period covered by this Application.

### III.

### SUMMARY OF PROFESSIONAL SERVICES PERFORMED BY APPLICANT

**Accounting Services**

13. Applicant initiated correspondence with the Trustee's counsel to obtain the necessary accounting documentation, including access to Quickbooks files, prior year tax returns, and historical accounting records, in order to prepare the required tax returns.

14. Applicant reviewed and analyzed prior year documents, accounting records, and tax returns to determine additional items needed to prepare returns. Applicant corresponded with the Trustee's counsel telephonically to discuss the additional items needed.

15. Per review of the debtors Quickbooks file, Applicant identified that both Luminance Health Group Inc. (LHG) and Luminance Recovery Center, LLC (LRC) shared a single set of books. Applicant participated in multiple conference calls with Anthony Arnaudy, the Debtors' former CFO, regarding the proper allocation of the revenue streams and expenses.

Luminance Recovery Center, LLC                                                    8:18-bk-10969-SC

16. Based on the calls above and review of prior year tax returns, Applicant prepared a detailed analysis of the Quickbooks file in order to properly allocate income and expenses between LHG and LRC. The analysis was used to create a trial balance to assist in preparation of tax returns. Applicant reviewed this trial balance with Anthony Arnaudy and based on feedback made revisions in order to properly allocate between the two entities. Applicant determined that the allocations varied from year to year and it was not consistently applied to the source data. As a result, Applicant developed allocations for both entities and applied this methodology consistently.

17. Additionally, Applicant prepared reconciliations of various balance sheet accounts in order to ensure all activity within the Quickbooks file was properly captured and categorized. Applicant used this data to support the preparation of tax returns.

18. Once the trial balance was determined based on the allocations, Applicant prepared necessary adjustments to get the accounting data ready for tax return preparation.

19. During this first interim fee application period, Applicant incurred 7.10 hours of accounting services, resulting in fees totaling $2,070.50. This results in a blended hourly rate of $291.62.

**Tax Issues**

20. Applicant participated in communications with Anthony Arnaudy regarding tax compliance issues and all outstanding notice and tax filing requirements of the entity.

21. Applicant participated in conference calls with Chad Kurtz, Sharon Lo and David Wood to discuss potential amendment of the 2017 return in order to properly address issues related to the Las Brisas property, personal residence of the sole shareholder of LHG. The Las Brisas property was included within the Quickbooks file which was the single set of books for both LHG and LHC. The asset and its corresponding depreciation and expenses were reflected within these financials. Applicant prepared multiple analyses in order to determine the impact of this property on the tax return. Applicant advised all parties involved of its findings and the impact on the 2017 tax return.

22. Applicant corresponded with the Trustee's Administrator regarding quarterly payroll tax filings and their status.

23. Applicant reviewed distributions made to members of the LLC in order to advise if such distributions should be accounted for guaranteed payments. Applicant advised the Trustee and his counsel of his findings.

24. During this first interim fee application period, Applicant incurred 4.90 hours of tax issues, resulting in fees totaling $1,539.00. This results in a blended hourly rate of $314.08.

**Tax Return Preparation**

25. Applicant reviewed 2015 and 2016 federal and state tax returns to examine the accounting methods used to determine whether they were appropriate or needed to be revised for future tax years.

26. Based on the allocations, analyses and the trial balance, Applicant prepared the 2017 tax return in accordance with the methodology of prior years' tax returns. Applicant applied the appropriate tax treatment to all relevant items and ensured that all tax items were accounted for and correctly reported.

27. Applicant assembled and provided completed 2017 federal and California income tax returns to the Trustee for filing.  Applicant also prepared letters to be sent to the Internal Revenue Service and California Franchise Tax Board requesting prompt determination for the tax returns filed.

28. During this first interim fee application period, Applicant incurred 21.40 hours of tax preparation services, resulting in fees totaling $4,700.00. This results in a blended hourly rate of $219.63.

**IV.**

**REQUEST FOR FIRST INTERIM COMPENSATION**

29. During the first interim period, Applicant incurred a total of 33.40 hours as accountants for the Chapter 7 Trustee.  Applicant submits that all of its time was reasonable and necessary.  Applicant has attempted, as best possible, to avoid utilizing professionals at a higher rate than needed for any particular task.  The blended hourly rate for the first interim period is $248.79.

30. Applicant is requesting compensation in the amount of $8,309.50 for services rendered. This amount is based upon the normal hourly rates charged by its professionals at the time

Luminance Recovery Center, LLC                                                                8:18-bk-10969-SC

the work was performed.  This amount does not include any enhancements or bonuses.  It is also requesting reimbursement of costs in the amount of $244.77.

**WHEREFORE, GROBSTEIN TEEPLE LLP** requests that this Court, after proper notice and hearing, allow on an interim basis, fees totaling $8,309.50. Applicant also requests interim approval of expenses totaling $244.77.

This would result in a total payment of $8,554.27 to GROBSTEIN TEEPLE LLP.

Dated: April 10, 2019                    By _____
                                              Howard B. Grobstein

# DECLARATION OF HOWARD B. GROBSTEIN

I, **HOWARD B. GROBSTEIN**, declare and state as follows:

1. I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California. I am a member in good standing of the American Institute of Certified Public Accountants (AICPA), and am a partner of GROBSTEIN TEEPLE LLP ("GT"), accountants for the Chapter 7 Trustee.

2. I am the accountant principally responsible for the services performed in this matter on behalf of the Chapter 7 Trustee. The facts stated herein are within my personal knowledge or I have gained knowledge of them from other GT staff members or the regular business records as maintained by my office. If called as a witness, I could and would testify competently thereto.

3. I have reviewed the foregoing First Interim Application for Compensation and Reimbursement of Expenses of Grobstein Teeple LLP (the "Application").

4. **Exhibit "A"** provides a grand total of fees by subject area incurred.

5. A summary of the hours of professional time expended by each professional for the Applicant is attached as **Exhibit "B".**

6. **Exhibit "C"** represents a detail of fees and expenses incurred by Applicant. **Exhibit "C"** was prepared in conformance with Guideline B of the Office of the United States Trustee. Applicant's request for reimbursement of costs and the computation of the costs reflect photocopying at $0.20 per page, outgoing facsimiles at $1.00 per page and incoming facsimiles at $0.20 per page. All costs from outside parties such as messengers, Federal Express, mail and long distance telephone charges are charged at Applicant's cost.

7. Attached as **Exhibit "D"** is biographical information concerning the professionals providing these services.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 10, 2019 at Woodland Hills, California.

_____
Howard B. Grobstein

Luminance Recovery Center, LLC                                   8:18-bk-10969-SC