HOWARD B. GROBSTEIN, CPA
Grobstein Teeple, LLP
6300 Canoga Avenue, Suite 1500W
Woodland Hills, California 91367
Telephone:   (818) 532-1020
Facsimile:    (818) 532-1120
Email:    hgrobstein@gtllp.com, documents@gtllp.com

Accountants for Richard A. Marshack,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.: 8:18-BK-10969-SC |
| **Luminance Recovery Center, LLC, a California limited liability company, et al.** | Chapter 7 |
| | **AMENDED FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE; DECLARATION OF HOWARD B. GROBSTEIN IN SUPPORT THEREOF** |
| Debtors. | |
| | **Date:   May 1, 2019**<br>**Time:  11:00 a.m.**<br>**Ctrm:  5C** |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

GROBSTEIN TEEPLE LLP ("Applicant" or "GT" or the "Firm"), accountants for the Chapter 7 Trustee of Luminance Recovery Center, LLC, (the "Debtor") in the above-referenced case, represents the following in support of this *First Interim Application for Compensation and Reimbursement of Expenses of Grobstein Teeple LLP* ("Application"). The Application requests a

total of $8,309.50 for fees and $244.77 for expenses incurred during the period from September 29, 2018 through and including April 4, 2019 (the "Application Period").

# I.

## PRELIMINARY SUMMARY OF COMPENSATION DATA

1.	Applicant: GROBSTEIN TEEPLE LLP

2.	Application Period: September 29, 2018 through April 4, 2019

3.	Date of Entry of Order Authorizing Employment: November 26, 2018

4.	Date Services Commenced: September 29, 2018

5.	Dates of Prior Fee Hearings: None

6.	Advance Fee Payment Received: $0.00

7.	Advance Fee Payment Remaining: $0.00

8.	Fees Paid Pursuant to Prior Fee Applications: $0.00

9.	Expenses Paid Pursuant to Prior Fee Applications: $0.00

10.	Amount Remaining to be Paid to Pursuant to Prior Applications: $0.00

11.	Amount Reserved Pending Final Fee Application: $0.00

12.	Total Amount of Fees Requested for this Application Period: $8,309.50

13.	Total Amount of Expenses Requested for this Application Period: $244.77

14.	Cash on hand: $147,417.37.

# II.

## INTRODUCTION

1.	This Application is filed in accordance with Section 330 of the United States Bankruptcy Code, Local Bankruptcy Rule 2016(1), and the Guidelines of the Office of the United States Trustee for the Central District of California (the "Guidelines").

2.	On March 21, 2018, the Debtors filed two (2) separate voluntary petitions under Chapter 11 of Title 11 of the United States Code ("Petition Date"). On April 18, 2018, the Debtors

filed their Schedules and SOFAs. On March 22, 2018, as Dk. No. 8, the Court entered an order granting Debtors' motion to approve the joint administration of the Debtors' bankruptcy estates.

3.      After the filing of the "first day" motions, Mr. Castanon, the Debtors' principal, essentially disappeared. Thereafter, the Debtors promptly filed an emergency motion to convert the cases from Chapter 11 to Chapter 7 ("Conversion Motion"). On April 5, 2018, as Dk. No. 59, the Court entered an order granting the Conversion Motion. Id.. Shortly thereafter, the Office of the United States Trustee appointed Richard A. Marshack as the Chapter 7 trustee.

4.      Applicant was employed to provide accounting related assistance including: obtain and evaluate financial records; evaluate assets and liabilities of the Debtors and Estate; evaluate tax issues related to the Debtors and Estate; prepare tax returns; provide litigation consulting if required; and provide accounting and consulting services requested by the Trustee and his counsel.

5.      This is Applicant's First interim application in connection with this case.  Applicant seeks approval of compensation for the periods September 29, 2018 through April 4, 2019.  The requested amount of compensation is based upon a total of 33.40 hours of accounting services, resulting in fees totaling $8,309.50.  In addition, Applicant incurred expenses in the amount of $244.77. The Trustee is currently holding $147,417.37.

6.      The professional services which are the subject of this Application were rendered by the Applicant in connection with providing services for the benefit of the estate and not for any other entity. All of the expenses which are the subject of this Application were incurred by Applicant in connection with providing services for the benefit of the estate.

7.      Applicant maintains time records of professionals and support personnel on a contemporaneous basis.  Such time records are prepared by the professionals who have rendered the services.

8.      **Exhibit "A"** provides a grand total of fees by subject area incurred during the period.

9.      A summary of the hours of professional time expended by each professional for the Applicant is attached as **Exhibit "B".**  The hourly rates in **Exhibit "B"**, as well as those reported in **Exhibit "C"**, reflect the rates in effect on the dates those services were performed.  Therefore, certain professionals may reflect multiple rates if there were rate adjustments during the period.

10.     Attached hereto as **Exhibit "C"** and incorporated herein by this reference is a statement detailing the services and expenses rendered by the Applicant for the period September 29, 2018 through April 4, 2019. **Exhibit "C"** is transcribed from the Applicant's contemporaneous time records, and shows the professional services rendered, the date the services were performed, the person performing the service and the amount of time incurred. **Exhibit "C"** categorizes the professional fees by subject work areas.

11.     Applicant has no agreement or understanding for a division of fees between Applicant and any other party or parties involved in this matter. No retainer or advance fee payment has been received by Applicant and Applicant has not received, nor intends to receive, a lien or any other interest in the property of the Debtor or any other third party to secure payments of Applicant's fees. Applicant is aware of the risk that there may be insufficient assets from which it may be compensated.

12.     Attached as **Exhibit "D"** is biographical information concerning the professionals providing services during the period covered by this Application.

**III.**

**SUMMARY OF PROFESSIONAL SERVICES PERFORMED BY APPLICANT**

**Accounting Services**

13.     Applicant initiated correspondence with the Trustee's counsel to obtain the necessary accounting documentation, including access to Quickbooks files, prior year tax returns, and historical accounting records, in order to prepare the required tax returns.

14.     Applicant reviewed and analyzed prior year documents, accounting records, and tax returns to determine additional items needed to prepare returns. Applicant corresponded with the Trustee's counsel telephonically to discuss the additional items needed.

15.     Per review of the debtors Quickbooks file, Applicant identified that both Luminance Health Group Inc. (LHG) and Luminance Recovery Center, LLC (LRC) shared a single set of books. Applicant participated in multiple conference calls with Anthony Arnaudy, the Debtors' former CFO, regarding the proper allocation of the revenue streams and expenses.

16.     Based on the calls above and review of prior year tax returns, Applicant prepared a detailed analysis of the Quickbooks file in order to properly allocate income and expenses between LHG and LRC. The analysis was used to create a trial balance to assist in preparation of tax returns. Applicant reviewed this trial balance with Anthony Arnaudy and based on feedback made revisions in order to properly allocate between the two entities. Applicant determined that the allocations varied from year to year and it was not consistently applied to the source data. As a result, Applicant developed allocations for both entities and applied this methodology consistently.

17.     Additionally, Applicant prepared reconciliations of various balance sheet accounts in order to ensure all activity within the Quickbooks file was properly captured and categorized. Applicant used this data to support the preparation of tax returns.

18.     Once the trial balance was determined based on the allocations, Applicant prepared necessary adjustments to get the accounting data ready for tax return preparation.

19.     During this first interim fee application period, Applicant incurred 7.10 hours of accounting services, resulting in fees totaling $2,070.50. This results in a blended hourly rate of $291.62.

**Tax Issues**

20.     Applicant participated in communications with Anthony Arnaudy regarding tax compliance issues and all outstanding notice and tax filing requirements of the entity.

21.     Applicant participated in conference calls with Chad Kurtz, Sharon Lo and David Wood to discuss potential amendment of the 2017 return in order to properly address issues related to the Las Brisas property, personal residence of the sole shareholder of LHG. The Las Brisas property was included within the Quickbooks file which was the single set of books for both LHG and LHC. The asset and its corresponding depreciation and expenses were reflected within these financials. Applicant prepared multiple analyses in order to determine the impact of this property on the tax return. Applicant advised all parties involved of its findings and the impact on the 2017 tax return.

22.     Applicant corresponded with the Trustee's Administrator regarding quarterly payroll tax filings and their status.

23.    Applicant reviewed distributions made to members of the LLC in order to advise if such distributions should be accounted for guaranteed payments. Applicant advised the Trustee and his counsel of his findings.

24.    During this first interim fee application period, Applicant incurred 4.90 hours of tax issues, resulting in fees totaling $1,539.00. This results in a blended hourly rate of $314.08.

**Tax Return Preparation**

25.    Applicant reviewed 2015 and 2016 federal and state tax returns to examine the accounting methods used to determine whether they were appropriate or needed to be revised for future tax years.

26.    Based on the allocations, analyses and the trial balance, Applicant prepared the 2017 tax return in accordance with the methodology of prior years' tax returns. Applicant applied the appropriate tax treatment to all relevant items and ensured that all tax items were accounted for and correctly reported.

27.    Applicant assembled and provided completed 2017 federal and California income tax returns to the Trustee for filing.  Applicant also prepared letters to be sent to the Internal Revenue Service and California Franchise Tax Board requesting prompt determination for the tax returns filed.

28.    During this first interim fee application period, Applicant incurred 21.40 hours of tax preparation services, resulting in fees totaling $4,700.00. This results in a blended hourly rate of $219.63.

## IV.

### REQUEST FOR FIRST INTERIM COMPENSATION

29.    During the first interim period, Applicant incurred a total of 33.40 hours as accountants for the Chapter 7 Trustee.  Applicant submits that all of its time was reasonable and necessary.  Applicant has attempted, as best possible, to avoid utilizing professionals at a higher rate than needed for any particular task.  The blended hourly rate for the first interim period is $248.79.

30.    Applicant is requesting compensation in the amount of $8,309.50 for services rendered.  This amount is based upon the normal hourly rates charged by its professionals at the time

1 the work was performed.  This amount does not include any enhancements or bonuses.  It is also

2 requesting reimbursement of costs in the amount of $244.77.

3       **WHEREFORE, GROBSTEIN TEEPLE LLP** requests that this Court, after proper notice

4 and hearing, allow on an interim basis, fees totaling $8,309.50. Applicant also requests interim

5 approval of expenses totaling $244.77.

6       This would result in a total payment of $8,554.27 to GROBSTEIN TEEPLE LLP.

7

8 Dated: April 10, 2019          By                       

9                                         Howard B. Grobstein

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### DECLARATION OF HOWARD B. GROBSTEIN

I, **HOWARD B. GROBSTEIN**, declare and state as follows:

1.     I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California. I am a member in good standing of the American Institute of Certified Public Accountants (AICPA), and am a partner of GROBSTEIN TEEPLE LLP ("GT"), accountants for the Chapter 7 Trustee.

2.     I am the accountant principally responsible for the services performed in this matter on behalf of the Chapter 7 Trustee. The facts stated herein are within my personal knowledge or I have gained knowledge of them from other GT staff members or the regular business records as maintained by my office. If called as a witness, I could and would testify competently thereto.

3.     I have reviewed the foregoing First Interim Application for Compensation and Reimbursement of Expenses of Grobstein Teeple LLP (the "Application").

4.     **Exhibit "A"** provides a grand total of fees by subject area incurred.

5.     A summary of the hours of professional time expended by each professional for the Applicant is attached as **Exhibit "B"**.

6.     **Exhibit "C"** represents a detail of fees and expenses incurred by Applicant. **Exhibit "C"** was prepared in conformance with Guideline B of the Office of the United States Trustee. Applicant's request for reimbursement of costs and the computation of the costs reflect photocopying at $0.20 per page, outgoing facsimiles at $1.00 per page and incoming facsimiles at $0.20 per page. All costs from outside parties such as messengers, Federal Express, mail and long distance telephone charges are charged at Applicant's cost.

7.     Attached as **Exhibit "D"** is biographical information concerning the professionals providing these services.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 10, 2019 at Woodland Hills, California.

_____
Howard B. Grobstein

# EXHIBIT A

**Grobstein Teeple, LLP**

23832 Rockfield Blvd.
Suite 245
Lake Forest, CA 92630
info@gtllp.com



---

**Luminance Recovery Center, LLC**
**Summary of Fees and Costs**
**Period September 29, 2018 through April 4, 2019**

**Category of Work**

| | | | |
|---|---|---:|---:|
| Accounting Services | | 7.10 | $2,070.50 |
| Tax Issues | | 4.90 | $1,539.00 |
| Tax Return Preparation | | 21.40 | $4,700.00 |
| | Total Professional Services Amount | 33.40 | $8,309.50 |

**Reimbursable Expenses**

| | | |
|---|---|---:|
| Client Postage/Delivery | | $244.77 |
| | Total Reimbursable Expenses Amount | $244.77 |
| | **Total Professional Fees & Costs** | **$8,554.27** |

# EXHIBIT B

**Grobstein Teeple LLP**
23832 Rockfield Blvd.
Suite 245
Lake Forest, CA 92630
949-298-6620
info@gtllp.com



---

**Richard A. Marshack, Trustee**
Richard A. Marshack, Trustee
870 Roosevelt Avenue
Irvine, CA 92620

# Invoice

**Invoice Date:**     Apr 04, 2019
**Invoice Num:**     34033
**Billing Through:**  Apr 04, 2019

---

**IN RE: Luminance Recovery Center, LLC**

---

## User Hours Summary

**Billing Period: 09/29/2018 - 04/04/2019**

**User Hour Totals**

| User | Rate/Hour | Hours Billed | Amount Billed |
|------|-----------|--------------|---------------|
| Kermith B Boffill | $360.00 | 0.40 | $144.00 |
| Kermith B Boffill | $350.00 | 2.80 | $980.00 |
| Eddie Shamas | $300.00 | 0.70 | $210.00 |
| Eddie Shamas | $275.00 | 2.00 | $550.00 |
| Lindsay N Lopez | $125.00 | 0.50 | $62.50 |
| Rachel C Rojany | $275.00 | 5.00 | $1,375.00 |
| Rachel C Rojany | $285.00 | 5.90 | $1,681.50 |
| Silva X Chamichyan | $205.00 | 15.80 | $3,239.00 |
| Silva X Chamichyan | $225.00 | 0.30 | $67.50 |
| | | | |
| Totals | | 33.40 | $8,309.50 |

---

OUR REMITTANCE ADDRESS HAS CHANGED

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Blvd., Suite 245
Lake Forest, CA 92630

# EXHIBIT C

**Grobstein Teeple LLP**
23832 Rockfield Blvd.
Suite 245
Lake Forest, CA 92630
949-298-6620
info@gtllp.com



**Richard A. Marshack, Trustee**
Richard A. Marshack, Trustee
870 Roosevelt Avenue
Irvine, CA 92620

# Invoice

**Invoice Date:** Apr 04, 2019
**Invoice Num:** 34033
**Billing Through:** Apr 04, 2019

**IN RE: Luminance Recovery Center, LLC**

**Professional Services:**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| **001 - Accounting Services** | | | | | |
| 09/29/2018 | RCR | Compare 2016 workpapers to Quickbooks file for changes; review online Quickbooks. | 285.00 | 1.20 | $ 342.00 |
| 09/29/2018 | EXS | Review of documents provided by client and review of prior year tax returns (.6). Produced list of necessary items needed to complete tax returns (.1). | 300.00 | 0.70 | $ 210.00 |
| 09/29/2018 | RCR | Review records for tax return; | 285.00 | 1.10 | $ 313.50 |
| 09/29/2018 | RCR | Review various documents sent; | 285.00 | 0.60 | $ 171.00 |
| 09/29/2018 | RCR | Review new revenue split allocation. | 285.00 | 0.20 | $ 57.00 |
| 09/29/2018 | RCR | Review project and PY detail with Silva; discuss questions with Silva; meeting with Silva and K. Boffill regarding accounting/tax allocation. | 285.00 | 0.80 | $ 228.00 |
| 09/30/2018 | RCR | Work with Silva regarding question and reconciliations. | 285.00 | 0.40 | $ 114.00 |
| 09/30/2018 | KBB | Review of balance sheet and income allocation issues (.7) | 350.00 | 0.70 | $ 245.00 |
| 09/30/2018 | EXS | Review of 2017 trial balance. | 275.00 | 0.90 | $ 247.50 |
| 10/05/2018 | RCR | Discuss status with Josh; send new shared file link. | 285.00 | 0.50 | $ 142.50 |
| | | **001 - Accounting Services Total:** | | **7.10** | **$2,070.50** |
| **014 - Tax Issues** | | | | | |
| 10/02/2018 | RCR | Discuss amended TR w/ David Wood; Create file for review of all requested information; Correspondence | 275.00 | 1.00 | $ 275.00 |
| 10/10/2018 | RCR | Correspondence w/ Chad Kurtz regarding emails received and findings; Review emails; Discuss w/ KB | 275.00 | 0.80 | $ 220.00 |
| 10/25/2018 | KBB | Review of tax issues to prepare for call (.3); call with Chad, David and Sharon re 2017 issues (.4) | 350.00 | 0.70 | $ 245.00 |
| 10/29/2018 | KBB | Discuss tax scenarios related to amending tax returns for 2017 based on discussions with attorneys | 350.00 | 0.40 | $ 140.00 |

OUR REMITTANCE ADDRESS HAS CHANGED

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Blvd., Suite 245
Lake Forest, CA 92630

Exhibit C          Page 1 of 3

**Grobstein Teeple LLP**
23832 Rockfield Blvd.
Suite 245
Lake Forest, CA 92630
949-298-6620
info@gtllp.com



**Richard A. Marshack, Trustee**
Richard A. Marshack, Trustee
870 Roosevelt Avenue
Irvine, CA 92620

# Invoice

**Invoice Date:**      Apr 04, 2019
**Invoice Num:**      34033
**Billing Through:** Apr 04, 2019

**IN RE: Luminance Recovery Center, LLC**

| Date | Init | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 12/12/2018 | KBB | Payroll tax issues call with Pam and Lucia; review reports related to quarter involved | 350.00 | 0.60 | $ 210.00 |
| 12/18/2018 | RCR | Correspondence w/ Pam re phone call and creditor correspondence; Review information request from KB re 2017 distributions,etc. - Work w. KB | 275.00 | 0.60 | $ 165.00 |
| 12/18/2018 | KBB | Review of distribution questions as requested by Chad Kurtz | 350.00 | 0.40 | $ 140.00 |
| 02/22/2019 | KBB | Correspond with Chad Kurtz - Force 10 regarding 2017 allocations and impact on amending 2017 returns (.2); items request and coordination of prepetition data needed for 2018 return prep (.2) | 360.00 | 0.40 | $ 144.00 |
| | | **014 - Tax Issues Total:** | | **4.90** | **$1,539.00** |

**015 - Tax Return Preparation**

| Date | Init | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 09/29/2018 | SXC | Preparing tax workpapers and schedules for 2017 tax return. | 205.00 | 4.10 | $ 840.50 |
| 09/29/2018 | SXC | Preparing tax workpapers. | 205.00 | 2.50 | $ 512.50 |
| 09/29/2018 | SXC | Preparing 2017 tax return. | 205.00 | 4.10 | $ 840.50 |
| 09/30/2018 | SXC | Updating tax return | 205.00 | 0.40 | $ 82.00 |
| 09/30/2018 | RCR | Review LRC TR's; discuss open issues with Silva. | 285.00 | 0.60 | $ 171.00 |
| 09/30/2018 | SXC | Preparing prompt determination letters for LLC and Inc. | 225.00 | 0.30 | $ 67.50 |
| 09/30/2018 | RCR | Review TR and workpapers | 275.00 | 1.20 | $ 330.00 |
| 09/30/2018 | EXS | Review of 2017 tax return. | 275.00 | 1.10 | $ 302.50 |
| 10/29/2018 | SXC | Preparing analysis for amended returns | 205.00 | 4.70 | $ 963.50 |
| 10/29/2018 | RCR | Work w/ Silva regarding analysis of allocation. | 275.00 | 1.40 | $ 385.00 |
| 02/23/2019 | LNL | Preparation of extension. | 125.00 | 0.30 | $ 37.50 |
| 02/25/2019 | LNL | Contacted FTB regarding state tax payments for the 2018 tax year. | 125.00 | 0.20 | $ 25.00 |
| 02/27/2019 | RCR | Continued tax return preparation: Prepare payment vouchers and delivery instructions | 285.00 | 0.50 | $ 142.50 |
| | | **015 - Tax Return Preparation Total:** | | **21.40** | **$4,700.00** |

---

OUR REMITTANCE ADDRESS HAS CHANGED

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Blvd., Suite 245
Lake Forest, CA 92630

Exhibit C                    Page 2 of 3

**Grobstein Teeple LLP**
23832 Rockfield Blvd.
Suite 245
Lake Forest, CA 92630
949-298-6620
info@gtllp.com



**Richard A. Marshack, Trustee**
Richard A. Marshack, Trustee
870 Roosevelt Avenue
Irvine, CA 92620

# Invoice

**Invoice Date:**    Apr 04, 2019
**Invoice Num:**    34033
**Billing Through:**  Apr 04, 2019

**IN RE: Luminance Recovery Center, LLC**

| | | | |
|---|---|---:|---:|
| **Total Professional Services Amount:** | | 33.40 | $8,309.50 |

**Reimbursable Expenses:**

| Date | Employee | | Quantity | Rate | Amount |
|---|---|---|---:|---:|---:|
| **405 - Client Postage/Delivery** | | | | | |
| 09/29/2018 | BMB | Overnight Signature Pages to Richard Marshack and back to GTLLP | 1.00 | 50.32 | $ 50.32 |
| 10/01/2018 | BMB | K1 Mailing | 1.00 | 17.04 | $ 17.04 |
| 10/02/2018 | BMB | Certified Mailing UT and SAC | 1.00 | 25.18 | $ 25.18 |
| 11/28/2018 | KXS | Mailing Fee. | 1.00 | 93.84 | $ 93.84 |
| 11/28/2018 | KXS | Application Fee. | 1.00 | 5.34 | $ 5.34 |
| 11/28/2018 | KXS | Application Fee. | 1.00 | 6.05 | $ 6.05 |
| 03/11/2019 | KXS | Sent out W-2 - Per Lucia | 94.00 | 0.50 | $ 47.00 |
| | | **405 - Client Postage/Delivery Total:** | | | **$244.77** |

| | |
|---|---:|
| **Total Reimbursable Expenses Amount:** | **$244.77** |

| | |
|---|---:|
| **Total Fees:** | $ 8,309.50 |
| **Total Expenses:** | $ 244.77 |
| **Amount Due This Invoice:** | $ 8,554.27 |

OUR REMITTANCE ADDRESS HAS CHANGED

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Blvd., Suite 245
Lake Forest, CA 92630

Exhibit C                Page 3 of 3

# EXHIBIT D

### GROBSTEIN TEEPLE LLP

### FIRM BIOGRAPHIES

**KERMITH BOFFILL, CPA,** California State University, Northridge (B.S. - Accountancy) is a Partner in the firm.  Mr. Boffill has worked in private and public accounting on a variety of audit and taxation engagements specializing in taxation of entities and individuals. Mr. Boffill has experience in bankruptcy matters including individual liquidations, corporate reorganizations and liquidations.

**EDDIE SHAMAS, CPA**, California State University, Northridge (B.S. – Accountancy; B.S. - Finance) is a Principal in the firm. Mr. Shamas has experience in providing assurance services to a variety of publicly traded and privately held companies in the manufacturing, distribution, retail, and service industries. He is a member of California Certified Public Accountants.

**SILVA CHAMICHYAN,** University of California, Northridge (B.S. - Accounting) is a Senior Accountant in the firm. Ms. Chamichyan has experience in corporation tax returns and private equity.  Ms. Chamichyan is currently a CPA Candidate with the California Board of Accountancy.

**LINDSAY LOPEZ,** is a consultant in the firm. While at the firm she is pursuing her Bachelor of Science degree in Professional Accountancy at California State University, Northridge.

**RACHEL ROJANY, CPA**, University of California, Santa Cruz (B.A. – Business Management Economics) is a Senior Manager at the firm. Ms. Rojany's professional experience is focused in individual and business tax compliance and planning, with experience in an array of different industries from Entertainment & Media, Professional Services, to Real Estate and High Net Worth Individuals and Families. She is a member of the American Institute of Certified Public Accountants and the California Society of Certified Public Accountants.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*6300 Canoga Avenue, Suite 1500W, Woodland Hills, CA 91367*

A true and correct copy of the foregoing document entitled (*specify*): ***AMENDED FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE; DECLARATION OF HOWARD B. GROBSTEIN IN SUPPORT THEREOF*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 10, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On April 10, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Luminance Recovery Center, LLC, a
California limited liability company
27131 Calle Arroyo, Ste 1703
San Juan Capistrano, CA 92675

Honorable Scott C. Clarkson
US Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 4/10/2019 | CORY ZERA | /s/ CORY ZERA |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Luminance Recovery Center                                                8:18-bk-10969-SC

1. Alan W Forsley on behalf of Interested Party FIRST INSURANCE FUNDING CORP.
   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
2. Beth Gaschen on behalf of Debtor Luminance Recovery Center, LLC bgaschen@wgllp.com,
   kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
3. Beth Gaschen on behalf of Trustee Richard A Marshack (TR) bgaschen@wgllp.com,
   kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
4. Beth Gaschen on behalf of Debtor Luminance Health Group, Inc. bgaschen@wgllp.com,
   kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
5. Beth Gaschen on behalf of Interested Party Courtesy NEF bgaschen@wgllp.com,
   kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
6. Caroline Djang on behalf of Interested Party Courtesy NEF caroline.djang@bbklaw.com,
   julie.urquhart@bbklaw.com;sansanee.wells@bbklaw.com;paul.nordlund@bbklaw.com
7. Christopher Brandlin on behalf of Interested Party Courtesy NEF chris@bbsklaw.com
8. D Edward Hays on behalf of Interested Party Courtesy NEF ehays@marshackhays.com,
   8649808420@filings.docketbird.com
9. D Edward Hays on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com,
   8649808420@filings.docketbird.com
10. David Wood on behalf of Interested Party Courtesy NEF dwood@marshackhays.com,
    8649808420@filings.docketbird.com
11. David Wood on behalf of Trustee Richard A Marshack (TR) dwood@marshackhays.com,
    8649808420@filings.docketbird.com
12. David Wood on behalf of Attorney Marshack Hays LLP dwood@marshackhays.com,
    8649808420@filings.docketbird.com
13. David Brian Lally on behalf of Creditor Ronald Burrows davidlallylaw@gmail.com
14. Donald Segretti on behalf of Interested Party Courtesy NEF dsegretti@aol.com
15. Faye C Rasch on behalf of Plaintiff Luminance Health Group, Inc. frasch@wgllp.com,
    kadele@wgllp.com;tziemann@wgllp.com
16. Garrick A Hollander on behalf of Creditor V&G Associates COV Inc. ghollander@wcghlaw.com,
    pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
17. Gerald P Kennedy on behalf of Creditor GNR Holdings dba Power Digital Marketing
    gerald.kennedy@procopio.com,
    kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
18. Jay S Geller on behalf of Creditor V&G Associates COV Inc. jgeller@jaysgellerlaw.com
19. Jeffrey I Golden on behalf of Debtor Luminance Health Group, Inc. jgolden@wgllp.com,
    kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
20. Jeffrey I Golden on behalf of Debtor Luminance Recovery Center, LLC jgolden@wgllp.com,
    kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
21. Jeffrey I Golden on behalf of Trustee Richard A Marshack (TR) jgolden@wgllp.com,
    kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
22. Jeffrey K Garfinkle on behalf of Interested Party Courtesy NEF jgarfinkle@buchalter.com,
    docket@buchalter.com;dcyrankowski@buchalter.com

Luminance Recovery Center                                              8:18-bk-10969-SC

23. John H Kim on behalf of Creditor Mercedes-Benz Financial Services USA, LLC dba Daimler Trust jkim@cookseylaw.com, jhkim@ecf.courtdrive.com
24. Kyra E Andrassy on behalf of Trustee Richard A Marshack (TR) kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
25. Kyra E Andrassy on behalf of Interested Party Courtesy NEF kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
26. Luke P Daniels on behalf of Interested Party Qui Shiyang zlukedaniels@yahoo.com
27. Marsha A Houston on behalf of Plaintiff Richard A Marshack, Ch 7 Trustee mhouston@reedsmith.com
28. Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov
29. Payam Khodadadi on behalf of Interested Party Aetna Life Insurance Company and Affiliated Entities pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
30. R Gibson Pagter, Jr. on behalf of Creditor Estrella Land Company LLC gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
31. R Gibson Pagter, Jr. on behalf of Creditor San Juan Capistrano Self Storage, a California Limited Partnership, dba Pouch Self Storage Centers gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
32. Randall P Mroczynski on behalf of Creditor Ford Motor Credit Company LLC randym@cookseylaw.com
33. Randall P Mroczynski on behalf of Creditor Cab West LLC randym@cookseylaw.com
34. Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com
35. Robert S Marticello on behalf of Plaintiff Luminance Health Group, Inc. Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
36. Rosa A Shirley on behalf of Creditor Nelson Hardiman, LLP rshirley@nelsonhardiman.com, rrange@nelsonhardiman.com;lgill@nelsonhardiman.com
37. Sharon Oh-Kubisch on behalf of Plaintiff Luminance Health Group, Inc. sokubisch@swelawfirm.com, gcruz@swelawfirm.com;jchung@swelawfirm.com;csheets@swelawfirm.com
38. Sharon Oh-Kubisch on behalf of Interested Party Courtesy NEF sokubisch@swelawfirm.com, gcruz@swelawfirm.com;jchung@swelawfirm.com;csheets@swelawfirm.com
39. Sheryl K Ith on behalf of Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto sith@cookseylaw.com, sith@ecf.courtdrive.com
40. Sheryl K Ith on behalf of Creditor Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services sith@cookseylaw.com, sith@ecf.courtdrive.com
41. Thomas A Fasel on behalf of Interested Party Courtesy NEF thomas@fasellaw.com, taf@fasellaw.com
42. United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
43. Valerie Bantner Peo on behalf of Creditor Alleon Capital Partners, LLC vbantnerpeo@buchalter.com
44. Valerie Bantner Peo on behalf of Interested Party Courtesy NEF vbantnerpeo@buchalter.com
45. Vincent V Frounjian on behalf of Creditor HONDA LEASE TRUST vvf.law@gmail.com
    TOTAL: 45

2