1  Marsha A. Houston (SBN 129956)
   mhouston@reedsmith.com
2  David M. Halbreich (SBN 138926)
   dhalbreich@reedsmith.com
3  Christopher O. Rivas (SBN 238765)
   crivas@reedsmith.com
4  REED SMITH LLP
   355 South Grand Avenue
5  Suite 2900
   Los Angeles, CA  90071-1514
6  Telephone: +1 213 457 8000
   Facsimile:  +1 213 457 8080
7
   Special Counsel For Chapter 7 Trustee
8  Richard A. Marshack

9

10              UNITED STATES BANKRUPTCY COURT

11         CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

12  In re                                    Case No. 8:18-bk-10969-SC
                                             (Lead Case)
13  LUMINANCE RECOVERY CENTER, LLC, a
    California Limited Liability Company, et al.,    Case No. 8:18-bk-10972-SC
14                                           (Jointly Administered Case)
                 Debtors,
15                                           Chapter 7

16  Affects:                                 **FIRST INTERIM APPLICATION OF
                                             REED SMITH LLP PURSUANT TO 11
17  ☒ALL DEBTORS                             U.S.C. §§ 328, 330, 331 AND 503(B)(2); FED.
                                             R. BANKR. P. 2016 AND LOCAL RULE
18  ☐Luminance Recovery Center, LLC, ONLY    2016-1(A), FOR ENTRY OF AN ORDER
                                             ALLOWING AND AWARDING PAYMENT
19  ☐Luminance Health Group, Inc., a California    OF FEES AND REIMBURSEMENT OF
    corporation, ONLY                        EXPENSES; DECLARATION OF
20                                           CHRISTOPHER O. RIVAS**

21                                           Date:      May 1, 2019
                                             Time:      11:00 a.m.
22                                           Place:     Courtroom 5C

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

# <u>TABLE OF CONTENTS</u>

2
**Page**

3    I . BACKGROUND:  BANKRUPTCY CASE ........................................................................ 1

4    II . BACKGROUND:  ADVERSARY CASE ........................................................................ 2

5    III . DESCRIPTION OF REED SMITH'S FEES AND EXPENSES ................................... 3

6    IV . RELIEF REQUESTED ................................................................................................ 5

7    V . SUMMARY OF EXHIBITS IN SUPPORT OF RELIEF REQUESTED ........................ 6

8    VI . ANALYSIS AND NARRATIVE DESCRIPTION OF SERVICES
9        RENDERED AND TIME EXPENDED ........................................................................... 6

10        A.    NARRATIVE SUMMARY OF FEES INCURRED DURING THE
              FIRST INTERIM COMPENSATION PERIOD .......................................... 7

11        1.    <u>Fee and Employment Application Services – $2,483.50 (Fees)</u> ........ 7

12        2.    <u>Litigation Services -- $172,839.50 (Fees)</u> ....................................... 8

13        B.    TOTAL AMOUNT OF FEES AND EXPENSES SOUGHT IN THE
14              APPLICATION .......................................................................................... 8

15        C.    REED SMITH'S EXPERIENCE .............................................................. 8

16        D.    REED SMITH INVOICES SENT TO THE CHAPTER 7 TRUSTEE ......... 9

17        E.    NO PRIOR REQUEST FOR RELIEF ...................................................... 9

18    VII . CONCLUSION .......................................................................................................... 9

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# <u>TABLE OF AUTHORITIES</u>

**Page(s)**

**Statutes**

11 U.S.C. § 330(a)(1)(A) ........................................................................................................7

11 U.S.C. § 330(a)(3)(A)-(F) ..................................................................................................7

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND INTERESTED PARTIES:**

Reed Smith LLP ("***Reed Smith***"), Special Litigation and Insurance Coverage Counsel to Richard A. Marshack, the duly appointed, qualified, and acting Chapter 7 Trustee (the "***Chapter 7 Trustee***") for the estates of the debtors Luminance Recovery Center, LLC, and Luminance Health Group, Inc., a California corporation (collectively, the "***Debtors***"), hereby submits this application (the "***Application***") pursuant to sections 328, 330, 331 and 503(b)(2) of Title 11 of the United States Code (the "***Bankruptcy Code***"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Local Rule 2016-1(a) and the "United States Trustee Guidelines for Reviewing Application for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330" ("***Guidelines***"), for an order:

(A)(i) approving and allowing Reed Smith's fees in the amount of $175,323.00 for the period from April 14, 2018, up to and through March 31, 2019 (the "***First Interim Compensation Period***"); (ii) allowing and awarding reimbursement of expenses incurred in the First Interim Compensation Period in the amount of $1,258.56; and (B) for such other and further relief as is just and proper. The fees and expenses sought pursuant to this Application cover an eleven (11) month period.

## I.

## BACKGROUND: BANKRUPTCY CASE

1.      On March 21, 2018 (the "***Petition Date***"), Debtors filed two separate voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code. On March 22, 2018, the Court entered an order granting Debtors' motion to approve the joint administration of the Debtors' bankruptcy cases.

2.      On March 23, 2018, the Debtors filed their various "first day" motions. After the filing of the "first day" motions, the founder and chief executive officer of the Debtors, Mr. Michael E. Castanon, essentially disappeared. Thereafter, on April 5, 2018, the Court granted the Debtors' Emergency Motion to convert the cases from Chapter 11 to cases under Chapter 7 pursuant to 11 U.S.C. § 1112(b), and directed the Office of the United States Trustee to appoint a Chapter 7

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Trustee.  On April 5, 2018, the Court appointed Richard A. Marshack as qualified and acting Chapter 7 Trustee for the Debtors' estates (collectively, the "***Estates***"), and Mr. Marshack continues to act in this capacity today.

3.    On May 15, 2019, the Chapter 7 Trustee filed its Application (the "***Employment Application***") to employ Reed Smith LLP ("***Reed Smith***") as the Estates' Special Litigation and Insurance Recovery Counsel pursuant to 11 U.S.C. § 327.  On June 4, 2018, the Court approved the Employment Application effective as of April 14, 2018.

## II.

## BACKGROUND:  ADVERSARY CASE

4.    The Chapter 7 Trustee sought the advice of Reed Smith regarding the scope of Debtors' insurance policies.

5.    Thereafter, the Trustee determined that it was in the best interests of the Estates to engage Reed Smith as special litigation and insurance coverage counsel in order to handle issues concerning the extension of coverage, as well as to analyze whether the Estate had any claims it could bring arising out of a subsequent investigation into Debtor's conduct.

6.    On September 14, 2018, in its capacity as Special Counsel for the Chapter 7 Trustee, Reed Smith initiated an adversary proceeding against Mr. Castanon and filed a complaint on behalf of the Chapter 7 Trustee against Mr. Castanon for four causes of action, including:  breach of fiduciary duty, conversion, negligence, and waste of corporate assets (the "***Adversary Case***").

7.    Reed Smith is informed and believes that Mr. Castanon tendered a claim to the Debtors' insurers based upon the filing of the Adversary Case, and that on or about October 26, 2018, the Debtors' insurer denied coverage.

8.    On October 30, 2018, Mr. Castanon, through counsel, answered the adversary complaint and raised ten (10) affirmative defenses.

9.    On December 19, 2018, the Court held a status conference in the adversary proceeding, wherein Christopher O. Rivas of Reed Smith appeared on behalf of the Chapter 7 Trustee, and Rhonda Walker appeared on behalf of Mr. Castanon.  The Court ordered the discovery cutoff date set for April 30, 2019.  The Court ordered the motion cutoff date set for June 14, 2019.

1  The Court ordered a pretrial conference to be held on July 17, 2019, at 11:00 a.m. in Courtroom 5C

2  at the United States Bankruptcy Court located on 411 West Fourth Street, Santa Ana, CA 92701-

3  4593.

4       10.    Reed Smith prepared and served initial disclosures with Mr. Castanon's counsel, and

5  met and conferred with Mr. Castanon's counsel regarding discovery issues.   Although Mr.

6  Castanon's counsel was initially cooperative and responsive, in recent months she has failed to

7  respond to communications from Reed Smith.

8       11.    In late 2018, Reed Smith began drafting discovery requests and, in December 2018,

9  Reed Smith served extensive written discovery requests upon Mr. Castanon.   After further meet and

10  confer efforts with Mr. Castanon's counsel, Reed Smith granted extensions to Mr. Castanon to

11  respond to the discovery requests.   However, ultimately, Mr. Castanon failed to timely object to or

12  otherwise respond to the discovery requests.   Reed Smith then sought to meet and confer with Mr.

13  Castanon's counsel several times regarding Mr. Castanon's failure to respond, but his counsel failed

14  to respond in any way.

15       12.    Ultimately, on March 26, 2019, Reed Smith filed a motion for sanctions for failure to

16  cooperate in discovery on behalf of the Chapter 7 Trustee against Mr. Castanon, and the Court

17  scheduled a hearing on the motion for April 17, 2019.   Meanwhile, Mr. Castanon recently failed to

18  appear at his duly scheduled deposition and is otherwise failing to and/or refusing to abide by his

19  obligations under the Federal Rules of Bankruptcy Procedure and the local rules of this Court.

20  **III.**

21  **DESCRIPTION OF REED SMITH'S FEES AND EXPENSES**

22       13.    Pursuant to the above-referenced employment application, as approved by this Court,

23  Reed Smith seeks approval of its fees by noticed fee application, as follows:

24       **a.**    **Terms of Fee and Employment Application Services**

25       With respect to Fee and Employment Application Services, the Estates have been

26  charged on an hourly basis at standard rates to be paid on a current basis.  During the First Interim

27  Compensation Period, Reed Smith incurred $2,483.50 in fees for 3.80 hours of fee and employment

28  application services.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1    **b.    Terms of Litigation Services**

2    With respect to Litigation Services, including Special Litigation and Insurance

3    Recovery Services, the Estates have been charged on an hourly basis at standard rates to be paid on a

4    current basis.  During the First Interim Compensation Period, Reed Smith incurred $172,839.50 in

5    fees for 285.90 hours of litigation and litigation-related services.

6    **c.    Expenses**

7    During the First Interim Compensation Period, Reed Smith has incurred $1,258.56 in

8    total expenses.  Reed Smith has incurred the following expenses, although a more comprehensive

9    summary is provided in Exhibit "C" to this Application:

10    <u>In-House Duplication, Printing, and Scanning Expenses</u>

11    Reed Smith's rate for in-house duplication and related activities is $.15 per page.

12    During the First Interim Compensation Period, Reed Smith incurred $9.15 in expenses for in-house

13    duplication, printing, and scanning services.

14    <u>Outside Duplication Expenses</u>

15    Reed Smith also uses outside duplication services for large photocopy work and does

16    not charge more than its out-of-pocket expenses for such outside services.  During the First Interim

17    Compensation Period, Reed Smith incurred $38.76 in expenses for outside duplication services.

18    <u>Postage Expenses</u>

19    Reed Smith does not charge more than its out-of-pocket expenses for postage.

20    During the First Interim Compensation Period, Reed Smith incurred $12.65 in expenses for postage.

21    <u>Online Legal Research and Docket Management Expenses</u>

22    Reed Smith does not charge more than its out-of-pocket expenses for online research

23    services and either discounts as much as forty percent (40%) or provides certain search services free

24    of charge.  During the First Interim Compensation Period, Reed Smith incurred $975.50 in expenses

25    for online research and docket management via Westlaw and PACER, collectively.

26    <u>Courier and Messenger Expenses</u>

27    Reed Smith does not charge more than its out-of-pocket expenses for outside courier

28    and messenger expenses and seeks to use alternative, less expensive delivery methods, *e.g.*, email or

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  facsimile transmissions, whenever possible.  During the First Interim Compensation Period, Reed

2  Smith incurred $39.30 in expenses for outside courier and messenger services.

3  <u>Parking, Tolls, and Other Transportation Expenses</u>

4  Reed Smith does not charge more than its out-of-pocket expenses for parking, tolls,

5  or other transportation expenses.  During the First Interim Compensation Period, Reed Smith

6  incurred $1.00 in expenses for parking, tolls, and other transportation.

7  <u>Relativity Data Hosting Expenses</u>

8  Reed Smith does not charge more than its out-of-pocket expenses for data hosting on

9  Relativity.  During the First Interim Compensation Period, Reed Smith incurred $182.20 in expenses

10  for Relativity data hosting services.

11  **IV.**

12  **RELIEF REQUESTED**

13  14.    Reed Smith submits this Fee Application to the Bankruptcy Court for the allowance

14  of reasonable compensation for actual and necessary professional services provided to the Chapter 7

15  Trustee as its counsel in this Case and for reimbursement of actual and necessary out-of-pocket

16  expenses incurred in representing the Chapter 7 Trustee during the First Interim Compensation

17  Period.

18  15.    All included services and costs for which Reed Smith seeks compensation were

19  performed for, or incurred on behalf of, the Chapter 7 Trustee during the First Interim Compensation

20  Period.

21  16.    During the First Interim Compensation Period, Reed Smith billed a total of

22  $175,323.00 in fees and disbursed $1,258.56 in expenses on behalf of the Chapter 7 Trustee.  As

23  further described below, Reed Smith's fees and expenses have been billed to two different matters,

24  with such fees and expenses broken down as follows:

25  (a) Preparation of Fee and Employment Applications – $2,483.50 in fees; and

26  (b) Litigation Services, including Special Litigation Services and Insurance Recovery

27  Services – $172,839.50 in fees;

28  (c) Expenses – $1,258.56 in total expenses.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## V.

## SUMMARY OF EXHIBITS IN SUPPORT OF RELIEF REQUESTED

17.    **Exhibit "A"**, attached hereto, contains a summary of the names of each Reed Smith professional and paraprofessional rendering services to the Chapter 7 Trustee during the First Interim Compensation Period, their customary hourly billing rates, the time expended by each professional and paraprofessional, and the total value of time incurred by each professional and paraprofessional.

18.    **Exhibit "B"**, attached hereto, contains a summary by task category of the fees sought in the First Interim Compensation Period.

19.    **Exhibit "C"**, attached hereto, contains a summary of the expenses incurred during the First Interim Compensation Period broken down into categories of charges, including, among other things, duplication charges, postage charges, online legal research charges, courier charges, transport charges, and data storage charges.

20.    **Exhibit "D"**, attached hereto, is a verification from Christopher O. Rivas pursuant to 28 U.S.C. § 1746.

21.    **Exhibit "E"**, attached hereto, contains copies of the description of services rendered and expenses incurred during the First Interim Compensation Period.

## VI.

## ANALYSIS AND NARRATIVE DESCRIPTION

## OF SERVICES RENDERED AND TIME EXPENDED

22.    Section 330(a) of the Bankruptcy Code provides, in pertinent part, that bankruptcy courts may award "reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional employed by any such person." 11 U.S.C. § 330(a)(1)(A).  The attorneys requesting compensation from the bankruptcy estate bear the burden of demonstrating to the Bankruptcy Court that the services performed and fees incurred were reasonable.

23.    In determining the amount of reasonable compensation to be awarded, the Bankruptcy Court shall consider, pursuant to § 330(a)(3) of the Bankruptcy Code, the nature, extent,

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

and the value of such services, taking into account all relevant factors, including: (A) the time spent on such services, (B) the rates charged for such services, (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title, (D) whether the services were performed within a reasonable time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed, (E) whether the professional has demonstrated skill and experience in the bankruptcy field, and (F) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title. *See* 11 U.S.C. § 330(a)(3)(A)-(F).

24.     No compensation paid in this Case will be shared with any entity.

25.     The requested expenses are reasonable. The requested expenses are customarily charged to non-bankruptcy clients of Reed Smith. All expenses incurred by Reed Smith to third parties are limited to actual amounts billed to, or paid by, Reed Smith on behalf of the Chapter 7 Trustee.

26.     The hourly rates charged by Reed Smith are based on the customary compensation charged by comparably skilled practitioners in cases other than under the Bankruptcy Code. With respect to the time and labor expended by Reed Smith in this Case, Reed Smith believes it is appropriate for it to be compensated for the time spent in connection with these matters, and sets forth a brief narrative description of the services rendered on behalf of the Chapter 7 Trustee and the time expended, organized by project task categories, as follows:

## A.    NARRATIVE SUMMARY OF FEES INCURRED DURING THE FIRST INTERIM COMPENSATION PERIOD

### 1.    <u>Fee and Employment Application Services – $2,483.50 (Fees)</u>

27.     Reed Smith incurred time drafting the Employment Application during this First Interim Compensation Period, and otherwise negotiating with and drafting its engagement letter with the Chapter 7 Trustee, including discussions regarding Reed Smith's rates and which professionals would be engaged in this matter. In total, Reed Smith spent 3.80 hours performing the foregoing tasks.

**2.**    <u>**Litigation Services -- $172,839.50 (Fees)**</u>

28.    The litigation and insurance coverage services provided by Reed Smith are summarized in Section II, above, and are set forth more fully in the invoices attached hereto as Exhibit "E."   Among other things, Reed Smith advised the Chapter 7 Trustee about litigation and insurance coverage issues, drafted and filed a complaint against Mr. Castanon, pursued discovery against Mr. Castanon, and continues to advise the Chapter 7 Trustee about the potential pursuit of insured claims against the Debtors' insurers.  In total, Reed Smith spent 285.90 hours performing the foregoing tasks.

**B.    TOTAL AMOUNT OF FEES AND EXPENSES SOUGHT IN THE APPLICATION**

29.    By this Application, Reed Smith thus seeks an award and allowance of compensation in the aggregate amount of $176,581.56, which comprises the following:  (a) $175,323.00 for legal services rendered during the First Interim Compensation Period; and (b) $1,258.56 for expenses incurred and disbursed during the First Interim Compensation Period.

**C.    REED SMITH'S EXPERIENCE**

30.    Reed Smith also has extensive insurance recovery experience and knowledge, and in particular, expertise in the area of corporate liability insurance.  Reed Smith has achieved national recognition for its work, including being consistently named as one of the best policyholder coverage practices in the United States by Chambers and Legal 500.  In addition, U.S. News – Best Lawyers® "Best Law Firms" named the Firm its 2017 "National Law Firm of the Year" in Insurance Law -- the third time since 2014.  The Firm's Insurance Recovery Group was also named an "Insurance Practice Group of the Year" by Law360 in 2017.

31.    Reed Smith also has extensive general bankruptcy experience and knowledge, and in particular, expertise in the fields of creditors' rights.  Reed Smith is regularly recognized in legal and business publications as one of the leading bankruptcy and restructuring firms, and its attorneys are consistently recognized as the top in their fields by The Best Lawyers in America, Chambers USA, and similar publications. Chambers USA has selected Reed Smith as a Number 1 tier bankruptcy firm.  Reed Smith's Commercial Restructuring and Bankruptcy Group's practice involves the representation of a varied range of national and international clients including, financial institutions,

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  creditor committees, indenture trustees, private equity and hedge funds, investment management

2  groups, bond holders, venture capital funds, asset custodians, insurance companies, lessors, trade

3  creditors, and debtors.

4      32.    Reed Smith has the necessary background to deal effectively with the potential legal

5  issues and problems that may arise in the context of this Case.

6  **D.    REED SMITH INVOICES SENT TO THE CHAPTER 7 TRUSTEE**

7      33.    Copies of the invoices for fees and expenses incurred by Reed Smith in the First

8  Interim Compensation Period were provided to the Chapter 7 Trustee.  The Chapter 7 Trustee has no

9  objection to the fees and expenses incurred in the First Interim Compensation Period.

10  **E.    NO PRIOR REQUEST FOR RELIEF**

11      34.    No previous application for the relief requested herein has been made to this or any

12  other court of competent jurisdiction.

13                                          **VII.**

14                                     **CONCLUSION**

15      WHEREFORE, Reed Smith respectfully requests entry of an order:

16      (A)(i) approving, allowing and awarding payment to Reed Smith of fees in the amount of

17  $175,323.00 for the First Interim Compensation Period; and (ii) allowing and awarding

18  reimbursement of expenses in the amount of $1,258; and (B) for such other and further relief as is

19  just and proper.

20          DATED:  April 10, 2019            Reed Smith LLP

21

22                                    By:  ____/s/ Christopher O. Rivas_____

23                                          Marsha A. Houston
                                            David M. Halbreich
24                                          Christopher O. Rivas
                                            *Special Counsel For Chapter 7 Trustee*
25                                          *Richard A. Marshack*

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**Exhibit "A"**

*In re Luminance Recovery Center, LLC, et al.*
U.S.B.C., C.D. Cal. Case No.: 8:18-bk-10969-SC (Lead Case)
U.S.B.C., C.D. Cal. Case No. 8:18-bk-10972-SC (Jointly Administered Case)
First Interim Application of Reed Smith LLP
Special Counsel for Chapter 7 Trustee Richard A. Marshack
For the Period April 14, 2018, through March 31, 2019

Petition Date: March 21, 2018

**SUMMARY OF PROFESSIONAL RENDERING SERVICES**

| Name of Attorney | Title/First Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Marsha Houston | Partner / 1987 | 685.00 | 154.7 | $105,969.50 |
| David Halbreich | Partner / 1983 | 940.00 | 12.8 | $12,032.00 |
| Andrew Moss | Partner / 1999 | 660.00 | 2.8 | $1,848.00 |
| Evy Wild | Counsel / 2000 | 585.00 | 0.7 | $409.5 |
| Christopher Rivas | Counsel / 2005 | 530.00 | 18.2 | $9,646.00 |
| Ben Fliegel | Counsel / 2004 | 525.00 | 59.1 | $31,027.50 |
| Alice Kyureghian | Associate / 2014 | 300.00 | 1.4 | $420 |
| Ashley Rodriguez | Associate / 2015 | 350.00 | 35 | $12,250.00 |
| Addison DiSesa | Associate / (Pending) | 250.00 | 1.1 | $275.00 |
| Juneau, Joseph M. | Senior Lit. Services Analyst | 380.00 | 3.6 | $1,368.00 |
| Teresa Ingram | Research Librarian | 155.00 | 0.5 | $77.5 |
| | | | | |
| Total for Professional Services: | | | **289.70** | **$175,323.00** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## Exhibit "B"

*In re Luminance Recovery Center, LLC, et al.*
U.S.B.C., C.D. Cal. Case No.: 8:18-bk-10969-SC (Lead Case)
U.S.B.C., C.D. Cal. Case No. 8:18-bk-10972-SC (Jointly Administered Case)
First Interim Application of Reed Smith LLP
Special Counsel for Chapter 7 Trustee Richard A. Marshack
For the Period April 14, 2018, through March 31, 2019

Petition Date: March 21, 2018

## COMPENSATION SOUGHT BY PROJECT CATEGORY SUMMARY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee and Employment Application Services | 3.80 | $2,483.50 |
| Litigation Services | 285.90 | $172,839.50 |
| **TOTAL:** | **289.7** | **$175,323.00** |

**Exhibit "C"**

*In re Luminance Recovery Center, LLC, et al.*
U.S.B.C., C.D. Cal. Case No.: 8:18-bk-10969-SC (Lead Case)
U.S.B.C., C.D. Cal. Case No. 8:18-bk-10972-SC (Jointly Administered Case)
First Interim Application of Reed Smith LLP
Special Counsel for Chapter 7 Trustee Richard A. Marshack
For the Period April 14, 2018, through March 31, 2019

Petition Date: March 21, 2018

**EXPENSE SUMMARY**

| EXPENSE | May 2018 | Jun 2018 | Jul 2018 | Aug 2018 | Sep 2018 | Oct 2018 | Nov 2018 | Dec 2018 | Jan 2019 | Feb 2019 | Mar 2019 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Courier Service (outside)** | - | - | - | - | 10.62 | - | 10.62 | 8.77 | - | - | 9.29 | **$39.30** |
| **Duplicating Printing Scanning** | .60 | .15 | - | - | - | - | - | 5.10 | - | - | 3.30 | **$9.15** |
| **Duplicating (outside)** | 38.76 | - | - | - | - | - | - | - | - | - | - | **$38.76** |
| **PACER** | - | - | - | - | 3.00 | .40 | - | 1.00 | - | - | - | **$4.40** |
| **Parking Tolls Transportation** | - | - | - | - | - | - | - | 1.00 | - | - | - | **$1.00** |
| **Postage** | - | - | - | - | 1.41 | - | - | 2.89 | - | - | 8.35 | **$12.65** |
| **Relativity Data Hosting** | - | 18.22 | 18.22 | 18.22 | 18.22 | 18.22 | 18.22 | 18.22 | 18.22 | 18.22 | 18.22 | **$182.20** |
| **Westlaw** | - | 240.20 | 714.00 | - | - | - | - | - | - | - | 42.90 | **$971.10** |
| **-** | **39.36** | **232.57** | **732.22** | **18.22** | **33.25** | **18.62** | **28.84** | **36.98** | **18.22** | **18.22** | **82.06** | **$1,258.56** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## Exhibit "D"

*In re Luminance Recovery Center, LLC, et al.*
U.S.B.C., C.D. Cal. Case No.: 8:18-bk-10969-SC (Lead Case)
U.S.B.C., C.D. Cal. Case No. 8:18-bk-10972-SC (Jointly Administered Case)
First Interim Application of Reed Smith LLP
Special Counsel for Chapter 7 Trustee Richard A. Marshack
For the Period April 14, 2018, through March 31, 2019

Petition Date: March 21, 2018

## VERIFICATION PURSUANT TO 28 U.S.C. §1746(2)

I, Christopher O. Rivas, verify as follows:

1.      I am Counsel with the applicant firm, Reed Smith LLP ("***Reed Smith***"), and am admitted to the Bar of the State of California.  Reed Smith has rendered professional services in this Chapter 7 Case as special counsel to Richard A. Marshack, the duly appointed, qualified and acting Chapter 7 Trustee (the "***Chapter 7 Trustee***").

2.      I have read the First Interim Application of Reed Smith LLP, Special Litigation And Insurance Coverage Counsel For Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 105(a), 330, 331 and 503(b)(2); Fed. R. Bankr. P. 2016 and Local Rule 2016-1(a), for Entry Of An Order Allowing and Awarding Payment of Fees and Reimbursement of Expenses (the "***Application***") and find the matters contained therein to be true and correct to the best of my knowledge, information and belief formed upon the basis of my participation in this Case, as well as after reasonable inquiry.  In addition, the Application materially complies with the applicable orders of this Court, rules, guidelines and requirements as set forth by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 10th day of April, 2019 at Los Angeles, California.

_____/s/ Christopher O. Rivas_____
Christopher O. Rivas

1

## Exhibit "E"

2

*In re Luminance Recovery Center, LLC, et al.*
U.S.B.C., C.D. Cal. Case No.: 8:18-bk-10969-SC (Lead Case)

3

U.S.B.C., C.D. Cal. Case No. 8:18-bk-10972-SC (Jointly Administered Case)
First Interim Application of Reed Smith LLP

4

Special Counsel for Chapter 7 Trustee Richard A. Marshack
For the Period April 14, 2018, through March 31, 2019

5

Petition Date: March 21, 2018

6

7

Description of Services and Expenses

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620

| | |
|---|---|
| Invoice Number: | **3038752** |
| Invoice Date: | **5/22/2018** |
| Client Number: | **390547** |
| Matter Number: | **390547.60001** |
| | |
| Revised: | **7/19/2018** |

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2018

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/14/18 | A.J. Moss | Teleconference with D. Halbreich regarding run-off placement | B120 | 0.10 | 66.00 |
| 04/14/18 | A.J. Moss | Analyzed run-off proposal, email from UST and HUB | B120 | 0.30 | 198.00 |
| 04/14/18 | A.J. Moss | Drafted list of comments and issues | B120 | 0.40 | 264.00 |
| 04/14/18 | A.J. Moss | Teleconference with D. Halbreich regarding comments and issues | B120 | 0.10 | 66.00 |
| 04/14/18 | M.A. Houston | Review coverage analysis memoranda | B120 | 0.20 | 137.00 |
| 04/14/18 | M.A. Houston | Email correspondence with D. Wood, R. Marshack, D. Halbreich re status and background | B120 | 0.20 | 137.00 |
| 04/14/18 | M.A. Houston | Telephone conference with D. Wood, D. Halbreich, R. Marshack re case background issues, strategy | B120 | 0.90 | 616.50 |
| 04/14/18 | M.A. Houston | Review documents from Trustee and analyze same re insurance policy and coverage issues | B120 | 0.90 | 616.50 |
| 04/14/18 | A.J. Moss | Reviewed substantive | B120 | 0.10 | 66.00 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|-----------|-------------|-----------|-------|--------|
| | | email from D. Halbreich regarding run-off placement | | | |
| 04/15/18 | A.J. Moss | Communicated with D. Halbreich regarding Scottsdale D&O policy and endorsements | B120 | 0.20 | 132.00 |
| 04/15/18 | A.J. Moss | Drafted insert for email to client | B120 | 0.20 | 132.00 |
| 04/15/18 | A.J. Moss | Analyzed expired Scottsdale D&O policy and endorsements | B120 | 0.60 | 396.00 |
| 04/15/18 | A.J. Moss | Edited email to client | B120 | 0.20 | 132.00 |
| 04/16/18 | D.M. Halbreich | Conference call with D. Wood re insurance claim | B120 | 0.30 | 282.00 |
| 04/16/18 | D.M. Halbreich | Conference call with R. Marshack re engagement | B160 | 0.20 | 188.00 |
| 04/16/18 | A.J. Moss | Teleconference with client, trustee counsel, M. Houston and D. Halbreich to discuss insurance recovery issues | B120 | 0.60 | 396.00 |
| 04/16/18 | M.A. Houston | Review bankruptcy background documents | B120 | 0.80 | 548.00 |
| 04/16/18 | M.A. Houston | Telephone conference with D. Wood, D. Halbreich re strategy issues | B120 | 0.50 | 342.50 |
| 04/16/18 | M.A. Houston | Conference with D. Halbreich re strategy re claims | B120 | 0.20 | 137.00 |
| **Totals** | | | | **7.00** | **4,852.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| David M. Halbreich | 0.50 hrs @ $ | 940.00 / hr | 470.00 |
| Marsha A. Houston | 3.70 hrs @ $ | 685.00 / hr | 2,534.50 |
| Andrew J. Moss | 2.80 hrs @ $ | 660.00 / hr | 1,848.00 |
| **Total Professional Services** | | | **4,852.50** |

**INVOICE SUMMARY**

Total Fees                                                         $          4,852.50

**TOTAL CURRENT INVOICE DUE**                          $          **4,852.50**

       **Total Amount Due**                          $          **4,852.50**



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Richard Marshack, Trustee
870 Roosevelt
Irvine, CA 92620

| | |
|---|---|
| Invoice Number: | **3060535** |
| Invoice Date: | **7/31/2018** |
| Client Number: | **390547** |
| Matter Number: | **390547.60001** |

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2018

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|-----------|-------------|-----------|-------|--------|
| 04/17/18 | M.A. Houston | Prepare instructions re engagement scope issues | B160 | 0.30 | 205.50 |
| 04/19/18 | M.A. Houston | Prepare employment materials | B160 | 0.40 | 274.00 |
| 04/30/18 | M.A. Houston | Revise employment application | B160 | 0.80 | 548.00 |
| 04/30/18 | C. Rivas | Draft employment application | B160 | 0.80 | 424.00 |
| 05/01/18 | M.A. Houston | Revise application, declaration and bios | B160 | 0.90 | 616.50 |
| 05/01/18 | C. Rivas | Draft employment application | B160 | 0.30 | 159.00 |
| 05/02/18 | M.A. Houston | Revise application | B160 | 0.10 | 68.50 |
| 05/08/18 | M.A. Houston | Prepare for meeting with Trustee and D. Woods re insurance coverage and claim issues | B120 | 0.40 | 274.00 |
| 05/09/18 | M.A. Houston | Prepare for meeting with Trustee and counsel re investigation | B120 | 0.50 | 342.50 |
| 05/09/18 | M.A. Houston | Meeting with Trustee, R. Marshack and D. Wood re investigation/strategy | B120 | 1.60 | 1,096.00 |
| 05/09/18 | M.A. Houston | Analysis of documents re investigation | B120 | 1.10 | 753.50 |
| 05/10/18 | M.A. Houston | Analysis of claim | B120 | 1.20 | 822.00 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: –+1 213 457 8000
Fax: –+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | documents, SOFAs and schedules, declarations re claim investigation | | | |
| 05/10/18 | M.A. Houston | Outline claim investigation issues | B120 | 0.30 | 205.50 |
| 05/11/18 | M.A. Houston | Review memoranda and documents analysis of legal issues re transactions and factual issues re claims in preparation for meeting | B120 | 2.50 | 1,712.50 |
| 05/11/18 | M.A. Houston | Prepare issues/questions for meeting with Debtors' principle | B120 | 1.30 | 890.50 |
| 05/11/18 | M.A. Houston | Email correspondences with D. Wood re meeting with Debtors' principle and background facts | B120 | 0.30 | 205.50 |
| 05/14/18 | M.A. Houston | Review and analyze documents, claim issues, in preparation for and attendance at meeting with Michael Castanon (CEO of Debtor) re background, claims | B120 | 5.50 | 3,767.50 |
| 05/14/18 | M.A. Houston | Email correspondence with D. Wood re 341(a) issues | B120 | 0.10 | 68.50 |
| 05/14/18 | M.A. Houston | Analysis of additional claim information needed | B120 | 0.50 | 342.50 |
| 05/15/18 | M.A. Houston | Prepare for 341(a) meeting questioning | B120 | 0.70 | 479.50 |
| 05/15/18 | M.A. Houston | Attend 341(a) hearing | B120 | 1.00 | 685.00 |
| 05/15/18 | M.A. Houston | Prepare memoranda re claims and review documents re same | B120 | 2.30 | 1,575.50 |
| 05/15/18 | M.A. Houston | Conference with D. Halbreich re insurance | B120 | 0.50 | 342.50 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | recovery claims and issues | | | |
| 05/15/18 | C. Rivas | Analyze insurance documents | B120 | 0.20 | 106.00 |
| 05/15/18 | M.A. Houston | Email correspondence with D. Wood, A. Araundy, Debtor's counsel re follow-up to 341(a), issues and questions re claim information | B120 | 0.20 | 137.00 |
| 05/15/18 | M.A. Houston | Research officer and director background information | B120 | 0.50 | 342.50 |
| 05/15/18 | D.M. Halbreich | Conference with M. Houston re Castanon issues | B120 | 0.30 | 282.00 |
| 05/16/18 | M.A. Houston | Prepare memoranda re claims/thoughts and analyze re same | B120 | 1.80 | 1,233.00 |
| 05/16/18 | M.A. Houston | Analysis of courses of action | B120 | 0.40 | 274.00 |
| 05/16/18 | M.A. Houston | Review of financial disclosures, documents re claims | B120 | 2.10 | 1,438.50 |
| 05/16/18 | C. Rivas | Analyze state court complaint, docket, for potential claims relating to insurance | B120 | 0.50 | 265.00 |
| 05/17/18 | M.A. Houston | Outline issues re investigation | B120 | 1.10 | 753.50 |
| 05/17/18 | M.A. Houston | Analysis of documents to prepare claim memo | B120 | 1.60 | 1,096.00 |
| 05/17/18 | M.A. Houston | Prepare, revise claim memoranda | B120 | 1.70 | 1,164.50 |
| 05/18/18 | M.A. Houston | Conference with D. Halbreich re strategy and | B120 | 0.10 | 68.50 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|-----------|-------------|-----------|-------|--------|
| | | review documents re same | | | |
| 05/18/18 | M.A. Houston | Outline next steps re claim inquiry | B120 | 0.80 | 548.00 |
| 05/18/18 | D.M. Halbreich | Review memorandum re Castanon interview | B110 | 0.20 | 188.00 |
| 05/18/18 | D.M. Halbreich | Conference with M. Houston re memorandum re Castanon interview | B110 | 0.20 | 188.00 |
| 05/18/18 | D.M. Halbreich | Analysis of Castanon interview | B110 | 0.10 | 94.00 |
| 05/18/18 | D.M. Halbreich | Draft action item plan re investigation | B120 | 0.30 | 282.00 |
| 05/21/18 | M.A. Houston | Analysis of claim issues | B120 | 0.30 | 205.50 |
| 05/21/18 | B.R. Fliegel | Draft revised discovery plan | B310 | 0.20 | 105.00 |
| 05/21/18 | M.A. Houston | Review, revise discovery plan | B120 | 0.50 | 342.50 |
| 05/21/18 | M.A. Houston | Email correspondence with Trustee re transcripts, Director and Officer backgrounds | B120 | 0.10 | 68.50 |
| 05/21/18 | M.A. Houston | Review transcripts of Debtor hearings re claims | B120 | 2.10 | 1,438.50 |
| 05/22/18 | M.A. Houston | Email correspondence with D. Wood, A. Meislik re access to and information re claim review materials from same | B120 | 0.40 | 274.00 |
| 05/22/18 | M.A. Houston | Conference with D. Halbreich re strategy discovery issues | B120 | 0.40 | 274.00 |
| 05/22/18 | M.A. Houston | Telephone conference with D. Wood re strategy, discovery | B120 | 0.40 | 274.00 |
| 05/22/18 | M.A. Houston | Review court transcripts re | B120 | 1.50 | 1,027.50 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: –+1 213 457 8000
Fax: –+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|-----------|-------------|-----------|-------|--------|
| | | claim issues | | | |
| 05/22/18 | M.A. Houston | Revise claim and discovery memoranda | B120 | 0.60 | 411.00 |
| 05/22/18 | M.A. Houston | Review research re claims | B120 | 1.20 | 822.00 |
| 05/22/18 | M.A. Houston | Conference with L. Osilesi re research re claims/coverage | B120 | 0.40 | 274.00 |
| 05/22/18 | M.A. Houston | Outline research plan | B120 | 0.50 | 342.50 |
| 05/22/18 | D.M. Halbreich | Meet with M. Houston re strategy | B110 | 0.30 | 282.00 |
| 05/23/18 | M.A. Houston | Analysis of claim issues/research | B120 | 1.20 | 822.00 |
| 05/23/18 | M.A. Houston | Analysis of transcripts | B120 | 1.10 | 753.50 |
| 05/29/18 | M.A. Houston | Review standards of care | B120 | 0.40 | 274.00 |
| 05/30/18 | M.A. Houston | Conference with D. Halbreich re strategy | B120 | 0.30 | 205.50 |
| 05/30/18 | M.A. Houston | Email correspondence with D. Woods re operating agreement | B120 | 0.10 | 68.50 |
| 05/30/18 | M.A. Houston | Review information re LLC agreement governance | B120 | 0.40 | 274.00 |
| 05/30/18 | M.A. Houston | Analysis of research, case authority re claims | B120 | 1.40 | 959.00 |
| 05/31/18 | M.A. Houston | Email correspondence with D. Wood, A. Arnaudy re operating reports | B120 | 0.20 | 137.00 |
| 05/31/18 | M.A. Houston | Handle issues re document review, search issues, discovery | B120 | 0.90 | 616.50 |
| 05/31/18 | M.A. Houston | Conference with Ben Fliegel re further research of claim standards | B120 | 0.40 | 274.00 |
| 05/31/18 | M.A. Houston | Analysis of case law issues | B120 | 0.50 | 342.50 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | re claims | | | |
| 05/31/18 | J. M.  Juneau | Review files received on drive, research and test out conversion options and prepare documents for processing and review | B120 | 2.50 | 950.00 |
| 06/01/18 | M.A. Houston | Prepare instruction re further investigation | B120 | 0.50 | 342.50 |
| 06/01/18 | C. Rivas | Analyze documents received regarding Luminance | B110 | 0.70 | 371.00 |
| 06/01/18 | M.A. Houston | Conferences with C. Rivas re data information for document review and results | B120 | 0.40 | 274.00 |
| 06/01/18 | M.A. Houston | Analysis of documents from former CFO email re claim issues | B120 | 2.20 | 1,507.00 |
| 06/01/18 | M.A. Houston | Review of corporate record | B120 | 1.20 | 822.00 |
| 06/01/18 | J. M.  Juneau | Create PDF versions of documents received on disk for attorney review | B110 | 1.10 | 418.00 |
| 06/01/18 | M.A. Houston | Emails with CFO and Debtor's counsel regarding corporate documents | B120 | 0.30 | 205.50 |
| 06/02/18 | M.A. Houston | Review documents re claims | B120 | 0.50 | 342.50 |
| 06/03/18 | M.A. Houston | Analysis of corporate documents and issues re same | B120 | 1.00 | 685.00 |
| 06/03/18 | C. Rivas | Further analyze documents received regarding Luminance | B110 | 0.40 | 212.00 |
| 06/07/18 | C. Rivas | Further analyze documents received re Luminance | B120 | 0.30 | 159.00 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|-----------|-------------|-----------|-------|--------|
| 06/08/18 | M.A. Houston | Analysis of claim updates | B120 | 0.30 | 205.50 |
| 06/08/18 | T. Ingram | Online research to obtain primary law | B110 | 0.50 | 77.50 |
| 06/11/18 | B.R. Fliegel | Analysis of causes of action based on research | B310 | 0.80 | 420.00 |
| 06/14/18 | B.R. Fliegel | Analysis of emails produced by Trust | B310 | 1.30 | 682.50 |
| 06/15/18 | B.R. Fliegel | Analysis of emails produced by Trust | B310 | 3.80 | 1,995.00 |
| 06/18/18 | M.A. Houston | Analysis of claim issues, documents and strategy re complaint and framing claims | B120 | 1.10 | 753.50 |
| 06/18/18 | M.A. Houston | Conference with B. Fliegel re claim issues, documents and strategy re complaint and framing claims | B120 | 0.90 | 616.50 |
| 06/18/18 | M.A. Houston | Outline witness issues | B120 | 0.20 | 137.00 |
| 06/19/18 | M.A. Houston | Analysis of corporate documents, background information re foundation of claims and characterization of same | B120 | 1.70 | 1,164.50 |
| 06/19/18 | M.A. Houston | Analysis of strategy, research | B120 | 0.50 | 342.50 |
| 06/19/18 | B.R. Fliegel | Analysis of policies and drafting of complaint against Castanon | B310 | 2.20 | 1,155.00 |
| 06/20/18 | B.R. Fliegel | Strategic analysis of factual record w. M. Houston | B310 | 0.90 | 472.50 |
| 06/20/18 | B.R. Fliegel | Draft complaint against Castanon based on analysis of information in email files | B310 | 3.10 | 1,627.50 |
| 06/20/18 | M.A. Houston | Analyze debt structure for | B120 | 0.40 | 274.00 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | 2017 | | | |
| 06/20/18 | M.A. Houston | Analysis of documents re claims | B120 | 1.80 | 1,233.00 |
| 06/20/18 | M.A. Houston | Outline complaint | B120 | 0.80 | 548.00 |
| 06/20/18 | M.A. Houston | Conference with B. Fliegel re strategy | B120 | 0.70 | 479.50 |
| 06/21/18 | B.R. Fliegel | Draft complaint against Castanon based on analysis of information in email files | B310 | 2.10 | 1,102.50 |
| 06/21/18 | M.A. Houston | Analysis of financial documents | B120 | 0.90 | 616.50 |
| 06/22/18 | B.R. Fliegel | Revise draft complaint against Castanon based on M. Houston notes and E. Wild comments | B310 | 4.50 | 2,362.50 |
| 06/22/18 | M.A. Houston | Analysis of documents re negotiation and prepare charts re same | B120 | 1.10 | 753.50 |
| 06/22/18 | E.M. Wild | Review and edit draft Complaint against Castanon. | B190 | 0.70 | 409.50 |
| 06/25/18 | M.A. Houston | Revise complaint | B120 | 1.20 | 822.00 |
| 06/25/18 | M.A. Houston | Outline follow-up discovery issues | B120 | 0.70 | 479.50 |
| 06/27/18 | M.A. Houston | Revise complaint | B120 | 0.30 | 205.50 |
| 06/27/18 | M.A. Houston | Outline 2004 witness questions and analyze issues re same | B120 | 0.90 | 616.50 |
| 06/27/18 | M.A. Houston | Analysis of Debtor background statements | B120 | 0.40 | 274.00 |
| 06/29/18 | M.A. Houston | Analysis of financial documents | B120 | 0.80 | 548.00 |
| 06/29/18 | M.A. Houston | Prepare outline of CFO | B120 | 0.80 | 548.00 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|-----------|-------------|-----------|-------|--------|
| | | issues | | | |
| 06/29/18 | M.A. Houston | Research re CFO status location | B120 | 0.20 | 137.00 |
| **Totals** | | | | **98.00** | **62,534.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| David M. Halbreich | 1.40 hrs @ $ | 940.00 / hr | 1,316.00 |
| Marsha A. Houston | 69.70 hrs @ $ | 685.00 / hr | 47,744.50 |
| Evy M. Wild | 0.70 hrs @ $ | 585.00 / hr | 409.50 |
| Christopher Rivas | 3.20 hrs @ $ | 530.00 / hr | 1,696.00 |
| Benjamin R. Fliegel | 18.90 hrs @ $ | 525.00 / hr | 9,922.50 |
| Joseph M. Juneau | 3.60 hrs @ $ | 380.00 / hr | 1,368.00 |
| Teresa Ingram | 0.50 hrs @ $ | 155.00 / hr | 77.50 |
| **Total Professional Services** | | | **62,534.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Duplicating/Printing/Scanning | 5.00 @ 0.15 | 0.75 |
| | Relativity Data Hosting Fee | | 18.22 |
| | Westlaw | | 214.20 |
| 05/16/2018 | Docket Copy Charges - VENDOR: Christopher Rivas, May 16, 2018, State Court docket research | | 38.76 |
| | **Total Expenses and Other Charges** | | **271.93** |

## INVOICE SUMMARY

| | | |
|--|--|--|
| Total Fees | $ | 62,534.00 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---:|
| Total Expenses and Other Charges | $ 271.93 |
| **TOTAL CURRENT INVOICE DUE** | **$ 62,805.93** |
| **Total Amount Due** | **$ 62,805.93** |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Richard Marshack, Trustee
870 Roosevelt
Irvine, CA 92620

| | |
|---|---|
| Invoice Number: | **3068990** |
| Invoice Date: | **8/29/2018** |
| Client Number: | **390547** |
| Matter Number: | **390547.60001** |

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2018

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|-----------|-------------|-----------|-------|--------|
| 07/02/18 | M.A. Houston | Review information re E. Dickson re background facts | B120 | 0.50 | 342.50 |
| 07/02/18 | M.A. Houston | Email correspondence to E. Dickson re background facts | B120 | 0.10 | 68.50 |
| 07/03/18 | M.A. Houston | Prepare questions for CFO (former) interview | B120 | 0.70 | 479.50 |
| 07/03/18 | M.A. Houston | Analysis of subpoena/deposition issues | B120 | 0.20 | 137.00 |
| 07/03/18 | M.A. Houston | Analysis of Debtor representations re financial statements | B120 | 0.80 | 548.00 |
| 07/05/18 | B.R. Fliegel | Interview with Erik Dickson, former CFO, re finances of Luminance & debrief | B310 | 1.00 | 525.00 |
| 07/05/18 | M.A. Houston | Prepare memoranda from CFO interview | B120 | 0.70 | 479.50 |
| 07/05/18 | M.A. Houston | Review Debtor pleadings re A/R issues | B120 | 0.40 | 274.00 |
| 07/05/18 | M.A. Houston | Prepare for interview with E. Dickson | B120 | 1.10 | 753.50 |
| 07/05/18 | M.A. Houston | Conference with E. Dickson (former CFO) and B. Fliegel re background information | B120 | 1.00 | 685.00 |
| 07/05/18 | M.A. Houston | Conference with B. Fliegel re follow-up from interview | B120 | 0.30 | 205.50 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: –+1 213 457 8000
Fax: –+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/06/18 | B.R. Fliegel | Revise draft complain against Castanon; collect source emails | B310 | 2.10 | 1,102.50 |
| 07/06/18 | M.A. Houston | Extensive revisions of compliant | B120 | 3.60 | 2,466.00 |
| 07/06/18 | D.M. Halbreich | Analysis of complaint strategy | B110 | 0.20 | 188.00 |
| 07/06/18 | M.A. Houston | Research documents re complaint | B120 | 1.40 | 959.00 |
| 07/06/18 | M.A. Houston | Email memoranda to team (D. Halbreich, B. Fliegel) re follow-up instructions re complaint | B120 | 0.50 | 342.50 |
| 07/06/18 | C. Rivas | Revise adversary complaint | B110 | 0.40 | 212.00 |
| 07/08/18 | D.M. Halbreich | Comment on draft complaint | B110 | 0.50 | 470.00 |
| 07/09/18 | C. Rivas | Revise adversary complaint | B110 | 1.40 | 742.00 |
| 07/09/18 | D.M. Halbreich | Analysis of draft complaint | B110 | 0.20 | 188.00 |
| 07/09/18 | B.R. Fliegel | Revise complaint based upon partner comments and research | B310 | 3.30 | 1,732.50 |
| 07/09/18 | M.A. Houston | Analysis of Yuba subordination issues re complaint | B120 | 0.70 | 479.50 |
| 07/09/18 | M.A. Houston | Email instructions to B. Fliegel re complaint revisions | B120 | 0.40 | 274.00 |
| 07/09/18 | M.A. Houston | Analysis of insurance and policies/renewal re claims | B120 | 0.60 | 411.00 |
| 07/09/18 | M.A. Houston | Analysis of leases re claims | B120 | 0.80 | 548.00 |
| 07/09/18 | M.A. Houston | Revise complaint | B120 | 0.70 | 479.50 |
| 07/10/18 | M.A. Houston | Analysis of insurance policy terms | B120 | 0.70 | 479.50 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/10/18 | M.A. Houston | Revise complaint | B120 | 1.10 | 753.50 |
| 07/10/18 | M.A. Houston | Analysis of fiduciary duty issues | B120 | 0.70 | 479.50 |
| 07/10/18 | D.M. Halbreich | Comment upon revised complaint | B110 | 0.90 | 846.00 |
| 07/10/18 | D.M. Halbreich | Telephone conference with M. Houston re potential claims | B110 | 0.10 | 94.00 |
| 07/10/18 | B.R. Fliegel | Revise complaint based upon partner comments and research | B310 | 2.70 | 1,417.50 |
| 07/11/18 | C. Rivas | Revise adversary complaint | B110 | 0.90 | 477.00 |
| 07/11/18 | A. M. Kyureghian | Research and analyze case law re negligence and breach of fiduciary duty against its officers, including any affirmative defenses to such claims. | B110 | 1.40 | 420.00 |
| 07/11/18 | A.D. Rodriguez | Research fiduciary duty, negligence, and corporate waste issues | B110 | 3.00 | 1,050.00 |
| 07/11/18 | C. Rivas | Analyze loan terms in connection with adversary complaint allegations | B110 | 0.30 | 159.00 |
| 07/11/18 | A.D. Rodriguez | Draft/revise complaint under California case law re breach of fiduciary duties, director/officer negligence, and corporate waste by director/officer | B110 | 1.00 | 350.00 |
| 07/11/18 | A.D. Rodriguez | Draft legal summary re fiduciary duty, negligence, and corporate waste issues | B110 | 1.00 | 350.00 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|-----------|-------------|-----------|-------|--------|
| 07/11/18 | A.D. Rodriguez | Review/analyze D&O insurance policy to determine whether draft complaint triggers coverage | B110 | 0.50 | 175.00 |
| 07/11/18 | D.M. Halbreich | Review revised complaint | B110 | 0.30 | 282.00 |
| 07/11/18 | M.A. Houston | Analysis of hard money loan issues; corporate records re claims | B120 | 1.60 | 1,096.00 |
| 07/11/18 | M.A. Houston | Revise complaint | B120 | 0.50 | 342.50 |
| 07/11/18 | M.A. Houston | Analysis of damages issues | B120 | 0.30 | 205.50 |
| 07/11/18 | D.M. Halbreich | Research re fiduciary duty | B110 | 0.40 | 376.00 |
| 07/11/18 | M.A. Houston | Conferences with D. Halbreich, C. Rivas re strategy re claims | B120 | 0.50 | 342.50 |
| 07/12/18 | C. Rivas | Further revise adversary complaint | B110 | 1.30 | 689.00 |
| 07/12/18 | A.D. Rodriguez | Draft/revise complaint to comply with additional partner comments | B110 | 0.20 | 70.00 |
| 07/12/18 | A.D. Rodriguez | Research re complaint | B110 | 0.60 | 210.00 |
| 07/12/18 | M.A. Houston | Revise complaint | B120 | 0.70 | 479.50 |
| 07/12/18 | D.M. Halbreich | Comment on revised draft complaint | B110 | 0.80 | 752.00 |
| 07/12/18 | D.M. Halbreich | Follow-up re revised draft complaint | B110 | 0.30 | 282.00 |
| 07/12/18 | M.A. Houston | Email correspondence with Trustee re complaint | B120 | 0.10 | 68.50 |
| 07/12/18 | M.A. Houston | Conference with D. Halbreich re complaint strategy | B120 | 0.30 | 205.50 |
| 07/12/18 | M.A. Houston | Analysis of fiduciary duty and damages | B120 | 0.60 | 411.00 |
| 07/13/18 | M.A. Houston | Analyze discovery plan and | B120 | 0.70 | 479.50 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|-----------|-------------|-----------|-------|--------|
| | | conflicts | | | |
| 07/13/18 | D.M. Halbreich | Telephone conference with M. Houston | B110 | 0.10 | 94.00 |
| 07/13/18 | D.M. Halbreich | Conference call with R. Marschack, M. Houston re complaint | B110 | 0.30 | 282.00 |
| 07/13/18 | M.A. Houston | Prepare issue list for call with trustee | B120 | 0.40 | 274.00 |
| 07/13/18 | M.A. Houston | Telephone conference with Trustee, D. Wood re strategy | B120 | 0.50 | 342.50 |
| 07/13/18 | M.A. Houston | Conference with D. Halbreich re strategy | B120 | 0.10 | 68.50 |
| 07/16/18 | M.A. Houston | Review revenue related documents | B120 | 0.80 | 548.00 |
| 07/17/18 | M.A. Houston | Analysis of income, review and damages | B120 | 0.40 | 274.00 |
| 07/17/18 | M.A. Houston | Analysis of discovery issues | B120 | 0.90 | 616.50 |
| 07/18/18 | D.M. Halbreich | Conference call with D. Wood, M. Houston and A. Meislik re damages issues | B110 | 0.50 | 470.00 |
| 07/18/18 | D.M. Halbreich | Follow-up with M. Houston re conference call re damages issues | B110 | 0.10 | 94.00 |
| 07/18/18 | M.A. Houston | Outline damage questions for inquiry with A. Meslick, CA Billing | B120 | 0.80 | 548.00 |
| 07/18/18 | D.M. Halbreich | Analysis of 2004 strategy | B110 | 0.30 | 282.00 |
| 07/18/18 | M.A. Houston | Telephone conference with CA Billing's counsel re Debtor AR | B120 | 0.20 | 137.00 |
| 07/18/18 | M.A. Houston | Email correspondence with D. Wood, T. Fasel, A. | B120 | 0.50 | 342.50 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | Meslick, C. Day re claim, billing issues | | | |
| 07/18/18 | M.A. Houston | Analysis of breach of duties | B120 | 0.30 | 205.50 |
| 07/18/18 | M.A. Houston | Conference with D. Halbreich re strategy re claim issues and complaint | B120 | 0.40 | 274.00 |
| 07/18/18 | M.A. Houston | Telephone conference call with D. Wood, A. Meslick re strategy re complaint/claims issues | B120 | 0.50 | 342.50 |
| 07/18/18 | M.A. Houston | Analysis of billing company claims and contracts | B120 | 1.10 | 753.50 |
| 07/19/18 | M.A. Houston | Analysis of complaint revisions | B120 | 0.30 | 205.50 |
| 07/19/18 | M.A. Houston | Analysis of billing company claims | B120 | 0.70 | 479.50 |
| 07/19/18 | M.A. Houston | Emails with T. Fasel, C. Dang, D. Wood re interviews with Billing companies | B120 | 0.40 | 274.00 |
| 07/19/18 | M.A. Houston | Telephone conference with D. Wood, B. Fliegel re complaint revisions, receivable rates | B120 | 0.20 | 137.00 |
| 07/19/18 | M.A. Houston | Conference with B. Fliegel re complaint revisions | B120 | 0.20 | 137.00 |
| 07/19/18 | M.A. Houston | Outline questions for CA billing interview | B120 | 0.50 | 342.50 |
| 07/19/18 | M.A. Houston | Conference with CA Billing representatives | B120 | 0.50 | 342.50 |
| 07/19/18 | M.A. Houston | Prepare memoranda re interview with CA Billing | B120 | 0.40 | 274.00 |
| 07/19/18 | B.R. Fliegel | Analysis of policy re breach of contract/breach of duty of good faith and fair | B310 | 0.80 | 420.00 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|-----------|-------------|-----------|-------|--------|
| | | dealing claims | | | |
| 07/19/18 | B.R. Fliegel | Strategy call re revisions to complaint | B310 | 0.20 | 105.00 |
| 07/20/18 | M.A. Houston | Prepare witness summary | B120 | 0.50 | 342.50 |
| 07/20/18 | M.A. Houston | Outline questions for Infinity Billing | B120 | 0.40 | 274.00 |
| 07/20/18 | M.A. Houston | Conference call with Infinity re potential claims and billing issues | B120 | 0.90 | 616.50 |
| 07/20/18 | M.A. Houston | Conference with B. Fliegel re amendments to complaint to reflect witness interviews | B120 | 0.40 | 274.00 |
| 07/20/18 | B.R. Fliegel | Analysis of infinity billing interview re revisions to the complaint | B310 | 0.30 | 157.50 |
| 07/23/18 | M.A. Houston | Analysis of documents re claims/damages | B120 | 0.40 | 274.00 |
| 07/23/18 | B.R. Fliegel | Revise complaint to incorporate client and partner comments re percent AR and damages | B310 | 1.40 | 735.00 |
| 07/24/18 | M.A. Houston | Analysis of claims in estate, receivables issues re damages calculations | B120 | 1.40 | 959.00 |
| 07/24/18 | M.A. Houston | Email correspondence with D. Wood, K, Andrassy re claims, damages, U&G settlement, requests by parties to review complaint, strategy | B120 | 0.50 | 342.50 |
| 07/24/18 | B.R. Fliegel | Revise complaint to incorporate additional edits concerning M. Houston's interview with Infinity billing | B310 | 0.80 | 420.00 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK**
**PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|-----------|-------------|-----------|-------|--------|
| 07/24/18 | M.A. Houston | Revise complaint | B120 | 0.70 | 479.50 |
| 07/24/18 | M.A. Houston | Analyze documents re complaint revision/finalize | B120 | 0.60 | 411.00 |
| 07/25/18 | M.A. Houston | Analysis of claims | B120 | 0.80 | 548.00 |
| **Totals** | | | | **68.60** | **42,934.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| David M. Halbreich | 5.00 hrs @ $ | 940.00 / hr | 4,700.00 |
| Marsha A. Houston | 39.00 hrs @ $ | 685.00 / hr | 26,715.00 |
| Christopher Rivas | 4.30 hrs @ $ | 530.00 / hr | 2,279.00 |
| Benjamin R. Fliegel | 12.60 hrs @ $ | 525.00 / hr | 6,615.00 |
| Ashley D. Rodriguez | 6.30 hrs @ $ | 350.00 / hr | 2,205.00 |
| Alice M. Kyureghian | 1.40 hrs @ $ | 300.00 / hr | 420.00 |
| **Total Professional Services** | | | **42,934.00** |

**DISBURSEMENTS AND OTHER CHARGES**

| Date | Description | Amount |
|------|-------------|--------|
| | Relativity Data Hosting Fee | 18.22 |
| | Westlaw | 714.00 |
| | **Total Expenses and Other Charges** | **732.22** |

**INVOICE SUMMARY**

| | | |
|--|--|--|
| Total Fees | $ | 42,934.00 |
| Total Expenses and Other Charges | $ | 732.22 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **43,666.22** |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

**Total Amount Due**          $      43,666.22





Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Richard Marshack, Trustee
870 Roosevelt
Irvine, CA 92620

| | |
|---|---|
| Invoice Number: | **3075904** |
| Invoice Date: | **9/18/2018** |
| Client Number: | **390547** |
| Matter Number: | **390547.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH August 31, 2018**

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/08/18 | M.A. Houston | Analysis and outline of witness statements and litigation strategy post filing | B120 | 1.30 | 890.50 |
| 08/09/18 | M.A. Houston | Analysis of expert and discovery issues | B120 | 0.40 | 274.00 |
| 08/10/18 | M.A. Houston | Conference with David Wood re status and strategy re complaint | B120 | 0.20 | 137.00 |
| 08/10/18 | M.A. Houston | Analysis of filing, insurance deadlines and limitations, issues re discovery | B120 | 0.80 | 548.00 |
| 08/10/18 | D.M. Halbreich | Strategize re timing of filing of complaint | B120 | 0.30 | 282.00 |
| 08/10/18 | B.R. Fliegel | Analysis of policy extension and other brokerage materials for effect of timing of filing complaint | B120 | 0.70 | 367.50 |
| 08/15/18 | M.A. Houston | Analyze claim strategy issues | B120 | 0.40 | 274.00 |
| 08/24/18 | M.A. Houston | Email correspondence with S. Oh-Kubisch re documents for claim and follow-up re same | B120 | 0.30 | 205.50 |
| 08/27/18 | M.A. Houston | Review pleadings claims re updates that may impact claims | B120 | 0.40 | 274.00 |
| 08/28/18 | M.A. Houston | Email correspondence with | B120 | 0.10 | 68.50 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|------------|-------------|-----------|-------|--------|
| | | D. Wood re complaint filing and follow-up re same | | | |
| 08/28/18 | M.A. Houston | Email correspondence with counsel re avoidance action documentation | B120 | 0.20 | 137.00 |
| 08/29/18 | M.A. Houston | Email correspondence with A. Meislik, S. Oh-Kubisch re avoidance claim allegation support and follow up re same | B120 | 0.40 | 274.00 |
| 08/30/18 | M.A. Houston | Review interview notes and documents re back-up for allegations requested by S. Oh-Kubisch | B120 | 0.40 | 274.00 |
| **Totals** | | | | **5.90** | **4,006.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| David M. Halbreich | 0.30 hrs @ $ | 940.00 / hr | 282.00 |
| Marsha A. Houston | 4.90 hrs @ $ | 685.00 / hr | 3,356.50 |
| Benjamin R. Fliegel | 0.70 hrs @ $ | 525.00 / hr | 367.50 |
| **Total Professional Services** | | | **4,006.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | Relativity Data Hosting Fee | 18.22 |
| | **Total Expenses and Other Charges** | **18.22** |

## INVOICE SUMMARY

| Total Fees | $ | 4,006.00 |
|------------|---|----------|



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | | |
|---|---|---|
| Total Expenses and Other Charges | $ | 18.22 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **4,024.22** |
| **Total Amount Due** | **$** | **4,024.22** |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Richard Marshack, Trustee
870 Roosevelt
Irvine, CA 92620

| | |
|---|---|
| Invoice Number: | **3086020** |
| Invoice Date: | **10/13/2018** |
| Client Number: | **390547** |
| Matter Number: | **390547.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH September 30, 2018**

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/13/18 | M.A. Houston | Revise complaint and finalize for filing re new information re financials re transfers | B120 | 1.00 | 685.00 |
| 09/14/18 | C. Rivas | Finalize adversary complaint for filing thereof | B110 | 0.30 | 159.00 |
| 09/14/18 | M.A. Houston | Prepare source of complaint instructions | B120 | 0.20 | 137.00 |
| 09/14/18 | M.A. Houston | Finalize complaint for filing | B120 | 0.30 | 205.50 |
| 09/17/18 | M.A. Houston | Strategize re next steps for prosecution of complaint | B120 | 0.30 | 205.50 |
| 09/18/18 | B.R. Fliegel | Draft litigation plan; analysis of outstanding pre-filing issues | B310 | 0.30 | 157.50 |
| 09/18/18 | D.M. Halbreich | Conference call with B. Fliegel re litigation strategy | B110 | 0.30 | 282.00 |
| 09/19/18 | D.M. Halbreich | Strategize re litigation plan | B110 | 0.20 | 188.00 |
| 09/19/18 | M.A. Houston | Analyze litigation strategy memoranda | B120 | 0.40 | 274.00 |
| 09/19/18 | C. Rivas | Strategize regarding service of complaint | B110 | 0.30 | 159.00 |
| 09/19/18 | M.A. Houston | Strategize re next steps and positioning of case re same | B120 | 0.30 | 205.50 |
| 09/20/18 | M.A. Houston | Prepare instructions re litigation strategy | B120 | 0.20 | 137.00 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/24/18 | M.A. Houston | Follow-up re complaint issues | B120 | 0.20 | 137.00 |
| 09/24/18 | M.A. Houston | Analysis of email and document re employment practices liability policy | B120 | 0.50 | 342.50 |
| 09/24/18 | M.A. Houston | Telephone conference with T. Manger re new insurance policy | B120 | 0.10 | 68.50 |
| 09/24/18 | B.R. Fliegel | Analysis of EPLI coverage | B310 | 0.40 | 210.00 |
| 09/24/18 | D.M. Halbreich | Review new policy forms provided by premimum finance company | B110 | 0.30 | 282.00 |
| 09/24/18 | C. Rivas | Confer with opposing counsel regarding complaint | B110 | 0.20 | 106.00 |
| 09/25/18 | M.A. Houston | Email with Trustee's counsel re insurance coverage and analyze same | B120 | 0.40 | 274.00 |
| 09/28/18 | M.A. Houston | Analysis of litigation strategy | B120 | 0.40 | 274.00 |
| **Totals** | | | | **6.60** | **4,489.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| David M. Halbreich | 0.80 hrs @ $ | 940.00 / hr | 752.00 |
| Marsha A. Houston | 4.30 hrs @ $ | 685.00 / hr | 2,945.50 |
| Christopher Rivas | 0.80 hrs @ $ | 530.00 / hr | 424.00 |
| Benjamin R. Fliegel | 0.70 hrs @ $ | 525.00 / hr | 367.50 |
| **Total Professional Services** | | | **4,489.00** |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | Postage Expense | 1.41 |
| | Relativity Data Hosting Fee | 18.22 |
| 09/19/2018 | 00843 UPS - Shipped from Heather Valencia REED SMITH LLP - LOS ANGELE to RHONDA WALKER (ARCADIA CA 91006) 1ZWA32570194592959 | 8.88 |
| 09/19/2018 | 00843 UPS - Shipped from GILBERTO GUDINO REED SMITH LLP to RHONDA WALKER (ARCADIA CA 91006) 1ZWA32570194592959 | 1.74 |
| | **Total Expenses and Other Charges** | **30.25** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 4,489.00 |
| Total Expenses and Other Charges | $ | 30.25 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **4,519.25** |
| **Total Amount Due** | **$** | **4,519.25** |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Richard Marshack, Trustee
870 Roosevelt
Irvine, CA 92620

| | |
|---|---|
| Invoice Number: | **3096429** |
| Invoice Date: | **11/11/2018** |
| Client Number: | **390547** |
| Matter Number: | **390547.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH October 31, 2018**

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/02/18 | M.A. Houston | Review adversary proceeding pleadings re related issues to D&O claims | B120 | 0.30 | 205.50 |
| 10/02/18 | M.A. Houston | Conference with D. Woods re litigation strategy, accounts | B120 | 0.20 | 137.00 |
| 10/02/18 | M.A. Houston | Conference with D. Halbreich re litigation strategy | B120 | 0.20 | 137.00 |
| 10/03/18 | M.A. Houston | Review complaint allegations | B120 | 0.20 | 137.00 |
| 10/03/18 | M.A. Houston | Strategize re insurance claims and notice | B120 | 0.20 | 137.00 |
| 10/08/18 | M.A. Houston | Analysis of Trustee claims and common counts discovery | B120 | 0.30 | 205.50 |
| 10/09/18 | M.A. Houston | Telephone conference with D. Wood re strategy | B120 | 0.10 | 68.50 |
| 10/09/18 | M.A. Houston | Conference with D. Halbreich re request for extension of response time | B120 | 0.10 | 68.50 |
| 10/09/18 | M.A. Houston | Email correspondence with Debtor counsel re tender to carrier and request for extension of response time | B120 | 0.20 | 137.00 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|-----------|-------------|-----------|-------|--------|
| 10/09/18 | M.A. Houston | Analysis of strategy re request for extension of response time | B120 | 0.30 | 205.50 |
| 10/10/18 | M.A. Houston | Analyze discovery issues | B120 | 0.40 | 274.00 |
| 10/10/18 | M.A. Houston | Prepare instructions re response pleadings | B120 | 0.10 | 68.50 |
| 10/11/18 | M.A. Houston | Analysis/outline questions/discovery | B120 | 0.70 | 479.50 |
| 10/12/18 | M.A. Houston | Analyze next steps re status hearing, insurer failure to respond, initial disclosures. discovery | B120 | 0.60 | 411.00 |
| 10/15/18 | M.A. Houston | Email correspondence with Defendant counsel re insurer response | B120 | 0.10 | 68.50 |
| 10/15/18 | M.A. Houston | Review stipulation re response to complaint | B120 | 0.10 | 68.50 |
| 10/15/18 | C. Rivas | Confer with opposing counsel regarding stipulation to continue deadlines regarding complaint | B110 | 0.20 | 106.00 |
| 10/15/18 | M.A. Houston | Review deadlines re discovery and notices | B120 | 0.20 | 137.00 |
| 10/19/18 | M.A. Houston | Strategize re extension, insurer response | B120 | 0.20 | 137.00 |
| 10/29/18 | M.A. Houston | Strategize re response | B120 | 0.10 | 68.50 |
| 10/30/18 | M.A. Houston | Review answer | B120 | 0.10 | 68.50 |
| 10/30/18 | M.A. Houston | Email correspondence with D. Halbreich, Debtor counsel re answer | B120 | 0.20 | 137.00 |
| 10/31/18 | M.A. Houston | Strategize re next steps | B120 | 0.20 | 137.00 |
| **Totals** | | | | **5.30** | **3,599.50** |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Marsha A. Houston | 5.10 hrs @ $ | 685.00 / hr | 3,493.50 |
| Christopher Rivas | 0.20 hrs @ $ | 530.00 / hr | 106.00 |
| **Total Professional Services** | | | **3,599.50** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | Pacer | 3.00 |
| | Relativity Data Hosting Fee | 18.22 |
| | **Total Expenses and Other Charges** | **21.22** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 3,599.50 |
| Total Expenses and Other Charges | $ | 21.22 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **3,620.72** |
| **Total Amount Due** | **$** | **3,620.72** |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Richard Marshack, Trustee
870 Roosevelt
Irvine, CA 92620

| | |
|---|---|
| Invoice Number: | **3110113** |
| Invoice Date: | **12/19/2018** |
| Client Number: | **390547** |
| Matter Number: | **390547.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH November 30, 2018**

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/01/18 | M.A. Houston | Conference call with D. Wood, R. Marshack re strategy | B120 | 0.40 | 274.00 |
| 11/01/18 | M.A. Houston | Analyze discovery related strategy issues | B120 | 0.40 | 274.00 |
| 11/01/18 | M.A. Houston | Conference with D. Halbreich re strategy | B120 | 0.20 | 137.00 |
| 11/01/18 | D.M. Halbreich | Prepare for conference with R Marshack and D Wood re status | B120 | 0.20 | 188.00 |
| 11/01/18 | D.M. Halbreich | Prepare for conference with R Marshack and D Wood re status | B120 | 0.40 | 376.00 |
| 11/01/18 | M.A. Houston | Email correspondence with Defendant's counsel regarding insurer response | B120 | 0.20 | 137.00 |
| 11/05/18 | M.A. Houston | Strategize re answer issues | B120 | 0.20 | 137.00 |
| 11/07/18 | B.R. Fliegel | Memorandum Draft trial strategy memorandum | B120 | 1.50 | 787.50 |
| 11/07/18 | M.A. Houston | Emails with Force 10 re strategy and analyze documents re billing issues | B120 | 0.40 | 274.00 |
| 11/08/18 | B.R. Fliegel | Draft trial strategy memorandum | B120 | 2.70 | 1,417.50 |
| 11/08/18 | M.A. Houston | Prepare disclosure/Rule 26 information | B120 | 0.30 | 205.50 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|-----------|-------------|-----------|-------|--------|
| 11/08/18 | M.A. Houston | Telephone conference with A. Meislik re negligent billing | B120 | 0.40 | 274.00 |
| 11/08/18 | M.A. Houston | Review infinity witness statements and claim | B120 | 0.50 | 342.50 |
| 11/08/18 | M.A. Houston | Email correspondence with billing representative | B120 | 0.10 | 68.50 |
| 11/09/18 | B.R. Fliegel | Revise trial strategy memorandum | B120 | 0.50 | 262.50 |
| 11/09/18 | C. Rivas | Strategize regarding pending Rule 26 and Rule 16 deadlines | B120 | 0.90 | 477.00 |
| 11/09/18 | M.A. Houston | Analyze medical billing negligence | B120 | 0.40 | 274.00 |
| 11/09/18 | M.A. Houston | Outline disclosure issues | B120 | 0.30 | 205.50 |
| 11/12/18 | M.A. Houston | Conference call with A. Shaheed re billing issues and evidence of negligence | B120 | 0.70 | 479.50 |
| 11/12/18 | M.A. Houston | Analyze billing issues | B120 | 0.30 | 205.50 |
| 11/13/18 | M.A. Houston | Rule 26 disclosure planning | B120 | 0.10 | 68.50 |
| 11/14/18 | C. Rivas | Draft joint status report | B120 | 0.40 | 212.00 |
| 11/14/18 | C. Rivas | Draft initial disclosures | B120 | 1.10 | 583.00 |
| 11/14/18 | M.A. Houston | Revise initial disclosures and analyze discovery issues | B120 | 1.10 | 753.50 |
| 11/14/18 | M.A. Houston | Review complaint re damages issues, witnesses | B120 | 0.50 | 342.50 |
| 11/14/18 | M.A. Houston | Revise joint status report | B120 | 0.20 | 137.00 |
| 11/14/18 | M.A. Houston | Conference with D. Halbreich re strategy and initial disclosure meet and confer | B120 | 0.20 | 137.00 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|-----------|-------------|-----------|-------|--------|
| 11/14/18 | D.M. Halbreich | Telephone conference with M. Houston re next steps | B120 | 0.10 | 94.00 |
| 11/15/18 | D.M. Halbreich | Meet and confer with R. Walker re Rule 26 report | B120 | 0.30 | 282.00 |
| 11/15/18 | D.M. Halbreich | Prepare for meeting with opposing counsel | B120 | 0.30 | 282.00 |
| 11/15/18 | D.M. Halbreich | Work on Rule 26 joint report and disclosures | B120 | 0.60 | 564.00 |
| 11/15/18 | B.R. Fliegel | Revision to sections of the Joint Status report and analysis of the Rule 26 disclosures | B120 | 0.80 | 420.00 |
| 11/15/18 | D.M. Halbreich | Meet with M. Houston re Rule 26 report | B120 | 0.10 | 94.00 |
| 11/15/18 | M.A. Houston | Conference with R. Walker re meet and confer | B120 | 0.40 | 274.00 |
| 11/15/18 | M.A. Houston | Conference with D. Halbreich re strategy | B120 | 0.30 | 205.50 |
| 11/15/18 | M.A. Houston | Revise disclosures and status conference report | B120 | 0.60 | 411.00 |
| 11/16/18 | M.A. Houston | Strategize re disclosures, status report with C. Rivas, D. Halbreich | B120 | 0.10 | 68.50 |
| 11/16/18 | M.A. Houston | Revise disclosures, status report | B120 | 0.30 | 205.50 |
| 11/17/18 | C. Rivas | Revise initial disclosures | B120 | 0.20 | 106.00 |
| 11/17/18 | C. Rivas | Revise status report | B120 | 0.40 | 212.00 |
| 11/20/18 | M.A. Houston | Review opposing counsel response to status conference report | B120 | 0.30 | 205.50 |
| 11/20/18 | M.A. Houston | Strategize re disclosures, status conference and litigation | B120 | 0.50 | 342.50 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/20/18 | D.M. Halbreich | Review defendant's joint status submission | B120 | 0.10 | 94.00 |
| 11/21/18 | C. Rivas | Revise status report, and confer with opposing counsel therewith in furtherance of Rule 26 obligations | B120 | 0.60 | 318.00 |
| 11/26/18 | M.A. Houston | Analysis of discovery strategy, status conference strategy | B120 | 0.50 | 342.50 |
| 11/27/18 | A.D. Rodriguez | Speak with B. Fliegel re drafting offensive discovery requests; internal team emails re discovery | B120 | 0.30 | 105.00 |
| 11/27/18 | A.D. Rodriguez | Review and analyze emails re discovery and strategy memorandum | B120 | 0.30 | 105.00 |
| 11/27/18 | M.A. Houston | Prepare memoranda re expert damages and discovery issues | B120 | 0.80 | 548.00 |
| 11/27/18 | M.A. Houston | Revise discovery and litigation plan | B120 | 0.70 | 479.50 |
| 11/28/18 | M.A. Houston | Email correspondence with approving counsel re disclosures and follow up re agreement re same | B120 | 0.20 | 137.00 |
| 11/29/18 | A.D. Rodriguez | Draft requests for document production; draft interrogatory requests | B120 | 2.50 | 875.00 |
| 11/30/18 | A.D. Rodriguez | Draft interrogatory requests; draft requests for admission | B120 | 2.50 | 875.00 |
| **Totals** | | | | **28.40** | **16,675.50** |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| David M. Halbreich | 2.10 hrs @ $ | 940.00 / hr | 1,974.00 |
| Marsha A. Houston | 11.60 hrs @ $ | 685.00 / hr | 7,946.00 |
| Christopher Rivas | 3.60 hrs @ $ | 530.00 / hr | 1,908.00 |
| Benjamin R. Fliegel | 5.50 hrs @ $ | 525.00 / hr | 2,887.50 |
| Ashley D. Rodriguez | 5.60 hrs @ $ | 350.00 / hr | 1,960.00 |
| **Total Professional Services** | | | **16,675.50** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| | Pacer | 0.40 |
| | Relativity Data Hosting Fee | 18.22 |
| 11/21/2018 | 00843 UPS - Shipped from Sean Wilson Reed Smith LLP - Los Angele to Honorable Scott C. C United States Bankruptcy Co (SANTA ANA CA 92701) Chris Rivas 1ZWA32570192213540 | 10.62 |
| | **Total Expenses and Other Charges** | **29.24** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 16,675.50 |
| Total Expenses and Other Charges | $ | 29.24 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **16,704.74** |
| **Total Amount Due** | **$** | **16,704.74** |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Richard Marshack, Trustee
870 Roosevelt
Irvine, CA 92620

| | |
|---|---|
| Invoice Number: | **3118731** |
| Invoice Date: | **1/25/2019** |
| Client Number: | **390547** |
| Matter Number: | **390547.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH December 31, 2018**

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/04/18 | A.D. Rodriguez | Strategize re discovery requests and strategy | B110 | 0.20 | 70.00 |
| 12/04/18 | A.D. Rodriguez | Draft requests for admission and finalize interrogatory requests | B110 | 3.90 | 1,365.00 |
| 12/04/18 | B.R. Fliegel | Prepare for court appearance on joint report | B310 | 0.80 | 420.00 |
| 12/05/18 | A.D. Rodriguez | Draft requests for admission | B110 | 1.90 | 665.00 |
| 12/06/18 | A.D. Rodriguez | Revise, edit and finalize requests for admission | B110 | 1.80 | 630.00 |
| 12/06/18 | B.R. Fliegel | Revise draft interrogatories and RFPs | B310 | 2.70 | 1,417.50 |
| 12/11/18 | M.A. Houston | Handle issues re initial disclosures | B120 | 0.20 | 137.00 |
| 12/11/18 | C. Rivas | Revise initial disclosures | B110 | 1.10 | 583.00 |
| 12/12/18 | M.A. Houston | Review and revise initial disclosures | B120 | 0.30 | 205.50 |
| 12/12/18 | M.A. Houston | Analysis of discovery and revise same | B120 | 0.20 | 137.00 |
| 12/12/18 | C. Rivas | Further revise initial disclosures | B110 | 0.40 | 212.00 |
| 12/13/18 | M.A. Houston | Review claims docket and interview with billing companies re discovery | B120 | 0.40 | 274.00 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|-----------|-------------|-----------|-------|--------|
| | | issues | | | |
| 12/13/18 | M.A. Houston | Revise request for production | B120 | 0.80 | 548.00 |
| 12/17/18 | M.A. Houston | Review requests for production and revise same | B120 | 1.10 | 753.50 |
| 12/18/18 | C. Rivas | Strategize regarding pending status hearing, discovery issues. | B110 | 0.60 | 318.00 |
| 12/18/18 | M.A. Houston | Analyze Yuba transactions information | B120 | 0.60 | 411.00 |
| 12/18/18 | M.A. Houston | Analyze expert report | B120 | 0.40 | 274.00 |
| 12/18/18 | B.R. Fliegel | Revise requests for production and requests for admission | B310 | 1.70 | 892.50 |
| 12/18/18 | M.A. Houston | Strategize re status conference and discovery | B120 | 0.40 | 274.00 |
| 12/18/18 | M.A. Houston | Revise 150 request for production and review background documents re same | B120 | 2.10 | 1,438.50 |
| 12/19/18 | M.A. Houston | Review and revise avoidance action complaint and discovery | B120 | 0.60 | 411.00 |
| 12/19/18 | C. Rivas | Appear at initial status hearing, trial setting conference, and confer with opposing counsel thereat, and travel time to/from same | B110 | 2.10 | 1,113.00 |
| 12/19/18 | C. Rivas | Analyze discovery requests | B110 | 0.80 | 424.00 |
| 12/19/18 | M.A. Houston | Email correspondence with D. Woods, Smiley firm re amended complaint and avoidance action and | B120 | 0.30 | 205.50 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|-----------|-------------|-----------|-------|--------|
| | | status of litigation | | | |
| 12/19/18 | M.A. Houston | Stratgize re status conference hearing and discovery | B120 | 0.30 | 205.50 |
| 12/19/18 | M.A. Houston | Revise scheduling order | B120 | 0.10 | 68.50 |
| 12/19/18 | M.A. Houston | Conference with C. Rivas re status conference hearing strategy and results | B120 | 0.20 | 137.00 |
| 12/19/18 | C. Rivas | Draft scheduling order | B110 | 0.30 | 159.00 |
| 12/19/18 | B.R. Fliegel | Revise requests for admission | B310 | 2.10 | 1,102.50 |
| 12/20/18 | D.M. Halbreich | Review proposed changes to draft RFA's | B110 | 0.20 | 188.00 |
| 12/21/18 | M.A. Houston | Review and revise discovery | B120 | 1.10 | 753.50 |
| 12/26/18 | M.A. Houston | Review policy information from Defendant's counsel | B120 | 0.20 | 137.00 |
| 12/27/18 | C. Rivas | Analyze additional policy and correspond with Mr. Castanon's counsel therewith | B110 | 0.10 | 53.00 |
| 12/27/18 | M.A. Houston | Analysis of additional information re policies and claims | B120 | 0.30 | 205.50 |
| 12/28/18 | A.D. Rodriguez | Review and finalize discovery for service | B110 | 0.30 | 105.00 |
| 12/28/18 | A.D. Rodriguez | Strategize re discovery requests for service and final revisions thereto | B110 | 0.40 | 140.00 |
| 12/28/18 | M.A. Houston | Prepare instructions re discovery and insurance policy issues | B120 | 0.40 | 274.00 |
| 12/31/18 | A.D. Rodriguez | Communication re | B110 | 0.20 | 70.00 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|-----------|-------------|-----------|-------|--------|
| | | discovery requests | | | |
| 12/31/18 | M.A. Houston | Finalize discovery | B410 | 0.20 | 137.00 |
| **Totals** | | | | **31.80** | **16,914.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| David M. Halbreich | 0.20 hrs @ $ | 940.00 / hr | 188.00 |
| Marsha A. Houston | 10.20 hrs @ $ | 685.00 / hr | 6,987.00 |
| Christopher Rivas | 5.40 hrs @ $ | 530.00 / hr | 2,862.00 |
| Benjamin R. Fliegel | 7.30 hrs @ $ | 525.00 / hr | 3,832.50 |
| Ashley D. Rodriguez | 8.70 hrs @ $ | 350.00 / hr | 3,045.00 |
| **Total Professional Services** | | | **16,914.50** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Duplicating/Printing/Scanning | 34.00 @ 0.15 | 5.10 |
| | Postage Expense | | 2.89 |
| | Relativity Data Hosting Fee | | 18.22 |
| 12/13/2018 | 00843 UPS - Shipped from Gilda S. Anderson Reed Smith LLP - Los Angele to Attorney at Law Rhonda Walker (ARCADIA CA 91006) CHRISTOPHER O. RIVAS, E 1ZWA32570191413675 | | 8.77 |
| | **Total Expenses and Other Charges** | | **34.98** |

## INVOICE SUMMARY

| Total Fees | $ | 16,914.50 |
|-----------|---|-----------|
| Total Expenses and Other Charges | $ | 34.98 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

**TOTAL CURRENT INVOICE DUE** $ __16,949.48__

**Total Amount Due** $ __16,949.48__





Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Richard Marshack, Trustee
870 Roosevelt
Irvine, CA 92620

| | |
|---|---|
| Invoice Number: | **3127636** |
| Invoice Date: | **2/21/2019** |
| Client Number: | **390547** |
| Matter Number: | **390547.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH January 31, 2019**

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/07/19 | M.A. Houston | Follow-up re insurer response and expert | B120 | 0.20 | 137.00 |
| 01/11/19 | M.A. Houston | Email correspondence with T. Evanston re evidence questions and review documents re same | B120 | 0.30 | 205.50 |
| 01/14/19 | M.A. Houston | Review expert report | B120 | 0.10 | 68.50 |
| 01/14/19 | M.A. Houston | Conference with BF legal re next steps re experts and discovery | B120 | 0.20 | 137.00 |
| 01/24/19 | B.R. Fliegel | Discuss status of case and discovery with opposition counsel | B120 | 0.60 | 315.00 |
| 01/24/19 | B.R. Fliegel | Analyze damages calculation theories w. A. Meislak for potential settlement demands | B120 | 0.50 | 262.50 |
| 01/29/19 | B.R. Fliegel | Analysis of status of settlement/damages opportunies based on correspondence with Castannon's counsel | B120 | 0.40 | 210.00 |
| 01/29/19 | B.R. Fliegel | Discuss damages assessment theories w. A. Meislak | B120 | 0.50 | 262.50 |
| **Totals** | | | | **2.80** | **1,598.00** |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: –+1 213 457 8000
Fax: –+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Marsha A. Houston | 0.80 hrs @ $ | 685.00 / hr | 548.00 |
| Benjamin R. Fliegel | 2.00 hrs @ $ | 525.00 / hr | 1,050.00 |
| **Total Professional Services** | | | **1,598.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| | Pacer | 1.00 |
| | Relativity Data Hosting Fee | 18.22 |
| | **Total Expenses and Other Charges** | **19.22** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 1,598.00 |
| Total Expenses and Other Charges | $ | 19.22 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **1,617.22** |
| **Total Amount Due** | **$** | **1,617.22** |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Richard Marshack, Trustee
870 Roosevelt
Irvine, CA 92620

| | |
|---|---|
| Invoice Number: | **3138272** |
| Invoice Date: | **3/25/2019** |
| Client Number: | **390547** |
| Matter Number: | **390547.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH February 28, 2019**

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/04/19 | D.M. Halbreich | Review Luminance coverage denial and language of policy | B120 | 0.40 | 376.00 |
| 02/04/19 | D.M. Halbreich | Follow-up re Luminance coverage denial and language of policy | B120 | 0.40 | 376.00 |
| 02/04/19 | M.A. Houston | Analysis of insurance company denial, extension, discovery extension request | B120 | 1.00 | 685.00 |
| 02/04/19 | D.M. Halbreich | Meet with B. Fliegel re coverage denial | B120 | 0.20 | 188.00 |
| 02/04/19 | B.R. Fliegel | Correspondence relating to opposing counsel's request for a 10 day discovery extension | B120 | 0.20 | 105.00 |
| 02/07/19 | B.R. Fliegel | Analysis of coverage issue relating to extension of reporting period v. renewal of policy | B120 | 0.80 | 420.00 |
| 02/14/19 | B.R. Fliegel | Correspondence re form of outstanding discovery | B120 | 0.80 | 420.00 |
| 02/14/19 | M.A. Houston | Review case updates | B120 | 0.20 | 137.00 |
| 02/15/19 | D.M. Halbreich | Follow-up re strategy | B120 | 0.20 | 188.00 |
| 02/15/19 | M.A. Houston | Conference call with D. Wood, D. Halbreich and R. | B120 | 0.40 | 274.00 |

**ReedSmith**
Driving progress
through partnership

Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|-----------|-------------|-----------|-------|--------|
| | | Marshack re status/strategy | | | |
| 02/15/19 | M.A. Houston | Analysis of litigation strategy | B120 | 0.10 | 68.50 |
| 02/20/19 | M.A. Houston | Confer with B. Fleigel re strategy | B120 | 0.20 | 137.00 |
| 02/20/19 | B.R. Fliegel | Draft correspondence/demand on opposing counsel re responding to discovery | B120 | 1.00 | 525.00 |
| 02/20/19 | M.A. Houston | Review correspondence to Castanon's counsel re admissions | B120 | 0.10 | 68.50 |
| 02/25/19 | D.M. Halbreich | Telephone conference with B. Fliegel re trial strategy | B120 | 0.20 | 188.00 |
| 02/25/19 | M.A. Houston | Analyze settlement strategy | B120 | 0.20 | 137.00 |
| 02/26/19 | D.M. Halbreich | E-mail to client re extension coverage | B120 | 0.20 | 188.00 |
| **Totals** | | | | **6.60** | **4,481.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| David M. Halbreich | 1.60 hrs @ $ | 940.00 / hr | 1,504.00 |
| Marsha A. Houston | 2.20 hrs @ $ | 685.00 / hr | 1,507.00 |
| Benjamin R. Fliegel | 2.80 hrs @ $ | 525.00 / hr | 1,470.00 |
| **Total Professional Services** | | | **4,481.00** |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK**
**PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|-------:|
| | Relativity Data Hosting Fee | 18.22 |
| 12/19/2018 | Parking - VENDOR: Christopher Rivas, Dec 19,2018,Parking at Santa Ana Courthouse | 1.00 |
| | **Total Expenses and Other Charges** | **19.22** |

## INVOICE SUMMARY

| | | |
|---|---|---:|
| Total Fees | $ | 4,481.00 |
| Total Expenses and Other Charges | $ | 19.22 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **4,500.22** |
| **Total Amount Due** | **$** | **4,500.22** |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Richard Marshack, Trustee | **Invoice Number:** 3141168 |
| 870 Roosevelt | **Invoice Date:** 4/3/2019 |
| Irvine, CA 92620 | **Client Number:** 390547 |
| | **Matter Number:** 390547.60001 |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH March 31, 2019**

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/04/19 | B.R. Fliegel | Draft correspondence to opposing counsel re missing discovery | B120 | 0.20 | 105.00 |
| 03/11/19 | B.R. Fliegel | Analysis of Discovery plan based upon non-cooperation of Castanon | B120 | 0.70 | 367.50 |
| 03/11/19 | M.A. Houston | Telephone conference with R. Marshack, D. Wood re strategy | B120 | 0.60 | 411.00 |
| 03/11/19 | D.M. Halbreich | Meet with B. Fliegel re status of discovery | B120 | 0.10 | 94.00 |
| 03/11/19 | M.A. Houston | Analyze chart re outcome strategy | B120 | 0.40 | 274.00 |
| 03/11/19 | D.M. Halbreich | Conference call with client re status/fee issues | B120 | 0.40 | 376.00 |
| 03/12/19 | A.D. Rodriguez | Meet with B. Fliegel to discuss strategy for motion for sanctions, taking and preparing for deposition of defendant, and serving notice of deposition; speak with A. DiSesa re drafting notice of deposition of defendant | B120 | 1.00 | 350.00 |
| 03/12/19 | A. H. DiSesa | Draft depo notice | B120 | 0.30 | 75.00 |
| 03/12/19 | M.A. Houston | Review and revise meet and confer letter, budget, | B120 | 0.30 | 205.50 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|------|-----------|-------------|-----------|-------|--------|
| | | strategy plan | | | |
| 03/12/19 | B.R. Fliegel | Strategic planning of motions and deposition in discovery w. A. Rodrigeuz and S. Muller | B120 | 1.10 | 577.50 |
| 03/12/19 | B.R. Fliegel | Draft letter demand on opposing counsel for discovery non-cooperation | B120 | 0.80 | 420.00 |
| 03/13/19 | A.D. Rodriguez | Revise notice of deposition for Defendant and finalize for service | B120 | 0.50 | 175.00 |
| 03/13/19 | A. H. DiSesa | Draft depo notice | B120 | 0.80 | 200.00 |
| 03/14/19 | A.D. Rodriguez | Review and analyze draft outline for motion for sanctions | B120 | 0.90 | 315.00 |
| 03/14/19 | A.D. Rodriguez | Meet with S. Mueller to discuss revisions to motion for sanctions and additional research and necessary arguments | B120 | 0.50 | 175.00 |
| 03/19/19 | A.D. Rodriguez | Communicate with S. Mueller re further revisions to draft Motion for Sanctions; communicate with B. Fliegel re status of Motion for Sanctions | B120 | 0.30 | 105.00 |
| 03/19/19 | A.D. Rodriguez | Revise motion for sanctions and provide additional analysis and commentary for further revisions | B120 | 1.40 | 490.00 |
| 03/19/19 | B.R. Fliegel | Strategy analysis w. A. Rodriguez re issues for filing motion for sanctions after no response to meet and confer letter | B120 | 0.40 | 210.00 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/20/19 | A.D. Rodriguez | Revise and draft motion for sanctions | B120 | 3.40 | 1,190.00 |
| 03/20/19 | A.D. Rodriguez | Communicate with B. Fliegel re revised motion for sanctions and further questions re the same | B120 | 0.20 | 70.00 |
| 03/21/19 | A.D. Rodriguez | Draft declaration in support of motion for sanctions; draft proposed order; revise motion for sanctions | B120 | 2.40 | 840.00 |
| 03/21/19 | A.D. Rodriguez | Research and compile exhibits in support of motion for sanctions | B120 | 0.20 | 70.00 |
| 03/21/19 | M.A. Houston | Brief review of motion for sanctions issues | B120 | 0.20 | 137.00 |
| 03/21/19 | B.R. Fliegel | Revise Pleadings re motion for sanctions (motion; declaration; proposed order) with research | B120 | 3.70 | 1,942.50 |
| 03/22/19 | A.D. Rodriguez | Revise Motion for Sanctions to address partner comments | B120 | 0.90 | 315.00 |
| 03/22/19 | A.D. Rodriguez | Communicate with team re additional revisions to Motion for Sanctions | B120 | 0.20 | 70.00 |
| 03/22/19 | M.A. Houston | Analyze strategy re sanctions | B120 | 0.30 | 205.50 |
| 03/22/19 | M.A. Houston | Revise motion for sanctions documents | B120 | 0.70 | 479.50 |
| 03/22/19 | B.R. Fliegel | Revise Pleadings re motion for sanctions (motion; declaration; proposed order) with research | B120 | 1.70 | 892.50 |
| 03/23/19 | D.M. Halbreich | Revise motion for | B120 | 0.30 | 282.00 |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | terminating sanctions | | | |
| 03/23/19 | D.M. Halbreich | E-mails re motion to compel/terminating sanctions | B120 | 0.10 | 94.00 |
| 03/25/19 | C. Rivas | Strategize regarding motion for sanctions | B120 | 0.40 | 212.00 |
| 03/25/19 | A.D. Rodriguez | Review and analyze attorney hours billed on preparing motion for sanctions for exhibit; create exhibit summarizing the aforementioned for the motion for sanctions; revise motion for sanctions | B120 | 1.10 | 385.00 |
| 03/25/19 | M.A. Houston | Email correspondence with R. Marshack, RS team re finalizing sanctions motion | B120 | 0.30 | 205.50 |
| 03/26/19 | C. Rivas | Further strategize regarding motion for sanctions | B120 | 0.30 | 159.00 |
| 03/26/19 | A.D. Rodriguez | Draft notice of motion; revise motion for sanctions and accompanying declaration to finalize for filing | B120 | 1.40 | 490.00 |
| 03/26/19 | M.A. Houston | Finalize motion re sanctions for failure to respond to discovery | B120 | 0.20 | 137.00 |
| 03/28/19 | M.A. Houston | Analyze response/reply strategy | B120 | 0.20 | 137.00 |
| **Totals** | | | | **28.90** | **13,239.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| | | | |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| David M. Halbreich | 0.90 hrs @ $ | 940.00 / hr | 846.00 |
| Marsha A. Houston | 3.20 hrs @ $ | 685.00 / hr | 2,192.00 |
| Christopher Rivas | 0.70 hrs @ $ | 530.00 / hr | 371.00 |
| Benjamin R. Fliegel | 8.60 hrs @ $ | 525.00 / hr | 4,515.00 |
| Ashley D. Rodriguez | 14.40 hrs @ $ | 350.00 / hr | 5,040.00 |
| Addison H. DiSesa | 1.10 hrs @ $ | 250.00 / hr | 275.00 |
| **Total Professional Services** | | | **13,239.00** |

**DISBURSEMENTS AND OTHER CHARGES**

| Date | Description | | Amount |
|---|---|---|---|
| | Duplicating/Printing/Scanning | 22.00 @ 0.15 | 3.30 |
| | Postage Expense | | 8.35 |
| | Relativity Data Hosting Fee | | 18.22 |
| | Westlaw | | 42.90 |
| 03/12/2019 | 00843 UPS - Shipped from Socorro Dominguez Reed Smith LLP - Los Angele to Rhonda Walker (ARCADIA CA 91006) 1ZWA32570195624734 | | 9.29 |
| | **Total Expenses and Other Charges** | | **82.06** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 13,239.00 |
| Total Expenses and Other Charges | $ | 82.06 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **13,321.06** |
| **Total Amount Due** | **$** | **13,321.06** |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | | |
|---|---|---|
| Richard Marshack, Trustee | Invoice Number: | **3141168** |
| 870 Roosevelt | Invoice Date: | **4/3/2019** |
| Irvine, CA 92620 | Client Number: | **390547** |
| | Matter Number: | **390547.60001** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
355 S. Grand Ave., Suite 2900, Los Angeles, CA  90071

A true and correct copy of the foregoing document entitled (*specify*): **FIRST INTERIM APPLICATION OF REED SMITH LLP PURSUANT TO 11 U.S.C. §§ 328, 330, 331 AND 503(B)(2); FED. R. BANKR. P. 2016 AND LOCAL RULE 2016-1(A), FOR ENTRY OF AN ORDER ALLOWING AND AWARDING PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF CHRISTOPHER O. RIVAS**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 10, 2019_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kyra E Andrassy    kandrassy@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Ryan W Beall    rbeall@lwgfllp.com, vrosales@wgllp.com;kadele@wgllp.com
- Evan C Borges    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Christopher Brandlin    chris@bbsklaw.com
- Luke P Daniels    zlukedaniels@yahoo.com
- Caroline Djang    caroline.djang@bbklaw.com,
  julie.urquhart@bbklaw.com;sansanee.wells@bbklaw.com;paul.nordlund@bbklaw.com
- Timothy W Evanston    tevanston@swelawfirm.com,
  gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Thomas A Fasel    thomas@fasellaw.com, taf@fasellaw.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-
  lawyers.net,addy.flores@flpllp.com
- Vincent V Frounjian    vvf.law@gmail.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Beth Gaschen    bgaschen@wgllp.com,
  kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- Jay S Geller    jgeller@jaysgellerlaw.com
- Alastair M Gesmundo    agesmundo@wcghlaw.com, jmartinez@wcghlaw.com
- Jeffrey I Golden    jgolden@wgllp.com,
  kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- Matthew Grimshaw    mgrimshaw@marshackhays.com, 8649808420@filings.docketbird.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
- Garrick A Hollander    ghollander@wcghlaw.com,
  pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- Marsha A Houston    mhouston@reedsmith.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Gerald P Kennedy    gerald.kennedy@procopio.com,
  kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- John H Kim    jkim@cookseylaw.com, jhkim@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- David Brian Lally    davidlallylaw@gmail.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
- Robert S Marticello    Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Randall P Mroczynski    randym@cookseylaw.com
- Sharon Oh-Kubisch    sokubisch@swelawfirm.com,
  gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- R Gibson Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Rosa A Shirley    rshirley@nelsonhardiman.com,
  ksherry@nelsonhardiman.com;1gill@nelsonhardiman.com;jwilson@nelsonhardiman.com;rrange@nelsonhardiman.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- David Wood    dwood@marshackhays.com, 8649808420@filings.docketbird.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) _____, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 10, 2019 _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Judge Scott C. Clarkson**
**United States Bankruptcy Court**
**Central District of California**
**411 West Fourth Street**
**Suite 5130 / Courtroom 5C**
**Santa Ana, CA 92701-4593**

**United States Trustee (SA)**
**Office of The United States Trustee**
**411 West Fourth Street**
**Suite 7160**
**Santa Ana, CA 92701**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 10, 2019 | Gilda S. Anderson | /s/ Gilda S. Anderson |
|----------------|-------------------|------------------------|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**