| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>DAVID A. WOOD, #272406<br>dwood@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, California 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* RICHARD A. MARSHACK, Ch. 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>LUMINANCE RECOVERY CENTER, LLC, a California limited liability company,<br>      Debtor and Debtor-in-Possession.<br>• ALL DEBTORS<br>☐ Luminance Recovery Center, LLC, ONLY<br>☐ Luminance Health Group, Inc. ONLY<br>                                                    Debtor(s). | CASE NO.: 8:18-bk-10969-SC<br>CHAPTER: 7<br><br>(Amended)<br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

**Sale Date:** 04/28/2021                                            **Time:** 11:00 am

**Location:** 411 W. Fourth Street, Santa Ana, CA 92701; Ctrm 5C

**Type of Sale**:   ☒ Public   ☐ Private        **Last date to file objections**: 04/14/2021

**Description of property to be sold**:
Real property, 28192 Las Brisas Del Mar, San Juan Capistrano, CA 92675; APN: 675-401-19

**Terms and conditions of sale**:
(1) entry of a Bankruptcy Court Order approving the sale free and clear of all liens; (2) property sold in "AS-IS" "WHERE IS" condition; (3) no contingencies. See Exhibit "1" attached to the Motion for specific information on all conditions of the proposed sale.

**Proposed sale price**: $ 1,600,000.00

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                            Page 1                                            **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*)**: Any Overbid must be accompanied by a deposit of $50,000 in certified funds; Overbid must provide for a minimum purchase price of at least $1,610,000; Minimum bidding increment shall be $10,000; Bidding shall commence at $1,610,000 ($10,000 over Buyer's inital bid of $1,600,000). See Motion for further details.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

Date: April 28, 2021
Time: 11:00 a.m.
Ctrm: 5C - ZoomGov - Address: 411 W. Fourth Street, Santa Ana, CA 92701

Due to the COVID-19 outbreak, Judge Clarkson has altered his prior telephonic hearing procedures. Except as may be otherwise ordered by the Court, all hearings before Judge Clarkson will be conducted remotely using ZoomGov. Unless otherwise specifically ordered or instructed, Judge Clarkson will no longer utilize CourtCall. ZoomGov: Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt, Irvine, California 92620
Telephone: (949) 333-7777; Facsimile: (949) 333-7778

Clarence Yoshikane
clarence.yoshikane@gmail.com
714-606-5765

Date 04/09/2021

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 6004-2.NOTICE.SALE**