RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

☐ Attorney for chapter 7 trustee
☒ Chapter 7 trustee

FOR COURT USE ONLY

**FILED & ENTERED**

**OCT 28 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – *SANTA ANA* DIVISION

In re:

LUMINANCE RECOVERY CENTER, LLC
A California limited liability company, et al.,

Affects: ALL DEBTORS

CASE NO.: 8:18-bk-10969-SC
CHAPTER: 7

**ORDER ON TRUSTEE'S MOTION FOR APPROVAL OF CASH DISBURSEMENTS**
**[LBR 2016-2]**

☒ No hearing held
☐ Hearing held
DATE:
TIME:
COURTROOM:
ADDRESS:

Based upon the trustee's cash disbursement motion #3 filed as docket entry number 559 (Motion), the Motion is:

☐ Granted. The trustee is authorized to disburse funds from the estate for the expenses set forth in Ex. B to the Motion.
☒ Denied, without prejudice. The trustee is not authorized to disburse funds from the estate as set forth in Ex. B to the Motion.
☐ Set for hearing on _____ at _____. The trustee is directed to provide notice of the hearing to the United States trustee and to all parties (or their attorneys) who filed an opposition to the Motion.
☒ Other (*specify*): Any compensation or reimbursement of costs to Reed Smith shall only be paid upon application to and approval by the Court pursuant to 11 U.S.C. §§ 330 or 331, as set forth in the order entered 6/4/18 [Dk. 181].

Date: October 28, 2021

*Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 2016-2.2.ORDER.TRUSTEE.DISBURSE**