RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re | Case No. 8:18-bk-10969-SC |
|---|---|
| LUMINANCE RECOVERY CENTER, LLC<br>A California limited liability company, et al.,<br><br>Debtors,<br><br>Affects:<br><br>☒    ALL DEBTORS<br><br>☐    Luminance Recovery Center, LLC, ONLY<br><br>☐    Luminance Health Group, Inc., a California corporation, ONLY | Chapter 7<br><br>TRUSTEE'S MOTION FOR ORDER ABANDONING THE ESTATE'S INTEREST, IF ANY, IN BOOKS AND RECORDS, AUTHORIZING DESTRUCTION AND PAYMENT OF STORAGE AND DESTRUCTION FEES; DECLARATION OF RICHARD A. MARSHACK IN SUPPORT<br><br>[NO HEARING REQUIRED] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the jointly administered Bankruptcy Estates ("Estates") of Luminance Recovery Center, LLC ("LRC") and Luminance Health Group, Inc. ("LHC," and collectively with LRC, "Debtors"), moves the Court for an Order authorizing the abandonment of the Estate's interest, if any, in certain books and records, authorizing destruction of the records, and authorizing payment of storage and destruction fees (the "Motion").

## 1. Background Information

The Debtors were founded by Mr. Michael Castanon in 2015 ("Mr. Castanon"). Pre-petition, the Debtors operated as a substance abuse and recovery center, including, but not limited to providing patients detoxification, residential treatment, and extended care services. Debtors appear to have ceased business operations in March 2018.

On March 21, 2018, the Debtors filed two separate voluntary petitions under Chapter 11 of Title 11 of the United States Code ("Petition Date").

On March 22, 2018, as Dk. No. 8, the Court entered an order granting Debtors' motion to approve the joint administration of the bankruptcy estates.

On April 3, 2018, as Dk. No. 49, the Debtors filed an emergency motion to convert the cases from a Chapter 11 to Chapter 7 ("Conversion Motion"). On April 5, 2018, as Dk. No. 59, the Court entered an order granting the Conversion Motion. Shortly thereafter, the Office of the United States Trustee appointed Richard A. Marshack as the Chapter 7 trustee.

## 2. The Books and Records

### A. Hardcopy Records

Upon his appointment, Trustee took possession of 50 boxes of books and records (the "Hardcopy Records") which were being stored at Debtor's premises. Trustee's agent prepared an inventory of the Hardcopy Records – including, but not limited to, certain corporate documents, accounts payable records, old client files, and health department documents. A true and correct copy of the Hardcopy Records inventory is attached to the Declaration of Richard A. Marshack ("Marshack Declaration") as Exhibit "1."

The Hardcopy Records are currently being stored at O'Neil Storage. Trustee obtained a quote for destruction of the Hardcopy Records in the amount of $6.50 per box plus a nominal administrative fee. Through this Motion, Trustee requests authority to abandon and shred the Hardcopy Records and pay O'Neil up to $350.00.

## B. Electronic Records

Certain electronic records (the "Electronic Records," and collectively with the Hardcopy Records, the "Records") were previously maintained pre-petition by Debtor and stored in Office 365, a cloud system providing file storage, email, and work productivity applications. Debtor also maintained digital copies of files in Amazon S3, another cloud storage provider (the "Cloud Storage Accounts"). Trustee maintained these systems to facilitate record-keeping, and support litigation and discovery demands. No patient records were retained in either of these systems.

On June 14, 2018 as Dk. No. 228, the Court entered an Order granting Trustee's application to employ Force Ten Partners LLC ("Force 10") as Trustee's field agent and financial advisor. The application provided, among other tasks, that Force 10 secure and maintain a copy of the Debtors' Electronic Records. The monthly charges for the Cloud Storage Accounts were paid by Force 10 and, for the period of April 1, 2019, through January 31, 2022, Force 10 is owed approximately $15,600. A true and correct copy of Force 10's invoice is attached to the Marshack Declaration as Exhibit "2."

Trustee's remaining adversary actions no longer require access to cloud storage and Trustee intends to cancel the Cloud Storage Accounts.

Through this Motion, Trustee requests authority to reimburse Force 10 up to $16,000 upon Trustee's receipt of an updated invoice from Force 10 upon entry of an order granting this Motion.

## 3. Legal Authority

### A. Burdensome or of Inconsequential Value and Benefit to the Estate

Pursuant to § 554(a) of the Bankruptcy Code, a trustee may abandon property of the estate as follows:

> After notice and a hearing, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

Trustee has completed administration of the Estate and, other than waiting for the final settlement payment to be received, the case is ready to close. As such, neither Trustee nor his employed professionals need the Hardcopy Records or the Electronic Records of the Debtor.

Therefore, Trustee believes it is in the best interest of the Estate to abandon the Estate's interest, if any, in the Records.

### B. Order of Abandonment

Pursuant to Bankruptcy Code § 554(a), abandonment requires a court order after notice and a hearing. Sections 554(a) and (b) of the Code require that creditors be given notice and an opportunity for hearing before abandonment can be given effect.

Here, the Trustee will notice his intent to abandon the Estate's interest in the Records to all creditors of the Estate. Based on the fact that proper notice will have been given and the fact that the Records are no longer of value and benefit to the Estate, the Trustee respectfully requests that an order be entered allowing the abandonment of the Records.

### 4. Conclusion

Based on all of the above, the Trustee respectfully requests this Court enter an order authorizing Trustee to:

A. Abandon the Estate's interest, if any, in the Records;

B. Destroy the Hardcopy Records;

C. Pay destruction fees up to $350;

D. Pay Force 10 up to $16,000 for the monthly Cloud Storage Account fees;

E. Cancel the Cloud Storage Accounts; and

F. For such other and further relief as the Court deems just.

Dated: December 27, 2021                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 /s/ Richard A. Marshack
　　　　　　　　　　　　　　　　　　　　　RICHARD A. MARSHACK
　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

# Declaration of Richard A. Marshack

I, RICHARD A. MARSHACK, declare and state:

1. I am the duly appointed Chapter 7 Trustee of the jointly administered Bankruptcy Estates ("Estates") of Luminance Recovery Center, LLC ("LRC") and Luminance Health Group, Inc. ("LHC," and collectively with LRC, "Debtors"). The matters stated herein are within my own knowledge or information and, if called upon to testify, I could and would competently testify thereto.

2. I make this declaration in support of the Motion for Order Abandoning the Estate's Interest, if any, in Certain Records and Pay Storage and Destruction Fees (the "Motion").

3. Upon my appointment, I took possession of 50 boxes of books and records (the "Hardcopy Records") which were being stored at Debtor's premises. My agent prepared an inventory of the Hardcopy Records – including, but not limited to, certain corporate documents, accounts payable records, old client files, and health department documents. A true and correct copy of the Hardcopy Records inventory is attached hereto as Exhibit "1."

4. The Hardcopy Records are currently being stored at O'Neil Storage. I obtained a quote for destruction of the Hardcopy Records in the amount of $6.50 per box plus a nominal administrative fee. Through this Motion, I request authority to abandon and shred the Hardcopy Records and pay O'Neil up to $350.00.

5. I was further advised that certain electronic records were maintained pre-petition by Debtor and stored in Office 365, a cloud system providing file storage, email, and work productivity applications (the "Electronic Records," and collectively with the Hardcopy Records, the "Records"). The digital copies of files were maintained in Amazon S3, another cloud storage provider (the "Cloud Storage Accounts"). I maintained these systems to facilitate record-keeping, and support litigation and discovery demands. No patient records were retained in either of these systems.

6. On June 14, 2018 as Dk. No. 228, the Court entered an Order granting my application to employ Force Ten Partners LLC ("Force 10") as Trustee's field agent and financial advisor. The

application provided, among other tasks, that Force 10 secure and maintain a copy of the Debtors' accounting books and records. The monthly charges for the Cloud Storage Accounts were paid by Force 10 and, for the period of April 1, 2019 through January 31, 2022, Force 10 is owed approximately $15,600. A true and correct copy of Force 10's invoice is attached hereto as Exhibit "2."

7. The remaining adversary actions no longer require access to the Electronic Records and I intend to cancel the Cloud Storage Accounts.

8. Through this Motion, I request authority to abandon the Electronic Records, cancel the Cloud Storage Accounts, and reimburse Force 10 up to $16,000 upon receipt of an updated invoice from Force 10.

9. Case administration is complete and, other than waiting for the final settlement payment to be received, the case is ready to close. As such, neither I nor my employed professionals need the Hardcopy Records or the Electronic Records of the Debtor.

I declare that the foregoing is true and correct under the penalty of perjury. Executed December 28, 2021.

                                              /s/ Richard A. Marshack
                                              RICHARD A. MARSHACK

EXHIBIT 1

Suite 1222 HR Office

793408 — Joint Commission & State Dept. Health Care Service House Certification
- Policy & Procedure Manual
- Mock Survey
- Audit Prep

793409 — Floor Plans for Houses
- Policies & Procedures 2016
- DHCS Applications
- Incident Reports

Former?
793410    HR Employment A - Conn

793411    HR Employment Cowan - Forotan

793412    HR Employment G - Lee

793413    HR Employment Leavitt - Ortega

793414    HR Employment Otawka - Surjadi

793415    HR Employment Schilling - Z & misc files

793416    HR Employment A - Evans, Contractors Current

EXHIBIT 1   Scanned by CamScanner
Page 7

Current {

| | |
|---|---|
| 793417 | HR Employment Ewalt – Layte |
| 793418 | HR Employment Ledbetter – Shubin |
| 793419 | HR Employment Sims – Z<br>Misc files on desk – workers comp, Insurance |
| 793420 | HR Employment Applicants – not hired |
| 793421 | Terminated Employees |
| 793422 | Insurance info, DHCS documentation per location<br>IMS (Inspection) records per location |
| 793423 | Misc loose paperwork on desk in HR office – client petition to level up & sign in sheets |
| 793424 | Sign In Sheets, Pass Request Forms, Misc client forms loose in 1222 & 1223 |

Suite 1222 HR Office

EXHIBIT 1
Page 8
Scanned by CamScanner

| | |
|---|---|
| 793425 | – 2018 A/P Box 1 of 2 |
| 793426 | – 2018 A/P Box 2 of 2 |
| 793427 | –2017 A/P A-G |
| 793428 | –2017 A/P H-Rock |
| 793429 | –2017 A/P S-Z |
| 793430 | 2016 A/P - A-G |
| 793431 | 2016 A/P - H - Sober Services |
| 793432 | 2016 A/P - Solis-Z |
| 793433 | 2015 A/P One box |
| 793434 | 2016 Bank Statements & Check Stock Comerica x 8694 |
| 793435 | Client Files - Insurance Correspondence A-R |
| 793436 | Client Files -       "              "       S-Z |
| 793437 | Patient Billing Records |

EXHIBIT 1
Page 9

1523

| | |
|---|---|
| 793438 | 2016/2017 deposit info   April 2016 - July 2016 |
| 793439 | - Credit card info,   Misc 2017 |
| | junk filing |
| | - Deposit Info  August 2016 - November 2016 |
| 793440 | Deposit Info  Dec '16 → Jan '17 |
| 793441 | Deposit Info  Feb '17 → May '17 |
| 793442 | Deposit Info  May 17 → June '17 |
| 793443 | 2017 Insurance correspondence, ACH Pymt detail, Requests for Info, overpayment requests |
| 793444 | Employee Pay Stubs - still in envelope |
| 793445 | 2015 W-2's, 1099's |
| | 2016 W-2's, 1099's |
| | 2017 W-2's |
| | 2·18·18 pay stubs |
| | Various payroll registers 2016/2017 |
| 793446 | 2015 & 2016 tax returns |
| | Property leases |
| | Escrow Instructions - Manor Hill, Laguna Niguel |

EXHIBIT 1   Scanned by CamScanner
Page 10

1523

| | |
|---|---|
| 793447 | - Alleon agreements, New Hire Payroll, House lease pymt Info, Corp formation docs Credit card receipts/stmts |
| 793448 | Debit/Credit card receipts Drug receipts |
| 793449 | By-laws, lawsuits, various non-acctg docs from A/P office |
| 793450 | Old Client Files |
| 793451 | Check stock & checking supplies |

EXHIBIT 1  Scanned by CamScanner
Page 11

EXHIBIT 2

# INVOICE



| | From | Force 10 Partners |
|---|---|---|
| | | 5271 California Ave |
| | | Suite 270 |
| | | Irvine, CA 92617 |
| | | (949) 357-2360 |
| | | www.force10partners.com |

| Invoice For | **Luminance Health Group** | Invoice ID | **2522** |
|---|---|---|---|
| | | Invoice Date | 10/31/2021 |
| | | Due Date | 10/31/2021 (upon receipt) |

| Subject | Reimbursable Expenses - April 2019 - October 2021 |
|---|---|

| Item Type | Description | | Rate | Amount |
|---|---|---|---|---|
| Expense | Reimbursable expenses for the period April 2019 - October 2021. See following pages for details. | | $14,442.94 | **$14,442.94** |
| | | | **Amount Due** | **$14,442.94** |

**Notes**

Please contact Force 10 for electronic payment information.
EIN# 81-2745810

Luminance Health Group
Reimbursable Expense Detail

| Date | Category | Description | Amount | First name | Last name |
|---|---|---|---|---|---|
| **PAID EXPENSES** | | | | | |
| 4/27/2018 | Office Supplies | Storage Boxes & Rubber Bands | 51.68 | Ellen | Sprague |
| 5/1/2018 | Information Technology | 10 32GB USB drive from Microcenter Reimburse to EN. | 89.09 | Erik | Nathan |
| 5/5/2018 | Other | Locksmith expense to pick lock on lock box that contains vehicle keys. | 10.00 | Ellen | Sprague |
| 5/28/2018 | Office Supplies | Storage Boxes and packing tape | 61.40 | Ellen | Sprague |
| 5/30/2018 | Meals | Lunch with Yoel Posner. Discuss A/R management. | 63.64 | Adam | Meislik |
| 10/31/2018 | Software | MBOX to PST converter for D&O. | 79.00 | Erik | Nathan |
| 10/31/2018 | Information Technology | Amazon Web Services cost - August 2018 | 352.86 | Ellen | Sprague |
| 10/31/2018 | Information Technology | Amazon Web Services cost - September 2018 | 229.05 | Ellen | Sprague |
| 11/9/2018 | Information Technology | Ordered drive to ship files. PAID by F10. | 53.86 | Erik | Nathan |
| 11/30/2018 | Information Technology | Amazon Web Services Cost - October | 149.19 | Ellen | Sprague |
| 11/30/2018 | Information Technology | Amazon Web Services (AWS) November 2018 | 80.60 | Ellen | Sprague |
| 12/31/2018 | Information Technology | Amazon Web Services (AWS) December 2018 | 83.46 | Ellen | Sprague |
| 1/31/2019 | Information Technology | Amazon Web Services (AWS) January 2019 | 404.59 | Ellen | Sprague |
| 3/5/2019 | Information Technology | Amazon Web Service monthly charge - February 2019 | 648.21 | Ellen | Sprague |
| 3/31/2019 | Information Technology | Google GSuite monthly expense - October 2018 | 140.00 | Ellen | Sprague |
| 3/31/2019 | Information Technology | Google GSuite monthly expense - November 2018 | 140.00 | Ellen | Sprague |
| 3/31/2019 | Information Technology | Google GSuite monthly expense - December 2018 | 140.00 | Ellen | Sprague |
| 3/31/2019 | Information Technology | Google GSuite monthly expense - January 2019 | 140.00 | Ellen | Sprague |
| 3/31/2019 | Information Technology | Google GSuite monthly expense - February 2019 | 140.00 | Ellen | Sprague |
| 3/31/2019 | Information Technology | Google GSuite monthly expense - March 2019 | 140.00 | Ellen | Sprague |
| | | **Total through March 31, 2019 - paid May 10 ,2019** | **3,196.63** | | |
| **OUTSTANDING EXPENSES** | | | | | |
| 4/1/2019 | Information Technology | Amazon Web Service monthly charge - March 2019 | 648.17 | Ellen | Sprague |
| 4/30/2019 | Other | PACER charges - Q1 2019 | 2.70 | Ellen | Sprague |
| 5/1/2019 | Information Technology | Amazon Web Service monthly charge - April 2019 | 648.18 | Ellen | Sprague |
| 6/1/2019 | Information Technology | GSuite charge - April 2019 | 140.00 | Ellen | Sprague |
| 6/1/2019 | Information Technology | GSuite charge - May 2019 | 167.06 | Ellen | Sprague |
| 6/1/2019 | Information Technology | GSuite charge - June 2019 | 168.00 | Ellen | Sprague |
| 6/4/2019 | Information Technology | Amazon Web Services - May 2019 | 634.74 | Ellen | Sprague |
| 7/1/2019 | Information Technology | GSuite charge - July 2019 | 168.00 | Ellen | Sprague |
| 7/5/2019 | Information Technology | Amazon Web Services - June 2019 | 239.92 | Ellen | Sprague |
| 8/1/2019 | Information Technology | GSuite charge - August 2019 | 168.00 | Ellen | Sprague |
| 9/1/2019 | Information Technology | GSuite - September 2019 | 168.00 | Ellen | Sprague |
| 10/3/2019 | Information Technology | GSuite - October 2019 | 168.00 | Ellen | Sprague |
| 11/4/2019 | Information Technology | Google G Suite | 168.00 | Ellen | Sprague |
| 12/4/2019 | Information Technology | Google G Suite - December | 168.00 | Ellen | Sprague |
| 1/6/2020 | Information Technology | Google G Suite expense - January 2020 | 168.00 | Ellen | Sprague |
| 2/7/2020 | Information Technology | G Suite monthly charge | 168.00 | Ellen | Sprague |
| 3/4/2020 | Information Technology | GSuite monthly fee | 168.00 | Ellen | Sprague |
| 4/3/2020 | Information Technology | Monthly G Suite - April 2020 | 168.00 | Ellen | Sprague |
| 5/4/2020 | Information Technology | Monthly G Suite | 168.00 | Ellen | Sprague |
| 5/5/2020 | Information Technology | July 2019 - Nov 2019 monthly AWS charge $276.84 each month, Dec 2019 - $277.29 | 1,661.49 | Ellen | Sprague |
| 6/5/2020 | Information Technology | Monthly G Suite | 168.00 | Ellen | Sprague |
| 6/30/2020 | Information Technology | AWS Monthly Charge Jan 2020 - Jun 2020 - 276.85 each month | 1,661.10 | Ellen | Sprague |
| 7/6/2020 | Information Technology | G Suite monthly fee | 168.00 | Ellen | Sprague |
| 7/31/2020 | Information Technology | AWS Monthly Charge - July 2020 | 234.43 | Ellen | Sprague |
| 8/3/2020 | Information Technology | Google G Suite | 168.00 | Ellen | Sprague |
| 8/31/2020 | Information Technology | AWS Monthly Charge - August 2020 | 276.84 | Ellen | Sprague |
| 9/3/2020 | Information Technology | Monthly Google G Suite | 168.00 | Ellen | Sprague |
| 9/30/2020 | Information Technology | AWS Monthly Charge - September 2020 | 276.84 | Ellen | Sprague |
| 10/5/2020 | Information Technology | Monthly Google G Suite | 168.00 | Ellen | Sprague |
| 10/31/2020 | Information Technology | AWS Monthly Charge - October 2020 | 227.27 | Ellen | Sprague |
| 11/4/2020 | Information Technology | Monthly Google G Suite charge | 168.00 | Ellen | Sprague |
| 11/30/2020 | Information Technology | AWS Monthly Charge - November 2020 | 226.84 | Ellen | Sprague |
| 12/3/2020 | Information Technology | Monthly Charge Google G Suite | 168.00 | Ellen | Sprague |

Page 1 of 2

**EXHIBIT 2**
**Page 13**

Luminance Health Group
Reimbursable Expense Detail

| Date | Category | Description | Amount | First name | Last name |
|---|---|---|---|---|---|
| 12/31/2020 | Information Technology | AWS Monthly Charge - December 2020 | 226.84 | Ellen | Sprague |
| 1/4/2021 | Information Technology | Monthly charge for Google GSuite | 168.00 | Ellen | Sprague |
| 1/31/2021 | Information Technology | AWS Monthly Charge - January 2021 | 226.84 | Ellen | Sprague |
| 2/3/2021 | Information Technology | Monthly Google G Suite charge | 168.00 | Ellen | Sprague |
| 2/28/2021 | Information Technology | AWS Monthly Charge - February 2021 | 226.84 | Ellen | Sprague |
| 3/8/2021 | Information Technology | Monthly Google GSuite | 168.00 | Ellen | Sprague |
| 3/31/2021 | Information Technology | AWS Monthly Charge - March 2021 | 226.84 | Ellen | Sprague |
| 4/5/2021 | Information Technology | Monthly Google GSuite | 168.00 | Ellen | Sprague |
| 4/30/2021 | Information Technology | AWS Monthly Charge - April 2021 | 226.84 | Ellen | Sprague |
| 5/3/2021 | Information Technology | Monthly G Suite | 168.00 | Ellen | Sprague |
| 5/27/2021 | Other | Printing and binding. | 30.12 | Adam | Meislik |
| 5/31/2021 | Information Technology | AWS Monthly Charge - May 2021 | 226.84 | Ellen | Sprague |
| 6/1/2021 | Information Technology | AWS monthly charge - June 2021 | 226.84 | Ellen | Sprague |
| 6/4/2021 | Information Technology | Monthly G Suite | 168.00 | Ellen | Sprague |
| 7/1/2021 | Information Technology | AWS monthly charge - July 2021 | 226.84 | Ellen | Sprague |
| 7/6/2021 | Information Technology | Monthly G Suite | 168.00 | Ellen | Sprague |
| 8/2/2021 | Information Technology | Monthly GSuite | 168.00 | Ellen | Sprague |
| 8/2/2021 | Information Technology | AWS monthly charge - August 2021 | 226.84 | Ellen | Sprague |
| 9/1/2021 | Information Technology | AWS monthly charge - September 2021 | 226.84 | Ellen | Sprague |
| 9/3/2021 | Information Technology | GSuite monthly charge | 168.00 | Ellen | Sprague |
| 10/1/2021 | Information Technology | AWS monthly charge - October 2021 | 226.84 | Ellen | Sprague |
| 10/4/2021 | Information Technology | GSuite monthly charge | 168.00 | Ellen | Sprague |
| | | **Total April 2019 - October 2021** | **14,442.94** | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **TRUSTEE'S MOTION FOR ORDER ABANDONING THE ESTATE'S INTEREST, IF ANY, IN BOOKS AND RECORDS, AUTHORIZING DESTRUCTION AND PAYMENT OF STORAGE AND DESTRUCTION FEES; DECLARATION OF RICHARD A. MARSHACK IN SUPPORT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 30, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:** On _, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
LUMINANCE HEALTH GROUP, INC.
~~27131 CALLE ARROYO, STE 1703~~
~~SAN JUAN CAPISTRANO, CA~~
~~92675-2700~~

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
LUMINANCE RECOVERY CENTER, LLC
~~27131 CALLE ARROYO, STE 1703~~
~~SAN JUAN CAPISTRANO, CA~~
~~92675-2700~~

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PURSUANT TO LBR 5005-2(d) AND COURT MANUAL APPENDIX F SECTION 2.2, NON-HEARING MOTIONS WHEN THE RESPONSE DEADLINE HAS NOT PASSED WILL NOT BE SERVED UPON THE JUDGE.**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 30, 2021 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

4818-2378-6934, v. 1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Continued:
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Kyra E Andrassy kandrassy@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
   - **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Ryan W Beall rbeall@lwgfllp.com, vrosales@wgllp.com; kadele@wgllp.com
   - **ATTORNEY FOR DEFENDANT BEACHPOINTE INVESTMENTS, INC.; DEFENDANT GEORGE BAWUAH; DEFENDANT JERRY BOLNICK; DEFENDANT JONATHAN BLAU; DEFENDANT JOSEPH BOLNICK; DEFENDANT KENNETH MILLER; DEFENDANT PETER VAN PETTEN; DEFENDANT RAYMOND MIDLEY; and DEFENDANT VERONICA MARFORI:** Evan C Borges eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
   - **INTERESTED PARTY COURTESY NEF:** Christopher Brandlin chris@bbsklaw.com
   - **ATTORNEY FOR PLAINTIFF AND DEFENDANT SCOTTSDALE INSURANCE COMPANY:** Christopher B Burch shaurin@baileycav.com
   - **ATTORNEY FOR INTERESTED PARTY QUI SHIYANG:** Luke P Daniels zlukedaniels@yahoo.com
   - **ATTORNEY FOR DEFENDANT WEST COAST BUSINESS CAPITAL LLC:** Michael W Davis mdavis@dto.law, jmartinez@dtolaw.com
   - **ATTORNEY FOR DEFENDANT MARIA CASTANON, MICHAEL E CASTANON and DEFENDANT MICHAEL EDWARD CASTANON:** Carlos A De La Paz cdelapaz@rostamlaw.com, lmarchica@rostamlaw.com
   - **INTERESTED PARTY COURTESY NEF:** Caroline Djang caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com; wilma.escalante@bbklaw.com
   - **INTERESTED PARTY COURTESY NEF:** Timothy W Evanston tevanston@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
   - **INTERESTED PARTY COURTESY NEF:** Thomas A Fasel thomas@fasellaw.com, taf@fasellaw.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** M Douglas Flahaut flahaut.douglas@arentfox.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Benjamin R Fliegel bfliegel@reedsmith.com
   - **ATTORNEY FOR INTERESTED PARTY FIRST INSURANCE FUNDING CORP.:** Alan W Forsley alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy.flores@flpllp.com
   - **ATTORNEY FOR CREDITOR HONDA LEASE TRUST:** Vincent V Frounjian vvf.law@gmail.com
   - **INTERESTED PARTY COURTESY NEF:** Jeffrey K Garfinkle jgarfinkle@buchalter.com, docket@buchalter.com; dcyrankowski@buchalter.com
   - **ATTORNEY FOR DEBTOR LUMINANCE HEALTH GROUP, INC.; DEBTOR LUMINANCE RECOVERY CENTER, LLC; PLAINTIFF RICHARD A MARSHACK; and TRUSTEE RICHARD A MARSHACK (TR):** Beth Gaschen bgaschen@wgllp.com, kadele@wgllp.com; cbmeeker@gmail.com; cyoshonis@wgllp.com; lbracken@wgllp.com; bgaschen@ecf.courtdrive.com; gestrada@wgllp.com
   - **ATTORNEY FOR CREDITOR V&G ASSOCIATES COV INC.:** Alastair M Gesmundo agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
   - **INTERESTED PARTY COURTESY NEF:** Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
   - **ATTORNEY FOR DEBTOR LUMINANCE HEALTH GROUP, INC.; DEBTOR LUMINANCE RECOVERY CENTER, LLC; PLAINTIFF RICHARD A MARSHACK; and TRUSTEE RICHARD A MARSHACK (TR):** Jeffrey I Golden jgolden@wgllp.com, kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com; gestrada@wgllp.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Matthew Grimshaw mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR UNITED STATES TRUSTEE (SA):** Michael J Hauser michael.hauser@usdoj.gov
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK, CH 7 TRUSTEE:** Marsha A Houston mhouston@reedsmith.com, hvalencia@reedsmith.com
   - **ATTORNEY FOR CREDITOR WELLS FARGO BANK, N.A. DBA WELLS FARGO AUTO and CREDITOR WELLS FARGO BANK, N.A. DBA WELLS FARGO DEALER SERVICES:** Sheryl K Ith sith@cookseylaw.com, sith@ecf.courtdrive.com
   - **ATTORNEY FOR DEFENDANTS AMERICAN EXPRESS, AMERICAN EXPRESS COMPANY AND AMERICAN EXPRESS NATIONAL BANK:** Sweeney Kelly kelly@ksgklaw.com
   - **ATTORNEY FOR CREDITOR GNR HOLDINGS DBA POWER DIGITAL MARKETING:** Gerald P Kennedy gerald.kennedy@procopio.com, angela.stevens@procopio.com; calendaring@procopio.com; efile-

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

4818-2378-6934, v. 1

- bank@procopio.com
- **ATTORNEY FOR CREDITOR MERCEDES-BENZ FINANCIAL SERVICES USA, LLC DBA DAIMLER TRUST:** John H Kim jkim@cookseylaw.com, jhkim@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION:** Nancy L Lee bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Judith E Marshack jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK and TRUSTEE RICHARD A MARSHACK (TR):** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CAB WEST LLC and CREDITOR FORD MOTOR CREDIT COMPANY LLC:** Randall P Mroczynski randym@cookseylaw.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK and TRUSTEE RICHARD A MARSHACK (TR):** Sharon Oh-Kubisch sokubisch@swelawfirm.com, gcruz@swelawfirm.com; 1garrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT KROHN CONSTRUCTION:** Reed H Olmstead reed@olmstead.law, olmstead.ecf@gmail.com; r41602@notify.bestcase.com
- **ATTORNEY FOR CREDITOR ESTRELLA LAND COMPANY LLC and CREDITOR SAN JUAN CAPISTRANO SELF STORAGE, A CALIFORNIA LIMITED PARTNERSHIP, DBA POUCH SELF STORAGE CENTERS:** R Gibson Pagter, Jr. gibson@ppilawyers.com, ecf@ppilawyers.com; pagterrr51779@notify.bestcase.com
- **ATTORNEY FOR CREDITOR ALLEON CAPITAL PARTNERS, LLC:** Valerie Bantner Peo vbantnerpeo@buchalter.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Faye C Rasch frasch@wgllp.com, kadele@wgllp.com; lbracken@wgllp.com; gestrada@wgllp.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK, CH 7 TRUSTEE, TRUSTEE RICHARD A MARSHACK (TR); and SPECIAL COUNSEL REED SMITH LLP:** Christopher O Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **ATTORNEY FOR PLAINTIFF/DEFENDANT SCOTTSDALE INSURANCE COMPANY:** Valerie D Rojas vrojas@cozen.com, kuria@cozen.com
- **ATTORNEY FOR DEFENDANT QUEEN FUNDING LLC:** Gene W Rosen generosen@gmail.com
- **ATTORNEY FOR CREDITOR NELSON HARDIMAN, LLP:** Rosa A Shirley rshirley@nelsonhardiman.com, ksherry@nelsonhardiman.com; lgill@nelsonhardiman.com; rrange@nelsonhardiman.com
- **ATTORNEY FOR DEFENDANT 27 DIAMONDS:** Andrew Edward Smyth office@smythlo.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Annie Y Stoops annie.stoops@arentfox.com, yvonne.li@arentfox.com
- **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEFENDANT MICHAEL EDWARD CASTANON:** Rhonda Walker ecf.rkw@gmail.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

F 9013-3.1.PROOF.SERVICE

4818-2378-6934, v. 1