D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LUMINANCE RECOVERY CENTER, LLC<br>A California limited liability company, et al.,<br><br>Debtors,<br><br>Affects:<br><br>☒  ALL DEBTORS<br><br>☐  Luminance Recovery Center, LLC, ONLY<br><br>☐  Luminance Health Group, Inc., a California corporation, ONLY<br><br>Debtor. | Case No. 8:18-bk-10969-SC<br><br>Chapter 7<br><br>Adv. No. 8:20-ap-01035-SC<br><br>NOTICE OF MOTION TO APPROVE COMPROMISE WITH SCOTTSDALE INSURANCE COMPANY UNDER FRBP 9019<br><br>[NO HEARING REQUIRED UNDER LBR 9013-1(o)] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the jointly administered bankruptcy estate ("Estates") of Luminance Recovery Center, LLC ("LRC") and Luminance Health Group, Inc. ("LHG" and collectively with LRC, "Debtors"), has filed a motion ("Motion") for order approving an agreement ("Agreement") with Scottsdale Insurance Company ("Scottsdale") which resolves the pending adversary proceeding.

The Trustee has reached a settlement agreement with Scottsdale whereby the Estate will receive $100,0000 in full satisfaction of any and all claims held by the Estates against Scottsdale ("Agreement") for the benefit of creditors of the Estates. The Trustee believes in his sound business judgment that the Agreement is fair and equitable and provides the best result for the Estates.

On March 21, 2018, LRC and LHG each filed separate voluntary petitions under Chapter 11 of Title 11 of the United States Code ("Petition Date"). On March 22, 2018, as Dk. No. 8, the Court entered an order granting the joint administration of the Debtors' bankruptcy cases ("Bankruptcy Cases"). On April 5, 2020, as Dk. No. 59, the Court entered an order converting the Bankruptcy Cases to Chapter 7. Richard A. Marshack was appointed as the Chapter 7 Trustee ("Trustee").

On September 14, 2018, the Trustee filed an Adversary Proceeding, Case No. 8:18-ap-00176-SC, in the Bankruptcy Action (the "Castanon Adversary Proceeding") against Michael E. Castanon ("Castanon").

On January 24, 2020, as Dk. No. 445, the Trustee notified the Court in the Bankruptcy Action that Luminance had settled the Castanon Adversary Proceeding (the "Settlement"). On February 11, 2020, as Dk. No. 449, the Court entered an order approving the Settlement.

On February 12, 2020, Scottsdale filed a lawsuit against Castanon captioned *Scottsdale Insurance Company v. Michael E. Castanon*, Case No. 2:20-cv-01479, in the United States District Court for the Central District of California (the "Declaratory Judgment Action"), which sought various declarations with respect to Scottsdale's obligations to defend and indemnify Castanon with respect to the Castanon Adversary Proceeding under the Policies.

On June 16, 2020, the Trustee filed an Adversary Proceeding against Scottsdale captioned *Richard A. Marshack, Chapter 7 Trustee v. Scottsdale Insurance Company*, Case No. 8:20-ap-01104-SC, in the Bankruptcy Court for the Central District of California (the "Scottsdale Adversary Proceeding"), which alleged that Scottsdale breached the Policies and acted in bad faith, among other things, when it denied coverage for the Castanon Adversary Proceeding and the Settlement under the Policies.

On October 27, 2020, the Court consolidated the Declaratory Judgment Action and the Scottsdale Adversary Proceeding (the "Consolidated Coverage Action"). On December 7, 2021, as

Dk. Nos. 121, 122, and 127, the Court entered orders denying the Trustee's motion for summary judgment and granting Scottsdale's motion for summary judgment ("MSJ Orders"). Shortly thereafter, the settlement embodied in the Agreement was reached.

On April 17, 2020, as Dk. No. 473, the Trustee filed a supplement to the original application to employ Reed Smith LLP as special litigation counsel for analysis, review and potential pursuit of claims under existing insurance policies issued to the Estates' insureds, including without limitation directors and officers ("D&O") liability insurance ("Special Counsel").

On May 5, 2020, as Dk. No. 476, the Court entered an order approving the supplemental application ("Supplemental Employment Order") and authorizing Trustee to employ Special Counsel.

Under the Supplemental Employment Order, it was agreed that Special Counsel would be employed pursuant to Bankruptcy Code Sections 327 and 330, on a contingency fee basis of 33% ("Contingency Fee") of the net gross recovery if obtained by way of settlement (as is the case here), plus reimbursement of expenses. Here, the net recovery is $100,000, The Contingency Fee is $33,000 and the expenses are estimated to be $20,000.

The following is a brief summary of the terms of the agreement ("Agreement") between the Trustee and Scottsdale.[1] Subject to Bankruptcy Court approval, the Parties agree as follows:

(1) **Payment**. Scottsdale agrees to pay the sum of One-Hundred Thousand Dollars and Zero Cents ($100,000.00) to the Trustee, or his designated representative, within thirty (30) days after receipt by Scottsdale of all of the following: (i) a fully-executed copy of this Agreement; (ii) a completed W-9 form; (iii) all necessary payment instructions; and (iv) approval by the Bankruptcy Court of this Agreement;

(2) **Dismissal of Consolidated Coverage Action**. Within five (5) business days after the amount set forth in paragraph 1 is paid to the Trustee, the Parties shall file a stipulation of voluntary dismissal that will dismiss all claims brought by all parties

---

[1] All interested parties are advised to consult the Agreement attached as Exhibit "1" to the Motion for all terms and conditions. The statements contained herein are a summary of the material terms and conditions only.

in the Consolidated Coverage Action with prejudice, with each Party to bear its own fees and costs. This does not prevent the parties from filing a notice of appeal of the order and/or judgment entered in the Consolidated Coverage Action and/or a motion for costs while this Agreement is pending approval by the Bankruptcy Court. In the event a notice of appeal and/or motion for costs is filed before the Bankruptcy Court approves this Agreement, the Parties agree to file a withdrawal of any such notice of appeal and/or motion for costs with prejudice within the time provided by this paragraph;

(3) **Releases by Trustee**. Upon payment of the amount set forth in paragraph 1 of the Agreement, the Trustee, on his own behalf and on behalf of Luminance, and on behalf of all of the Trustee's and Luminance's affiliates, parent corporations, and direct and indirect subsidiaries, and all of their respective past, present and future agents, representatives, directors, officers, trustees, employees, attorneys, shareholders, members, partners, predecessors, successors, heirs, executors, administrators, principals, assigns, insurers, and reinsurers (collectively, the "Insured Parties"), hereby release and forever discharge Scottsdale, its affiliates, parent corporation, and direct and indirect subsidiaries, and all of their respective past, present and future agents, representatives, directors, officers, trustees, employees, attorneys, shareholders, members, partners, predecessors, successors, heirs, executors, administrators, principals, assigns, insurers, and reinsurers (collectively, the "Scottsdale Parties") from any and all actions, causes of action, suits, claims for sums of money, contracts, controversies, agreements, costs, attorneys' fees, expenses, damages, awards, settlements, judgments, and demands whatsoever, in law or in equity, known or unknown, now existing or hereafter arising, whether contractual, extra-contractual, in tort or otherwise ("Released Claims") that the Insured Parties had, have, or may have in the future against the Scottsdale Parties arising out of, related to, or in connection with: (i) the Castanon Adversary Proceeding; (ii) the Settlement; (iii) the facts, circumstances, situations,

or transactions underlying or alleged in the Castanon Adversary Proceeding; (iv) the Consolidated Coverage Action; (v) the Policies; and (vi) any action, proceeding or claim arising from the Scottsdale Parties' investigation, evaluation, or handling of the Castanon Adversary Proceeding, or alleging any "bad faith" or breach of any oral or written promise or obligation, or breach of any duty grounded in law or in contract relating thereto; and

(4) **Releases by Scottsdale.** Upon payment of the amount set forth in paragraph 1 of the Agreement, the Scottsdale Parties hereby release and forever discharge the Insured Parties, including but not limited to Richard A. Marshack, both in his individual capacity as Chapter 7 Trustee of the Debtors, his law firm Marshack Hays LLP, his counsel of record Reed Smith LLP, or any other professional employed by the Trustee, from any and all Released Claims which the Scottsdale Parties had, have, or may have in the future against the Insured Parties arising out of, related to, or in connection with (i) the Castanon Adversary Proceeding; (ii) the Settlement; (iii) the facts, circumstances, situations, or transactions underlying or alleged in the Castanon Adversary Proceeding; (iv) the Consolidated Coverage Action; (v) the Policies; and (vi) the administration of the Estates.

The complete scope and terms of the relief are detailed in the Motion a copy of which can be obtained by contacting David A. Wood or Laila Masud whose contact information is listed in the top left-hand corner of this Notice.

**PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to the proposed relief must be in the form as required by Rules 9013-1(f) and (o) of the Local Bankruptcy Rules ("LBR") and filed with the Clerk of the above-entitled Court. The deadline for any response and request for hearing is 14 days after the date of service of this Notice plus an additional 3 days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). A copy of any response or request for hearing must be served on David A. Wood and Laila Masud at the address indicated above and served on the Office of the United States Trustee, 411 W.

Fourth Street, Suite 7160, Santa Ana, California 92701.  Failure to timely respond may be deemed as acceptance of the proposed relief.  See LBR 9013-1(h).

Dated: January 3, 2021          MARSHACK HAYS LLP

By: /s/ David A. Wood
    D. EDWARD HAYS
    DAVID A. WOOD
    LAILA MASUD
    Attorneys for the Chapter 7 Trustee,
    RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH SCOTTSDALE INSURANCE COMPANY UNDER FRBP 9019** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 3, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:** On **January 3, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
LUMINANCE HEALTH GROUP, INC.
~~27131 CALLE ARROYO, STE 1703~~
~~SAN JUAN CAPISTRANO, CA~~
~~92675-2700~~

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
LUMINANCE RECOVERY CENTER, LLC
~~27131 CALLE ARROYO, STE 1703~~
~~SAN JUAN CAPISTRANO, CA~~
~~92675-2700~~

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PURSUANT TO LBR 5005-2(d) AND COURT MANUAL APPENDIX F SECTION 2.2, NON-HEARING MOTIONS WHEN THE RESPONSE DEADLINE HAS NOT PASSED WILL NOT BE SERVED UPON THE JUDGE.**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 3, 2022 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

F 9013-3.1.PROOF.SERVICE

4818-2378-6934, v. 1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Continued:
    - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Kyra E Andrassy kandrassy@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
    - **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Ryan W Beall rbeall@lwgfllp.com, vrosales@wgllp.com; kadele@wgllp.com
    - **ATTORNEY FOR DEFENDANT BEACHPOINTE INVESTMENTS, INC.; DEFENDANT GEORGE BAWUAH; DEFENDANT JERRY BOLNICK; DEFENDANT JONATHAN BLAU; DEFENDANT JOSEPH BOLNICK; DEFENDANT KENNETH MILLER; DEFENDANT PETER VAN PETTEN; DEFENDANT RAYMOND MIDLEY; and DEFENDANT VERONICA MARFORI:** Evan C Borges eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
    - **INTERESTED PARTY COURTESY NEF:** Christopher Brandlin chris@bbsklaw.com
    - **ATTORNEY FOR PLAINTIFF AND DEFENDANT SCOTTSDALE INSURANCE COMPANY:** Christopher B Burch shaurin@baileycav.com
    - **ATTORNEY FOR INTERESTED PARTY QUI SHIYANG:** Luke P Daniels zlukedaniels@yahoo.com
    - **ATTORNEY FOR DEFENDANT WEST COAST BUSINESS CAPITAL LLC:** Michael W Davis mdavis@dto.law, jmartinez@dtolaw.com
    - **ATTORNEY FOR DEFENDANT MARIA CASTANON, MICHAEL E CASTANON and DEFENDANT MICHAEL EDWARD CASTANON:** Carlos A De La Paz cdelapaz@rostamlaw.com, lmarchica@rostamlaw.com
    - **INTERESTED PARTY COURTESY NEF:** Caroline Djang caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com; wilma.escalante@bbklaw.com
    - **INTERESTED PARTY COURTESY NEF:** Timothy W Evanston tevanston@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
    - **INTERESTED PARTY COURTESY NEF:** Thomas A Fasel thomas@fasellaw.com, taf@fasellaw.com
    - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** M Douglas Flahaut flahaut.douglas@arentfox.com
    - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Benjamin R Fliegel bfliegel@reedsmith.com
    - **ATTORNEY FOR INTERESTED PARTY FIRST INSURANCE FUNDING CORP.:** Alan W Forsley alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy.flores@flpllp.com
    - **ATTORNEY FOR CREDITOR HONDA LEASE TRUST:** Vincent V Frounjian vvf.law@gmail.com
    - **INTERESTED PARTY COURTESY NEF:** Jeffrey K Garfinkle jgarfinkle@buchalter.com, docket@buchalter.com; dcyrankowski@buchalter.com
    - **ATTORNEY FOR DEBTOR LUMINANCE HEALTH GROUP, INC.; DEBTOR LUMINANCE RECOVERY CENTER, LLC; PLAINTIFF RICHARD A MARSHACK; and TRUSTEE RICHARD A MARSHACK (TR):** Beth Gaschen bgaschen@wgllp.com, kadele@wgllp.com; cbmeeker@gmail.com; cyoshonis@wgllp.com; lbracken@wgllp.com; bgaschen@ecf.courtdrive.com; gestrada@wgllp.com
    - **ATTORNEY FOR CREDITOR V&G ASSOCIATES COV INC.:** Alastair M Gesmundo agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
    - **INTERESTED PARTY COURTESY NEF:** Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
    - **ATTORNEY FOR DEBTOR LUMINANCE HEALTH GROUP, INC.; DEBTOR LUMINANCE RECOVERY CENTER, LLC; PLAINTIFF RICHARD A MARSHACK; and TRUSTEE RICHARD A MARSHACK (TR):** Jeffrey I Golden jgolden@wgllp.com, kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com; gestrada@wgllp.com
    - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Matthew Grimshaw mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
    - **ATTORNEY FOR UNITED STATES TRUSTEE (SA):** Michael J Hauser michael.hauser@usdoj.gov
    - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
    - **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK, CH 7 TRUSTEE:** Marsha A Houston mhouston@reedsmith.com, hvalencia@reedsmith.com
    - **ATTORNEY FOR CREDITOR WELLS FARGO BANK, N.A. DBA WELLS FARGO AUTO and CREDITOR WELLS FARGO BANK, N.A. DBA WELLS FARGO DEALER SERVICES:** Sheryl K Ith sith@cookseylaw.com, sith@ecf.courtdrive.com
    - **ATTORNEY FOR DEFENDANTS AMERICAN EXPRESS, AMERICAN EXPRESS COMPANY AND AMERICAN EXPRESS NATIONAL BANK:** Sweeney Kelly kelly@ksgklaw.com
    - **ATTORNEY FOR CREDITOR GNR HOLDINGS DBA POWER DIGITAL MARKETING:** Gerald P Kennedy gerald.kennedy@procopio.com, angela.stevens@procopio.com; calendaring@procopio.com; efile-

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

4818-2378-6934, v. 1

- bank@procopio.com
- **ATTORNEY FOR CREDITOR MERCEDES-BENZ FINANCIAL SERVICES USA, LLC DBA DAIMLER TRUST:** John H Kim jkim@cookseylaw.com, jhkim@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION:** Nancy L Lee bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Judith E Marshack jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK and TRUSTEE RICHARD A MARSHACK (TR):** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CAB WEST LLC and CREDITOR FORD MOTOR CREDIT COMPANY LLC:** Randall P Mroczynski randym@cookseylaw.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK and TRUSTEE RICHARD A MARSHACK (TR):** Sharon Oh-Kubisch sokubisch@swelawfirm.com, gcruz@swelawfirm.com; 1garrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT KROHN CONSTRUCTION:** Reed H Olmstead reed@olmstead.law, olmstead.ecf@gmail.com; r41602@notify.bestcase.com
- **ATTORNEY FOR CREDITOR ESTRELLA LAND COMPANY LLC and CREDITOR SAN JUAN CAPISTRANO SELF STORAGE, A CALIFORNIA LIMITED PARTNERSHIP, DBA POUCH SELF STORAGE CENTERS:** R Gibson Pagter, Jr. gibson@ppilawyers.com, ecf@ppilawyers.com; pagterrr51779@notify.bestcase.com
- **ATTORNEY FOR CREDITOR ALLEON CAPITAL PARTNERS, LLC:** Valerie Bantner Peo vbantnerpeo@buchalter.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Faye C Rasch frasch@wgllp.com, kadele@wgllp.com; lbracken@wgllp.com; gestrada@wgllp.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK, CH 7 TRUSTEE, TRUSTEE RICHARD A MARSHACK (TR); and SPECIAL COUNSEL REED SMITH LLP:** Christopher O Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **ATTORNEY FOR PLAINTIFF/DEFENDANT SCOTTSDALE INSURANCE COMPANY:** Valerie D Rojas vrojas@cozen.com, kuria@cozen.com
- **ATTORNEY FOR DEFENDANT QUEEN FUNDING LLC:** Gene W Rosen generosen@gmail.com
- **ATTORNEY FOR CREDITOR NELSON HARDIMAN, LLP:** Rosa A Shirley rshirley@nelsonhardiman.com, ksherry@nelsonhardiman.com; lgill@nelsonhardiman.com; rrange@nelsonhardiman.com
- **ATTORNEY FOR DEFENDANT 27 DIAMONDS:** Andrew Edward Smyth office@smythlo.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Annie Y Stoops annie.stoops@arentfox.com, yvonne.li@arentfox.com
- **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEFENDANT MICHAEL EDWARD CASTANON:** Rhonda Walker ecf.rkw@gmail.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL:** CONTINUED:

| **20 LARGEST CREDITOR / POC ADDRESS** | **20 LARGEST CREDITOR** | **20 LARGEST CREDITOR** |
|---|---|---|
| 24662 EL CAMINO, LLC<br>ATTN: MANAGING MEMBER<br>P.O. BOX 52882<br>IRVINE, CA 92619-2882 | 27 DIAMONDS<br>ATTN: PRESIDENT<br>14340 BOLSA CHICA RD., #D<br>WESTMINSTER, CA 92683-4868 | AMERICAN EXPRESS<br>ATTN: PRESIDENT<br>PO BOX 650448<br>DALLAS, TX 75265-0448 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4818-2378-6934, v. 1

**20 LARGEST CREDITOR / POC ADDRESS**
AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

**RTD 11/02/21 UTF**
**20 LARGEST CREDITOR**
CA BILLING
ATTN: PRESIDENT
2150 HARMONY WAY
COSTA MESA, CA 92627-2194

**20 LARGEST CREDITOR / AGENT FOR SERVICE**
CAPISTRANO ENTERPRISES I, LLC
CT CORPORATION SYSTEM
ONE TOWNE SQUARE, STE 1913
SOUTHFIELD, MI 48076

**RTD 05/06/19**
**20 LARGEST CREDITOR**
COLLECTRX, INC.
ATTN: PRESIDENT
416 HUNGERFORD DRIVE, FOURTH FLOOR
ROCKVILLE, MD 20850-4127

**20 LARGEST CREDITOR / POC ADDRESS**
FIRST & LAST SOLUTIONS, LLC
ATTN: MANAGING MEMBER
3608 S. 299TH PLACE
AUBURN, WA 98001-2235

**RTD 08/20/19 UTF**
**20 LARGEST CREDITOR**
JH LIGHT, INC.
ATTN: EMIL HAKIM
4740 GREEN RIVER ROAD
CORONA, CA 92880-9185

**20 LARGEST CREDITOR / LESSOR**
RICHMAN BRY
825 BERKELEY STREET
SANTA MONICA, CA 90403-2305

**20 LARGEST CREDITOR / POC ADDRESS**
AMERICAN EXPRESS NATIONAL BANK
C/O DARRYL S. LADDIN
ARNALL GOLDEN GREGORY LLP
171 17TH STREET NW, SUITE 2100
ATLANTA, GA 30363

**20 LARGEST CREDITOR / LESSOR**
CAPISTRANO ENTERPRISES I, LLC
ATTN: JENNIFER ANGLIN-OWENS
27130-B PASEO ESPADA, SUITE 501
SAN JUAN CAPISTRANO, CA 92675-2717

**20 LARGEST CREDITOR**
CLEAR CHANNEL OUTDOOR
ATTN: PRESIDENT
P.O. BOX 742025
LOS ANGELES, CA 90074-2025

**RESENT 05/06/19**
**20 LARGEST CREDITOR**
COLLECTRX, INC.
6720 ROCKLEDGE DR. STE 8
BETHESDA, MD 20817-1883

**20 LARGEST CREDITOR**
FIRST INSURANCE FUNDING-EPL
ATTN: PRESIDENT
P.O. BOX 7000
CAROL STREAM, IL 60197-7000

**20 LARGEST CREDITOR**
KAISER FOUNDATION HEALTH PLAN
ATTN: PRESIDENT
FILE 5915
LOS ANGELES, CA 90074-5915

**20 LARGEST CREDITOR / LESSOR / POC ADDRESS**
RICHMAN BRY
DAVID M. BRANDON, ESQ.
1633 NORTH LAUREL AVENUE, STE. 2
LOS ANGELES, CA 90046

**20 LARGEST CREDITOR**
BAYGRAPE TECHNOLOGY, LLC
ATTN: MANAGING MEMBER
5 SEA GRAPE RD.
LADERA RANCH, CA 92694-1315

**20 LARGEST CREDITOR / LESSOR**
CAPISTRANO ENTERPRISES I, LLC
ATTN: MANAGING MEMBER
P.O. BOX 844008
LOS ANGELES, CA 90084-4008

**20 LARGEST CREDITOR**
CLIFTONLARSONALLEN LLP
ATTN: MANGING PARTNER
P.O. BOX 31001-2433
PASADENA, CA 91110-2433

**20 LARGEST CREDITOR / POC ADDRESS**
DREAMSCAPE MARKETING, LLC
ATTN: MANAGING MEMBER
6731 COLUMBIA GATEWAY DRIVE, SUITE 100
COLUMBIA, MD 21046-2282

**RTD 11/02/21 UTF**
**20 LARGEST CREDITOR**
INFINITY BEHAVIORAL HEALTH SERVICES, INC.: ATTN PRESIDENT
2901 STIRLING RD., SUITE #300
FORT LAUDERDALE, FL 33312-6529

**20 LARGEST CREDITOR**
POWER DIGITAL MARKETING, INC.
ATTN: PRESIDENT
2251 SAN DIEGO AVE., #A250
SAN DIEGO, CA 92110-2984

**20 LARGEST CREDITOR / POC ADDRESS**
STATE COMP INS FUND
PO BOX 8192
PLEASANTON, CA 94588-8792

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

4818-2378-6934, v. 1

| | | |
|---|---|---|
| **20 LARGEST CREDITOR**<br>STATE COMPENSATION INSURANCE FUND<br>ATTN: MANAGER<br>P.O. BOX 7441<br>SAN FRANCISCO, CA 94120-7441 | **RTD 02/10/20 UTF**<br>**20 LARGEST CREDITOR**<br>THINKBASIC, INC.<br>~~ATTN: PRESIDENT~~<br>~~251 10TH AVENUE~~<br>~~SAN DIEGO, CA 92101-7408~~ | **NEW ADDR PER CA SOS**<br>**20 LARGEST CREDITOR**<br>THINKBASIC, INC.<br>ATTN: PRESIDENT<br>845 15TH ST, SUITE 501<br>SAN DIEGO, CA 92101 |
| **NEW ADDR PER CA SOS**<br>**20 LARGEST CREDITOR**<br>THINKBASIC, INC.<br>AGENT FOR SERVICE OF PROCESS<br>COURTNEY WILLIS<br>3293 DELMAR<br>LOOMIS, CA 95650 | **NEW ADDR PER WEBSITE**<br>**SECURED CREDITOR**<br>ALLEON CAPITAL PARTNERS, LLC<br>1086 TEANECK ROAD, SUITE 4D<br>TEANECK, NJ 07666 | **RTD 02/03/20 UTF**<br>**SECURED CREDITOR**<br>ALLEON CAPITAL PARTNERS, LLC<br>~~ATTN: MANAGING MEMBER~~<br>~~145 CEDAR LANE, SUITE 220~~<br>~~ENGLEWOOD, NJ 07631-4821~~ |
| **SECURED CREDITOR / POC ADDRESS**<br>AMERICAN HONDA FINANCE<br>ATTN: ERIC RUSSELL<br>NATIONAL BANKRUPTCY CENTER<br>P O BOX 168088<br>IRVING TX 75016-8088 | **SECURED CREDITOR**<br>FORD MOTOR CREDIT<br>PO BOX 542000<br>OMAHA, NE 68154-8000 | **SECURED CREDITOR**<br>FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| **SECURED CREDITOR / AGENT FOR SERVICE**<br>FORD MOTOR CREDIT COMPANY<br>CT CORPORATION SYSTEM<br>FORD WHQ RM 612<br>1 AMERICAN ROAD<br>DEARBORN, MI 48126 | **SECURED CREDITOR / POC ADDRESS**<br>FORD MOTOR CREDIT COMPANY LLC<br>ATTN: MANAGER<br>PO BOX 62180<br>COLORADO SPRINGS, CO 80962 | **SECURED CREDITOR**<br>HONDA FINANCE SERVICES<br>PO BOX 165378<br>IRVING, TX 75016-5378 |
| **SECURED CREDITOR**<br>QUEEN FUNDING, LLC<br>2221 NE 164 STREET, SUITE 1144<br>NORTH MIAMI BEACH, FL 33160-3703 | **RTD 02/06/20 UTF**<br>**SECURED CREDITOR**<br>YELLOWSTONE CAPITAL WEST, LLC<br>~~ATTN: MANAGING MEMBER~~<br>~~30 BROAD STREET, SUITE 14108~~<br>~~NEW YORK, NY 10004-2304~~ | **NEW ADDR PER NY SOS**<br>**SECURED CREDITOR**<br>YELLOWSTONE CAPITAL WEST, LLC<br>C/O BUSINESS FILINGS INCORPORATED<br>187 WOLF ROAD, SUITE 101<br>ALBANY, NY 12205 |
| **SECURED CREDITOR**<br>YELLOWSTONE CAPITAL WEST, LLC<br>JOHN STOCKDALE<br>SCHAFER & WEINER<br>40950 WOODWARD AVENUE, SUITE 100<br>BLOOMFIELD HILLS, MI 48304 | **SECURED CREDITOR**<br>YES FUNDING SERVICES, LLC<br>ATTN: MANAGING MEMBER<br>122 E. 42ND STREET, #2112<br>NEW YORK, NY 10168-2100 | **SECURED CREDITOR**<br>YES FUNDING SERVICES, LLC<br>DOUGLAS E. ROBINSON, ESQ<br>RTR RECOVERY LLC<br>122 EAST 42ND STREET, SUITE 2112<br>NEW YORK, NY 10168 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

4818-2378-6934, v. 1