RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

FILED & ENTERED

JAN 20 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LUMINANCE RECOVERY CENTER, LLC<br>A California limited liability company, et al.,<br><br>　　　　　　　　Debtors,<br><br>Affects:<br><br>☒　　ALL DEBTORS<br><br>☐　　Luminance Recovery Center, LLC, ONLY<br><br>☐　　Luminance Health Group, Inc., a California corporation, ONLY | Case No. 8:18-bk-10969-SC<br><br>Chapter 7<br><br>ORDER GRANTING TRUSTEE'S MOTION ABANDONING THE ESTATE'S INTEREST, IF ANY, IN BOOKS AND RECORDS, AUTHORIZING DESTRUCTION AND PAYMENT OF STORAGE AND DESTRUCTION FEES<br><br>[Abandonment Motion DK No. 567]<br><br>[Unopposed Motion – No Service of Proposed Order or Lodgment Period Required Pursuant to LBR 9021-1(b)(4)] |

　　　The Court has read and considered the Chapter 7 Trustee's Motion Order Abandoning the Estate's Interest, if any, in Certain Books and Records, Authorizing Destruction of the Records, and Authorizing Payment of Storage and Destruction Fees (the "Motion") filed on December 30, 2021 as Docket No. 567.  It appearing from the Declaration of Non-Opposition filed by Richard A. Marshack as Docket No. 571 that proper notice has been given and finding good cause, the Court enters its Order as follows:

/ / /

1

5000-400

IT IS ORDERED that the Motion is granted.

IT IS FURTHER ORDERED:

1. The Estate's interest, if any, in the Records[1] is abandoned;
2. Trustee is authorized to destroy the Hardcopy Records and pay destruction fees up to $350;
3. Trustee is authorized to pay Force 10 up to $16,000 for the monthly Cloud Storage Account fees upon receipt of an invoice; and
4. Trustee is authorized to cancel the Cloud Storage Accounts.

### #

Date: January 20, 2022

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Any capitalized terms not defined in this order shall have the meaning given to them in the Motion.

5000-400