DAVID A. WOOD, #272406
dwood@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620-5749
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

FILED & ENTERED

FEB 02 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LUMINANCE RECOVERY CENTER, LLC<br>A California limited liability company, et al.,<br><br>                Debtors,<br><br>Affects:<br><br>☒    ALL DEBTORS<br><br>☐    Luminance Recovery Center, LLC, ONLY<br><br>☐    Luminance Health Group, Inc., a California corporation, ONLY | Case No.: 8:18-bk-10969-SC<br>(Lead Case)<br><br>Case No.: 8:18-bk-10972-SC<br>(Jointly Administered Case)<br><br>Chapter 7<br><br>ORDER GRANTING MOTION TO APPROVE COMPROMISE WITH SCOTTSDALE INSURANCE COMPANY UNDER FRBP 9019<br><br>[NO HEARING REQUIRED PURSUANT TO RULE 9013-1(O) OF THE LOCAL BANKRUPTCY RULES]<br><br>[MOTION DOCKET NO. 569] |

The Court has read and considered the Motion to Approve the Compromise Between the Trustee and Scottsdale Insurance Company, filed by Richard A. Marshack on January 3, 2022, as Dk. No. 569 ("Motion")[1]. The Court finds, based upon the Declaration of Non-Opposition filed by David A. Wood on January 26, 2022, as Dk. No. 575, that proper notice of the Motion has been given. Accordingly, the Court finds good cause to grant the Motion, and the Court enters its Order as follows:

---

[1] All terms not defined herein are used as they are defined in the Motion.

1

IT IS ORDERED:

1. The Motion is granted;

2. The Agreement attached as Exhibit 1 to the Marshack Declaration is authorized;

3. Trustee is authorized to execute the Agreement and implement its terms;

4. Trustee is authorized to execute any other documents which may be necessary to consummate the Agreement;

5. Upon receipt of the $100,000 settlement payment, Trustee is authorized to pay compensation to Special Counsel a contingency fee of $33,000, plus expenses up to $20,710.68, subject to the $7,500 refund), pursuant to the Supplemental Employment Order.

###

Date: February 2, 2022

Scott C. Clarkson
United States Bankruptcy Judge