RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

**FILED & ENTERED**

**JUN 20 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LUMINANCE RECOVERY CENTER, LLC<br>A California limited liability company, et al.,<br><br>Debtors,<br><br>Affects:<br><br>☒    ALL DEBTORS<br><br>☐    Luminance Recovery Center, LLC, ONLY<br><br>☐    Luminance Health Group, Inc., a California corporation, ONLY<br><br>Debtor. | Case No. 8:18-bk-10969-SC<br>[Substantively Consolidated with: 8:18-bk-10972-SC]<br><br>Chapter 7<br><br>ORDER DISMISSING CASE CONSISTENT WITH CASE DISMISSAL PROCEDURES APPROVED AS DOCKET NO. 614<br><br>Hearing:<br>Date:    March 23, 2023<br>Time:    11:00 a.m.<br>Ctrm:    5C |

Trustee's Motion for an Order (1) Establishing Conditions and Procedures for Dismissal of the Bankruptcy Case, and (2) for Trustee's Request for Allowance of Fees and Expenses (the "Motion") filed on March 2, 2023, as Docket No. 609, came on for hearing on March 23, 2023, the Honorable Scott C. Clarkson presiding. On March 23, 2023 as Dk. No. 614, the Court entered an Order granting the Motion ("Dismissal Procedures Order") and on June 19, 2023 as Dk. No. 618, Trustee filed a declaration attesting that all funds have been distributed to administrative creditors, that all checks have cleared, and that the estate's bank account has a zero balance. For the reasons set forth in the motion and supplemental declaration, the Court finds good cause to rule as follows:

1

4878-8982-4618

IT IS ORDERED that:

1. The conditions set forth in the Dismissal Procedures Order have been satisfied for dismissal of this case;

2. Trustee and Trustee's employed professionals are discharged and relieved from further duties and obligations in the above-captioned bankruptcy case;

3. Trustee's bond is exonerated; and

4. The bankruptcy case is dismissed.

### #

Date: June 20, 2023

Scott C. Clarkson
United States Bankruptcy Judge